UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

                          Plaintiff,

          -v-

STATE OF NEW YORK *et al.*,

                          Defendants.

25 Civ. 10850 (PAE) (KHP)

ORDER

PAUL A. ENGELMAYER, District Judge:

On December 31, 2025, plaintiff Demia Shymansky initiated this action (*Shymansky I*).
Dkt. 1. On January 8, 2026, Shymansky initiated a separate action bringing the same claims
against the same parties (*Shymansky II*). *See* No. 26 Civ. 152, Dkt. 1.

Accordingly, the Court respectfully directs:

- The Clerk of Court to consolidate the actions; file all of Shymansky's
  *Shymansky II* submissions on the docket of *Shymansky I*; and terminate
  *Shymansky II*.

- The parties to file all future submissions on the docket of *Shymansky I*.

- Docket Services to permit Shymansky, who appears to be an attorney
  admitted to practice law in the Southern District of New York, to
  electronically file on the docket of this case.

For avoidance of doubt, although the Court already referred *Shymansky II* to Magistrate
Judge Katharine H. Parker, No. 26 Civ. 152, Dkt. 1, who scheduled an initial case management
conference, the Court by separate order today refers *Shymansky I* to Judge Parker for general
pretrial supervision.

1

SO ORDERED.

Paul A Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: January 22, 2026
       New York, New York

2