UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

                              Plaintiff,

            -against-

 STATE OF NEW YORK, et al.,

                              Defendants.

**ORDER**

**25-CV-10850 (PAE) (KHP)**
**26-CV-152 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

Plaintiff emailed the Court certain documents in contravention of this Court's rules.  Pro se plaintiffs may not email documents to a judge's chambers email.  Accordingly, the Court will not review or consider these documents.  Because Plaintiff is representing herself, all filings by plaintiff in this matter must go through the pro se office.  Further, the Plaintiff should note that the action with Docket Number 26-cv-152 was closed by Judge Engelmayer on January 22, 2026. (Dkt. No. 26-cv-152, ECF No. 8.)  The case is proceeding under the Docket Number 25-cv-10850.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
        January 30, 2026

                              SO ORDERED.

                              _Katharine H Parker_

                              _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge