UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

                                        Plaintiff,                                    **ORDER**

                    -against-                                            **25-CV-10850 (PAE) (KHP)**

      STATE OF NEW YORK, et al.,

                                        Defendants.

**KATHARINE H. PARKER, United States Magistrate Judge.**

After this Court issued an order on the docket at ECF No. 9, the pro se Plaintiff in this case sent another *ex parte* email to chambers.

Clarifying its prior order, while Plaintiff is permitted to make electronic filings by Judge Engelmayer's order relaxing the rules ordinarily applicable to pro se litigants (ECF No. 8), she still may not send documents or communications to chambers (much less *ex parte* communications), and must direct questions/requests for assistance to the pro se office.  The proper way to correspond with this Court's chambers is through filing documents to the docket. Requests for clarification of Court orders also must occur via the docket.

Again, this practice of email communications with chambers is against the undersigned's practices in civil cases. (*See* Individual Practices in Civil Cases, Rule I.a, https://www.nysd.uscourts.gov/sites/default/files/practice_documents/KHP Parker Individual Practices in Civil Cases - 2.2025_0.pdf.)  Further violations of this rule may result in sanctions.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

2

Dated: New York, New York
February 2, 2026

SO ORDERED.

KATHARINE H. PARKER
United States Magistrate Judge

2