UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

                Plaintiff,

        -against-

STATE OF NEW YORK, et al.

                Defendant.

25-cv-10850 (PAE) (KHP)

ORDER OF SERVICE

KATHARINE H. PARKER,  United States Magistrate Judge:

By order dated January 14, 2026, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*, in the related case, Docket Number 26-cv-152.  To allow Plaintiff to effect service on Defendant through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants.  The service addresses for Defendants are contained at Appendix A.  The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the Complaint is filed and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).  The Court hereby extends the deadline to effectuate service by 90 days from the date of this Order.

**The Clerk is respectfully directed to terminate the motion at ECF No. 21 as granted**.

**SO ORDERED.**

Dated: New York, New York
        March 27, 2026

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**

2

3