UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMIA SHYMANSKY,<br><br>                    Plaintiff,<br><br>          -against-<br><br>STATE OF NEW YORK, et al.<br><br>                    Defendant. | 25-cv-10850 (PAE) (KHP)<br><br>AMENDED ORDER OF SERVICE |

KATHARINE H. PARKER,  United States Magistrate Judge:

By order dated January 14, 2026, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*, in the related case, Docket Number 26-cv-152.  To allow Plaintiff to effect service on Defendant through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants.  The service addresses for Defendants are contained at Appendix A. [1]  The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the Complaint is filed and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).  The Court hereby extends the deadline to effectuate service by 90 days from the date of this Order.

---

[1] The Court previously issued an order of service at ECF No. 35.  However, the addresses were not attached.  They are attached at Appendix A to this order.  There are no other amendments to this order.

**SO ORDERED.**

Dated: New York, New York
      March 30, 2026

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**

# APPENDIX A

| Defendant | Address |
|---|---|
| State of New York | Hon. Letitia James<br>Managing Attorney's Office<br>New York State Attorney General<br>28 Liberty Street, 16th FL<br>New York, New York  10005<br>NYSAG@ag.ny.gov |
| City of New York | Steven Banks, Esq.<br>Corporation Counsel<br>100 Church Street<br>New York, New York  10007<br>sbanks@law.nyc.gov |
| New York (City) Police Department | Michael Gerber, Esq.<br>Deputy Commissioner, Legal Matters<br>One Police Plaza, Rm. 1406<br>New York, New York  10038<br>Michael.gerber@nypd.org |
| Thomas Donlon<br>Former Interim Police Commissioner | John Scola, Esq.<br>90 Broad Street, 10th FL<br>New York, New York  10004<br>jscola@johnscolalaw.com |
| Jessica Tisch<br>Police Commissioner | The Police Commissioner<br>One Police Plaza<br>New York, New York  10038<br>pc.office@nypd.org |
| Brian McCaffrey | Law Offices of Brian McCaffrey<br>420 Lexington Ave., Rm . 1402<br>New York, New York  10170<br>Brian.mccaffrey@nypd.org |
| Asya Abbas | One Police Plaza, Rm. 1406<br>New York, New York  10038<br>Asya.abbas@nypd.org |

| | |
|---|---|
| Nicole Moccio | One Police Plaza, Rm. 1406<br>New York, New York  10038<br>Nicole.moccio@nypd.org |
| Office of Administrative Trials and Hearings | Frank Ng, Esq.<br>Office of the General Counsel<br>Office of Administrative Trials and Hearings<br>100 Church Street, 12th FL<br>New York, New York  10007<br>fng@oath.nyc.gov |
| Asif (Asim) Rehman<br>Chief Administrative Law Judge | Office of Administrative Trials and Hearings<br>100 Church Street, 12th FL<br>New York, New York  10007<br>arehman@oath.nyc.gov (returned)<br>asim.rehman@nyls.edu |
| (New York City) Civil Service Commission | Amanda Wismans, Esq.<br>Civil Service Commission<br>1 Centre Street, Ste. 2300N<br>New York, New York  10007<br>awismans@nyccsc.nyc.gov<br>submissions@nyccsc.nyc.gov |
| Nancy G. Chaffetz<br>Commissioner and Chair | Nancy G. Chaffetz, Esq.<br>Civil Service Commission<br>1 Centre Street, Ste. 2300N<br>New York, New York  10007<br>nchaffetz@nyccsc.nyc.gov (returned)<br>submissions@nyccsc.gov<br>awismans@nyccsc.gov |
| Organization of Staff Analysts | Adam Orgel, Esq.<br>Organization of Staff Analysts<br>220 E. 23rd Street, Ste. 707<br>New York, New York  10010<br>aorgel@osaunion.org (returned)<br>aorgel@osastaff.org |