UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

                                    Plaintiff,

                    -against-

   STATE OF NEW YORK, et al.,

                                    Defendants.

**ORDER**

**25-CV-10850 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of a letter from Plaintiff purportedly moving to "compel" Defendants "to cover costs and expenses of personal service pursuant to Fed. R. Civ. P. 4(d)(2)." The motion is **denied without prejudice** for failure to follow the undersigned's Individual Practices in Civil Cases, which require a pre-motion letter before a motion is filed. *See* Individual Practices in Civil Cases, Rule III.b, https://www.nysd.uscourts.gov/sites/default/files/practice_documents/KHP%20Parker%20Individual%20Practices%20in%20Civil%20Cases%20-%202.2025_0.pdf.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff and to terminate the motion filed as ECF No. 42.**

Dated: New York, New York
        April 8, 2026

                                    SO ORDERED.

                                    _____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge