UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY f/k/a WYNEIKA WILBURN,

Plaintiff,

-vs-

STATE OF NEW YORK, NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, JOSHUA VINCIGUERRA, in his official capacity as Deputy Commissioner and General Counsel, NEW YORK STATE UNIFIED COURT SYSTEM, SARENITY GIBBS, CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, THOMAS DONLON, in his official capacity as police commissioner, and JESSICA TISCH, in her official capacity as police commissioner, MICHAEL GERBER, BRIAN MCCAFFREY, ASYA ABBAS, NICOLE MOCCIO, DR. CHRISTINA GILLE, DR. ADAM BLOOM, DR. LOKUSH REDDY, KEVIN ANDRADE, OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS, ASIM REHMAN, in his official capacity as chief administrative law judge, TIFFANY HAMILTON, in her official capacity as Administrative Law Judge, NEW YORK CITY OFFICE OF LABOR RELATIONS, CHERYL GRIFFIN, NEW YORK CITY CIVIL SERVICE COMMISSION, NANCY G. CHAFFETZ, in her official capacity as deputy commissioner, DRAFTERS OF THE CSC FINAL DETERMINATION DATED MAY 14, 2025, the ORGANIZATION OF STAFF ANALYSTS, LEONARD SHRIER, STEPHEN PARKER, DEPARTMENT OF SANITATION OF NEW YORK, JAVIER LOJAN, in his official capacity as Commissioner, UNKNOWN AGENCIES OF THE CITY OF NEW YORK and THEIR RESPECTIVE EMPLOYEES (2021 – 2025), fictitious and/or unknown to the plaintiff, and UNKNOWN TRANSIT AUTHORITIES and THEIR RESPECTIVE

Case No. 1:25-cv-10850 (PAE) (KHP)

**DECLARATION PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF FIRST AMENDED COMPLAINT**

EMPLOYEES (2021 – 2025), fictitious and/or unknown to the plaintiff,

Defendants.

DEMIA SHYMANSKY f/k/a WYNEIKA WILBURN ("Demia"), the plaintiff in the above-captioned proceeding, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. On December 31, 2025, the above-captioned proceeding was initiated via a complaint dated December 30, 2025 filed on my behalf by the court. However, due to an administrative error, the complaint was again filed on January 8, 2026, commencing Case No. 1:26-cv-00152 (the "Complaint"), which has since been consolidated with the instant proceeding and closed.

2. On June 22, 2026, the Complaint was amended to include additional defendants and restate the claims for relief in a manner that better complies with Fed. R. Civ. P. 8(a)(1), thereby resulting in nineteen claims for relief (the "First Amended Complaint"). Any relief not explicitly stated is not waived if included in the Factual Allegations sections of the Complaint and First Amended Complaint. The exhibits that accompanied the Complaint are incorporated with the First Amended Complaint by reference. Upon information and belief, hacking by the defendants has altered the state of some of those exhibits. In fact, the redactions on my personal computing device have been removed from certain exhibits, thereby indicating interference. I suspect that copies with the court have been changed in similar fashion. For that reason, the exhibits attached hereto should be considered exhibits in support of the First Amended Complaint. They are as follows:

| Exhibit | Description |
|---|---|
| A | N.Y. Civil Service Law § 72 and N.Y. C.P.L.R. § 7803 |
| B | OATH Petition and Diagnosis |
| C | Report and Recommendation dated Oct. 8, 2024, Donlon Acceptance, and Response Email |
| D | Email Correspondence with OATH, OSA, and Others |
| E | Briefs Filed on Appeal to CSC (modified from original iteration, not by the plaintiff) |
| F | Excerpts of Gille Testimony, Unsigned Evaluation dated Aug. 11, 2023, and Clinic Visit dated July 25, 2023 |
| G | N.Y. Daily News Report and State of California Research (possibly modified from original filing, not by the plaintiff) |
| H | Reasonable Accommodation and Miscellaneous Communication |
| I | Leave of Absence Documentation |
| J | Emails Regarding Hacking and Interference with Application |
| K | Removal of Article 78 Filing for Reinstatement |
| L | Notices of Claim (modified from original filing, not by the plaintiff) |
| M | Miscellaneous Documents |

3. I have reviewed the Complaint, the First Amended Complaint, and supporting papers. I have personal knowledge of the facts stated therein and find those statements to be true and correct. To the extent any statements are made upon information and belief, I believe those statements to be true.

Dated: June 23, 2026
New York, New York

DEMIA SHYMANSKY