# EXHIBIT I

*(Leave of Absence Documentation)*

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

August 29, 2023

From: Sergeant, Military and Extended Leave Desk

To: ASA Demia Shymansky

Subject: **ASSIGNMENT TO THE MILITARY AND EXTENDED LEAVE DESK**

1. You have been transferred from the **Transportation Bureau** to the Military and Extended Leave Desk, on a Sick Leave of Absence **WITHOUT PAY**. Your leave is from 0001 hours, **July 25, 2023** through 2400 hours, **July 24, 2024**. Please be advised that your Sick Leave of Absence Without Pay will not be extended beyond one (1) year from the date of its commencement. **While on this leave, you may be entitled up to eighteen (18) weeks of health insurance under Special Leave of Absence Coverage (SLOAC).**

2. You **must** be evaluated and cleared by the **MEDICAL DIVISION** after your doctor clears you to return to work. When you obtain a doctor's note stating that you are physically and mentally fit to perform the duties of your position, **you must contact the Military and Extended Leave Desk at 646-610-5513 and fax the note to 646-610-5549**. Please call to confirm the receipt of your fax. You will be notified by the Medical Division of your scheduled appointment to be evaluated for physical fitness for duty.

3. While you are on a Sick Leave of Absence Without Pay, you **must** respond to all Department hearings and court appearances for any hearings or trials. If you are unable to attend due to your illness/injury, you must notify the Military and Extended Leave Desk immediately (medical documentation must be provided for excusal). Additionally, you are **not** permitted to work off-duty employment while on a Sick Leave of Absence Without Pay. If you change your residence, telephone number, emergency contact or social condition, you must notify this office of such change.

4. **All Members of the Department must report all Police Incidents/Off-Duty Incidents as per Patrol Guide Procedure 212-34, and any Family Offenses and Domestic Violence, involving Members of the Department, as per Patrol Guide Procedure 208-37.** In addition, all Members of the Service assigned to the Military and Extended Leave Desk **must** continue to abide by all NYPD Department rules and regulations set forth in the Administrative Guide and Patrol Guide.

5. Reassignments are based according to the needs of the Department. This necessitates the ability of the returnee to be available for assignment to **any** command and assignment to all tours. ***NO ONE*** is guaranteed day tours or weekends off.

Kariel Aponte
Sergeant

The City of New York
POLICE DEPARTMENT
**Military and Extended Leave Desk**
**One Police Plaza – 10th Floor**
**New York, NY 10038**
**(646) 610-5513 – Telephone**
**(646) 610-5549 – Fax**
**Meld.extensions@nypd.org**

October 15, 2025
Re: Notice of Intended Action
Under Section 73 of the New
York State Civil Service Law
USPS 7020 3160 0001 2773 0779

Demia Shymansky
[redacted]

Dear Demia Shymansky:

The records of this agency indicate you have been continuously absent from work and unable to perform the duties of your position as a ***Associate Staff Analyst*** with this Department for more than one year. Your leave of absence was due to a non-work related disability beginning on **October 15, 2024.**

You are hereby required to resolve your employment status with this agency. You must provide a doctor's note indicating that you are physically and mentally fit to perform the essential duties of your position and seek to return to work by **November 14, 2025**. A copy of your specific job duties is attached for your physician's reference. The Department will then determine whether a medical examination with a Department Physician should be scheduled to conclude if you are currently capable of performing the duties of your position.

Pursuant to the Americans with Disabilities Act (ADA), it is the policy of the New York City Police Department and the City of New York to make a reasonable accommodation to the known physical or mental limitations of an otherwise qualified employee with a disability. If you are an individual with a disability, as defined by the ADA, you may be entitled to an accommodation to enable you to perform the essential functions of your position with a reasonable accommodation.

If you are not physically and mentally fit to return to your position, with or without a reasonable accommodation by **November 14, 2025** you will be released from your position of employment pursuant to Section 73 of the New York State Civil Service Law.

Please be advised, this is not considered a disciplinary termination. If you are released from your position of employment and it is determined in the future that you are physically and mentally fit to perform the duties of your position, you may apply for reinstatement within one year of the end of the disability. Prior to your decision, you may wish to consult with your labor organization/union or attorney.

Please contact the Civilian Employee Services Unit at (646) 610-4201 to discuss any employment and/or retirement options or benefits you may be entitled to.

The City of New York
POLICE DEPARTMENT

**Military and Extended Leave Desk**
**One Police Plaza – 10th Floor**
**New York, NY 10038**
**(646) 610-5513 – Telephone**
**(646) 610-5549 – Fax**
**Meld.extensions@nypd.org**

In order to be returned to work, you must contact the Military and Extended Leave Desk at (646) 610-5513 to schedule an appointment for your return to duty.

Sincerely,

Stephen Capasso
Deputy Chief

The City of New York

POLICE DEPARTMENT
Human Resources Division
One Police Plaza – 10th Floor
New York, N.Y. 10038

November 18, 2025

Demia Shymansky
[redacted]

**Re: Notice of Dismissal**
Pursuant to Section 73 of the
New York Civil Service Law

Dear Demia Shymansky:

We regret that you have been continuously absent since October 15, 2024, and have been unable to resume the duties as an Associate Staff Analyst for more than one (1) year. As a result, effective November 18, 2025, the New York City Police Department has dismissed you in accordance with Section 73 of the New York Civil Service Law. Please note that this is not considered a disciplinary dismissal.

An employee who is dismissed under Section 73 of the Civil Service Law can request to be medically reinstated to his or her former position within one (1) year after regaining the ability to perform the duties of the position. An application for reinstatement must be submitted to the Department of Citywide Administrative Services (DCAS), Office of Medical Appeals and Reinstatements for Medical or Psychological examination to determine whether you are physically and/or mentally fit to perform the duties of the position. If you are an individual with a disability, you may be entitled to a reasonable accommodation to enable you to perform the essential functions of your position. If you believe you would be able to perform the duties of your position with a reasonable accommodation, please indicate this in your request for reinstatement.

If you are found fit for duty, you will be reinstated to your former position, if it is vacant. If the vacancy no longer exists, you will be reinstated to a similar position, in a lower grade in the same occupational group, or a vacancy for which you are eligible for transfer. If no appropriate vacancies exist, or if the current workload does not warrant filling the vacancy, your name will be placed on a preferred list for a period of four years. If you are reinstated to a position in a lower grade, your name will be placed on a preferred list of your former title or similar position.

An application for a reinstatement must be made in writing to the Office of Medical Appeals and Reinstatements, Department of Citywide Administrative Services (DCAS), One Centre Street, 14th Floor, New York, NY 10007 or it can be submitted via fax at (212) 313-3296 or via email at mar@dcas.nyc.gov. The application must include a letter from a physician dated within two (2) months of your application, certifying that you are fit to perform the duties of your position. The letter should be specific in describing the nature of your condition, treatment and

recovery. Please also include a copy of this letter as well as your social security number when you apply. Forms can be downloaded at:
https://www.nyc.gov/assets/dcas/downloads/pdf/employment/nyc-dcas-medical-appeals-and-reinstatements-sections.pdf

Sincerely,

Yonette Graham-DeCaul
Assistant Commissioner

YGD/kr

The City of New York

THE SEAL OF THE POLICE DEPARTMENT • THE CITY OF NEW YORK

POLICE DEPARTMENT
HUMAN RESOURCES DIVISION
MEMBER SUPPORT UNIT
ONE POLICE PLAZA - 10th FLOOR
NEW YORK, N.Y. 10038-1497

NEW YORK NY 100
19 NOV 2025PM 7 L
FIRST CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 10038 $ 010.44⁰
02 4W
0000349497 NOV 18 2025

DEMIA SHYMANSKY
[redacted]
[redacted], NY [redacted]

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE
CERTIFIED MAIL®

7017 0660 0000 9803 5583

Misc 242-202-4 (05-23)

10918-460032
DIAL 911

Recd 11/22/25
7$^{09}$ AM

The City of New York
POLICE DEPARTMENT
Human Resources Division
One Police Plaza – 10th Floor
New York, N.Y. 10038

November 18, 2025

Demia Shymansky
[redacted]

**Re: Notice of Dismissal**
Pursuant to Section 73 of the
New York Civil Service Law

Dear Demia Shymansky:

We regret that you have been continuously absent since October 15, 2024, and have been unable to resume the duties as an Associate Staff Analyst for more than one (1) year. As a result, effective November 18, 2025, the New York City Police Department has dismissed you in accordance with Section 73 of the New York Civil Service Law. Please note that this is not considered a disciplinary dismissal.

An employee who is dismissed under Section 73 of the Civil Service Law can request to be medically reinstated to his or her former position within one (1) year after regaining the ability to perform the duties of the position. An application for reinstatement must be submitted to the Department of Citywide Administrative Services (DCAS), Office of Medical Appeals and Reinstatements for Medical or Psychological examination to determine whether you are physically and/or mentally fit to perform the duties of the position. If you are an individual with a disability, you may be entitled to a reasonable accommodation to enable you to perform the essential functions of your position. If you believe you would be able to perform the duties of your position with a reasonable accommodation, please indicate this in your request for reinstatement.

If you are found fit for duty, you will be reinstated to your former position, if it is vacant. If the vacancy no longer exists, you will be reinstated to a similar position, in a lower grade in the same occupational group, or a vacancy for which you are eligible for transfer. If no appropriate vacancies exist, or if the current workload does not warrant filling the vacancy, your name will be placed on a preferred list for a period of four years. If you are reinstated to a position in a lower grade, your name will be placed on a preferred list of your former title or similar position.

An application for a reinstatement must be made in writing to the Office of Medical Appeals and Reinstatements, Department of Citywide Administrative Services (DCAS), One Centre Street, 14th Floor, New York, NY 10007 or it can be submitted via fax at (212) 313-3296 or via email at mar@dcas.nyc.gov. The application must include a letter from a physician dated within two (2) months of your application, certifying that you are fit to perform the duties of your position. The letter should be specific in describing the nature of your condition, treatment and

recovery. Please also include a copy of this letter as well as your social security number when you apply. Forms can be downloaded at:
https://www.nyc.gov/assets/dcas/downloads/pdf/employment/nyc-dcas-medical-appeals-and-reinstatements-sections.pdf

Sincerely,

Yonette Graham-DeCaul
Assistant Commissioner

YGD/kr

The City of New York

POLICE DEPARTMENT
HUMAN RESOURCES DIVISION
MEMBER SUPPORT UNIT
ONE POLICE PLAZA - 10th FLOOR
NEW YORK, N.Y. 10038-1497

NEW YORK NY 100
19 NOV 2025 PM 6
FIRST CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 10038 $ 000.74⁰
02 4W
0000349497 NOV 18 2025

DEMIA SHYMANSKY
[redacted]
[redacted], NY [redacted]

10918-460032

Misc 242-202-4 (09-23)

FOR POLICE EMERGENCY ONLY DIAL 911

Rec'd 11/22/25
7:09 AM