# EXHIBIT K

*(Removal of Article 78 Filing for Reinstatement)*

# NYSCEF Confirmation Notice

## New York County Supreme Court

The NYSCEF website has received an electronic filing on 08/13/2025 01:34 AM. Please keep this notice as a confirmation of this filing.

**Index Number NOT assigned**
**Demia Shymansky v. City of New York et al**
**Assigned Judge: None Recorded**

## Documents Received on 08/13/2025 01:34 AM

| Doc # | Document Type |
|---|---|
| 1 | PETITION |
| 2 | EXHIBIT(S) A |
| 3 | NOTICE OF PETITION |
| 4 | APPLICATION FOR WAIVER OF COURT COSTS/FEES/EXPENSES |
| 5 | NO FEE AUTHORIZATION (LETTER/ORDER/AFFIRMATION) |
| 6 | ORDER WAIVING COURT COSTS/FEES/EXPENSES (PROPOSED) |
| 7 | EXHIBIT(S) B |
| 8 | EXHIBIT(S) C |
| 9 | EXHIBIT(S) D |
| 10 | RJI -RE: WAIVER OF COURT COSTS/FEES/EXPENSES |

## Filing User

W. DEMIA WILBURN | [redacted] | 646-535-3575
80 Broad Street 5th Fl, New York, NY 10004

# NYSCEF Confirmation Notice

New York County Supreme Court

**Index Number NOT assigned**
**Demia Shymansky v. City of New York et al**
**Assigned Judge: None Recorded**

## E-mail Service Notifications

An email regarding this filing has been sent to the following on 08/13/2025 01:34 AM:

**W. DEMIA WILBURN -** [redacted]

## Email Notifications NOT Sent

| Role | Party | Attorney |
|---|---|---|
| Defendant / Respondent | City of New York | No consent on record. |
| Defendant / Respondent | New York Police Department | No consent on record. |
| Defendant / Respondent | The Office of Administrative Trials and | No consent on record. |
| Defendant / Respondent | The Civil Service Commission | No consent on record. |
| Defendant / Respondent | The Department of Citywide Administrative | No consent on record. |
| Defendant / Respondent | The Department of Sanitation of New York | No consent on record. |

* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

Gmail

**Demia Wilburn** [redacted]

**NYSCEF Alert: New York - Special Proceedings - CPLR Article 78 - <DOCUMENT REMOVED> (Demia Shymansky v. City of New York et al)**

2 messages

**efile@nycourts.gov** <efile@nycourts.gov> Mon, Aug 18, 2025 at 4:43 PM

[redacted]

# New York County Supreme Court DOCUMENT REMOVED FROM CASE/ DOCKET 08/18/2025

**Reason for Removing:** Please note that you cannot commence matters in New York County Supreme Court with a Fee Waiver using this method - the documents filed need to be presented for review and filed in hard-copy. Therefore, this filing is being removed from the system and no refund is due. If seeking to file with an Application for Fee Waiver, please visit the Pro-Se/Self-Representative Office at 60 Centre Street, Room 119-A – you may contact the office at 646-386-3025 or SFC-helpcenterny@nycourts.gov. Kind regards.

## Case Information

Index #: **Not Assigned**
Caption: **Demia Shymansky v. City of New York et al**
eFiling Status: **Waiting for Index Number**
Assigned Case Judge: **No Judge Assigned**

## Documents Removed on 08/18/2025 04:43 PM

| Doc # | Document | Filed Date |
|---|---|---|
| 1 | PETITION | 08/13/2025 |
| 10 | RJI -RE: WAIVER OF COURT COSTS/FEES/EXPENSES | 08/13/2025 |
| 2 | EXHIBIT(S)<br>Verification | 08/13/2025 |
| 3 | NOTICE OF PETITION | 08/13/2025 |
| 4 | APPLICATION FOR WAIVER OF COURT COSTS/FEES/EXPENSES<br>Application to Proceed as Poor Person | 08/13/2025 |
| 5 | NO FEE AUTHORIZATION (LETTER/ORDER/AFFIRMATION)<br>Proposed Order Granting Application | 08/13/2025 |
| 6 | ORDER WAIVING COURT COSTS/FEES/EXPENSES (PROPOSED)<br>Order Waiving Court Costs | 08/13/2025 |
| 7 | EXHIBIT(S) - REQUEST TO SEAL<br>Order to Show Cause to Seal and Change Caption | 08/13/2025 |
| 8 | EXHIBIT(S) - REQUEST TO SEAL<br>Memorandum of Law in Support of Seal and Change Caption | 08/13/2025 |
| 9 | EXHIBIT(S) - REQUEST TO SEAL<br>Affirmation to File Under Seal | 08/13/2025 |

## E-mail Notifications Sent

| Name | Email Address |
| --- | --- |
| W. DEMIA WILBURN | [redacted] |

## Filing User

**W. DEMIA WILBURN** | [redacted] | 646-535-3575 | 80 Broad Street, 5th FL, New York, NY 10004

**NOTICE:** This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.

**If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.**

---

**Demia Wilburn** [redacted] Mon, Aug 18, 2025 at 5:06 PM
To: SFC-helpcenterny@nycourts.gov
Cc: criminal.division@usdoj.gov

Good Afternoon:

Thank you for your response to my filing. It is my understanding based on the rules of the court that a fee waiver can be filed concurrently with the initiating papers. Additionally, a request for fee waiver is subject to judicial review, and the court can require a remedy of the filing within 120 days of the initiation. The complete removal of the Article 78 proceeding is not the appropriate course of action and carries legal consequences, including, but not limited to, the effect of the statute of limitations of this matter. For that reason, a manager should truly consider whether complete removal of this filing is the response that it would like to take. And may I remind you, an Article 78 is a mandatory e-filing case in the State of New York, irrespective of county.

Please be sure that your personnel are absolutely certain about the special rules of New York County as they pertain to this matter. We will have ample opportunity to discuss them in the other court down the street from 60 Centre. Rest assured, they play by different rules.

Best,
Demia
[Quoted text hidden]

NEW YORK STATE SUPREME COURT
NEW YORK COUNTY

| | |
|---|---|
| In the Matter of<br><br>DEMIA SHYMANSKY f/k/a WYNEIKA WILBURN,<br><br>Petitioner,<br><br>v.<br><br>CITY OF NEW YORK, et al.,<br><br>Respondents. | Index No. 101015/25<br><br>Judge Assigned<br><br>PROPOSED ORDER |

Upon review of the affirmation of the petitioner, DEMIA SHYMANSKY f/k/a WYNEIKA WILBURN to move this Court to permit her to proceed in this Article 78 matter as a poor person, and no objection to said motion having been made, it is

GRANTED that petitioner may proceed as a poor person and have court costs and fees waived.

It is so ORDERED.

Denied PPB
J.S.C.
HON. PHAEDRA F. PERRY-BOND
J.S.C.

Failed to provide proof of income. Pet states she is receiving less than 2k a month, from where is this money received?

FILED
SEP 12 2025
NEW YORK COUNTY
COUNTY CLERK

**SFC HELPCENTERNY** <SFC-HelpCenterNY@nycourts.gov>

to me

Here is a screenshot of the paper case in the NY County Clerk database. If you go to the NY County Clerk, 60 C
order.

'wilburn' 'demia'

Search | Preferences | Cart | Print Manager | Print | View | Clear | Esc Start a new Search | D n

2025

101015 [Supreme Court General Index Reg. (General)] SHYMANSKY, DEMIA F/K/A/ WILBURN, WYNE

9/12/2025 ORDER FEE WAIVER - DENIED

9/10/2025 REQUEST FOR JUDICIAL INTERVENTION - UNPROCESSED

9/10/2025 COPY OF UNSIGNED ORDER TO SHOW CAUSE,PETITION WITH VERIFIED PETITI

9/10/2025 AFFIDAVIT/APPLICATION TO COMMENCE ACTION AS POOR P