**CITY OF NEW YORK**
# CIVIL SERVICE COMMISSION

NANCY G. CHAFFETZ, *CHAIR*
RUDY WASHINGTON, *VICE CHAIR*
LARRY DAIS
CHARLES D. MCFAUL
*COMMISSIONERS*

www.nyc.gov/csc
appeals@nyccsc.nyc.gov

AMANDA M. WISMANS
*GENERAL COUNSEL*

JOAN RICHARDS
*DIRECTOR OF ADMINISTRATION*

## NOTICE OF CITY CIVIL SERVICE COMMISSION ACTION

**Demia Shymansky (Anonymous)**
Appellant
demia.wilburn@gmail.com

| | |
|---|---|
| **Date:** | 5/14/2025 |
| **Case No.:** | 2024-0680 |
| **Appeal Type:** | Section 72 |
| **Appellant:** | Demia Shymansky (Anonymous) |
| **Position/Title:** | Associate Staff Analyst |
| **Agency:** | NYPD |
| **Final Decision:** | Affirm |

Attached is a decision in connection with your Civil Service Commission appeal.

This decision constitutes the final decision of the City of New York. For information regarding judicial review of this decision, you may wish to review the NYS Courts website at http://nycourts.gov/. Please note that a proceeding pursuant to Article 78 of the New York State Civil Practice Law and Rules must be commenced within four months after a determination becomes final.

**NEW YORK CITY CIVIL SERVICE COMMISSION**

c: **Steven Drennen, Esq.**
Agency Attorney
NYPD Legal Bureau
steven.drennen@nypd.org

**Brian McCaffrey, Esq.**
Appellant Agency Attorney
NYPD Legal Bureau
Brian.MCCAFREY@nypd.org

**David Goldfarb, Esq.**
Assistant Commissioner
NYPD Legal Bureau
david.goldfarb@nypd.org

**Asya Abbas, Esq.**
Agency Attorney
NYPD Legal Bureau
ASYA.ABBAS@nypd.org

**Sgt. Yaudy Fernandez**
Civilian Investigation Unit
NYPD Personnel Bureau
yaudy.fernandez@nypd.org

**Nicole Moccio, Esq.**
Agency Attorney
NYPD Legal Bureau
NICOLE.MOCCIO@nypd.org

**THE CITY OF NEW YORK**
**CIVIL SERVICE COMMISSION**

*In the Matter of the Appeal of*

**ANONYMOUS**[1]
*Appellant*

*-against-*

**POLICE DEPARTMENT**
*Respondent*
*Pursuant to Section 72 of the New York State Civil Service Law*

CSC Index No: 2024-0680

# DECISION

**ANONYMOUS** ("Appellant") appealed from a determination of the Police Department ("NYPD") placing her on an involuntary leave of absence following proceedings conducted pursuant to Civil Service Law ("CSL") Section 72.

The Civil Service Commission ("Commission") requested written arguments from the parties on December 27, 2024. Appellant's brief was received on February 10, 2025. NYPD's brief was received on March 12, 2025. Appellant's reply brief was received on March 25, 2025.

The Commission has reviewed the record below, which we incorporate by reference into this decision, as well as all arguments submitted on appeal, and find that there is sufficient evidence to support the final determination and that the decision to place Appellant on an involuntary leave of absence is appropriate.

Therefore, the final decision and penalty imposed are hereby affirmed.

**SO ORDERED.**

Dated: May 14, 2025

[1] The case caption conforms to that adopted by the Office of Administrative Trials and Hearings (OATH) to protect Appellant's privacy.