# EXHIBIT B

*(OATH Petition with Diagnosis)*

NEW YORK CITY OFFICE OF
ADMINISTRATIVE TRIALS AND HEARINGS

-----------------------------------------------------------------------x

*In the Matter of*

**NEW YORK CITY POLICE DEPARTMENT,**
Petitioner,

OATH Index No.

*-against-*

Case No. 240582 (JD)

**DEMIA SHYMANSKY,**
Respondent.

-----------------------------------------------------------------------x

Petitioner, the New York City Police Department ("NYPD" or "Department"), refers this matter to the Office of Administrative Trials and Hearings for a proceeding pursuant to Section 72 of the New York Civil Service Law ("Section 72.") Respondent, Associate Staff Analyst ("ASA") Demia Shymasky, has been found unfit to perform the duties of her position and was placed on emergency involuntary leave on July 28, 2023, as being a threat to herself and others.[1] Respondent objects to the proposed leave and requests a hearing.[2]

On or about July 24, 2023, Respondent's supervisor, Lieutenant Antonios Boctor, requested a Fitness for Duty evaluation of Respondent due to concerns about Respondent's ability to perform her duties, as well as her general well-being. The request was based on Respondent's work performance, excessive absences, disrupting the work environment and threatening co-

[1] NY CLS Civ S § 72 (5) provides that "notwithstanding any other provisions of this section, if the appointing authority determines that there is probable cause to believe that the continued presence of the employee on the job represents a potential danger to persons or property or would severely interfere with operations, it may place such employee on involuntary leave of absence immediately; provided, however, that the employee shall be entitled to draw all accumulated unused sick leave, vacation, overtime and other time allowances standing to his or her credit. If such an employee is finally determined not to be physically or mentally unfit to perform the duties of his or her position, he or she shall be restored to his or her position and shall have any leave credits or salary that he or she may have lost because of such involuntary leave of absence restored to him or her less any compensation he or she may have earned in other employment or occupation and any unemployment benefits he or she may have received during such period."

[2] On August 23, 2023, Adam Orgel, who serves as one of the Respondent's union representatives confirmed their representation of the respondent and informed the undersigned that Respondent will waive the 30-day hearing requirement and the OATH decision time requirement.

workers verbally and through emails and texts wherein Respondent alleged, among other things, that the NYPD was practicing witchcraft against Respondent.[3]

According to Lt. Antonios Boctor, Respondent has confronted staff members on multiple occasions in the elevators and bathrooms, using profanity and threatening language towards them. Specifically, on July 25, 2023, Respondent threatened a coworker in the bathroom, stating in sum and substance, "What the f*ck you looking at, get the f*ck away from me… stop f*cking following me or I will kick the f*cking sh*t out of you."[4]

On July 25, 2023, Respondent was evaluated by NYPD Psychologist Christina Gille, Psy.D. Dr. Gille reviewed Respondent's history, which included a previous referral on April 13, 2023, for similar conduct by a prior supervisor at the Transportation Bureau. Due to the prior referral, Respondent was temporarily transferred to her present position at the Human Resources Division, where her conduct persisted. [5] At present, Dr. Gille's diagnostic impression of Respondent is "F-22 Delusional Disorder - Persecutory Type." Dr. Gille reported that Respondent, "exhibits acute psychiatric symptoms indicative of psychosis. Respondent endorses paranoia, delusions of persecution and demonstrates a tangential and circumstantial thought process. She has been calling out sick with no time to use, coming in late, being confrontational, threatening, and disruptive to co-workers, and taking pictures and videos of others without their consent. The current symptoms exhibited by (Respondent) create a disruptive and hostile work environment and she is a potential threat to herself and others. She is currently unfit to

[3] See Civilian Request for Evaluation of Fitness for Duty dated July 25, 2023; a copy annexed hereto as Exhibit "1."
[4] See Christina Gille, Psy.D, Psychological Evaluation of Respondent, dated August 11, 2023, at paragraph 5, a copy of which is annexed as Exhibit "2"
[5] See Exhibit 2

work in the position of associate staff analyst. It is therefore recommended that (Respondent) be placed on a leave of absence without pay, pursuant to Sec. 72 of the Civil Service laws."[6]

On July 28, 2023, the NYPD Personnel Department notified Respondent of her placement on Involuntary Emergency Leave pursuant to Civil Service Law Section 72. The notice advised Respondent of her rights and included a copy of the referral by her supervisor and Dr. Gilles findings.[7]

On or about August 11, 2023, Dr. Gille submitted her detailed findings to her supervisor, Director Adam Bloom, Psy.D. Dr. Bloom reviewed Dr. Gille's report and Respondent's Psychological Evaluation Section ("PES") folder. He concurred with Dr. Gille's recommendation that Respondent be placed on an involuntary leave of absence because the current symptoms exhibited by Respondent create a disruptive and hostile work environment and Respondent is a potential threat to herself and others.[8]

Subsequently, Doctor Lokesh Reddy, M.D., who is the NYPD's Deputy Chief Surgeon for Psychiatry, reviewed Dr. Bloom's findings. After a review of Respondent's PES folder and a review with Dr. Bloom, Dr. Reddy concurred with Dr. Bloom that the Respondent placed on an emergency leave of absence pursuant to Section 72.[9]

Respondent's duties and responsibilities as an ASA require the ability to work independently, take initiative and possess sound judgment. In addition, the duties of an ASA, include complex professional work in the preparation and administration of agency budgets and the conduct of economic research and studies; conduct of administrative, procedural and

---

[6] Id. at paragraphs "8" and "9."
[7] See NYPD Notice of Emergency Involuntary Leave of Absence, dated July 28, 2023, a copy annexed hereto as Exhibit "3."
[8] See Exhibit 2 at page 2, "First Endorsement" dated August 11, 2023
[9] Id. at page 1 "Second Endorsement" dated August 11, 2023.

operational studies and analyses concerning the agency's organization and operations; and in personnel administration; and supervise staff performing such work. ASA's typically utilize computers in the performance of these duties and, during the temporary absence of the supervisor, may perform the supervisor's duties.[10]

The position of ASA requires the ability to show up to work consistently and be able to work with others in a cooperative and respectful manner. Respondent's behavior has demonstrated that she is unable to perform her tasks and control her behavior with any consistency. This does not appear to be a one-time episode. Respondent was required to transfer from her previous assignment at the Transportation Bureau after exhibiting the same behavior in April 2023 and receiving psychological counseling.[11]

After an evaluation by Department Staff Psychologist and a review of those findings by two additional Psychologists it was determined that Respondent is a threat to herself and to others and that, she creates a hostile workplace for her co-workers

To date, Respondent has not provided any evidence to indicate that she is psychologically capable of performing the duties of her position. Her condition has negatively affected both her and her co-workers' work performance and sense of safety and makes her unfit to resume full ASA duties.[12]

Based on the above, Petitioner requests a hearing to determine if Respondent is medically unfit to perform the duties of her position and be placed on involuntary leave of absence.

---

[10] See Notice of Examination, Associate Staff Analyst Exam 5014, at "What the Job Involves, "a copy annexed hereto as Exhibit "4." See also, Associate Staff Analyst title description Code 1267, a copy annexed hereto as Exhibit "5."

[11] See Exhibit "2" supra at paragraph 3.

[12] Apparently, Respondent's absences have exhausted any form of leave she may be permitted.

Copies of all exhibits are attached to this petition.

Dated: August 23, 2023

By: Brian McCaffrey

Brian McCaffrey
Agency Attorney
New York City Police Department
One Police Plaza, Room 1406
New York, New York 10038
(646) 610-4494

To: **DEMIA SHYMANSKY**
[redacted]

**Christina Chan & Adam Orgel**
**Organization of Staff Analysts:**
**220 E 23rd St, New York, NY 10010 ·**
**(212) 686-1229**

NEW YORK CITY OFFICE OF
ADMINISTRATIVE TRIALS AND HEARINGS

---------------------------------------------------------------------x

*In the Matter of*

**NEW YORK CITY POLICE DEPARTMENT,** OATH Index No.

Petitioner,

*-against-*

**DEMIA SHYMANSKY,**

Respondent.

---------------------------------------------------------------------x

# PETITIONER NYPD EXHIBITS

1. Civilian Request for Evaluation of Fitness for Duty dated July 25, 2023
2. Christina Gille, Psy.D, Psychological Evaluation of Respondent, dated August 11, 2023
3. NYPD Notice of Emergency Involuntary Leave of Absence, dated July 28, 2023
4. Notice of Examination, Associate Staff Analyst Exam 5014
5. Associate Staff Analyst title description Code 1267

BRIAN MCCAFFREY
AGENCY ATTORNEY
LEGAL BUREAU, N.Y.P.D.
ONE POLICE PLAZA
ROOM 1406
NEW YORK, NEW YORK 10038
(646) 610-4494
CELL (917) 224-4578

NEW YORK CITY OFFICE OF
ADMINISTRATIVE TRIALS AND HEARINGS

----------------------------------------------------------------------x

*In the Matter of*

**NEW YORK CITY POLICE DEPARTMENT,** OATH Index No.

Petitioner,

*-against-*

**DEMIA SHYMANSKY,**

Respondent.

----------------------------------------------------------------------x

# EXHIBIT 1

Civilian Request for Evaluation of Fitness for Duty dated July 25, 2023

The City of New York

POLICE DEPARTMENT
**Medical Division**
**Psychological Evaluation Section, 15th Floor**
**59-17 Junction Boulevard**
**Corona, NY 11368**
**Tel: 718.760.7665**

**Date:** 7 25 2023

**Civilian Request for Evaluation of Fitness for Duty**

**Title:** ASA **Name (Last, First):** SHYMANSKY, DEMIA

**Command:** HUMAN RESOURCES DIVISION

**Tax Registry#:** [redacted]

**Command Phone#** (646) 610-6612 **Home Phone#:**

**NYPD Psychologist:** CHRISTINA GILLE, PSYD

**Appointment Date/Time:** 7 24/23 @ 1000 **Notified By:** LT GASSER ANTONIOSBOCTOR

**Supervisor Requesting Evaluation:** LT GASSER ANTONIOSBOCTOR

**Reason for Request/ Specific Questions to be answered: (If other than those listed below)**

IT WAS REPORTED THAT THE CMOS WAS SENDING LT ANTONIOSBOCTOR TEXT MESSAGES AND EMAILS ALLEGING THAT THE DEPARTMENT IS PRACTICING WITCHCRAFT AGAINST HER.

**Evaluation Results:**

☐ **Fit for Duty**

☑ **Unfit for Duty**

CMOS PRESENTS WITH ACUTE PSYCHIATRIC SYMPTOMS INDICATIVE OF PSYCHOSIS. FOR THE PAST 2 WEEKS CMOS HAS CALLED OUT SICK, COME TO WORK LATE, BEEN CONFRONTATIONAL, THREATENING, AND DISRUPTIVE TO CO-WORKERS, AND TAKEN PICTURES AND VIDEOS OF OTHERS WITHOUT CONSENT. THESE BEHAVIORS HAVE PREVENTED THE CMOS FROM COMPLETING HER JOB DUTES AND IS UNFIT FOR TITLE AT THIS TIME

**Date:** 7/25 2023 **Psychologist Signature** [signature]

**Date:** 07/25/23 **Dir./~~Deputy Dir~~. Signature** [signature]

NEW YORK CITY OFFICE OF
ADMINISTRATIVE TRIALS AND HEARINGS

------------------------------------------------------------------------x

*In the Matter of*

**NEW YORK CITY POLICE DEPARTMENT,** OATH Index No.

Petitioner,

*-against-*

**DEMIA SHYMANSKY,**

Respondent.

------------------------------------------------------------------------x

# EXHIBIT 2

Christina Gille, Psy.D, Psychological Evaluation of Respondent, dated August 11, 2023

MD #2023- 1986
PES #2023-075

## SECOND ENDORSEMENT

Deputy Chief Surgeon, Psychiatry to Chief Surgeon, August 11, 2023. I have reviewed the PES folder of ASA Demia Shymansky tax# [redacted] and reviewed the case with Dr. Adam Bloom. There are serious concerns about ASA Shymansky, it appears that she exhibits acute psychiatric symptoms indicative to psychosis. ASA Shamansky endorses paranoia, delusions of persecution and demonstrates a tangential and circumstantial thought process. I concur with Dr. Bloom that ASA Shymansky be placed on a leave of absence without pay, pursuant to Section 72 of the Civil Service laws.

Lokesh Reddy, M.D.
Deputy Chief Surgeon

LR/cjb

MD #2023-1986
PES #2023-075

## FIRST ENDORSEMENT

Director, Adam Bloom, Psy.D. ABPP to Deputy Chief Surgeon of Psychiatry, August 11, 2023. I reviewed the report prepared by Dr. Christina Gille, Psychologist I, dated 08/11/23 as well as the PES folder of ASA Demia Shymansky, Tax #[redacted]. At this time it appears that ASA Shymansky is considered to be psychologically unfit for the title of Associate Staff Analyst, and it is recommended that she be placed on a leave of absence pursuant to Section 72 of the Civil Service Laws.

The current symptoms exhibited by ASA Shymansky create a disruptive and hostile work environment and she is a potential threat to herself and others. ASA Shymansky exhibits acute psychiatric symptoms indicative of psychosis. She endorses paranoia, delusions of persecution and demonstrates a tangential and circumstantial thought process. She has been calling out sick with no time to use, coming in late, being confrontational, threatening, and disruptive to co-workers, and taking pictures and videos of others without their consent.

Adam Bloom., Psy.D.ABPP
Director
Psychological Evaluation Section

AB/cj

MD # 2023-1986
PES # 23-075

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

August 11, 2023

From: Christina Gille, Psy.D. Psychologist Level I

To: Director, Psychological Evaluation Section

Subject: **PSYCHOLOGICAL EVALUATION OF ASSOCIATE STAFF ANALYST DEMIA SHYMANSKY, TAX # [redacted] HUMAN RESOURCES DIVISION**

1. Referral Information and Statement of Finding: Associate Staff Analyst Demia Shymansky is a female appointed to the department on April 1, 2019. She was referred for a fitness for duty evaluation after sending a number of text messages and emails to her supervisor alleging that the NYPD is using "dark magic" against her. ASA Shymansky presents with acute psychiatric symptoms indicative of psychosis that impact her ability to attend work, perform her job duties, and disrupts the ability of others to do their jobs. For these reasons, ASA Shymansky is considered to be psychologically unfit for the title of Associate Staff Analyst. and it is recommended that she be placed on a leave of absence without pay pursuant to Section 72 of the Civil Service Laws.

2. Sources of Information:
- Individual interview with ASA Shymansky (7/25/2023)
- Review of emails between ASA Shymansky and Lt. Boctor (7/20/2023, 7/25/2023)
- Review of text messages between ASA Shymansky and Lt. Boctor
- Review of email between ASA Shymansky and Michael Gerber (7/23/2023)
- Review of NYPD Central Personnel Index/Personnel Profile Report
- Telephone interview with supervisor Lt. Gasser Antonio Boctor (7/25/2023)
- Review of PES chart from previous evaluation with Dr. Janelle Rondeau (4/13/2023 – 5/31/2023)

3. ASA Shymansky was initially evaluated at the Psychological Evaluation Section (PES) for a psychological fitness for duty evaluation on April 13, 2023 after being referred by the Chief of Transportation. She was seen by Dr. Janelle Rondeau for approximately a month and a half. It was reported that since being assigned to the Transportation Bureau in February 2023, her attendance had been sporadic and LWOP had been activated on numerous occasions. Her work performance suffered because she was unable to focus on the task at hand. She was reportedly seen seeking shelter during overnight hours at the command because of being unsheltered or not having stable housing. She had also reported stolen department and personal belonging and discussed "intelligence gathering." ASA Shymansky indicated that she did her job well and effectively, but did endorse symptoms of paranoia; stating that people are sabotaging

her work. She also endorsed intelligence gathering and the department engaging in the dark arts. She lacked insight into her symptomology. Her CO indicated that she was not performing her duties effectively due to the paranoia. In April 2023, she was transferred to Personnel Bureau. Her new supervisor, Lt. Antonio Boctor, stated that she was performing her job effectively. In May 2023, he indicated that she did all of her work well and on time. He reported being happy with her work and believing she was fit for her title. No safety concerns were reported and her case was closed.

4. ASA Shymansky was re-evaluated at the Psychological Evaluation Section (PES) for a psychological fitness for duty evaluation on July 25, 2023 due to concerns following emails she sent where she accuses the department of utilizing "black magic" against her. During the evaluation, ASA Shymansky was tangential and circumstantial in her thought process. She stated that she was informed by her "supervisors and above" that the department uses Black Magic as a way to harass and discriminate. She stated that she has known about this for over a year and it has made her life difficult by "affecting her mind and body." ASA Shymansky stated that she has "no privacy" due to "24/7 surveillance" watching her in the shower, when she sleeps, etc. When asked how this "black magic" is used she stated, "I don't know how to explain it…it exacerbates mental health." ASA Shymansky reported that she believes she is being followed. She stated that this stems from the Legal Bureau, Criminal Justice Bureau, and is led by a man named "Lester" who is "trying to keep her off the 14th floor" at 1 Police Plaza. ASA Shymansky denies experiencing depression, anxiety, or psychosis. She declined to answer questions pertaining to health history and medications but did state that she "has never been in a psych ward."

5. The undersigned contacted supervisor Lt. Gasser Antonio Boctor of the Personnel Bureau (who made the referral) to obtain collateral information. He provided several examples supporting that ASA Shymansky is unable to complete her job duties and is disrupting the work environment. He stated that she is often calling out sick even though she has negative sick time. He stated that she has called him to tell him that she would be late on numerous occasions. He stated that she has confronted people in elevators and bathrooms; often using profanity and threatening language with them. He stated that she is open with others regarding her beliefs of black magic and has made public announcements at work regarding this. It was noted that co-workers have dropped IAB logs on her because of her behaviors. It was noted that there was a specific incident that occurred on 7/25/2023 in which she confronted a co-worker in the bathroom and stated "what the f*ck you looking at, get the f*ck away from me…stop f*cking following me or I will kick the f*cking sh*t out of you." Lt. Boctor explained that she does not complete her tasks and therefore does not get her work done.

6. ASA Shymansky has sent emails to Lt. Gasser Antonio Boctor saying things such as, "While I can appreciate the department's denial of the existence of a witchcraft program, I know that it is true. It has been used to manipulate and control me and my situation." "I am not open to enduring anyone 'connecting' or 'accessing' my person while I am at the office." "I believe that my body must be 'connected' by a medium or witch so that others can perform better at jobs for which they are not qualified." "Unless the department (along with every participating agency) stops using black magic that is perpetuating a hostile environment (even during my commute) then I cannot come into the office."

7. ASA Shymansky sent several text messages to Lt. Gasser Antonio Boctor at different hours including pictures and videos of individuals on the street, subway, and inside 1 Police Plaza without their consent. She sent messages that included statements such as, "The witch that keeps following me needs to learn to do his own work." "Lt. who is this…Lt. who is stealing? They just stole my 5 dollars." "Lt. Sorry to bother you but the guy whose mustache looks like a porn star is keeping me up, maybe from CJB." "Lt., did someone steal my pension check? Lt., the witch stole my pension check, possibly shortened my paycheck, disconnected my internet, and stole money from Chick Fil A by double charging me. Who is this witch?" "Lt. are they still playing the witchcraft game?" "My vehicle was turned on before I approached it. Lastly, someone who smokes cigarettes probably took and still have the keys."

8. In sum, ASA Shymansky exhibits acute psychiatric symptoms indicative of psychosis. She endorses paranoia, delusions of persecution and demonstrates a tangential and circumstantial thought process. She has been calling out sick with no time to use, coming in late, being confrontational, threatening, and disruptive to co-workers, and taking pictures and videos of others without their consent. The current symptoms exhibited by ASA Shymansky, create a disruptive and hostile work environment and she is a potential threat to herself and others. She is currently unfit to work in the position of associate staff analyst. It is therefore recommended that ASA Shymansky be placed on a leave of absence without pay, pursuant to Section 72 of the Civil Service laws.

9. ICD-10 DIAGNOSTIC IMPRESSION:

F22 Delusional Disorder, Persecutory Type

Christina Gille, Psy.D.
Psychologist Level I
Psychological Evaluation Section

NEW YORK CITY OFFICE OF
ADMINISTRATIVE TRIALS AND HEARINGS

-----------------------------------------------------------------------x

*In the Matter of*

**NEW YORK CITY POLICE DEPARTMENT,** OATH Index No.

Petitioner,

*-against-*

**DEMIA SHYMANSKY,**

Respondent.

-----------------------------------------------------------------------x

# EXHIBIT 3

NYPD Notice of Emergency Involuntary Leave of Absence, dated July 28, 2023

The City of New York
POLICE DEPARTMENT
Human Resources Division
One Police Plaza – 10th Floor
New York, N.Y. 10038

July 28, 2023

Demia Shymansl y
[redacted]

Re: Notice of Emergency
Involuntary Leave of Absence
Pursuant to New York Civil
Service Law Section 72

Dear Ms. Shymansky:

On July 25, 2023, a determination was made by Dr. Christina Gille, Psychological Evaluation Section/Medical Division, that you are unable to perform your duties as an Associate Staff Analyst due to a medical condition described in Attachment "A". You are therefore advised that this Department has relieved you of your duties and placed you on an Involuntary Emergency Leave of Absence pursuant to New York Civil Service Law Section 72. While on leave you will be entitled to use all accumulated, unused annual leave, overtime and other time allowances standing to your credit.

A hearing will be scheduled at the New York City Office of Administrative Trials and Hearings ("OATH") within 30 days of receipt of this letter. At such hearing you may be represented by counsel, and/or recognized employee organization. You may present medical experts, witnesses or evidence on your behalf and cross examine witnesses for the agency at the O.A.T.H. hearing.

After the hearing, the New York Police Department (NYPD) will receive a report with O.A.T.H.'s recommendation. Should NYPD's determination uphold, you will remain out and continue to be assigned to the Military Extended Leave Desk (MELD). Be advised that if your leave of absence exceeds a period of one year, you will be terminated from employment, and you will receive additional information regarding reinstatement.

Best wishes to you with your recovery.

Sincerely,

Paul Rasa
Inspector

PR/tm
Attachment

The City of New York

POLICE DEPARTMENT
**Medical Division**
**Psychological Evaluation Section, 15th Floor**
**59-17 Junction Boulevard**
**Corona, NY 11368**
**Tel: 718.760.7665**

**Date:** 7 25 2023

**Civilian Request for Evaluation of Fitness for Duty**

**Title:** ASA **Name (Last, First):** SHYMANSKY, DEMIA

**Command:** HUMAN RESOURCES DIVISION

**Tax Registry#:** [redacted]

**Command Phone#** (646) 610-6612 **Home Phone#:**

**NYPD Psychologist:** CHRISTINA GILLE, PSYD

**Appointment Date/Time:** 7 24/23 @ 1000 **Notified By:** LT GASSER ANTONIOSBOCTOR

**Supervisor Requesting Evaluation:** LT GASSER ANTONIOSBOCTOR

**Reason for Request/ Specific Questions to be answered: (If other than those listed below)**

IT WAS REPORTED THAT THE CMOS WAS SENDING LT ANTONIOSBOCTOR TEXT MESSAGES AND EMAILS ALLEGING THAT THE DEPARTMENT IS PRACTICING WITCHCRAFT AGAINST HER.

**Evaluation Results:**

☐ **Fit for Duty**

☑ **Unfit for Duty**

CMOS PRESENTS WITH ACUTE PSYCHIATRIC SYMPTOMS INDICATIVE OF PSYCHOSIS. FOR THE PAST 2 WEEKS CMOS HAS CALLED OUT SICK, COME TO WORK LATE, BEEN CONFRONTATIONAL, THREATENING,AND DISRUPTIVE TO CO-WORKERS, AND TAKEN PICTURES AND VIDEOS OF OTHERS WITHOUT CONSENT. THESE BEHAVIORS HAVE PREVENTED THE CMOS FROM COMPLETING HER JOB DUTES AND IS UNFIT FOR TITLE AT THIS TIME

**Date:** 7/25 2023 **Psychologist Signature** [signature]

**Date:** 07/25/23 **Dir./~~Deputy Dir~~. Signature** [signature]

NEW YORK CITY OFFICE OF
ADMINISTRATIVE TRIALS AND HEARINGS

--------------------------------------------------------------------x

*In the Matter of*

**NEW YORK CITY POLICE DEPARTMENT,** Petitioner,

OATH Index No.

*-against-*

**DEMIA SHYMANSKY,** Respondent.

--------------------------------------------------------------------x

# EXHIBIT 4

Notice of Examination, Associate Staff Analyst Exam 5014

THE CITY OF NEW YORK
DEPARTMENT OF CITYWIDE
ADMINISTRATIVE SERVICES
APPLICATION UNIT
1 CENTRE STREET, 14TH FLOOR
NEW YORK, NY 10007

BILL DE BLASIO
Mayor

STACEY CUMBERBATCH
Commissioner

# NOTICE OF EXAMINATION

## ASSOCIATE STAFF ANALYST

**Exam No. 5014**

| | | |
|---|---|---|
| **WHEN TO APPLY:** | **From: February 4, 2015**<br>**To: February 24, 2015** | **APPLICATION FEE: $68.00**<br>**If you choose to pay the application fee with a credit/debit/gift card, you will be charged a fee of 2.49% of the payment amount. This fee is nonrefundable.** |
| **THE TEST DATE:** | Candidates will be called to the multiple-choice test **either Friday, May 29, 2015 or Saturday, May 30, 2015.** | |

**YOU ARE RESPONSIBLE FOR READING THIS NOTICE IN ITS ENTIRETY BEFORE YOU SUBMIT YOUR APPLICATION.**

**WHAT THE JOB INVOLVES:** Associate Staff Analysts, under direction with wide latitude for independent initiative and judgment, in addition to performing the duties of Staff Analyst at a higher level, perform difficult professional work in the preparation and administration of agency budgets and the conduct of economic research and studies; in the preparation and conduct of administrative, procedural and operational studies and analyses concerning the agency's organization and operations; and in personnel administration; and supervise staff performing such work. Associate Staff Analysts utilize computers in the performance of these duties. All Associate Staff Analysts perform related work and during the temporary absence of the supervisor, may perform the supervisor's duties.

(This is a brief description of what you might do in this position and does not include all the duties of this position.)

**THE SALARY:** The current minimum salary is $59,536 per annum . This rate is subject to change.

**HOW TO APPLY:** If you believe you meet the requirements in the "How to Qualify" section, submit an application on the Online Application System (OASys) at *www.nyc.gov/examsforjobs*. Follow the onscreen application instructions for electronically submitting your application and payment, and completing any required information. A unique and valid email address is required to file online. Several internet service providers, including but not limited to Google, Yahoo!, AOL, Outlook.com, and Mail.com offer free email addresses. **All new OASys accounts require verification before a candidate can submit an application to ensure the accuracy of candidate information. Verification is instantaneous for most accounts, but some accounts may require up to 24 hours to be reviewed by a staff member and resolved. Email notification will be sent to those creating accounts that require additional documentation before they can be resolved. Please keep this information and the application period deadline in mind when creating your account.** The following methods of payment are acceptable: major credit card, bank card associated with a bank account, or a prepaid debit card with a credit card logo which you may purchase online or at various retail outlets. You may come to the DCAS Computer-based Testing & Applications Centers to file for this examination online and submit a money order payable to DCAS (Exams).

If you do not have access to a computer, you may file online at one of DCAS' Computer-based Testing & Applications Centers. The centers will be open Monday through Saturday from 9:00 AM to 5:00 PM:

| Manhattan | Brooklyn |
|---|---|
| 2 Lafayette Street | 210 Joralemon Street |
| 17th Floor | 4th Floor |
| New York, NY 10007 | Brooklyn, NY 11201 |

**The DCAS Computer-based Testing & Applications Centers will be closed on Saturday, February 7, 2015, Monday, February 9, 2015 and Monday, February 16, 2015.**

You must complete the entire examination by midnight, Eastern time, of the last day of the Application Period (February 24, 2015). If you have questions about applying for this examination, you may contact DCAS by calling 212-669-7208.

**READ CAREFULLY AND SAVE FOR FUTURE REFERENCE**

**Special Circumstances Guide**: This guide is located on the DCAS website at *www.nyc.gov/html/dcas/downloads/pdf/misc/exam_special_circumstances.pdf* and available at the DCAS Computer-based Testing & Applications Centers. This guide gives important information about requesting an alternate test date because of religious observance or a special test accommodation for disability, claiming Veterans' or Legacy credit, and notifying DCAS of a change in your mailing address. Follow all instructions on the Special Circumstances Guide that pertain to you when you complete your "Application for Examination."

**HOW TO QUALIFY**: **This is a computer-based Qualifying Education and Experience Test. Your education and experience will be evaluated online and you will receive immediate tentative results.** You are responsible for determining whether or not you meet the qualification requirements for this examination prior to submitting your application. If you are marked "Not Qualified," your application fee will not be refunded and you will not receive an Admission Notice or score.

**Education and Experience Requirements**:

1. A master's degree in economics, finance, accounting, business or public administration, human resources management, management science, operations research, organizational behavior, industrial psychology, statistics, personnel administration, labor relations, psychology, sociology, human resources development, political science, or urban studies, or a Juris Doctor degree from an accredited law school, **and** one year of satisfactory full-time professional experience in one or a combination of the following: working with the budget of a large public or private concern in budget administration, accounting, economic or financial administration, or fiscal or economic research; or in management or methods analysis, operations research, organizational research or program evaluation; or in personnel or public administration, recruitment, position classification, personnel relations, labor relations, employee benefits, staff development, employment program planning/administration, labor market research, economic planning, social services program planning/evaluation, or fiscal management; or

2. A baccalaureate degree from an accredited college or university **and** three years of satisfactory full-time professional experience in the areas described in "1" above.

**The education requirement must be met by June 30, 2015. The experience requirement must be met by the last day of the Application Period (February 24, 2015).**

The college or university must be accredited by regional, national, professional, or specialized agencies recognized as accrediting bodies by the U.S. Secretary of Education and by the Council for Higher Education Accreditation (CHEA). The law school must be accredited by the American Bar Association or the California Bar Association.

In order to receive credit for satisfactory, professional experience as described above, for each employment you must have performed **at least six (6)** of the tasks listed in **one** of the following Task Categories of the Staff Analysis Task Inventory:

| Task Category # | Task Category |
|---|---|
| 0100.0000 | Professional work in budget administration, accounting, economic or financial administration, fiscal or economic research, and/or fiscal management (31 tasks). |
| 0200.0000 | Professional organizational research work, such as management or methods analysis, operations research, program evaluation, labor market research, economic planning, social services program planning/evaluation (27 tasks). |
| 0300.0000 | Professional work in personnel or public administration, recruitment, position classification, personnel relations, employee benefits, staff development, employment program planning/administration (27 tasks). |

The complete Staff Analysis Task Inventory is as follows:

**Staff Analysis Task Inventory**

| | |
|---|---|
| **0100.0000** | **Professional work in budget administration, accounting, economic or financial administration, fiscal or economic research, and/or fiscal management (31 tasks).** |
| 0100.0001 | Prepares the agency's or organization's budget proposals. |
| 0100.0002 | Evaluates the agency's or organization's budget proposals. |
| 0100.0003 | Monitors and reports on variances between planned and actual expenditures. |
| 0100.0004 | Prepares budget modifications. |
| 0100.0005 | Monitors the progress of budget modifications. |
| 0100.0006 | Prepares staffing proposals using statistical analyses and cost effectiveness techniques to make recommendations. |
| 0100.0007 | Prepares fiscal requests, using statistical analyses and cost effectiveness techniques to make recommendations. |
| 0100.0008 | Collects and analyzes data related to budget development and makes recommendations, as required. |
| 0100.0009 | Prepares analyses of possible program expenditure options in designated areas. |
| 0100.0010 | Prepares monthly and cumulative expenditure and revenue reports. |
| 0100.0011 | Prepares summary reports on expenditures comparing projected and actual figures. |
| 0100.0012 | Collects and organizes data relative to economic problems. |
| 0100.0013 | Analyzes, interprets and presents data relative to economic problems. |
| 0100.0014 | Serves as a representative, liaison, consultant or expert on major professional or technical matters in an economic studies or budgeting unit, department, or organization. |
| 0100.0015 | Performs advanced technical or professional work involving specialized expertise in economic studies or budgeting. |
| 0100.0016 | Performs the duties of a deputy to the organization's budget officer or head of a division or unit engaged in budgeting work. |
| 0100.0017 | Performs the duties of a deputy to the head of a division or unit engaged in economic research and studies. |

0100.0018 Under supervisor's guidance, performs other professional budget administration duties comparable to those listed above.
0100.0019 Supervises staff in an economic studies or budgeting unit, department, or organization.
0100.0020 Addresses training needs of staff in an economic studies or budgeting unit, department, or organization.
0100.0021 Plans and manages the activities of staff collecting, organizing, analyzing, interpreting and presenting data relative to the economic problems of the group or organization.
0100.0022 Serves as unit head of professional and other staff engaged in budget and financial administration activities.
0100.0023 Plans and manages the activities of staff preparing and/or evaluating the agency's or organization's budget proposals.
0100.0024 Plans and manages the activities of staff preparing and/or monitoring budget modifications.
0100.0025 Plans and manages the activities of staff preparing staffing proposals using statistical analyses and cost effectiveness techniques to make recommendations.
0100.0026 Plans and manages the activities of staff preparing fiscal reports, using statistical analyses and cost effectiveness techniques to make recommendations.
0100.0027 Coordinates and directs the work of staff in an economic studies or budgeting unit, department, or organization.
0100.0028 Prepares or oversees the preparation of reports on the unit, department, or organization's progress in meeting stated goals and objectives.
0100.0029 Conducts or oversees interviews related to budget and/or financial administration.
0100.0030 Conducts or oversees financial research on the status of the economic conditions in the agency.
0100.0031 Prepares or oversees the preparation of staff performance evaluations; monitors staff time and leave.

**0200.0000 Professional organizational research work, such as management or methods analysis, operations research, program evaluation, labor market research, economic planning, social services program planning/evaluation (27 tasks).**

0200.0001 Collects data related to organizational research.
0200.0002 Analyzes data related to organizational research.
0200.0003 Makes required recommendations based on results of organizational research.
0200.0004 Conducts economic research studies.
0200.0005 Plans and/or conducts professional organizational research.
0200.0006 Uses quantitative analysis, cost analysis and other research techniques to analyze complex data and/or make recommendations.
0200.0007 Helps to determine the need for contractual services and defines the scope of such services.
0200.0008 Helps to select and evaluate the performance of appropriate vendors.
0200.0009 Serves as a representative, liaison, consultant or expert on major professional or technical matters in an organizational research unit, department, or organization.
0200.0010 Performs the duties of a deputy to the head of a division or unit of professional and other staff engaged in organizational research activities.
0200.0011 Performs advanced technical or professional work involving specialized expertise in personnel or human resources.
0200.0012 Prepares comprehensive reports of findings with recommendations for improved efficiency.
0200.0013 Prepares, maintains and revises system and procedure manuals; designs forms.
0200.0014 Prepares charts, graphs and other related material.
0200.0015 Prepares periodic or special reports on agency's or organization's programs.
0200.0016 Supervises staff in an organizational research unit, department or organization.
0200.0017 Addresses training needs of staff in an organizational research unit, department, or organization.
0200.0018 Supervises staff collecting, analyzing, interpreting and/or presenting data related to organizational research.
0200.0019 Serves as unit head of professional and other staff engaged in organizational research activities.
0200.0020 Supervises staff making required recommendations based on results of organizational research.
0200.0021 Supervises staff engaged in economic research studies.
0200.0022 Supervises staff performing difficult and responsible professional organizational research.
0200.0023 Supervises staff using quantitative analysis, cost analysis and other research techniques to analyze complex data and/or make recommendations.
0200.0024 Prepares or oversees the preparation of written material, i.e., reports, procedure manuals, forms.
0200.0025 Conducts or oversees financial research on the status of the economic conditions in the agency.
0200.0026 Conducts or oversees interviews and operational studies on organizational research procedures.
0200.0027 Prepares or oversees the preparation of staff performance evaluations; monitors staff time and leave.

**0300.0000 Professional work in personnel or public administration, recruitment, position classification, personnel relations, employee benefits, staff development, employment program planning/administration (27 tasks).**

0300.0001 Performs and/or supervises professional work in employment/recruitment program planning and/or administration.
0300.0002 Performs and/or supervises professional work in the administration of civil service lists.
0300.0003 Performs and/or supervises professional work in position classification and compensation, including the development of proposals for changes in an organization's title structure and position descriptions.
0300.0004 Performs and/or supervises professional work in employee selection.
0300.0005 Performs and/or supervises professional work in employee benefits, health insurance, and/or unemployment insurance.
0300.0006 Performs and/or supervises professional work in occupational safety programs.
0300.0007 Performs and/or supervises professional work in personnel and/or labor relations.
0300.0008 Performs and/or supervises professional work in management studies and workforce planning.
0300.0009 Performs and/or supervises professional work in Equal Employment Opportunity programs.
0300.0010 Performs and/or supervises professional work in performance evaluation and staff development.
0300.0011 Performs and/or supervises professional work in employee orientation and/or training programs.
0300.0012 Performs and/or supervises professional work in programs such as blood drives, and volunteer charitable collections.
0300.0013 Performs and/or supervises data collection, analysis, interpretation and/or presentation related to personnel management and staffing, making recommendations as required.
0300.0014 Performs and/or supervises advanced technical or professional work involving specialized expertise in personnel or human resources.
0300.0015 Performs and/or supervises professional personnel administration and liaison work concerning multi-organizational, group, or organization personnel programs (e.g., occupational safety, blood, health and/or unemployment insurance, etc.).

| | |
|---|---|
| 0300.0016 | Assists supervisor in determining the need for contractual services, assisting a supervisor to define the scope of such services. |
| 0300.0017 | Assists supervisor in the selection and performance evaluation of appropriate vendors. |
| 0300.0018 | Develops and administers, or supervises the development and administration of valid personnel testing programs in accordance with professional standards, prepares associated test materials, as required. |
| 0300.0019 | Serves as a representative, liaison, consultant or expert on major professional or technical matters in a personnel or human resources unit, department, or organization. |
| 0300.0020 | Serves as deputy to the head of a division or unit of professional and other staff engaged in personnel administration activities. |
| 0300.0021 | Performs the duties of a deputy to the group or organization's personnel officer or performs assignments equivalent to those of that assignment. |
| 0300.0022 | Supervises staff in a personnel or human resources unit, department, or organization. |
| 0300.0023 | Addresses training needs of staff in a personnel or human resources unit, department, or organization. |
| 0300.0024 | Serves as unit head of professional and other staff engaged in personnel administration activities. |
| 0300.0025 | Prepares or oversees the preparation, examination, or analysis of data, records, or other electronic documents and reports in a personnel or human resources unit, department, or organization. |
| 0300.0026 | Conducts or oversees selection interviews, reviews qualification requirements, and/or makes recommendations related to position classification, civil service list creation, and/or recruitment. |
| 0300.0027 | Prepares or oversees the preparation of staff performance evaluations; monitors staff time and leave. |

**You must include all your relevant education and experience on your Online Education and Experience Test. You have until midnight Eastern time on the last day of the Application Period (February 24, 2015) to submit your Online Education and Experience Test; however, once you submit your Online Education and Experience Test, you will not be permitted to submit new or additional information about your education and/or experience.** You will not receive credit for education which you obtain after June 30, 2015 or experience which you obtain after the end of the Application Period.

**Foreign Education Evaluation Guide (Required only if you need credit for your foreign education to meet the education and experience requirements)**: If you were educated outside the United States, you must have your foreign education evaluated to determine its equivalence to education obtained in the United States. The services that are approved to make this evaluation are listed on the Foreign Education Evaluation Guide located on the DCAS website at *www.nyc.gov/html/dcas/downloads/pdf/misc/foreigneducation.pdf*. When you contact the evaluation service, ask for a **"document-by-document" (general)** evaluation of your foreign education. You must have one of these services submit its evaluation of your foreign education directly to the Department of Citywide Administrative Services no later than eight weeks from the last date for applying for this examination. (For more information, see **Item #3** in the *Special Insert: Guide for Completing the Online Examination* at the end of this document.)

**Residency Requirement Advisory**: Under New York City Administrative Code Section 12-120, you might need to be a resident of the City of New York within 90 days of the date you are appointed to this position. Since residency requirements vary by title, appointing agency and length of service, consult the **appointing agency's personnel office** at the time of the appointment interview to find out if City residency is required.

**English Requirement**: You must be able to understand and be understood in English.

**Proof of Identity**: Under the Immigration Reform and Control Act of 1986, you must be able to prove your identity and your right to obtain employment in the United States prior to employment with the City of New York.

**THE TEST**: The multiple-choice test may be given at a computer terminal or in paper and pencil format. You will be informed of the format on your Admission Notice. Your score on this test will be used to determine your place on an eligible list. You must achieve a score of at least 70% to pass the test.

The multiple-choice test is designed to assess the extent to which candidates have certain abilities determined to be important to the performance of the tasks of an Associate Staff Analyst (ASA). Task areas to be tested are as follows: budget administration, accounting, economic or financial administration, fiscal or economic research and/or fiscal management; procedural, organizational, and operational studies, such as management or methods analysis, program evaluation, economic planning; and personnel administration, such as recruitment, position classification, personnel relations, employee benefits, staff development, etc.

The test may include questions requiring standards of proper employee ethical conduct, and the use of any of the following abilities:

**Descriptive Statistics** - the ability to apply given statistical formulas, including calculation of means, medians and modes. Example: An ASA may use statistical analyses to prepare fiscal requests, conduct economic studies, and perform management studies and workforce planning.

**Quantitative Analysis & Interpretation** - the ability to analyze, interpret and understand the underlying principles and meaning of numerical data; recognize inconsistencies and errors in reports containing numerical data. May involve making projections. Example: An ASA may analyze and interpret data related to budget development, personnel related management and staffing, and organizational research related data sets, etc.

**Planning & Organizing** - the ability to establish a method of execution to accomplish a specific goal over an extended period of time; determine appropriate assignments and allocation of resources, including the ability to prioritize tasks and objectives based on importance, time constraints, etc. Example: An ASA may prepare budget proposals, determine the need for vendor services, and plan employment or recruitment programs, etc.

**Management of Personnel Resources** - the ability to motivate, develop, and direct people as they work, identify the best people for the job; manage employees needed to accomplish tasks. This also involves determining appropriate assignments and allocation of resources. Example: An ASA may supervise staff of a specific unit, address training needs of staff, and prepare performance evaluations.

**Written Expression** - the ability to appropriately communicate information and ideas in written words and sentences so intended audience will understand. This may involve reviewing and editing correspondence and other written materials. Example: An ASA may prepare expenditure and revenue reports, procedure manuals, test materials, etc.

**Number Facility** - the degree to which adding, subtracting, multiplying and dividing can be done quickly and correctly. This can be steps in other operations like finding percentages. This also includes arithmetic reasoning. Example: An ASA may monitor variances between planned and actual expenditures of a budget and determine the percentage change.

Questions based on the above abilities will be concerned with budgeting, procedural, organizational, and operational studies and personnel administration. Certain questions may need to be answered on the basis of documents or other information supplied to the candidates on the date of the multiple-choice exam.

**Warning**: You are not permitted to enter the test site with cellular phones, beepers, pagers, cameras, portable media players, or other electronic devices. Calculators are permitted; however, they must be hand-held, battery or solar powered, numeric only. Calculators with functions **other than** addition, subtraction, multiplication and division **are prohibited**. Electronic devices with an alphabetic keyboard or with word processing or data recording capabilities such as planners, organizers, etc. are prohibited. If you use any of these devices in the building at any time before, during, or after the test, you may not receive your test results, your test score may be nullified, and your application fee will not be refunded.

You may not have any other person, including children, present with you while you are being processed for or taking the test, and no one may wait for you inside of the test site while you are taking the test.

**Required Identification**: **You are required to bring one (1) form of valid (non-expired) signature and photo bearing identification to the test site.** The name that was used to apply for the exam must match the first and last name on the photo ID. A list of acceptable identification documents is provided below. **If you do not have an acceptable ID, you may be denied testing.** Acceptable forms of identification (bring one) are as follows: State issued driver's license, State issued identification card, US Government issued Passport, US Government issued Military Identification Card, US Government issued Alien Registration Card, Employer ID with photo, or Student ID with photo.

**Leaving**: You must leave the test site once you finish the test. If you leave the test site after being fingerprinted but before finishing the test, you will not be permitted to re-enter. If you disregard this instruction and re-enter the test site, you may not receive your test results, your test score may be nullified, and your application fee will not be refunded.

**ADMISSION NOTICE**: If you are marked "Qualified" on the Online Education and Experience Test, you should receive an Admission Notice in the mail about 10 days before the first date of the multiple-choice test. If you do not receive an Admission Notice at least 4 days before the first test date, you must go to the Exam Support Group, 1 Centre Street, 14th Floor, Manhattan, to obtain a duplicate notice. Test site assignments will take your address into consideration, but proximity cannot be guaranteed.

**THE TEST RESULTS**: If you are found "Qualified" and pass the multiple-choice test, your name will be placed in final score order on an eligible list and you will be given a list number. You will be notified by mail of your test results. If you meet all requirements and conditions, you will be considered for appointment when your name is reached on the eligible list.

**CHANGE OF MAILING AND/OR EMAIL ADDRESS**: It is critical that you promptly notify DCAS of any change to your mailing address and/or email address. You may miss important information about your exam(s) or consideration for appointment, including important information that may require a response by a specified deadline, if we do not have your correct mailing and/or email address. Change of mailing and/or email address requests submitted to any place other than DCAS, such as your Agency or to the United States Postal Service will NOT update your records with DCAS. To update your mailing and/or email address with DCAS, you must submit a change request by mail or in person. Your request must include your full name, social security number, exam title(s), exam number(s), old mailing and/or email address, and your new mailing and/or email address. Your request can be mailed to DCAS Records Room, 1 Centre Street, 14th Floor, New York, NY 10007 or brought in person to the same address Monday through Friday from 9AM to 5PM.

**ADDITIONAL INFORMATION**:

**Selective Certification for Special Experience**: If you have the experience listed below, you may be considered for appointment to positions requiring this experience through a process called Selective Certification. If you qualify for Selective Certification, you may be given preferred consideration for positions requiring this experience. Follow the instructions given to you on the day of the multiple-choice test to indicate your interest in such Selective Certification. Your experience will be checked by the appointing agency at the time of appointment.

1. **Selective Certification for Positions Requiring Experience Using SPSS**: One year of experience analyzing data using **SPSS** to perform data management and data cleaning, perform basic statistics such as calculating proportions, means and medians, and conduct bivariate analysis.

2. **Selective Certification for Positions Requiring Experience Using SAS**: One year of experience analyzing data using SAS to perform data management and data cleaning, perform basic statistics such as calculating proportions, means and medians, and conduct bivariate analysis.

3. **Selective Certification for Positions Requiring Experience Using Structured Query Language (SQL)**: One year of professional experience using Structured Query Language (SQL) to perform data management and data cleaning, perform basic statistics such as calculating proportions, means and medians, and conduct bivariate analysis.

**The above Selective Certification requirements may be met at anytime during the duration of the list.** If you meet this requirement at some future date, please submit a request by mail to: DCAS Bureau of Examinations - Exam Development Group, 1 Centre Street, 14th Floor, New York, NY 10007. Please include the examination title and number, your social security number, and the Selective Certification you are requesting on your correspondence.

**Promotion Test**: A promotion examination for this title is being held for eligible employees. The names appearing on the promotion list will be considered first in filling vacancies.

**SPECIAL ARRANGEMENTS:**

**Make-up Test**: You may apply for a make-up test if you cannot take the test on the regular test date(s) for any of the following reasons:

(1) compulsory attendance before a public body;
(2) on-the-job injury or illness caused by municipal employment where you are an officer or employee of the City;
(3) absence from the test within one week after the death of a spouse, domestic partner, parent, sibling, child or child of a domestic partner where you are an officer or employee of the City;
(4) absence due to ordered military duty;
(5) a clear error for which the Department of Citywide Administrative Services or the examining agency is responsible; or
(6) a temporary disability, pregnancy-related, or child-birth-related condition preventing you from taking the test.

To request a make-up test, contact the Exam Support Group in person or by mail at 1 Centre Street, 14th Floor, New York, NY 10007, as soon as possible and provide documentation of the special circumstances that caused you to miss your test.

**PENALTY FOR MISREPRESENTATION**: Any intentional misrepresentation on the application or examination may result in disqualification, even after appointment, and may result in criminal prosecution.

## Special Insert: Guide for Completing the Online Examination

This online examination consists of the following sections:

Application, including the Notice of Examination and payment of fee
Education Level
Employment/Work Experience
Survey

There are detailed instructions online for each of these sections, so make sure that you read these instructions before you begin to fill out each section. In addition, the **Overview** and **Frequently Asked Questions (FAQs)**, which are accessible throughout the examination process, contain valuable information about the online examination process and civil service procedures governing examinations. This guide is a brief summary of some of the items found in these instructions.

1. You **must** complete the application and examination by midnight, Eastern time, of the last day of the filing period. If you do **not** complete your application, which includes payment of the filing fee, there will be no record that you applied for the examination.

2. You **must** meet qualification requirements in order to qualify for this examination. If you do **not** meet the qualification requirements, you will be marked **Not Qualified** and your application fee will **not** be returned.

3. **Completing the Education Level section**: For each degree you select, you **must** fill out the information requested. If you were educated in a foreign country, you **must** have an evaluation of your education sent directly to DCAS by a DCAS approved foreign education evaluation service no later than eight weeks from the last day of the application period. Your examination will be tentatively scored based on the education level you claim. Your foreign education evaluation will then be reviewed by DCAS examiners. If the evaluation differs from what you claimed, or if you did **not** submit a foreign education evaluation, your examination will be re-scored, and you may be marked **Not Qualified**.

4. **Completing the Employment/Work Experience section**: For each job you must fill out the information requested. A maximum of one year of full-time experience will be credited for each 12-month period. Part-time experience will be pro-rated according to the following ranges:

   35 hours per week or more = 100%
   34 hours per week or less will be pro-rated as a percentage of a 35 hour work week.

   For each job you must select the tasks you performed from the tasks listed in the drop-down menu. In order for a job to be credited, you must select at least 6 tasks from the tasks listed under **either** Task Category #0100 **or** Task Category #0200, **or** Task Category

#0300. For example, if you select 2 tasks from Task Category #0100 **and** you select 4 tasks from Task Category #0200, the job will not receive credit.

**The General Examination Regulations of the Department of Citywide Administrative Services apply to this examination and are part of this Notice of Examination. They are posted and copies are available at nyc.gov/dcas and at the Computer-based Testing & Applications Centers.**

The City of New York is an Equal Opportunity Employer.

Title Code No. 12627; Staff Analysis Occupational Group.

**For information about other exams, and your exam or list status, call 212-669-1357.**
**Internet: nyc.gov/dcas**

NEW YORK CITY OFFICE OF
ADMINISTRATIVE TRIALS AND HEARINGS

----------------------------------------------------------------------x

*In the Matter of*

**NEW YORK CITY POLICE DEPARTMENT,** OATH Index No.

Petitioner,

*-against-*

**DEMIA SHYMANSKY,**

Respondent.

----------------------------------------------------------------------x

# EXHIBIT 5

Associate Staff Analyst title description Code 1267

# ASSOCIATE STAFF ANALYST

## Duties and Responsibilities

Under direction, with wide latitude for independent initiative and judgment, in addition to performing the duties of Staff Analyst at a higher level, performs difficult professional work in the preparation and administration of agency budgets and the conduct of economic research and studies; in the preparation and conduct of administrative, procedural and operational studies and analysis concerning the agency's organization and operations; and in personnel administration; and supervises staff performing such work. May utilize computers in the performance of these duties. All personnel perform related work, and, during the temporary absence of the supervisor, may perform their supervisor's duties.

## Examples of Typical Tasks

Performs and administers difficult professional work in the preparation and administration of agency budgets and the conduct of economic research and studies and supervises staff performing such work: prepares, analyzes and modifies an agency's budget; develops agency financial plans; develops cost reduction programs; conducts complex economic research and studies; may serve as budget officer or as principal assistant to a high level agency executive with budget responsibilities.

Performs and administers difficult professional work in the preparation and conduct of administrative, procedural and operational studies and analyses concerning the agency's organization and operations and supervises staff performing such work: supervises or conducts complex studies and surveys of management, methods, equipment, space, staffing, personnel and other related areas concerning the operation of City agencies, using quantitative analysis, cost analysis and other research techniques;

## ASSOCIATE STAFF ANALYST (continued)

### Examples of Typical Tasks (continued)

may determine the need for contractual services and work with the Agency Chief Contracting Officer to define the scope of such services, and to select and evaluate appropriate vendors; may serve as project manager; prepares comprehensive reports on surveys and/or findings with recommendations for improved effectiveness; oversees the installation of new systems and procedures, including the conduct of related training of appropriate staff, coordinating for internal consistency; may serve as principal assistant to a high level agency executive with organizational research responsibilities.

Performs and administers difficult professional work in personnel administration and services staff performing such work: plans, coordinates and supervises agency personnel activities, including personnel relations, performance evaluation, workforce planning, EEO programs, recruitment, employment planning, position classification, compensation, personnel management, staff development, labor relations and other City-wide or agency personnel programs; may determine the need for contractual services and work with the Agency Chief Contracting Officer to define the scope of such service, and to select and evaluate appropriate vendors; may serve as personnel officer or as principal assistant to a high level agency executive with personnel responsibilities.

### Qualification Requirements

1. A master's degree from an accredited college in economics, finance, accounting, business or public administration, human resources management, management science, operations research, organizational behavior, industrial psychology, statistics, personnel administration, labor relations, psychology, sociology, human resources development, political science, urban studies or a Juris Doctor degree from an accredited law school, and one year of satisfactory full-time professional experience in one or a combination of the following:

The City of New York

POLICE DEPARTMENT

Legal Bureau
One Police Plaza, Room 1406
New York, N.Y. 10038
(646) 610-5400

August 23, 2023

**DEMIA SHYMANSKY**
[redacted]

Re: OATH Petition

Dear ASA Shymansky:

As you are aware, the NYPD has determined that you are unfit for full-duty as an Associate Staff Analyst (ASA), and has placed you on emergency involuntary leave and has proposed placing you on an involuntary leave of absence. You have objected to this leave, and are entitled to an appeal of this decision before the Office of Administrative Trials and Hearings ("OATH").

Attached is a copy of the petition that was filed in OATH today. This petition will initiate the proceedings before an Administrative Law Judge.

You have the right to seek representation in this matter by your union, an attorney, or other representative. Should you choose to seek representation, please notify this person that they must file a notice of appearance with OATH. Additionally, you have the right to file an answer to the petition. To do so, you may serve and file an answer to the petition within thirteen days of service of the petition. Lastly, a copy of OATH's rules of practice and procedure are published in Title 48 of the Rules of the City of New York, and copies are available on OATH's website.

Sincerely,

Brian McCaffrey
Agency Attorney

**cc: Christina Chan & Adam Orgel**
**Organization of Staff Analysts:**
**220 E 23rd St, New York, NY 10010 ·**
**(212) 686-1229**

NEW YORK CITY OFFICE OF
ADMINISTRATIVE TRIALS AND HEARINGS

-----------------------------------------------------------------------x

*In the Matter of*

**NEW YORK CITY POLICE DEPARTMENT,** OATH Index No.

Petitioner,

*-against-*

**DEMIA SHYMANSKY,**

Respondent.

-----------------------------------------------------------------------x

**BRIAN MCCAFFREY**, an attorney duly admitted to practice law in the State of New York, affirms under penalty of perjury pursuant to 48 RCNY § 1-07 that, on August 23, 2023, I served a true copy of the foregoing petition upon Respondent and her union, by mailing the same in a sealed envelope, postage prepaid, in an official depository of the United States Postal Service within the State of New York, addressed as follows:

DEMIA SHYMANSKY
[redacted]
(via certified, tracked Overnight Mail, and Regular Mail)

Christina Chan & Adam Orgel
Organization of Staff Analysts:
220 E 23rd St, New York, NY 10010 ·
(212) 686-1229
*(via regular mail and email)*

Dated: New York, New York
August 23, 2023

Brian McCaffrey, Esq.
New York City Police Department
Agency Attorney
One Police Plaza, Room 1406
New York, New York 10038
(646) 610-4494
Brian.McCaffrey@nypd.org