# EXHIBIT D

*(Email Correspondence with OATH, OSA, and Others)*

Gmail

**Demia Wilburn** [redacted]

## Additional Information

**Demia Wilburn** [redacted]
To: sparker@osaunion.org
Cc: cchan@osaunion.org

Tue, Aug 22, 2023 at 10:43 AM

There was no "finding". I'm sending the letter from PD ordering a recovery. What I sent was the note from PD that I am not sick and follow-up to be determined.

Is there still a conference for 8/25? And will OSA's attorney be present? Also, I'll prefer appearing telephonically. The strongest evidence is that their doctor did not find me sick. It's tantamount to an admission. Consequently, any unpaid leave would be deeply problematic. And you even heard the doctor state that the leave would be paid.

I think the department's mitigation of damages resulting from the harassment in the office is that I take paid leave for as long as necessary (up to a year pursuant to Section 72). Based on my understanding of this type of leave, it could be necessary in instances where there is disruption to operations. Unfortunately, it's usually in cases where the person is sick.  I was the subject of misconduct and that must stop for my own safety.

What other documentation are they requesting?

[Quoted text hidden]

Gmail

Demia Wilburn [redacted]

## Postponement

**Demia Wilburn** [redacted] Thu, Aug 24, 2023 at 4:55 PM
To: Adam Orgel [redacted]

Adam:

Just so you know - I cannot think of any reason why the union would legitimately reschedule so much later. I find Stephen to assume antagonistic positions as if he is unduly influenced by the department. This "game" that they are playing (TADA) has real consequences. For the record, if this is "Stephen's" opportunity to showcase his representation skills, he is lousy. If your client is expressing concern about pay, why would you further complicate matters and misquote the law? What conference would we truly need to have other than (i) how are we discussing termination when it hasn't been a year? (ii) your own doctor said that I'm not sick and (iii) you can't in one breath say that well, they **told** you to see a doctor but not also take the position that they **told** me that I was getting paid? And does it make sense that the hearing was Monday, 8/28 but now you are not going to be in the office?

"Stephen" seems to be from the department and under the same influence of those persons who have followed me to each command. This person is incompetent in many forms and exhibits a nervous energy whenever they must speak for me. If he is under the influence of the department, then they (along with Sanitation) are strong-arming me. And I don't have time to engage with them showcasing mediocrity. Let them play with someone else. I am not interested in participating in their game or working with any of them due to this absurd behavior. My money is seriously affected.
[Quoted text hidden]

Gmail **Demia Wilburn** [redacted]

## Message from DI Worobey

**Demia Wilburn** [redacted] Thu, Aug 24, 2023 at 9:41 AM
To: "WOROBEY, ERIK" <ERIK.WOROBEY@nypd.org>

Good Morning:

I have a hearing next week, and all of the property is to be turned over at that time.

Best,
Demia

On Thu, Aug 24, 2023 at 9:27 AM WOROBEY, ERIK <ERIK.WOROBEY@nypd.org> wrote:

> Good morning, hope all is well, just seeing if you were able to send the property as of yet? I know it can take some time to reach me, but just seeing if the process has begun.
>
> ---
>
> **From:** Demia Wilburn [redacted]
> **Sent:** Thursday, August 17, 2023 9:55 PM
> **To:** WOROBEY, ERIK <ERIK.WOROBEY@nypd.org>
> **Subject:** Re: Message from DI Worobey
>
> Great. But it is my understanding that personnel on leave with pay is not required to surrender department property. As you are aware, members of the department have abused its intelligence gathering assets, specifically in the form of its "dark arts". Consequently, I have had property stolen and/or damaged through the ubiquitous, reckless employment of this program. I believe my husband's watch was stolen from his house as well as other property, all of which has not been returned, especially the substantial sums of money.
>
> The Section 72 was not my choice. I specifically wanted one week (not sick) where I would be left alone completely by members of the department and/or other City agencies that have been granted access. Instead, my PC was hacked so that I would be unable to apply for another position; more members of city service and my neighbors were given access to my privacy (completely in violation of the 1, 4, 13, and 14 amendments); and my EEO filed earlier against participating members of the department (and DSNY) seems deleted from the record.
>
> Members want me to stop talking about the witchcraft or I would be deemed crazy. The doctor's note that I got saying that I was not crazy has since been stolen from my purse. This practice is out of control and needs to stop immediately. My privacy has been invaded for at least 2 years. Trust me, more than you want me to stop talking about it, I want the department to stop using it. And that's when I will have nothing to say.
>
> I will send you my materials and Legal will finally get the conversation with me that they have wanted. Have a good evening.
>
> Best,
> Demia
>
> On Thu, Aug 17, 2023 at 6:37 PM WOROBEY, ERIK <ERIK.WOROBEY@nypd.org> wrote:
>
> > I will be more than happy to receive it. Just don't want to trouble you, especially since it would have involve mailing the phone.
> > Here would be my address
> > 1 police plaza room 606
> > New York New York 10038
> > Attention DI worobey room 606
> >
> > On Aug 17, 2023, at 17:52, Demia Wilburn <[redacted]> wrote:

Thank you for the offer, but I don't receive guests. And I'd like to make sure it's not an issue, especially because the rules describe something different regarding property and my type of leave. MELD also asked about it, but I haven't heard from my CO. If I address it to you then I could inform MELD.

Best,
Demia

On Thu, Aug 17, 2023 at 5:32 PM WOROBEY, ERIK <ERIK.WOROBEY@nypd.org> wrote:

> We could pick it up if you like.
>
> ---
>
> **From:** Demia Wilburn[redacted]
> **Sent:** Thursday, August 17, 2023 5:21 PM
> **To:** WOROBEY, ERIK <ERIK.WOROBEY@nypd.org>
> **Subject:** Re: Message from DI Worobey
>
> You don't often get email from [redacted]. Learn why this is important
>
> **CAUTION! EXTERNAL SENDER**
>
> **STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org
>
> Good Evening Inspector:
>
> Thank you for reaching out to me. Should I mail my property with the sick forms?
>
> Best,
> Demia
>
> On Thu, Aug 17, 2023 at 2:16 PM WOROBEY, ERIK <ERIK.WOROBEY@nypd.org> wrote:
>
> > Good afternoon, I have been tasked with collecting your department ID card and Department cell phone. Please call, text, or email me at your earliest connivence at the number/email below.
> >
> > Thank you
> > Erik Worobey
> > office- 646-610-6961
> > celluar- 917-692-1873

EXHIBIT
AA-4

**Hamilton, Tiffany (OATH)**

| | |
|---|---|
| **From:** | Len Shrier <shrierlawoffices@gmail.com> |
| **Sent:** | Thursday, October 5, 2023 2:26 PM |
| **To:** | Turilli, Michael (OATH); Hamilton, Tiffany (OATH) |
| **Cc:** | OATH Calunit; Miller, Ilona (OATH); Christina Chan; ABBAS, ASYA; STEWART, STEPHANIE; MCCAFFREY, BRIAN |
| **Subject:** | [EXTERNAL] Re: OATH CONFERENCE MT:240582:Police Department v. Shymansky, Demia NYPD Available afternoon on Thursday, October 12, and in the afternoon on Friday, October 13. |
| **Attachments:** | image002.jpg |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Dear Judge Turilli and Judge Hamilton:

First, Judge Turilli, thank you for granting the adjournment of the original conference date in this matter. I have conferred with Counsel McCaffrey, attorney for the NYPD in this matter, and we have agreed, subject to your continued availability, to the adjourned date of October 12, 2023, in the afternoon.

Because of the adjournment of the conference, the parties are jointly requesting an adjournment of the trial date in this matter, presently October 17, 2023, before Judge Hamilton. Prior to my involvement in this matter, Respondent had filed a notice waiving her right to a hearing within 30 days of the filing of her request for a hearing and waiving the 75 day limitation on the agency issuing its final determination. Judge Hamilton, should you wish a separate application be made before you, please advise.

Thank you both for your consideration.

Very truly yours,
Leonard A. Shrier

**Law Offices of Leonard A. Shrier, P.C.**
**225 Broadway, Suite 1606**
**New York, New York 10007**

212-791-7300 (phone)
212-791-3911 (fax)

The information contained in this e-mail is legally privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify me at shrierlawoffices@gmail.com and destroy all hard copies and any copies that may be on your computer.

EXHIBIT
ALJ 7

**Hamilton, Tiffany (OATH)**

| | |
|---|---|
| **From:** | Demia Wilburn <[redacted] |
| **Sent:** | Monday, December 18, 2023 12:31 PM |
| **To:** | Hamilton, Tiffany (OATH) |
| **Cc:** | Ricketts, Naomi; MCCAFFREY, BRIAN; Richard Washington |
| **Subject:** | [EXTERNAL] Re: Fw: Police Department v. Shymansky, Demia 240582. Petitioner NYPD Proposed witness list for Hearing December 19 and December 20 , 2023 |

Some people who received this message don't often get email from demia.wilburn@gmail.com. Learn why this is important

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Good Morning Judge Hamilton:

My sincerest apologies for inundating you with emails. However, as you are aware, the first day hearing for the above-referenced matter is scheduled for tomorrow. The manner in which this case has been proceeding is nothing short of problematic. My union recently assigned me new counsel, and we have tried to maintain the pre-existing trial schedule in lieu of that change. The primary reason is that while this matter remains unresolved, I remain unpaid. I have also tried to afford my counsel the space to present this case since its inception. But it is my understanding, based on the statements in opposing counsel's papers, that an answer has not been filed on my behalf. I have no desire to represent myself in this matter. Nevertheless, given the gravity of the allegations, I should be afforded the same opportunities under the law to address the statements made against me. Additionally, it will afford the petitioner an opportunity to determine whether continued prosecution of this case is necessary. Admittedly, the petitioner requested to adjourn the matter, but I declined due to my lack of income as a result of this proceeding. Since that time, new information has come to light, and it would be in the best interest of all parties to review the issues, documents, and any missteps prior to proceeding with trial. I respectfully request that the court permit a filing of a late answer and adjourn the hearing until a date after which all parties have had time to revisit the issues before the court. Thank you in advance for your consideration.

Best,
Demia Shymansky

On Sat, Dec 16, 2023 at 1:33 PM Demia Wilburn [redacted] wrote:

Good Morning Judge Hamilton:

As you are aware, I am the named respondent in the above-referenced proceeding. My apologies for the direct communication, but I have not had opportunity to engage with my counsel to properly preserve issues that I have with Petitioner's exhibits. The exhibits as I have reviewed them have been modified from its original state (at least since the time of production) and have not been properly redacted to remove confidential information. They also are not marked. I must object to the submission of these documents into the record in their current state. Additionally, I am not aware whether the court received the redacted exhibits that I prepared (aside from Exhibit J that I directly emailed). But the evidence list provided to the court should be corrected in that Exhibit A should continue with the descriptive language "showing unlicensed to practice in NYS since 2020, current as of December 12, 2023". To the extent that my counsel has been communicating with the court to ensure my rights are preserved and documents timely submitted, then I would have no other issue. Thank you in advance for your consideration.

Best,
Demia Shymansky

EXHIBIT
ALJ 11

**Hamilton, Tiffany (OATH)**

**From:** Demia Wilburn <[redacted]>
**Sent:** Thursday, March 14, 2024 9:08 PM
**To:** Hamilton, Tiffany (OATH)
**Cc:** MCCAFFREY, BRIAN; ABBAS, ASYA; Ricketts, Naomi; MOCCIO, NICOLE; OATH Calunit
**Subject:** Re: [EXTERNAL] RE: Police Department v. Shymansky, Demia 240582. Petitioner NYPD Ready for trial March 21 and 26- Request that co counsel be copied on all correspondence and notices.
**Attachments:** image001.png

Good Evening Judge Hamilton:

I have prepared my witness list and trial exhibits for submission. I will send all documents to the parties, including the court, once the interference with my equipment has ceased.

I would like to bring to the court's attention that late yesterday evening, I received an email timestamped for 5:34 PM the same day. It is an invitation to a hiring pool occurring on 3/21. As you may know, I am on unpaid leave and am in need of employment. I also have an obligation to pursue employment options to mitigate damages resulting from the petitioner's initiation of this proceeding. For that reason, I respectfully request that we adjourn the trial until 3/26, if possible. You will notice that I am not calling any witnesses. So I will only cross-examine the petitioner's witnesses in addition to opening and closing the case. Thus, we may not need a second day. But for this short notice, I would be ready.

And yes, I must proceed pro se. Under the circumstances, may we hold first day trial on 3/26 and schedule only the day?

Respectfully,
ASA Demia Shymansky

On Thu, Mar 14, 2024, 4:24 PM Hamilton, Tiffany (OATH) <THamilton@oath.nyc.gov> wrote:

Good afternoon,

Thank you for the update, Mr. McCaffrey.

Ms. Shymansky, kindly confirm whether you are ready to proceed to trial. Have you retained counsel or will you be proceeding pro se on March 21? Please also ensure that I have all of the exhibits you intend to present at trial, as well as a current witness list.

Tiffany Hamilton

Administrative Law Judge

EXHIBIT
tabbies
ALJ 12

**Hamilton, Tiffany (OATH)**

**From:** Demia Wilburn <[redacted]>
**Sent:** Tuesday, March 26, 2024 5:11 AM
**To:** Hamilton, Tiffany (OATH)
**Cc:** criminal.division@usdoj.gov
**Subject:** [EXTERNAL] EX PARTE COMMUNICATION - PD v. Shymansky, No. 240582

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Good Morning Judge Hamilton:

My apologies for the late email. I must request an adjournment of the hearing scheduled this morning at 9:30. As you are aware, my email was hacked last night to delete evidence that I intended to present at the hearing. That evidence concerned my learning of the adjournment of the initial conference and hearing after parties had already entered into an agreement as well as emails regarding other matters.

Additionally, my printer began printing in blank and printing documents that I did not send to print.

I just learned that my bank account was hacked overnight. And as you know, I am currently without income. My intention was to attempt to get to a printer before court began to have at least a few documents in hard copy. I still might have asked for adjournment due to the inability to present exhibits to support my motion. Plus, my PC was directed to fake cases that supported Petitioner's position. I captured some proof of the mis-direction. Nevertheless, I would have distinguished the cases. There is a pattern of these sources being poorly drafted, thereby indicating interference.

In any event, the hacking is too substantial for me to properly present a case at this time. I would do myself a great disservice. Even if your decision was to uphold my employer's position, my litigation skills would have shown differently.

Copied on this email is the proper investigative authority to deal with the hacking. I will send a follow up email to parties involved in the case asking for an adjournment (sans specifics). Thank you in advance for your consideration.

Respectfully,
ASA D. Shymansky

Gmail **Demia Wilburn** [redacted]

# EX PARTE COMMUNICATION - PD v. Shymansky, No. 240582

14 messages

**Demia Wilburn** [redacted] Tue, Mar 26, 2024 at 5:11 AM
To: "Hamilton, Tiffany (OATH)" <thamilton@oath.nyc.gov>
Cc: criminal.division@usdoj.gov
[redacted]

Good Morning Judge Hamilton:

My apologies for the late email. I must request an adjournment of the hearing scheduled this morning at 9:30. As you are aware, my email was hacked last night to delete evidence that I intended to present at the hearing. That evidence concerned my learning of the adjournment of the initial conference and hearing after parties had already entered into an agreement as well as emails regarding other matters.

Additionally, my printer began printing in blank and printing documents that I did not send to print.

I just learned that my bank account was hacked overnight. And as you know, I am currently without income. My intention was to attempt to get to a printer before court began to have at least a few documents in hard copy. I still might have asked for adjournment due to the inability to present exhibits to support my motion. Plus, my PC was directed to fake cases that supported Petitioner's position. I captured some proof of the mis-direction. Nevertheless, I would have distinguished the cases. There is a pattern of these sources being poorly drafted, thereby indicating interference.

In any event, the hacking is too substantial for me to properly present a case at this time. I would do myself a great disservice. Even if your decision was to uphold my employer's position, my litigation skills would have shown differently.

Copied on this email is the proper investigative authority to deal with the hacking. I will send a follow up email to parties involved in the case asking for an adjournment (sans specifics). Thank you in advance for your consideration.

Respectfully,
ASA D. Shymansky

---

**Hamilton, Tiffany (OATH)** <THamilton@oath.nyc.gov> Tue, Mar 26, 2024 at 6:55 AM
To: Demia Wilburn [redacted]
Cc: "MCCAFFREY, BRIAN" <BRIAN.MCCAFFREY@nypd.org>, "ABBAS, ASYA" <ASYA.ABBAS@nypd.org>, "MOCCIO, NICOLE" <NICOLE.MOCCIO@nypd.org>, OATH Calunit <OATHCalunit@oath.nyc.gov>, "Ricketts, Naomi" <NRicketts@oath.nyc.gov>, Steve Parker <sparker@osastaff.org>, "Haley, Jessica (OATH)" <JHaley@oath.nyc.gov>, "criminal.division@usdoj.gov" <criminal.division@usdoj.gov>

Good morning Ms. Shymansky,

I have cc'ed petitioner on this email. Kindly avoid ex-parte communications.

Ms. Shymansky, all of the parties involved have spent a significant amount of time and resources preparing for today's in-person trial. However, if as a self-represented party you require more time to prepare for trial, I will grant the request.

I will send a follow up email later today with available dates.

Tiffany Hamilton

Administrative Law Judge
New York City Office of Administrative Trials and Hearings
Trials Division
100 Church Street, 12th Floor
New York, NY 10007
thamilton@oath.nyc.gov

---

**From:** Demia Wilburn [redacted]
**Sent:** Tuesday, March 26, 2024 5:11:18 AM
**To:** Hamilton, Tiffany (OATH) <THamilton@oath.nyc.gov>
**Cc:** criminal.division@usdoj.gov <criminal.division@usdoj.gov>
**Subject:** [EXTERNAL] EX PARTE COMMUNICATION - PD v. Shymansky, No. 240582

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

[Quoted text hidden]

---

**Demia Wilburn** [redacted] Tue, Mar 26, 2024 at 7:25 AM
To: "Hamilton, Tiffany (OATH)" <thamilton@oath.nyc.gov>
Cc: "ABBAS, ASYA" <ASYA.ABBAS@nypd.org>, "Haley, Jessica (OATH)" <JHaley@oath.nyc.gov>, "MCCAFFREY, BRIAN" <Brian.mccaffrey@nypd.org>, "MOCCIO, NICOLE" <nicole.moccio@nypd.org>, OATH Calunit <OATHCalunit@oath.nyc.gov>, "Ricketts, Naomi" <NRicketts@oath.nyc.gov>, Steve Parker <sparker@osastaff.org>, "criminal.division@usdoj.gov" <criminal.division@usdoj.gov>

Judge Hamilton:

Thank you for the consideration. My primary concern is the person who has spent quite a bit of time interfering with my preparation, including my resources. I was exercising discretion in isolating who that could be by sending the email *ex parte*. I will not do so again.

Respectfully,
ASA D. Shymansky
[Quoted text hidden]

---

**Demia Wilburn** [redacted] Tue, Mar 26, 2024 at 7:30 AM
To: criminal.division@usdoj.gov
[redacted]

How does she know about their time and resources spent in preparation? Under the circumstances, the response is quite interesting.
[Quoted text hidden]

---

**MCCAFFREY, BRIAN** <BRIAN.MCCAFFREY@nypd.org> Tue, Mar 26, 2024 at 7:54 AM
To: "Hamilton, Tiffany (OATH)" <THamilton@oath.nyc.gov>
Cc: Demia Wilburn <[redacted]>, "ABBAS, ASYA" <ASYA.ABBAS@nypd.org>, "MOCCIO, NICOLE" <NICOLE.MOCCIO@nypd.org>, OATH Calunit <OATHCalunit@oath.nyc.gov>, "Ricketts, Naomi" <NRicketts@oath.nyc.gov>, Steve Parker <sparker@osastaff.org>, "Haley, Jessica (OATH)" <JHaley@oath.nyc.gov>

Good morning your Honor i just saw this email . Petitioner must of course object for the record given the history of the litigation here. We have all been put in an awkward situation here given the last minute request by Respondent and Respondent 's pro se status when considering the allegations contained in the petition . Am I correct in that It appears that your Honor has already decided to grant the adjournment over our objection? My witnesses and co counsel are already in transit . i will try to contact them to put them on standby but they are likely to be appearing as directed at OATH and I and co counsel will also appearing so we can sort this out and with the Court s permission make a record. I presume Respondent and Mr Parker will not be appearing today?
I would also ask that Respondent's email of today be made an ALJ exhibit. Sincerely Brian McCaffrey my cell is 917 224 4578
Sent from my iPhone

On Mar 26, 2024, at 06:56, Hamilton, Tiffany (OATH) <THamilton@oath.nyc.gov> wrote:

Good morning Ms. Shymansky,

I have cc'ed petitioner on this email. Kindly avoid ex-parte communications.

Ms. Shymansky, all of the parties involved have spent a significant amount of time and resources preparing for today's in-person trial. However, if as a self-represented party you require more time to prepare for trial, I will grant the request.

I will send a follow up email later today with available dates.

Tiffany Hamilton
Administrative Law Judge
New York City Office of Administrative Trials and Hearings
Trials Division
100 Church Street, 12th Floor
New York, NY 10007
thamilton@oath.nyc.gov

<Outlook-a4qvpsx3.png>

[Quoted text hidden]

---

**Outlook-a4qvpsx3.png**
21K

---

**Hamilton, Tiffany (OATH)** <THamilton@oath.nyc.gov> Tue, Mar 26, 2024 at 8:09 AM

To: "MCCAFFREY, BRIAN" <BRIAN.MCCAFFREY@nypd.org>
Cc: Demia Wilburn [redacted], "ABBAS, ASYA" <ASYA.ABBAS@nypd.org>, "MOCCIO, NICOLE" <NICOLE.MOCCIO@nypd.org>, OATH Calunit <OATHCalunit@oath.nyc.gov>, "Ricketts, Naomi" <NRicketts@oath.nyc.gov>, Steve Parker <sparker@osastaff.org>, "Haley, Jessica (OATH)" <JHaley@oath.nyc.gov>

Good morning,

I would like to schedule a conference this morning to discuss the issue of the adjournment and other related matters. I understand that all parties involved have spent considerable time preparing for today's trial.

Can the parties appear for a conference via Webex at 9:30 a.m.? If the parties are already in transit, I would allow you to appear for the conference in person, but I must first check with our IT department to see if a hybrid conference can be set up at this late hour. If the parties can appear for the conference remotely, it might be easier.

Tiffany Hamilton
Administrative Law Judge
New York City Office of Administrative Trials and Hearings
Trials Division
100 Church Street, 12th Floor
New York, NY 10007
thamilton@oath.nyc.gov

---

**From:** MCCAFFREY, BRIAN <BRIAN.MCCAFFREY@nypd.org>
**Sent:** Tuesday, March 26, 2024 7:54 AM
**To:** Hamilton, Tiffany (OATH) <THamilton@oath.nyc.gov>
**Cc:** Demia Wilburn [redacted]; ABBAS, ASYA <ASYA.ABBAS@nypd.org>; MOCCIO, NICOLE <NICOLE.MOCCIO@nypd.org>; OATH Calunit <OATHCalunit@oath.nyc.gov>; Ricketts, Naomi <NRicketts@oath.nyc.gov>; Steve Parker <sparker@osastaff.org>; Haley, Jessica (OATH) <JHaley@oath.nyc.gov>
**Subject:** Re: [EXTERNAL] EX PARTE COMMUNICATION - PD v. Shymansky, No. 240582

[Quoted text hidden]

---

**MCCAFFREY, BRIAN** <BRIAN.MCCAFFREY@nypd.org> Tue, Mar 26, 2024 at 8:10 AM
To: Demia Wilburn [redacted]

i will try to reach out asap Brian McCaffrey
Sent from my iPhone

On Mar 26, 2024, at 07:26, Demia Wilburn [redacted] wrote:

Judge Hamilton:

Thank you for the consideration. My primary concern is the person who has spent quite a bit of time interfering with my preparation, including my resources. I was exercising discretion in isolating who that could be by sending the email *ex parte*. I will not do so again.

Respectfully,
ASA D. Shymansky

On Tue, Mar 26, 2024 at 6:56 AM Hamilton, Tiffany (OATH) <THamilton@oath.nyc.gov> wrote:

> Good morning Ms. Shymansky,
>
> I have cc'ed petitioner on this email. Kindly avoid ex-parte communications.
>
> Ms. Shymansky, all of the parties involved have spent a significant amount of time and resources preparing for today's in-person trial. However, if as a self-represented party you require more time to prepare for trial, I will grant the request.
>
> I will send a follow up email later today with available dates.
>
> Tiffany Hamilton
> Administrative Law Judge
> New York City Office of Administrative Trials and Hearings
> Trials Division
> 100 Church Street, 12th Floor
> New York, NY 10007
> thamilton@oath.nyc.gov
>
> <Outlook-a4qvpsx3.png>
>
> ---
>
> **From:** Demia Wilburn [redacted]
> **Sent:** Tuesday, March 26, 2024 5:11:18 AM
> **To:** Hamilton, Tiffany (OATH) <THamilton@oath.nyc.gov>
> **Cc:** criminal.division@usdoj.gov <criminal.division@usdoj.gov>
> **Subject:** [EXTERNAL] EX PARTE COMMUNICATION - PD v. Shymansky, No. 240582
>
> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).
>
> [Quoted text hidden]

**Outlook-a4qvpsx3.png**
21K

---

**Ricketts, Naomi** <NRicketts@oath.nyc.gov> Tue, Mar 26, 2024 at 9:05 AM
To: "Hamilton, Tiffany (OATH)" <THamilton@oath.nyc.gov>, "MCCAFFREY, BRIAN" <BRIAN.MCCAFFREY@nypd.org>
Cc: Demia Wilburn <demia.wilburn@gmail.com>, "ABBAS, ASYA" <ASYA.ABBAS@nypd.org>, "MOCCIO, NICOLE" <NICOLE.MOCCIO@nypd.org>, OATH Calunit <OATHCalunit@oath.nyc.gov>, Steve Parker <sparker@osastaff.org>, "Haley, Jessica (OATH)" <JHaley@oath.nyc.gov>

Good morning,

A Webex appointment for 9:30 a.m. has been created and distributed.

Best,

*Naomi Ricketts*

Confidential Secretary, Trials Division

Office of Administrative Trials and Hearings

100 Church Street, 12th Floor

New York, New York 10007

Nricketts@oath.nyc.gov

**Office:** (212) 933-3052

**Cell:** (929) 810-5193

---

**From:** Hamilton, Tiffany (OATH) <THamilton@oath.nyc.gov>

[Quoted text hidden]

[Quoted text hidden]

---

**Demia Wilburn** <[redacted] Tue, Mar 26, 2024 at 9:13 AM
To: "MCCAFFREY, BRIAN" <Brian.mccaffrey@nypd.org>
Cc: "ABBAS, ASYA" <ASYA.ABBAS@nypd.org>, "Haley, Jessica (OATH)" <JHaley@oath.nyc.gov>, "Hamilton, Tiffany (OATH)" <thamilton@oath.nyc.gov>, "MOCCIO, NICOLE" <nicole.moccio@nypd.org>, OATH Calunit <OATHCalunit@oath.nyc.gov>, "Ricketts, Naomi" <NRicketts@oath.nyc.gov>, Steve Parker <sparker@osastaff.org>
[redacted]

Judge Hamilton:

I object to any *ex parte* meetings with the petitioner given the recent experiences that I have had. And I hope that the email regarding the granting of the request over its objection is not an implicit threat.

The City, by and through its agencies, is the party in control. It's witnesses can be directed to their assignments for the

day in lieu of court, which would be the standard for personnel who are out of the office for court. There is no need to show up to speak with the judge, especially when there is evidence of impropriety on behalf of the petitioner.

I presume Mr. MacCaffrey did not overlook that part of the email about not being in default. When the court acknowledged that it would send dates, I read that to mean that we are adjourning. My rights are the ones being violated, not the petitioner's. In fact, if its concern is continuance of operations, the *status quo* is being maintained. It is not the party prejudiced, I am. It would look less like the petitioner intentionally created this situation if it were in support of my being able to present my case and/or motion.

The court should be assured that I am not concerned about my ability to litigate a case. I am more concerned about any misconduct. And should the petitioner continue along this vein, I must move for sanctions. I have documented incidents of hacking, including the pointing to an unknown website away from the one that I used for legal research. Additionally, the deletion of an email to my team regarding my legal entitlement to back pay for having objected to the involuntary leave. The petitioner, by and through its resources, has the ability to commit all of these offenses, even illegitimately.

Admittedly, I wanted counsel (and still do). But I also am concerned about the limitations to my communication so that I am not talking to the actual firm. I've also noted instances of trying to contact a law firm but not reaching the firm. I do not want this to be a for certain attorneys to make extra money at my expense.

With respect to my email, the inference is that the petitioner along with another party (from another agency?) are colluding to break the law. The evidence shows that I am not lying and am mentally stable. Why else would the petitioner want it destroyed?

Thank you for the adjournment.

Respectfully,
ASA D. Shymansky

Sir,
[Quoted text hidden]

---

**Hamilton, Tiffany (OATH)** <THamilton@oath.nyc.gov> Tue, Mar 26, 2024 at 9:25 AM
To: Demia Wilburn [redacted]>, "MCCAFFREY, BRIAN" <Brian.mccaffrey@nypd.org>
Cc: "ABBAS, ASYA" <ASYA.ABBAS@nypd.org>, "MOCCIO, NICOLE" <nicole.moccio@nypd.org>, OATH Calunit <OATHCalunit@oath.nyc.gov>, "Ricketts, Naomi" <NRicketts@oath.nyc.gov>, Steve Parker <sparker@osastaff.org>

Good morning,

A Webex has been circulated. Ms. Shymanksy, please log on to the conference at 9:30 so that we can discuss your adjournment request and other related matters.

Mr. McCaffrey, please confirm whether petitioner is able to participate via Webex. If you or your colleagues are already at or en route to 100 Church Street, you may appear in person and we will have a hybrid conference.

Tiffany Hamilton

Administrative Law Judge

New York City Office of Administrative Trials and Hearings

Trials Division

100 Church Street, 12th Floor

New York, NY 10007

thamilton@oath.nyc.gov

[Quoted text hidden]

---

**Demia Wilburn** <[redacted] Tue, Mar 26, 2024 at 9:28 AM
To: "Hamilton, Tiffany (OATH)" <thamilton@oath.nyc.gov>
Cc: "ABBAS, ASYA" <ASYA.ABBAS@nypd.org>, "MCCAFFREY, BRIAN" <Brian.mccaffrey@nypd.org>, "MOCCIO, NICOLE" <nicole.moccio@nypd.org>, OATH Calunit <OATHCalunit@oath.nyc.gov>, "Ricketts, Naomi" <NRicketts@oath.nyc.gov>, Steve Parker <sparker@osastaff.org>
[redacted]

Objection. I don't have video access. But I am on the call. And this hearing cannot be hybrid knowing that I cannot present exhibits.
[Quoted text hidden]

---

**Hamilton, Tiffany (OATH)** <THamilton@oath.nyc.gov> Wed, Mar 27, 2024 at 9:06 AM
To: Demia Wilburn <[redacted], "MCCAFFREY, BRIAN" <BRIAN.MCCAFFREY@nypd.org>, "MOCCIO, NICOLE" <NICOLE.MOCCIO@nypd.org>, "ABBAS, ASYA" <ASYA.ABBAS@nypd.org>
Cc: OATH Calunit <OATHCalunit@oath.nyc.gov>, "Ricketts, Naomi" <NRicketts@oath.nyc.gov>, Steve Parker <sparker@osastaff.org>

Good morning,

Thank you for participating in yesterday's conference, which we held at the scheduled trial time to discuss respondent's adjournment request. I granted the adjournment over petitioner's objection.

Petitioner, as discussed, please consult with your witnesses and provide us with several available dates in late April/May.

During our discussion, the parties agreed to participate in another conference with Judge Turilli. Petitioner requested that Mr. Parker, the union's grievance representative, also participate in the conference, and respondent agreed. You may schedule the conference directly with Judge Turilli.

[Quoted text hidden]

---

**Hamilton, Tiffany (OATH)** <THamilton@oath.nyc.gov> Fri, Apr 5, 2024 at 11:24 AM
To: Demia Wilburn <[redacted], "MCCAFFREY, BRIAN" <BRIAN.MCCAFFREY@nypd.org>, "MOCCIO, NICOLE" <NICOLE.MOCCIO@nypd.org>, "ABBAS, ASYA" <ASYA.ABBAS@nypd.org>
Cc: OATH Calunit <OATHCalunit@oath.nyc.gov>, "Ricketts, Naomi" <NRicketts@oath.nyc.gov>, Steve Parker

<sparker@osastaff.org>

Good morning,

I'm following up regarding the rescheduling of this trial. Mr. McCaffrey, were you able to consult with your witnesses regarding trial dates? I am available May 21, 23, and 29.

[Quoted text hidden]

---

**Demia Wilburn** [redacted] Fri, Apr 5, 2024 at 3:49 PM

To: "Hamilton, Tiffany (OATH)" <THamilton@oath.nyc.gov>

Cc: "ABBAS, ASYA" <ASYA.ABBAS@nypd.org>, "MCCAFFREY, BRIAN" <BRIAN.MCCAFFREY@nypd.org>, "MOCCIO, NICOLE" <NICOLE.MOCCIO@nypd.org>, OATH Calunit <OATHCalunit@oath.nyc.gov>, "Ricketts, Naomi" <NRicketts@oath.nyc.gov>, Steve Parker <sparker@osastaff.org>

Good Afternoon Judge Hamilton:

Thank your for this follow up email. Should I understand your email to mean that we are not anticipating settlement discussions later this month, or are these dates "just in case"? I'm asking because I have been pursuing employment opportunities to mitigate damages, and it is important that this hearing does not continue to interfere with my prospective employment. Is it possible to have potential trial dates earlier in May? I appreciate your consideration in this matter.

Respectfully,
ASA D. Shymansky

p.s. I called someone out for continuing to harass me during my leave, to which the person responded that stopping was never going to happen. I'm hoping for a timely resolution.

[Quoted text hidden]

---

**2 attachments**

**image001.png**
21K

**Outlook-z0ya3vlb.png**
21K

Gmail **Demia Wilburn** [redacted]

# Update

**Demia Wilburn** [redacted] Tue, Oct 10, 2023 at 11:22 AM
To: Christina Chan <cchan@osastaff.org>
Cc: "aorgel@osaunion.org" <aorgel@osaunion.org>, "sparker@osaunion.org" <sparker@osaunion.org>

Thank you for the update. I am concerned about the decision to postpone the hearing without first having consulted with me as the client. I would not have approved. And I specifically asked about the hearing's status to ensure that in spite of Len's familial matters, the hearing would be unchanged.

Here is the reality - I am not being paid while we are awaiting this hearing and subsequently a decision. Additionally, the Union is aware of the harassment about which I have complained to the department. This involuntary leave is only a component of that harassment and additional misconduct. It is imperative that our legal strategy not play into the department's antics. Its legal team or responsible party needs to produce the discovery requested so that I can review it. If that part has been satisfied, then I would greatly appreciate your sharing it with me prior to the new conference date.

Conference preparation. What do we currently have from the department for the conference? I would like to go over the witness list and any other material that they expect to produce. Who will be representing me at the conference? Hopefully, we can settle the matter this Friday (lucky Friday the 13th?) so that the unwanted postponement will be a non sequitur. Otherwise, can we please try to compile all material together so that we are prepared this Friday? I understand that you want a note. I will do what I can. I'd like to know scenarios with and without the note. I've made some proposals based on my previous research. Do you need those citations or do you have others?

Please let me know what else we need for a successful close. As always, I appreciate your help. Thank you.

Best,
Demia
[Quoted text hidden]

Gmail **Demia Wilburn** [redacted]

# Update

**Demia Wilburn** [redacted] Fri, Oct 13, 2023 at 10:48 AM
To: Christina Chan <cchan@osastaff.org>
Cc: Marshall Reifer <mreifer@osastaff.org>, "aorgel@osaunion.org" <aorgel@osaunion.org>, "sparker@osaunion.org" <sparker@osaunion.org>

Good Morning Christina:

I hope all is well. I found this link this morning in regards to dismissal of OATH petitions. While I appreciate that the motion is not favored, we should still make the argument. The PD clearly withheld evidence that I was found not sick on the day that I was placed on leave. With the contradictory evidence and the failure of the department to investigate, are we moving to dismiss for lack of a viable claim?

Please skim the below link and see if we can present some of these options today. Thank you for your help.

https://www.nyc.gov/site/oath/trials/annotation-1-34.page

Best,
Demia

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

Find your local number: https://us06web.zoom.us/u/kdUI1r7Cfq

Thank you,

Christina Chan - Grievance Officer

Organization of Staff Analysts

220 East 23rd Street Suite 707 New York NY 10010

Cchan@osaunion.org Office (212) 686-1229

---

**From:** Demia Wilburn <[redacted]>
**Sent:** Wednesday, September 6, 2023 1:50 PM
**To:** sparker@osaunion.org
**Cc:** Adam Orgel <[redacted]>; cchan@osaunion.org
**Subject:** Re: Zoom Conference with OSA General Counsel

Sounds good. Thank you.

Best,

Demia

On Wed, Sep 6, 2023 at 1:14 PM <sparker@osaunion.org> wrote:

[Quoted text hidden]

Gmail **Demia Wilburn** [redacted]

# Ex Parte Communication- Postponement

1 message

**Demia Wilburn** [redacted] Mon, Mar 25, 2024 at 4:39 PM
To: "Hamilton, Tiffany (OATH)" <thamilton@oath.nyc.gov>
[redacted]

Good Evening Judge Hamilton:

I am bringing to your attention that my email has been (and is being) hacked to hide that the initial conference was scheduled on 8/25 with a hearing on 8/28. I sent emails to printer only to find them in blank and the email deleted from my mailbox.

I suspect that the petitioner wants to hide that an adjournment was not requested until 8/23. Its petition notes that their members spoke with my union on the same date. The email left is the one in which my union claims that it will ask for an adjournment after it had already granted one.

The below email shows my communication with a different representative complaining that he will be out of the office on the date that the hearing was already scheduled. If I do not send it now, it will be gone before the morning.

Best,
ASA Shymansky
---------- Forwarded message ---------
From: **Demia Wilburn** [redacted]
Date: Thu, Aug 24, 2023, 4:55 PM
Subject: Re: Postponement
To: Adam Orgel [redacted]

Adam:

Just so you know - I cannot think of any reason why the union would legitimately reschedule so much later. I find Stephen to assume antagonistic positions as if he is unduly influenced by the department. This "game" that they are playing (TADA) has real consequences. For the record, if this is "Stephen's" opportunity to showcase his representation skills, he is lousy. If your client is expressing concern about pay, why would you further complicate matters and misquote the law? What conference would we truly need to have other than (i) how are we discussing termination when it hasn't been a year? (ii) your own doctor said that I'm not sick and (iii) you can't in one breath say that well, they **told** you to see a doctor but not also take the position that they **told** me that I was getting paid? And does it make sense that the hearing was Monday, 8/28 but now you are not going to be in the office?

"Stephen" seems to be from the department and under the same influence of those persons who have followed me to each command. This person is incompetent in many forms and exhibits a nervous energy whenever they must speak for me. If he is under the influence of the department, then they (along with Sanitation) are strong-arming me. And I don't have time to engage with them showcasing mediocrity. Let them play with someone else. I am not interested in participating in their game or working with any of them due to this absurd behavior. My money is seriously affected.

On Thu, Aug 24, 2023 at 4:25 PM Demia Wilburn [redacted] wrote:

> Sorry for the multiple emails. I'd like to see what we can do to get a sooner date. The department will have to cover any damages resulting from the unwarranted leave (and thus, we will have to seek more than just back pay but also any consequential damages), especially considering that they changed their position from paid to unpaid after I had left. Also, if Adam is handling the legal representation, then it's probably more important that I speak with him. In any event, the admission by the department that I am not sick and thus should not be on Section 72 leave should be sufficient. An admission is quite difficult to rebut. Let me know.
>
> Best,
> Demia

On Thu, Aug 24, 2023 at 4:15 PM Demia Wilburn <[redacted] wrote:

What time is the conference on 10/03? I have a prior engagement that I don't want to miss. Also, how was the initial meeting scheduled so much sooner than the rescheduled date?

I am particularly concerned because your initial communication was that it came from the department and I had to file a complaint earlier today so I want to ensure there isn't any undue influence from those members of the department. Every fact counts.

Also, where are we on the OLR meeting?

Best,
Demia

On Thu, Aug 24, 2023 at 3:52 PM <sparker@osaunion.org> wrote:

I am not working tomorrow or Monday 8/28/23.

We are available Wednesday 8/30/23 afternoon after 1 PM for a scheduled phone call from you.

Your new conference date at OATH is 10/3/23 and your new hearing date at OATH is 10/17/23.

Stephen Parker

Grievance Representative

212-686-1229

Ext. 73

sparker@osaunion.org

---

**From:** Demia Wilburn <[redacted]
**Sent:** Thursday, August 24, 2023 1:19 PM
**To:** sparker@osaunion.org
**Cc:** Adam Orgel <[redacted]>; cchan@osaunion.org
**Subject:** Re: Postponement

Good Afternoon:

Ok. How's tomorrow sometime between 10 and 12? Please let me know. I expect that it will be brief. Just so you know, there were no discussions regarding whether I could perform the essential functions of my current title or whether I was experiencing any medical symptoms that would prohibit my working. I mostly focused on what I was experiencing in and around the office. I also mentioned being fatigued. If it establishes grounds for "burnout" and/or stress caused by harassment qualifying as being unfit to work, then I would think that finding would be deeply problematic for the department. Look forward to hearing your strategy.

Best,

Demia

On Thu, Aug 24, 2023 at 11:55 AM <sparker@osaunion.org> wrote:

> We are going to request that OATH postpone the scheduled conference and the hearing because we have been unable to confer with you.
>
> OATH will reschedule the conference and hearing which will give us more time to prepare your defense.
>
> Please provide a date and time that we can confer with you on the telephone.
>
> Stephen Parker
>
> Grievance Representative
>
> 212-686-1229
>
> Ext. 73
>
> sparker@osaunion.org

Some people who received this message don't often get email from thamilton@oath.nyc.gov.
Learn why this is important

Good morning,

Thank you for your email.

Does Petitioner object to commencing trial on the second scheduled date, 3/26/24, so that Ms. Shymansky may attend a hiring event?

If there is no objection from Petitioner regarding the trial date, then Ms. Shymansky, you may send the rest of your exhibit list, as well as the individual attachments, by next Wednesday, 3/20/24.

Tiffany Hamilton
Administrative Law Judge
New York City Office of Administrative Trials and Hearings
Trials Division
100 Church Street, 12th Floor
New York, NY 10007
thamilton@oath.nyc.gov

<Outlook-ldrq5uqb.png>

---

**From:** Demia Wilburn [redacted]
**Sent:** Thursday, March 14, 2024 11:37 PM
**To:** Hamilton, Tiffany (OATH) <THamilton@oath.nyc.gov>
**Cc:** ABBAS, ASYA <ASYA.ABBAS@nypd.org>; MCCAFFREY, BRIAN <BRIAN.MCCAFFREY@nypd.org>; MOCCIO, NICOLE <NICOLE.MOCCIO@nypd.org>; OATH Calunit <OATHCalunit@oath.nyc.gov>; Ricketts, Naomi <NRicketts@oath.nyc.gov>
**Subject:** Re: [EXTERNAL] RE: Police Department v. Shymansky, Demia 240582. Petitioner NYPD Ready for trial March 21 and 26- Request that co counsel be copied on all correspondence and notices.

Good Evening Judge Hamilton:

Attached please find the first page of my trial exhibits and witness list. My sincerest apologies for its form. But I have been trying to find alternative means to submit this information to you via email, and for some reason, I am experiencing quite a bit of technical difficulties. If I recall correctly, our last deadline for submission was 12/14 for a 12/19 trial date. So I want to ensure that I am consistent with this Court's practices and procedures.

My exhibits are from A - O with additional requests to reserve the right to present certain documents of provided by the petitioner.

<image_67177473.JPG>

Respectfully,

ASA Demia Shymansky

On Thu, Mar 14, 2024 at 9:08 PM Demia Wilburn [redacted] wrote:

Good Evening Judge Hamilton:

I have prepared my witness list and trial exhibits for submission. I will send all documents to the parties, including the court, once the interference with my equipment has ceased.

I would like to bring to the court's attention that late yesterday evening, I received an email timestamped for 5:34 PM the same day. It is an invitation to a hiring pool occurring on 3/21. As you may know, I am on unpaid leave and am in need of employment. I also have an obligation to pursue employment options to mitigate damages resulting from the petitioner's initiation of this proceeding. For that reason, I respectfully request that we adjourn the trial until 3/26, if possible. You will notice that I am not calling any witnesses. So I will only cross-examine the petitioner's witnesses in addition to opening and closing the case. Thus, we may not need a second day. But for this short notice, I would be ready.

And yes, I must proceed pro se. Under the circumstances, may we hold first day trial on 3/26 and schedule only the day?

Respectfully,

ASA Demia Shymansky

On Thu, Mar 14, 2024, 4:24 PM Hamilton, Tiffany (OATH) <THamilton@oath.nyc.gov> wrote:

Good afternoon,

Thank you for the update, Mr. McCaffrey.

Ms. Shymansky, kindly confirm whether you are ready to proceed to trial. Have you retained counsel or will you be proceeding pro se on March 21? Please also ensure that I have all of the exhibits you intend to present at trial, as well as a current witness list.

Tiffany Hamilton

Administrative Law Judge