# EXHIBIT F

*(Excerpts of Gille Testimony, Unsigned Evaluation, and Clinic Visit Note dated Jul. 25, 2023)*

# CLINIC VISIT REPORT

Clinic Location: Medical Division

Medical District #04

| | |
|---|---|
| Date/Time Arrived: | 7/25/2023 1411 Hrs |
| Date/Time Departed: | 7/25/2023 1525 Hrs |
| Date/Time Printed: | 7/25/2023 1525 Hrs |

ASA DEMIA SHYMANSKY Tax#[redacted] HUMAN RESOURCES DIVISION(391)

**Sick Status Prior to Today's Clinic Visit:** **NOT SICK**
**Duty Status Prior to Today's Clinic Visit:** **FULL DUTY**

**Chronic Status Indicator:** **NONE**

**New Sick Status:** **NOT SICK**
**New Duty Status:** **FULL DUTY**

**Comments:** FOLLOW UP TBD

**Next Clinic Visit: NOT REQUIRED**

Information Verified and Member Notified by: PAA ALLEN [redacted] MEDICAL DIVISION

**Integrity Control#: 1161355**
**Print Control#: 1135225**

Member of Service Signature: ____________________

[redacted]

POLICE DEPARTMENT
CITY OF NEW YORK

August 11, 2023

From: Christina Gille, Psy.D. Psychologist Level I

To: Director, Psychological Evaluation Section

Subject: **PSYCHOLOGICAL EVALUATION OF ASSOCIATE STAFF ANALYST [redacted] HUMAN RESOURCES DIVISION**

1. Referral Information and Statement of Finding: Associate Staff Analyst [redacted] is a female appointed to the department on April 1, 2019. She was referred for a fitness for duty evaluation after sending a number of text messages and emails to her supervisor alleging that the NYPD is using "dark magic" against her. ASA [redacted] presents with acute psychiatric symptoms indicative of psychosis that impact her ability to attend work, perform her job duties, and disrupts the ability of others to do their jobs. For these reasons, ASA [redacted] is considered to be psychologically unfit for the title of Associate Staff Analyst, and it is recommended that she be placed on a leave of absence without pay pursuant to Section 72 of the Civil Service Laws.

2. Sources of Information:
- Individual interview with ASA [redacted] (7/25/2023)
- Review of emails between ASA [redacted] and Lt. Boctor (7/20/2023, 7/25/2023)
- Review of text messages between ASA [redacted] and Lt. Boctor
- Review of email between ASA [redacted] and Michael Gerber (7/23/2023)
- Review of NYPD Central Personnel Index/Personnel Profile Report
- Telephone interview with supervisor Lt. Gasser Antonio Boctor (7/25/2023)
- Review of PES chart from previous evaluation with Dr. Janelle Rondeau (4/13/2023 – 5/31/2023)

3. ASA [redacted] was initially evaluated at the Psychological Evaluation Section (PES) for a psychological fitness for duty evaluation on April 13, 2023 after being referred by the Chief of Transportation. She was seen by Dr. Janelle Rondeau for approximately a month and a half. It was reported that since being assigned to the Transportation Bureau in February 2023, her attendance had been sporadic and LWOP had been activated on numerous occasions. Her work performance suffered because she was unable to focus on the task at hand. She was reportedly seen seeking shelter during overnight hours at the command because of being unsheltered or not having stable housing. She had also reported stolen department and personal belonging and discussed "intelligence gathering." ASA [redacted] indicated that she did her job well and effectively, but did endorse symptoms of paranoia; stating that people are sabotaging

her work. She also endorsed intelligence gathering and the department engaging in the dark arts. She lacked insight into her symptomology. Her CO indicated that she was not performing her duties effectively due to the paranoia. In April 2023, she was transferred to Personnel Bureau. Her new supervisor, Lt. Antonio Boctor, stated that she was performing her job effectively. In May 2023, he indicated that she did all of her work well and on time. He reported being happy with her work and believing she was fit for her title. No safety concerns were reported and her case was closed.

4. ASA [redacted] was re-evaluated at the Psychological Evaluation Section (PES) for a psychological fitness for duty evaluation on July 25, 2023 due to concerns following emails she sent where she accuses the department of utilizing "black magic" against her. During the evaluation, ASA [redacted] was tangential and circumstantial in her thought process. She stated that she was informed by her "supervisors and above" that the department uses Black Magic as a way to harass and discriminate. She stated that she has known about this for over a year and it has made her life difficult by "affecting her mind and body." ASA [redacted] stated that she has "no privacy" due to "24/7 surveillance" watching her in the shower, when she sleeps, etc. When asked how this "black magic" is used she stated, "I don't know how to explain it…it exacerbates mental health." ASA [redacted] reported that she believes she is being followed. She stated that this stems from the Legal Bureau, Criminal Justice Bureau, and is led by a man named "Lester" who is "trying to keep her off the 14th floor" at 1 Police Plaza. ASA [redacted] denies experiencing depression, anxiety, or psychosis. She declined to answer questions pertaining to health history and medications but did state that she "has never been in a psych ward."

5. The undersigned contacted supervisor Lt. Gasser Antonio Boctor of the Personnel Bureau (who made the referral) to obtain collateral information. He provided several examples supporting that ASA [redacted] is unable to complete her job duties and is disrupting the work environment. He stated that she is often calling out sick even though she has negative sick time. He stated that she has called him to tell him that she would be late on numerous occasions. He stated that she has confronted people in elevators and bathrooms; often using profanity and threatening language with them. He stated that she is open with others regarding her beliefs of black magic and has made public announcements at work regarding this. It was noted that co-workers have dropped IAB logs on her because of her behaviors. It was noted that there was a specific incident that occurred on 7/25/2023 in which she confronted a co-worker in the bathroom and stated "what the f*ck you looking at, get the f*ck away from me…stop f*cking following me or I will kick the f*cking sh*t out of you." Lt. Boctor explained that she does not complete her tasks and therefore does not get her work done.

6. ASA [redacted] has sent emails to Lt. Gasser Antonio Boctor saying things such as, "While I can appreciate the department's denial of the existence of a witchcraft program, I know that it is true. It has been used to manipulate and control me and my situation." "I am not open to enduring anyone 'connecting' or 'accessing' my person while I am at the office." "I believe that my body must be 'connected' by a medium or witch so that others can perform better at jobs for which they are not qualified." "Unless the department (along with every participating agency) stops using black magic that is perpetuating a hostile environment (even during my commute) then I cannot come into the office."

7. ASA [redacted] sent several text messages to Lt. Gasser Antonio Boctor at different hours including pictures and videos of individuals on the street, subway, and inside 1 Police Plaza without their consent. She sent messages that included statements such as, "The witch that keeps following me needs to learn to do his own work." "Lt. who is this…Lt. who is stealing? They just stole my 5 dollars." "Lt. Sorry to bother you but the guy whose mustache looks like a porn star is keeping me up, maybe from CJB." "Lt., did someone steal my pension check? Lt., the witch stole my pension check, possibly shortened my paycheck, disconnected my internet, and stole money from Chick Fil A by double charging me. Who is this witch?" "Lt. are they still playing the witchcraft game?" "My vehicle was turned on before I approached it. Lastly, someone who smokes cigarettes probably took and still have the keys."

8. In sum, ASA [redacted] exhibits acute psychiatric symptoms indicative of psychosis. She endorses paranoia, delusions of persecution and demonstrates a tangential and circumstantial thought process. She has been calling out sick with no time to use, coming in late, being confrontational, threatening, and disruptive to co-workers, and taking pictures and videos of others without their consent. The current symptoms exhibited by ASA [redacted] create a disruptive and hostile work environment and she is a potential threat to herself and others. She is currently unfit to work in the position of associate staff analyst. It is therefore recommended that ASA [redacted] be placed on a leave of absence without pay, pursuant to Section 72 of the Civil Service laws.

9. ICD-10 DIAGNOSTIC IMPRESSION:

F22 Delusional Disorder, Persecutory Type

Christina Gille, Psy.D.
Psychologist Level I
Psychological Evaluation Section

THE CITY OF NEW YORK
OFFICE OF ADMINISTRATIVE
TRIALS AND HEARINGS

P R E S E N T: TIFANNY HAMILTON
Administrative Law Judge

---

In the matter of:

POLICE DEPARTMENT

Petitioner,

Index No.
24-0582

- Against -

DEMIA SHYMANSKY

Respondent.

---

May 21st, 2024

Office of Administrative Trials
And Hearings
100 Church Street
New York, NY 10007

Volume I, Pages 1 - 344

A P P E A R A N C E S:

PETITIONER'S REPRESENTATIVE
BRIAN MCCAFFREY, ESQ.
POLICE DEPARTMENT
ONE POLICE PLAZA, RM 1406
NEW YORK NY 10038

RESPONDENT'S REPRESENTATIVE

# I N D E X



| PETITIONER'S WITNESS | DIRECT | CROSS | REDIR | RECROSS | VOIR DIRE |
|---|---|---|---|---|---|
| C. Gille | | | | | |
| K. Mamakas | | | | | |

| RESPONDENT'S WITNESS | DIRECT | CROSS | REDIR | RECROSS | VOIR DIRE |
|---|---|---|---|---|---|

## E X H I B I T S

| ALJ | DESCRIPTION | I.D. | IN EV. |
|---|---|---|---|
| 1. | Charges | 29 | |
| 2. | Answer | 46 | |
| 3. | R's version of diagram | | |

| PETITIONER | DESCRIPTION | I.D. | IN EV. |
|---|---|---|---|
| 1. | NYPD Associate Staff Analyst-General Duties and Responsibilities-Code No. 12627. | 34 | 35 |
| 2. | Notice of Examination Associate Staff Analyst (ASA) Exam No. 5014. | 34 | 35 |
| 3. | Civilian Employee Reference Manual Dated January 5, 2022. | 34 | 35 |
| 4. | Civilian Request for Evaluation Of Fitness of Duty dated July 25, 2023. | 34 | 35 |

in crisis, you know, given their mental health diagnoses.

Q: All right. And then you move on to the Herald Square Psychology. Can you tell us about that?

A: Yeah. So for two years I worked in private practice and -- you know, at a clinical capacity and providing individual therapy to -- to patients.

Q: Is that when you had to be licensed as a psychologist in a clinical practice? How does that work?

A: No. So I had to apply for a limited permit --

Q: Okay.

A: -- in order to do therapy work since I was not licensed.

Q: Was there a time you were licensed?

A: No.

Q: Okay.

A: No.

Q: And so -- and then when you went on to New York City Police Department, what did you do there?

A: So my primary job duty at the New York City Police Department is to do fitness for duty evaluations for members of service.

Q: Okay. And how does that work? Describe how that goes on a day-to-day basis.

A: Sure. I -- we get referrals from an -- you know, the command or district surgeons or self-referrals. If there's ever a concern about behavior, any mental health issues that someone

more than five?

A: Yes.

Q: And of those more than five that you diagnosed, has a psychiatrist signed off on the diagnoses?

A: Yes.

Q: In each instance?

A: Yes.

Q: And of those more than five that you diagnosed, did the psychiatrist meet with all of them?

A: No.

Q: Interesting. Okay. So let's talk about your diagnosis of delusional disorder, Dr. Gille.

A: Uh-huh.

Q: You said that it's a false belief.

A: Yes.

Q: Okay. And so what give -- gave you the impression that my statements, if any, were false?

A: The allegation that the Department is using witchcraft. I mean, there's -- there's a bunch of statements that were made.

Q: Okay. So let's stick with that. Let's stick specifically --

A: Okay.

Q: -- With that the Department is using -- using witchcraft.

A: Sure.

Q: Are you familiar with -- or do you know for a fact that the Department is not using witchcraft?

MR. MCCAFFREY: Objection.

MS. SHYMANSKY: That's -- actually, Your Honor. We just said -- we just established that the definition was a false belief.

ALJ HAMILTON: Overruled.

MS. SHYMANSKY: In order for --

ALJ HAMILTON: Overruled, you can ask the question. You can answer the question.

A: I don't -- I don't --

ALJ HAMILTON: Based on your --

A: -- I don't --

ALJ HAMILTON: -- your opinion.

A: -- think so. I don't know. No.

Q: So you don't -- so you don't know -- so you don't know if that's false?

A: I don't believe that the Department is practicing witchcraft, no.

Q: Okay. So you don't believe. So I know that the Opposing Counsel mentioned exhibit -- my Exhibit O or Respondent's Exhibit O to you, which was Deuteronomy 18, 9 through 13. And at that time, you did not recognize the significance.

A: Of a -- the Bible verse?

Q: Yes.