# EXHIBIT G

*(N.Y. Daily News Report and State of California Research)*

**NEWS > NEW YORK NEWS**

**Obtained by Daily News**

Det. Marcos Quinones

By **JOHN ANNESE** | JANNESE@nydailynews.com | New York Daily News

PUBLISHED: February 11, 2021 at 7:33 PM EST | UPDATED: February 12, 2021 at 12:49 AM EST

A retired veteran detective who was the NYPD's top expert in religious cults and the occult has died of a Sept. 11-related cancer, his family says.

Det. Marcos Quinones, 65, who trained police officers in the city and across the country in how to recognize occult and cult activity, died Sunday ant NYU Langone Health Center.

Quinones was guided by his Christian faith, and treated his job like a calling, his wife, Lynette Cedeno, told the Daily News.

Det. Marcos Quinones

Det. Marcos Quinones

"From the age of 15, he knew what he wanted to do, because he had a message that was given to him, that he should read the Bible. He lived by that, he lived by the Bible," she said.

Quinones, a longtime resident of Manhattan's Lower East Side, joined the NYPD in January 1982, and soon found his specialty after coming across information "that an occult group was trying to infiltrate the NYPD," his wife said.

"Somehow that evolved into him being a one-man department," she said.

Quinones earned masters' degrees in religion, and helped more than 200 law enforcement groups with his knowledge of the occult. He was often called to review scenes of animal mutilation.

He also performed exorcisms. One was for a New Jersey family which found biblical passages taped to the walls of the home they just bought — along with a red room behind a locked basement door with a large

"My role as a police officer is to protect life and property and to teach my fellow officers to appreciate nontraditional religions," he told The News in 1995. As for the exorcisms, he said, "You're selected to do this kind of stuff. It's my calling."

Quinones kept voluminous diaries of all his cases, and wrote non-fiction and fiction books about satanism. His experiences drew the attention of Hollywood producers and horror author Wes Craven.

When he wasn't working, he devoted his life to his family and his son, Cedeno said.

On Sept. 11, 2001, Quinones was dropping his son off at day care when he looked up and saw the first plane hit the Twin Towers. He rushed to the scene, and spent several days in the pit at Ground Zero.

He learned about his cancer on Christmas 2018, months after he retired from the police department.

Quinones' death "is another heart-breaking example of how the tragedies of 9/11 did not stop on that day," said Detectives Endowment Association President Paul DiGiacomo.

DiGiacomo worked with Quinones. "He was a great cop, humble public servant, and a caring person," he said. "And although Marcos will be sorely missed, he will never be forgotten."

**With Rocco Parascandola**

## Around the Web

REVCONTENT

If you have issues viewing or accessing this file contact us at NCJRS.gov.

EX. AF

OFFICE OF CRIMINAL JUSTICE PLANNING

# RESEARCH UPDATE

124094

SPECIAL EDITION

WINTER 1989-1990

VOL. 1, NO. 6

State of California
GEORGE DEUKMEJIAN
Governor

# Office of Criminal Justice Planning

**G. ALBERT HOWENSTEIN, JR.**
*Executive Director*

**JOAN KAWADA CHAN**
*Chief Deputy Director*

**KENNETH KOBRIN**
*Deputy Director, Programs*

**PLAUCHE F. VILLERE, JR.**
*Deputy Director, Administration*

**GAYLE OLSON-RAYMER**
*Writer/Editor*

1130 K STREET, SUITE 300, SACRAMENTO, CALIFORNIA 95814 ◻ (916) 32A-F102

# OCCULT CRIME: A LAW ENFORCEMENT PRIMER

# INTRODUCTION

*Occult* - the word encourages a myriad of stereotypical images - the snaggletoothed old hag casting evil spells, the evil heretics worshipping the dark forces of Satan or the hedonist Pagan reveling in nocturnal orgies. The contemporary strength of such stereotypes is the most effective rationale for providing law enforcers with a basic and accurate primer on occult practices as well as their widely misunderstood and diverse belief systems.

Indeed, any officer investigating an alleged occult crime must be armed with a clear definitional understanding of the occult and the wide range of occult activities currently practiced in the United States. He or she must also be able to make a clear distinction between the legal *activities* of occultists and any illegal *crimes* committed in conjunction with an occult ritual. Finally, as veteran "occult cop" of the San Francisco Police Department, Sandi Gallant adamantly insists, investigators must "shed their personal and religious prejudices when they deal with the occult" lest they tred upon the foundations of the First Amendment. (Gallant interview with the author, April 3, 1989.)

These are no easy tasks in the face of widespread allegations about heinous occult crimes. This study was conceived and designed to simplify such tasks for the law enforcer by broadening his or her basic understanding of occult activity and occult crime; explaining the complex controversies that currently surround and confound law enforcement's jurisdiction over occult activity and occult crime; describing useful investigatory techniques shared by "occult cops" (the street jargon for law enforcement investigators of the occult) from departments across the nation; and suggesting a wide variety of resources that may be contacted for further assistance.

## The Problem

If you ask the small but experienced group of occult investigators who have worked the occult crime beat throughout the 1980s, most will agree that both occult *activity* and occult *crime* are problems for law enforcers across the nation. But that is about all they will agree upon. Disagreement abounds over a myriad of issues surrounding the occult, the first and foremost being the *extent* of occult crime. Many law enforcers argue that occult criminal activity is widespread and warrants further law enforcement resources; others submit that while people *perceive* the existence of occult crime, in reality, very little is actually committed.

Thus, the real issue law enforcers must face today is not proving or disproving the extent of occult crime. Instead, law enforcers must deal with the fact that a growing segment of the American population perceives occult activity and occult crime are major problems in society, and this concerned public expects law enforcers "to do something about it!" Like it or not, law enforcers will increasingly be drawn into the world of the occult.

What really matters, then, is this perception, this fear that the occult and its various legal and illegal activities have permeated the nation and threaten our social, emotional and spiritual foundations. We need to examine these perceptions by historically and contemporarily defining occult activity, drawing careful distinctions between occult activity and occult crime, learning what motivates some people to become involved in the occult and some occultists to enter the world of criminality, and comprehending the controversies surrounding this emotional topic. Once these perceptions are dissected and understood, law enforcers will have a clearer idea of their roles in relation to occult activity and crime.

## Methodology

This study is based upon five primary sources of information:

1. Monographs, studies and books dealing with certain aspects of the occult;

2. Individuals whose professional and/or personal lives have drawn them into the world of the occult: law enforcers, prosecutors, therapists, researchers, journalists, clergy members, and victims;

3. Organizations at the local, state and national level that provide occult-related information and services;

4. Local, state and federal government agencies that have conducted relevant hearings and/or studies; and

5. Training seminars, workshops, and community meetings devoted to occult topics, as well as the various materials generated for such presentations.

## TABLE OF CONTENTS


| | Page |
|---|---|
| Introduction | 1 |
| Chapter One<br>Defining Occult Activity: The Historical Roots and Contemporary Dimensions | 5 |
| Chapter Two<br>Defining Occult Crime: The Perpetrators, Their Actions, and The Victims | 25 |
| Chapter Three<br>Investigating Occult Crime: The Law Enforcement Perspective | 43 |
| Conclusion | 57 |
| Bibliography | 61 |

## Contents and Organization

The goal of carefully defining the terms central to the occult influenced the organizational contents of this study. Because law enforcers all too often use several terms interchangeably - occult, Satanic, ritualistic - this study is committed to placing such terms in an appropriate definitional context. While these terms are related, they simply are not interchangeable. Consider the following:

> *Occult activity involves the use or secret knowledge of actions and/or rituals connected to supernatural beliefs and/or supernatural powers.*
>
> *Satanic activity involves a belief that Satan will bring personal power over oneself, others and the external environment and, in turn, such power will permit the believer to live by whatever moral and ethical codes one wishes to adopt.*
>
> *Ritualistic activity involves repeated physical, sexual, psychological, and/ or spiritual acts.*

Occultism, then, is the umbrella term for a wide array of belief systems that involve or use supernatural beliefs and/or powers. Satanism is just *one* of many such belief systems; it is not *the* occult, but rather a *type* of occult belief system. Occult activities, Satanism included, are legal as long as adherence to the belief system does not motivate or require the commission of a criminal act. Ritualism, which involves a series of repeated acts, is a *method* for celebrating a belief system. In cases where ritualistic methods involve some sort of abuse, their commission becomes a criminal rather than a legal activity.

This study emphasizes the need for law enforcers not only to understand these differences in terminology, but to become knowledgable about the various belief systems and activities of the major occult groups operating in the United States. Once such knowledge is obtained, law enforcers can begin to make educated distinctions between *legal, Constitutionally protected occult activity* and *illegal occult activity* which has increasingly become known as occult crime. To that end, the belief systems and legal activities typical of historical and contemporary occult groups are the subject of Chapter One; the illegal activities and rituals practiced by some occultists are the subject of Chapter Two; and the manner in which law enforcers learn about and handle both legal and illegal occult activities is the subject of Chapter Three.

### The Extent of Occult Crime

Currently, it is impossible to measure the extent of occult crime because few law enforcement agencies specifically record occult and occult-related crime, and those agencies that do keep such figures define occult primarily as Satanic in nature, lumping anything that is different but not necessarily criminal into an all-inclusive but inaccurate occult category.

While this report does not "take sides" in the current debate over whether or not law enforcers *should* record all crimes related to the occult, it does emphasize that most information about the extent of occult crime is based upon what people *actually believe* rather than what they *factually know*. Such perceptions have fueled the contemporary notion that occult crime has reached epidemic proportions. For instance, consider the following:

At a professional meeting held in 1987, a Utah State Prison system official claimed that based upon his knowledge of the State's inmates, an estimated 60,000 persons were annually killed in ritualistic homicides, many of which had occult links.

The Chicago-based headquarters of the Cult Awareness Network (CAN) claims that there have been nationwide increases in both occult and cult activity. Such claims are based upon the number of calls received about *Satanic activity*: in October 1986, CAN received no calls; in October 1987, CAN received 20 calls; in October 1988, CAN received 309 calls from each of the 50 states.

Maury Terry's investigation of the Son of Sam shootings, *The Ultimate Evil*, theorizes a link between David Berkowitz and a local Satanic cult which was part of a nationwide Satanic network. The network consisted of small groups of devil worshipers operating in New York, Los Angeles, Houston and North Dakota who not only commit crimes related to their belief in Satan, but are also "for hire" to other groups who need reliable assassins.

Such claims have also been refuted. Consider the following:

A spokesperson for the FBI refuted the allegations of the Utah State Prison official, pointing to annual UCR statistics that show the nationwide rate of *all* homicides averages about 20,000.

CAN's reports of Satanic activity are not substantiated, nor are they positively linked to any criminal activity.

A study conducted by the Committee for the Scientific Examination of Religion found that in the last five years, only about 60 of the more than one million violent crimes committed in the U.S. had Satanic overtones. The study's director noted the Committee found no evidence of any local, statewide or national conspiracy and the perpetrators of Satanic crime were largely mentally ill.

While the debate continues, only one thing remains certain: no one knows the actual extent of occult crime! Most information is largely perceptual, often based upon misinformation and fear, the experiences and assumptions of occult investigators, and unsubstantiated research conducted by persons who have spiritual, social and/or economic reasons to believe occult crime exists.

In addition to this *Introduction*, the "heart" of this study is contained in three chapters:

*Chapter One- Defining Occult Activity: The Historical Roots and Contemporary Dimensions* explains the historical origins and contemporary belief systems of four broad types of occult groups which are currently active in the United States: Neo-Pagans, Wiccans, Cultural Spiritualists, and Satanists.

*Chapter Two - Defining Occult Crime: The Perpetrators, Their Actions and The Victims* makes the distinct differentiation between occult activity and occult crime, describes perpetrator typologies and motives, explains the most common types of occult crimes, and discusses various victims' issues.

*Chapter Three - Investigating Occult Crime: The Law Enforcement Role* identifies barriers to dealing with occult crime, examines the law enforcer's role in occult crime, and provides resources specifically useful to law enforcers.

The *Conclusion* summarizes recommendations of law enforcers who contributed to this study. The resulting law enforcement "wish list" provides a workable agenda for future law enforcement action in regard to the occult.

Interspersed throughout the study are three types of key information:

1. A series of controversial issues entitled *The Occult Debate*, which explains the controversies and various viewpoints involved in seven of the most debated issues in the contemporary world of occult crime. Each of the following *Debates* explains the controversy and objectively presents each viewpoint:

- *Issue #1: Historical Depictions of Witchcraft - Reality or Myth?*
- *Issue #2: Dabbling in Music, Games, and the Occult - Contagion or Adolescent Maturation?*
- *Issue #3: Definitions of Occult Crime - Necessary or Superfluous Criminal Categories?*
- *Issue #4: Perpetrators of Ritualistic Abuse- Actions of True Believers or True Criminals?*
- *Issue #5: The Extent of Ritualistic Abuse - National Conspiracy or National Hysteria?*
- *Issue #6: Adult Victims of Ritualistic Abuse - Survivors or Delusionaries?*
- *Issue #7: Child Victims of Ritualistic Abuse - Abused or Indoctrinated?*

2. Resources for further information. Three years ago, if law enforcers came into contact with something "weird" that simply did not fit into traditional crime categories, they had only a few resources. A handful of well-informed "occult investigators" were available, but very few officers across the state or the nation knew about such veterans. Today, a growing number of resources are available to educate law enforcers about occult groups and activities; to introduce officers to occult-related crime; and to suggest investigative techniques that are most likely to lead to the successful arrest and prosecution of offenders. The resources presented herein were recommended directly to the author. In turn, each person and organization was contacted and agreed to be included in the final report. Inclusion or exclusion of any person or organization is neither an endorsement nor critique of services provided.

3. A series entitled *Legal Casestudies* in which the following four legal decisions regarding some aspect of occult crime are explained:

- *Legal Casestudy #1: Is Animal Sacrifice a Constitutionally-Protected Religious Ritual - The Hialeah Case*
- *Legal Casestudy #2: Admission of a Defendant's Belief in Satan* - <u>*State vs. Waterhouse*</u>
- *Legal Casestudy #3: Limits on Practicing Satanic Religions in Prison* - <u>*Childs vs. Duckworth*</u>
- *Legal Casestudy #4: A Successfully-Prosecuted Case* - <u>*The State of California vs. Clifford St. Joseph*</u>

**<u>The Human Resources</u>**

As any occult investigator, therapist, victim or informed researcher will readily admit, delving into the occult is neither adventuresome nor rewarding. It is both tedious and frustrating, fraught at every step with psychological and spiritual loopholes. It opens up a whole new world, fortunately, one into which only a few people tread and even fewer comprehend. This study is no exception; it has been hounded by all the typical and not-so-typical difficulties, and has come to fruition only because the many committed and dedicated professionals and citizens listed on the accompanying page were supportive of the Office of Criminal Justice Planning's decision to examine these crucial issues.

Foremost among the many persons responsible for the breadth and accuracy of this study were four professionals who not only contributed their expertise, but who carefully read and edited the initial drafts. OCJP and the author, Dr. Olson-Raymer, are particularly grateful to Officer Sandi Gallant of the San Francisco Police Department; Robert Hicks, Criminal Justice Analyst for the Commonwealth of Virginia's Department of Criminal Justice Services; Stephen Squire, Librarian for the Commonwealth of Virginia's Department of Criminal Justice Services; and Dr. Charles Wetli, Deputy Chief Medical Examiner, Dade County, Florida.

**Contributors to *Occult Crime: A Law Enforcement Primer***

Additionally, the following persons as well as several others who must remain anonymous for personal and professional reasons, devoted countless hours to this study.

Sandra K. Baker, Executive Director
Child and Family Institute, Sacramento

Dominic Berardino, Executive Teaching Coord.
SCRC, Redondo Beach

Wayne Besenty, Senior Animal Control Officer
Long Beach, Department of Health and Human Services

Timothy B. Boyle, Public Information Officer
Maryland National Capitol Park Police

Tony Coultress, Sergeant
San Joaquin County Sheriff's Department

Paul Cummins, Assistant District Attorney
San Francisco District Attorney's Office

Randy Emon, Sergeant, Baldwin Park Police Dept.
Director, Christian Occult Investigators Network

Beverly Gilbert, Director
Motivation Unlimited, Rialto, CA

Dave Hart, Research Analyst
Menconi Ministries, Cardiff by the Sea, CA

Kurt Jackson, Detective
Beaumont (California) Police Department

Sharon Jackson, Counselor
Motivation Unlimited, Rialto, CA

Martin Sanchez Jankowski, Ph.D.
University of California at Berkeley, Dept. of Sociology

Larry Jones, Lieutenant, Boise Police Department
Director, Cult Crime Impact Network

Larry Kahaner, Writer
Author of *Cults that Kill*

Dennis Kirkpatrick, Vice President
Witches Public Assistance League

Kenneth V. Lanning, Supervisory Special Agent
FBI Academy, Quantico, Virginia

Rick Martinez, Officer
Fountain Valley Police Department

Jim McCarthy, Executive Director of Research
Bethesda Psychiatric Health Institute,Denver, Colorado

J. Gordon Melton, Ph.D., Director,
Institute for the Study of American Religion

Patrick Metoyer, Detective, Criminal Conspiracy Section,
Los Angeles Police Department

Marilee Monagan, Executive Officer
California State Social Services Advisory Board

Michael O'Connor, Detective
San Diego Sheriff's Department

Richard Ofshe, Ph.D.
University of California at Berkeley, Dept. of Sociology

Marc Paulhus, Director
Humane Society of the U.S., Southeast Regional Office

Darlene Pettinicchino, Probation Officer
Orange County (California) Probation Dept.

Noel Joy Plourde, Licensed Marriage, Family and Child Counselor, Redondo Beach, CA

Patricia Pulling, Director
Bothered About Dungeons & Dragons, Inc.

Sherry Reddick, Director
Texans Against Ritual Abuse

Myra Riddell, Chair, Task Force on Ritual Abuse
Los Angeles County Commission for Women

Jill Rosenbaum, Ph.D.,
Calif. State University at Fullerton, Criminal Justice Dept.

Jeffrey Burton Russell, Ph.D.
University of California at Santa Barbara, History Dept.

Eric Sakach, Field Investigator
The Humane Society of the U.S., West Coast Region

Prentice E. Sanders, Inspector
San Francisco Police Department, Homicide Detail

Margaret Thaler Singer, Ph.D.
Therapist, Berkeley, CA

Richard Valdemar, Sergeant
Los Angeles Sheriff's Department

## CHAPTER ONE:
## DEFINING OCCULT ACTIVITY: THE HISTORICAL ROOTS AND CONTEMPORARY DIMENSIONS

Just what *is* the occult? In its very broadest sense, *occult activity involves the use or secret knowledge of actions and/or rituals connected to supernatural beliefs and/or supernatural powers.* Occult involvement with the supernatural is what clearly separates occultists' beliefs and rituals from traditional Judeo-Christian belief systems. Thus, many Americans consider occultism perverse, heretical, evil and even illegal. Most occult activities, however, are neither illegal nor evil and are, in fact, protected under the First Amendment guaranteeing Americans freedom of religious choice. What the Constitution does not protect are illegal activities conducted by occultists in conjunction with their belief system — the so-called *occult crimes* which are the subject of Chapter Two.

Legal occult activities, the subject of this chapter, are condemned largely because many, but not all, occultists practice magic. A controversial term in and of itself, *magic involves the invocation of supernatural powers to control natural forces.* The use of such power adds more fuel to the definitional controversy. Consider the following:

- Most occultists, some of whom call themselves magicians, symbolically invoke magic, or so-called *white magic*, for what they call positive means — applying a herbal cure for an ailment, invoking a spell to enhance one's ability to be a better lover or obtain a more satisfying job, or casting powers to protect the earth from harmful human intrusions. These practitioners don't actually summon supernatural powers or control natural forces, but rather use trickery to perform rites that are symbolic of wishes, concerns, or disappointments.

- A few occultists, often known as sorcerers, practice *black magic* or the dark arts. Such practitioners claim to actually invoke supernatural powers for primarily evil purposes.

- Other practitioners deplore any distinction between white and black magic. They believe that the magician "sets out to conquer the universe" thereby requiring entry into the "darkest levels of the mind." To succeed, he or she must become master of everything in the universe - evil as well as good, cruelty as well as mercy, pain as well as pleasure." (Cavendish, 1967:3.) Thus, these practitioners argue, all magic is black.

It appears that, to the *practitioner*, the type of magic practiced is largely perceptual; that is, practicing magic really involves what the practitioner believes is being invoked, be it black, white or both. To the law enforcer, however, the practitioner's perceptions are moot; he or she is involved either in legally-protected spiritual activity which is beyond the jurisdiction of the criminal justice system, or in illegal criminal activity as defined by law and clearly within the system's jurisdiction.

This chapter seeks to sort out and clarify these distinctions for the law enforcer. In so doing, it defines *occult activity* and

**_Occult versus Cult_**

Contrary to the popular equation of the terms occult and cult, they are *not* interchangeable.

*Occultists* use or have secret knowledge of actions and/or rituals connected to supernatural beliefs and/or supernatural powers.

*Cultists* espouse a religious belief system that deviates strongly from the traditional faiths accepted by society.

Religion is the differentiating factor: occultists adopt supernatural beliefs which may or may not be religious in nature, while cultists adopt specific religious belief systems. Although the nature of occultist and cultist belief systems is different, most people do not distinguish between the two *because both belief systems represent an unorthodox departure from conventional society.* This report draws a clear distinction between cult and occult activity, concentrating entirely on the latter. For further information about cults, contact:

American Family Foundation
P.O. Box 336
Weston, MA 02193 (617) 893-0930

Cult Awareness Network (CAN) - National Office
2421 West Pratt Blvd., Suite 1173
Chicago, IL 60645 (312) 267-7777
CAN/Los Angeles
1917 Hampton Lane
Glendale, CA 91201 (818) 845-4354

Institute for the Study of American Religion
Dr. J. Gordon Melton, Director
P.O. Box 90709
Santa Barbara, CA 93190 (805) 961-3250

Spiritual Counterfeits Project
P.O. Box 4308
Berkeley, CA 94704 (415) 540-0300

Dr. Richard Ofshe, Professor
University of California, Berkeley
Department of Sociology
Berkeley, CA 94720 (415) 642-4289

Margaret Singer, Ph.D.
17 El Camino Real
Berkeley, CA 94705 (415) 848-3863

the various types of magic that are legally encompassed in such activities. Those activities that are clearly illegal in nature, *occult crime*, are the subject of the next chapter.

## Types of Occult Activity

Currently, at least four types of contemporary occult-centered belief systems are practiced in the United States: Neo-Paganism, Witchcraft (or Wicca), Cultural Spiritualism and Satanism. Practitioners of each are involved in very different types of occult activities based upon very different occult-centered ideologies.

### Neo-Paganism

The beliefs of today's Neo-Pagans evolved from those of the earliest primitive religions. Arising out of early man's need to understand and control nature, most primitive religions were nature-oriented. As the hunters and gatherers of early society converted to a farming economy, the spiritual beliefs of early man centered around the need to understand and respect the new farming technology. The rituals arising from such beliefs later become known as magic. The early practitioners and teachers of such magic used incantations and spells designed to help nature take a positive course in the survival and enrichment of society. Such practitioners tried to convince the gods to produce fruitful crops, provide bountiful supplies of game, heal the sick, and sometimes, make their enemies ill.

The term pagan, which is derived from the Latin *paganus* meaning a country dweller, was first applied during the Inquisition. Thereafter, Catholic Inquisitors used the word Pagan to describe any opponent of Christianity. Thus, many religions which had nothing in common *except* their status as a perceived enemy of Christianity, were lumped together under one all-inclusive label: Pagan.

Today's *Neo-Pagans practice a polytheistic nature religion; that is, they worship many gods, foremost of whom are the Great Earth Mother and her consort, the Horned God, who together provide symbols of fertility and power; respect all natural objects as living entities; and participate in rituals that symbolize their understanding of and oneness with the gods and nature.* Their rituals are practiced in connection with white magic and are largely based upon three ideals: animism, pantheism, and polytheism.

> Animism, the belief that all things in nature are imbued with life, embraces an almost childlike exuberance with and participation in nature. By cherishing the life forces in all natural objects and depending on nature for sustenance, believers in animism abhor any actions that destroy the integrity of the environment.
>
> Polytheism recognizes the existence of many gods and encourages a worldview that is multiple and diverse. Polytheism is an attitude that has allowed a multitude of distinct groups to exist more or less in harmony, despite great divergence in beliefs and practices.
>
> Pantheism, the belief that the spirit of the gods are inseparable from nature, encourages Neo-Pagans to participate in divinity, or the act of being a god, "from time to time in rite and fantasy." The pantheistic philosophy implies that individuals can become gods and in so doing, become one with nature. (Adler, 1986:25.)

Neo-Pagans worship in covens usually consisting of less than 20 people, meet in natural surroundings, and participate in rituals that reflect the individual experience and needs of its members. As such, their rituals are not bound by any creed, doctrinal statements, or ceremonial requirements. Neo-Pagans celebrate eight festival days called *sabbats:* four sabbats mark the sun's extreme movements, the summer and winter solstices and the spring and fall equinoxes. The four other sabbats mark the agricultural seasons in February, May, August and November.

### Witchcraft

Witches are perhaps the least understood of all persons involved in the occult. Like Neo-Pagans, Witches are often persecuted because they do not conform or are considered a threat to Judeo-Christian cultural and religious traditions. However, as a veteran Witch and law enforcement officer explains, "We Witches do not believe in the Christian God or Devil...But we are not anti-Christian; we are simply different." (Cuhulain, 1989.)

Indeed, controversy even surrounds the root of the word Witch. Some claim it stems from the Celtic word *wicce* and *wicca* meaning "wit" or "wisdom." Others cite derivations from the Sanskrit words *wic* and *weik* meaning to bend or turn. Depending upon the root structure, a Witch was either a wise person in a village with healing powers or was someone skilled in the craft of shaping, bending or changing reality. Contemporary definitions such as that in Webster's ("one that is credited with malignant supernatural powers") adds fuel to the stereotypical image of ugly, snaggle-toothed old hags who conjure up malevolent potions for malignant ends. Such an image, however, is both historically and contemporarily simplistic.

As medieval historian Jeffrey B. Russell explains, over the years, three quite different meanings have been attributed to Witchcraft: (1) The "practice of simple sorcery, the charms or spells used in many societies worldwide to accomplish such practical ends as healing a child, assuring the fertility of crops, or warding off an enemy"; (2) the Neo-Paganism movement of the late 20th Century in which small groups are involved in pagan belief systems; and (3) the diabolical Witchcraft allegedly occurring in Europe between 1400-1700 whereby Witches worshiped Satan, practiced evil sorcery and desecrated Christian symbols and rituals through the Black Mass. (Russell, 1988:162.) It is this latter group, the diabolical Witches, who have been the center of historical and contemporary debates as demonstrated in *The Occult Debate, Issue #1.*

## Neo-Pagan and Wiccan Resources

***The following organizations provide information about the Neo-Pagan and/or Wiccan communities:***

*CultWatch Response, Inc.*
*P.O. Box 1842*
*Colorado Springs, CO 80901* — *Gerald L. Bliss, Executive Secretary and Editor*

CultWatch Response, Inc. provides law enforcement officials with information on the Craft in the United States and Canada and seeks to help responsible people safely practice their chosen religion. *CultWatch Reponse*, the organization's journal, publishes articles that promote understanding about the Craft.

---

*Institute for the Study of American Religion*
*P.O. Box 90709*
*Santa Barbara, California 93190* — *Dr. J. Gordon Melton, Director*

Over 1,500 of the Institute's 28,000 volume collection are books, booklets, pamphlets, newspaper and magazine articles about the American and British Neo-Pagan and Wiccan movements. These documents are particularly useful to persons conducting historical and contemporary research.

---

*Pagan Anti-Defamation League*
*BM Box 7097*
*London WCIN 3XX England* — *Prudence Jones and Nigel Pennick, Directors*

This British organization is dedicated to correcting misconceptions, distortions and untruths about Neo-Paganism. It provides materials and information to Neo-Pagans and the interested public from around the world upon request.

---

*Witches' League for Public Awareness*
*P.O. Box 8736*
*Salem, MA 01971* — *Laurie Cabot, President*

The non-profit WLPA informs the public and the media about Witchcraft and tries to correct misinformation about Witches. Its bi-annual newsletter, *The Quill & Sword*, contains news of WLPA activities and articles about how to correct misinformation and appropriately educate the public.

---

**The following provide readable and useful information about Neo-Pagan and Wiccan belief systems:**

*Drawing Down the Moon: Witches, Druids, Goddess-Worshippers, and Other Pagans in America Today* by Margot Adler. Boston: Beacon Press, 1986. Written by a well-known journalist and self-professed Pagan, this comprehensive analysis includes chapters on the history and background of Neo-Pagan and Wiccan belief systems; the contemporary American Wiccan revival; the organizational and belief systems of other contemporary Neo-Pagan groups; the writings and attitudes of historical and contemporary scholars, writers and journalists who have studied the occult; and an extensive list of resources and Neo-Pagan rituals.

*Entertaining Satan: Witchcraft and the Culture of Early New England* by John Putnam Demos. Oxford: Oxford University Press, 1982. This is probably the best-researched and most readable historical account of all the recorded Witchcraft proceedings that occurred in 17th Century New England. Dr. Demos provides careful biographical sketches of both the accused Witches and their accusers; draws a detailed picture of how the Witchcraft cases became an integral part of the Puritans' social experience; and discusses the historical "peaks and valleys" of the Witchcraft cases that cropped up during this first Century of living in the New World. Among his most important conclusions are that while there was some evidence of occultism through fortune-telling, random cursing, and minor talismanic magic, no evidence of Witchcraft as a religious conspiracy exists in the available records; and that by the 18th Century, the legal proceedings ended because relaxed community bonds no longer required a reason for Witches.

*Law Enforcement Guide to Wicca* by Kerr Cuhulain. Colorado Springs: CultWatch Response, Inc., 1989. The only guide of its kind currently distributed in the U.S., Cuhulain's information is particularly useful because he is both a law enforcement officer and a practicing Wiccan. The guide includes a brief description of Wiccan history; useful definitions of Wiccan symbols, rituals and terminology; helpful hints for criminal justice practitioners investigating possible occult crimes; and an extensive resource section.

While accusations of widespread Witchcraft flourished in medieval Europe and colonial America, the furor began to subside by the early 1700s. It was not until the mid-20th Century that Witches again resurfaced in American life. But the type of Witchcraft that emerged had little resemblance to the dark, Satanic practices of actual or alleged Witches of earlier history. Indeed, "there is almost no real historical connection between 16th and 17th Century Witches and the new religions associated with Witchcraft today." (Russell interview, March 17, 1989.)

Several new traditions of Witchcraft have arisen over the past decades, all of which have different roots as journalist and Neo-Pagan practitioner Margot Adler so aptly explains:

> "Different Wiccan traditions (or sects) have a different story to tell. Many will mention the work of Margaret Murray, whose *Witch-Cult in Western Europe* (1921) popularized the idea that Witchcraft is the surviving pre-Christian religion of Europe. Many will mention Charles G. Leland, whose books, written at the turn of the century, described a surviving Pagan religion in Italy, including a Witch cult that worshipped Diana, and a host of ancient Etruscan survivals. Others will mention Gerald B. Gardner, a retired British civil servant who was supposed to have been initiated into one of the surviving ancient English covens in 1939. Convinced that the Witch cult was dying from lack of knowledge about it, Gardner published some of what he had learned in a novel, *High Magic's Aid,* and after the repeal of the Witchcraft Acts in 1951, published *Witchcraft Today* and *The Meaning of Witchcraft.*" (Adler, 1986:46.)

It was Gardnerian Wicca that first came to the United States, brought by Americans Raymond and Rosemary Buckland who traveled to England to be initiated by Gardner. To Gardner, "Witchcraft was a peaceful, happy, nature religion. Witches met in covens, led by a priestess. They worshipped two principal deities, the god of forests and what lies beyond, and the great Triple Goddess of Fertility and rebirth. They met in the nude in a nine-foot circle and raised power from their bodies through dancing and chanting and meditative techniques. They focused primarily on the Goddess; they celebrated the eight ancient Pagan festivals of Europe and sought to attune themselves to Nature." (As described by Adler, 1988:62.)

The Gardnerian tradition spawned many other variations so that today, literally thousands of small, autonomous units or covens exist across the nation. In fact, according to Dr. J. Gordon Melton of the Institute for the Study of American Religion, somewhere between 30,000 and 100,000 people are active, self-identified members of the American Wiccan and/or Neo-Pagan communities. (Melton interview, March 30,1989.) Margot Adler learned more about the contemporary Witch practitioner through a survey distributed to 450 people attending three different Neo-Pagan festivals during the summer of 1985. Of the 195 respondents, half identified themselves as "basically white-collar, middle-class professionals": computer programmers, students, secretaries, counselors, teachers/professors, writers, housewives or typesetter/printers. (Adler, 1986:446.)

As Neo-Pagan writer Isaac Bonewits describes, at least four groups of people identify themselves as contemporary practitioners: classical Witches, gothic or neo-gothic Witches, feminist Witches and Pagan Witches.

> *Classical Witches*, whose ancestors were village herbalists and healers believed to have psychic or magical powers, pass their skills down through the generations in the form of oral tradition. To most classical Witches, religion is irrelevant to the practice of their skills.
>
> *Gothic or Neo-Gothic Witches*, more accurately called Satanists, represent a very small number of Witches who use the identification to oppose Christianity by performing the rituals alleged during the European Witchcraft trials.
>
> *Feminist Witches*, members of radical feminist groups who call themselves Witches because they believe the Inquisition was primarily anti-female in nature, sometimes practice magic and often identify with the Pagan Witches.
>
> *Pagan Witches or Wiccans* celebrate a particular type of Pagan religion known as Wicca or Witchcraft - the Craft of the Wise. Such Witches are also Pagans, but not all Pagans are Witches; the terms are not interchangeable. (Bonewits, 1979.)

Today's *Witches or Wiccans practice a polytheistic religion known as Witchcraft, Wicca or the Craft which involves worshiping nature deities and encouraging the practice of magic primarily for psychological and environmental purposes.* Wiccan beliefs, broadly outlined in 1974 by the now defunct Council of American Witches in the *Principles of Belief* (see accompanying box) are supplemented by the Wiccan Creed, "An Ye Harm None, Do As Ye Will" or "Do nothing that will harm another."

Much contemporary debate about Wiccan activity centers around their use of magic. The vast majority of American Witches claim that if they employ any magic at all, it is white magic which seeks changes in the mundane world primarily through healing or personal improvement, or seeks to symbolically transform the individual in some manner. As such, white magic excludes evil spells. Indeed, because Wiccans believe the effects of magic will be returned threefold upon the person working it, most Witches claim pronouncing evil spells would be contradictory to their belief system. Wiccans believe very few of their members practice black magic; those few practitioners of the black arts, generally referred to as Satanists, are denied religious or social contact with other members of the Craft.

The Wiccan faith is divided into numerous denominations known as "traditions", most of which are quite small in number. Covens, the organizational structure for group

***Principles of Wiccan Belief***

The Council of American Witches finds it necessary to define modern Witchcraft in terms of the American experience and needs. We are not bound by traditions from other times and other cultures, and owe no allegiance to any person or power greater than the Divinity manifest through our own being. As American Witches we welcome and respect all Life Affirming teachings and traditions and seek to learn from all and to share our learning within our Council.

It is in this spirit of welcome and cooperation that we adopt these few principles of Wiccan belief. In seeking to be inclusive, we do not wish to open ourselves to the destruction of our group by those on self-serving power trips, or to philosophies and practices contradictory to those principles. In seeking to exclude those whose ways are contradictory to ours, we do not want to deny particpation with us to any who are sincerely interested in our knowledge and beliefs, regardless or race, color, sex, age, national or cultural origins or sexual preference.

1. We practice Rites to attune ourselves with the natural rhythm of life forces marked by the Phases of the Moon and the Seasonal Quarters and Cross Quarters.

2. We recognize that our intelligence gives us a unique responsiblity toward our environment. We seek to live in harmony with Nature, in ecological balance offering fulfillment to life and consciousness within an evolutionary concept.

3. We acknowledge a debt of power far greater than that apparent to the average person. Because it is far greater than ordinary, it is sometimes called "supernatural," but we see it as lying within that which is naturally potential to all.

4. We conceive of the Creative Power in the Universe as manifesting through polarity - as masculine and feminine - and that this same Creative Power lives in all people, and functions through the interaction of the masculine and feminine. We value neither above the other, knowing each to be supporting of the other. We value Sex as pleasure, as the symbol and embodiment of life, and as one of the sources of energies used in magical practice and religious worship.

5. We recognize both outer worlds and inner, or psychological, worlds - sometimes known as the Spiritual World, the Collective Unconscious, the Inner Planes, etc. - and we see in the interaction of these two dimensions the basis for paranormal phenomena and magical exercises. We neglect neither dimension for the other, seeing both as necessary for our fulfillment.

6. We do not recognize any authoritarian hierarchy, but do honor those who teach, respect those who share their greater knowledge and wisdom, and acknowledge those who have courageously given of themselves in leadership.

7. We see religion, magic, and wisdom-in-living as being united in the way one views the world and lives within it - a worldview and philosophy-of-life which we identify as Witchcraft, the Wiccan Way.

8. Calling oneself "Witch" does not make a witch - but neither does heredity itself, or the collecting of titles, degrees and initiations. A Witch seeks to control the forces within him/herself that make life possible in order to live wisely and well, without harm to others, and in harmony with Nature.

9. We acknowledge that it is the affirmation and fulfillment of life, in a continuation of evolution and development of consciousness, that gives meaning to the Universe we know, and to our personal role within it.

10. Our only animosity toward Christianity, or toward other religion or philosophy-of-life, is to the extent that its institutions have claimed to be "the only way" and have sought to deny freedom to others and to suppress other ways of religious practice and belief.

11. As American Witches, we are not threatened by debates on the history of the Craft, the origins of various aspects of different traditions. We are concerned with our present, and our future.

12. We do not accept the concept of "absolute evil," nor do we worship any entity known as "Satan" or "The Devil" as defined by the Christian tradition. We do not seek power through the suffering of others, nor do we accept the concept that personal benefit can only be derived by denial to another.

13. We acknowledge that we seek within Nature for that which is contributory to our health and well-being.

(Source: "Principles of Wiccan Belief," *Green Egg*, Vol. VII, No. 64 (August 1, 1974):32. Adopted by the Council of American Witches during its spring Witchmeet, April 11-14, 1974 in Minneapolis, Minnesota. The Council has since disbanded but many American Witches adhere to its Principles.)

worship, are composed of 5 to 50 members and are led by a Priest or Priestess (or sometimes both) who has been initiated by another Witch. When Witches meet, they generally invoke magic and worship their deities. Worship does not occur in a formal setting, although coven members may have some room or outdoor field reserved for ritual use. Wherever worship does occur, a sacred space is created by "casting a circle" inscribed on the ground or floor. (See Chapter Three



AF-12

R00537

for the symbolism and ritual involved in casting a circle.) Wiccans embrace the same eight sabbat festival days celebrated by Neo-Pagans. Additionally, most groups regularly meet as close as possible to the full moon in ceremonies called "esbats" where they worship, discuss business, perform tasks such as healing, and enjoy each other's company.

Individual practice of the Craft includes mastering magic, ritual and psychic development as well as the regular worship of the Wiccan deities. As Witches practice the Craft, they pass through three degrees: the first acknowledges a full member of and initiates them into the coven; the second recognizes mastery of basic Wicca knowledge through becoming an accomplished Witch; the third degree admits one into the Priesthood. All worship, whether individual or within the coven, requires the use of at least four basic ritualistic items: the atheme, or ritual knife; the pentacle, a metal disc inscribed with magical symbols; a chalice; and a sword. Witches do not use scripture books , relying instead on oral tradition. In keeping with that tradition, Wiccans keep a book listing their rituals and working notes called the "Book of Shadows" (or a *grimoire* in certain Wiccan traditions) that is usually copied by hand from one Wiccan to the next within each tradition. These may be written in one of the old magical alphabets or in English.

## Cultural Spiritualists

Cultural spiritualists are involved in syncretic belief systems, or those that combine two or more very different cultural and religious beliefs and rituals into one harmonious belief system. Thus, *cultural spiritual faiths harmoniously blend magic or supernatural rites specific to one particular culture with certain religious traditions specific to another and very different culture.* Because the religious beliefs of cultural spiritualists are deeply tied to foreign cultural roots and polytheistic religions which differ greatly from those of the American mainstream, many people fear their spiritual beliefs and often condemn their activities. Most persons involved in cultural sprirtualist faiths, however, are simply practicing a belief system that is an integral part of their historical and cultural tradition.

While many different types of cultural spiritualism are practiced in the United States, the two most often referenced in law enforcement circles are those with Afro-Caribbean roots. Such belief systems specifically evolved when African slaves were removed from their native culture and forcibly converted to a new cultural, economic, social and religious lifestyle in the Caribbean. Adherents of these faiths began their forced journeys to the United States several decades ago. Today, it is estimated that between 1 and 1.5 million people living in America practice some sort of Afro-Caribbean faith. (Paulhus interview, August 16, 1989.) The vast majority of such practitioners are involved in two belief systems: *Santeria* and *Palo Mayombe*.

Before pursuing a more detailed discussion of these two Afro-Caribbean faiths, two points must be emphasized:

- Cultural spiritualist religions other than those discussed in this study are practiced in the United States. *Brujeria*, whose roots are tied to Mexico, is commonly practiced in parts of the Southwestern United States; the accompanying box describes some of the beliefs, symbols, and ritual components practiced by American *brujos*. *Voudon*, practiced in parts of the American South and other localities, shares some Afro-Caribbean roots but as the accompanying box indicates, is distinct from *Santeria* and *Palo Mayombe*.

- *Santeria* and *Palo Mayombe* have not been selected for an in-depth analysis in this chapter because practitioners are more often involved in criminal activities than other cultural spiritualists. These two specific belief systems and the activities of practitioners are reviewed, however, for three reasons: the number of *santeros* and *mayomberos* is growing, making it all the more essential that their culturally distinct rituals are accurately understood by law enforcers; law enforcers increasingly assume linkages between some *Santeria* and *Palo Mayombe* rituals and criminal activity; and all too often, law enforcers incorrectly refer to practitioners of these two faiths as Satanists, lumping them into one all-inclusive Satanic category.

### *Santeria*

*Santeria, a syncretic belief system that combines the cultural and spritual beliefs of the Southwestern Nigerian Yoruba tribe with the religious practices of the Catholic faith, involves using magical rituals to propitiate or satisfy a pantheon of gods primarily for positive personal reasons of the practitioner.* Like all other Afro-Carribean belief systems, *Santeria* found its way to South and North America through the system of slavery. When Yoruba slaves were first transported to Cuba in the 18th and 19th centuries, their Catholic masters forbade traditional religious practices in which many gods or *orishas* were worshipped. Prior to granting legal entry into the country, the Yoruba were forcibly baptized as Roman Catholics.

To survive, the Yoruba arrivals, called *Lucumi* (after their way of greeting each other as "oluku mi" or "my friend"), developed a new cultural/religious tradition that was "at once a resistance to Catholic oppression and an accommodation to Catholic values. It came to be called *Santeria,* the way of the saints, because the devotions to the *orishas* were carried out beneath the images of the Catholic saints." (Murphy, 1988:32.)

By the mid-18th Century, the Yoruba tradition had been successfully and secretly adapted to Cuban society and the demands of the Catholic priests; the *orishas* were carefully disguised as saints *(santos)* and honored in church and during Catholic feasts. The new syncretism, called *Santeria* or *Lucumi* in Cuba, was eventually introduced to other Latin American countries: In Brazil, it became known as *Candomble*; *Shango* in Trinidad; and *Voodun* in Haiti.

## *Voodoo:* Another Form of Cultural Spiritualism

Rumors of *Voodoo* involvement play a significant role in American folklore, especially in the South. However, very few studies have been conducted that subject the practice of Voodoo in America to rigorous examination. As demonstrated below, what we do know are the very basics of *Voodoo* history and how it became first a Caribbean and then an American transplant.

The origins of the word *Voodoo* are not clear. Some practitioners claim French roots from the word *Veau d'or* meaning golden calf, while others point to a corruption of the West African term *Vodu* which historically has referred to various gods and spirits. The practice of what is commonly called *Voodoo* in the Caribbean and often known as *Voodoun* or *Hoodoo* in America, stemmed from the African occult religion known as *Juju* which dates back thousands of years to the *Ashanti* tribe who worshiped snakes.

African *Juju* has changed little over the centuries. The practitioner casts a good spell, a bad spell or a spell designed to protect a client from a spell already cast upon him. Some spells are benevolent, designed to help a sick person or help a person win the affection of a desired mate; others are malevolent, capable of inflicting serious injury or illness and even death on an enemy of the client. The practitioner's powers are derived from various gods who tell him what action to take under a certain set of circumstances. Powers are also obtained from herbs and *fetishes*, inanimate objects that are believed to be inhabited by a spirit "capable of having its own way unless soothed and exorcised by the proper rites" of the practitioner. (d'Argent, 1970:18-19.)

Caribbean *Voodoo* was born when members of the Ashanti tribes were transported as slaves to Haiti. As they began their assimilation process, they combined some magical rites of the African *Juju* with religious rites from the Catholic church, thereby creating a new belief system which gradually spread throughout Haiti. The Haitian form of *Voodoo* has many deities, known collectively as *loa*, who participate in ritualistic ceremonies in several different ways. Rituals are most commonly held to invoke a particular god who best fits the need of the moment. A student of *Voodoo* in Louisiana, Jacques d'Argent, describes three great rites or divisions governing Voodoo: "one is made up of good or benevolent gods, known as the *Rada*. The other two, *Congo* and *Petro*, consist of wicked or evil gods...In invoking and influencing the gods, the drum, brought with the blacks from Africa as an important part of their religion, plays an important part in the Haitian ritual...Dancing, like the drums, is an essential part of Voodoo ritual. Haitian dances are divided into sacred dances and dances of possession." (d'Argent, 1970:43-45.)

The *Voodoo* priest, or *Houngon*, is "at one and the same time priest, healer, soothsayer, exorciser, organizer of public entertainments and choirmaster." (Metraux, as quoted in d'Argent, 1970: 47.) That is, he is an influential figure in the Haitian community. He is not to be confused with a *bocor* or *boko* who practices sorcery or black magic usually condemned by the *Houngon*. It is the image of the *bocor* who usually provides the stereotypical portrayal of the *Voodoo* practitioner—the one who tortures a doll or some other effigy that represents the intended victim. His magical powers are not only used to "bring about every evil, to cause death, illness, or injury, to obtain riches, to bring bad luck to enemies or good fortune to a client," but also to invoke the *zombi* - "a corpse that has been raised from the grave to live again as a mindless slave." (d'Argent, 1970:49.) In truth, Haitian *Voodoo* is comprised of both good and evil uses of magic as utilized by the *Houngon* and the *bocor.*

*Voodoo* first came to the United States in 1803 when the prohibition against importing slaves from the West Indies was lifted to allow planters access to more labor. What began in Louisiana as the Haitian transplant of *Voodoo* eventually evolved into an American syncretism known as *Hoodoo*. This newer form of the ancient traditions developed differently in the United States, supplanting many of its religious aspects with more cultural and medicinal aspects. Indeed, the *Hoodoo* leader, known as a *Hoodoo-doctor*, "is a maker of medicine, a treater of ills, and perhaps a historian...he does not perform marriages, christen babies, or bury the dead. For these functions there is the ordained minister of one of the established churches. Hoodoo-doctors do conduct meetings, but never in a church or even a consecrated building as does the Haitian *Houmfort*. They prefer the outdoors, with a large tree for shelter where they can expound, undisturbed, their different theories of the supernatural in their own ways." (D'Argent, 1970:74.)

It would be incorrect to state, however, that *Hoodoo* practitioners use only white or positive magic; clearly some Hoodoo rites in various urban locations have invoked evil spirits, exacted discomforting curses, and mapped out the death of enemies. We remain uncertain about the extent to which it is practiced and the degree to which practitioners may or may not be involved in criminal activity directly connected to their belief in *Voodoo*.

It was not until the Cuban Revolution of 1959 that *Santeria* became a known element in American society. As Cubans fled their island, the initial wave of *santeros* — priests and priestesses of *Santeria* — carried their *orishas* to another new land. During the 1980 Mariel boat lift, the second wave of *Santeria* followers entered the United States. Consequently, *Santeria* practitioners have become a regular part of many urban American landscapes. It is estimated that currently as many as 2 million individuals dabble in *Santeria* in the United States and that there are as many as 75 to 100 million devout practitioners worldwide. (Erickson, 1988:13.) Indeed, significant numbers of *Santeria* followers reside in the urbanized sections of Florida, New Jersey, New York and California. Miami officials estimate that as many as 50,000 practitioners live in their city. (Paulhus seminar, August 16, 1989.)

The basic foundations of *Santeria* beliefs are described in the accompanying box. Religious participation occurs in both ceremonies and rituals whereby magical powers serve as "a functional strategy of conflict resolution, both at the individual and interpersonal levels." As such, magic "provides an outlet for repressed hostilities and offers a set of symbolic performances that lead to intrapsychic and social stability." (Martinez and Wetli, 1982:32.) While ceremonies occur with more than two persons present and are always conducted by a *santero*, rites are performed alone by an individual practitioner or in the company of an initiated *santero*.

In contemporary American society, the *Santeria* practitioner recognizes four ritualistic practices: divination, sacrifice, spirit possession and initiation.

- Divination occurs when *orishas* speak to human beings, diagnose their needs and "open their destinies to fulfillment".

- Sacrifice occurs when human beings give their *orishas* the *ashe* that is the sustenance of life.

- Spirit possession involves fully opening the channels of *ashe* when human dancers merge with divine rhythms.

- Initiation involves ceremonial rituals which show to the devotee and to the community the depth of the devotee's commitment to the *orishas* and his or her mastery of the techniques of invoking *ashe*. (Murphy, 1988:134-140.)

In essense, "*Santeria* magic functions as a supportive system that offers its members culturally meaningful symbols that contribute positively" to the life of the practitioner. (Martinez and Wetli, 1982:37.) Thus, the occult activities involved in *Santeria* are at best positive in nature and at worst, neutral. In contrast to this primarily positive magico-religious system is another Afro-Caribbean belief system, *Palo Mayombe*, where the magic is often used for evil and illegal purposes.

### *Palo Mayombe*

*Palo Mayombe is a syncretic Afro-Caribbean belief system that combines the cultural and spiritual belief systems of the ancient African Congo tribes with the religious practices of Yoruba slavers and Catholicism. It uses magical rituals that manipulate, captivate and/or control another person most often for the practitioner's malevolent purposes.* Like their brothers from Nigeria, the Congo slaves were forcibly brought to the Caribbean and subsequently adapted their cultural and religious belief system to the culture and Catholic religious traditions of their new home. Through their assimilation process, the Congo slaves also incorporated some of the beliefs, symbols and rituals of *Santeria*. The result of this particular syncretism was *Palo Mayombe*, derived from the Spanish *palo* meaning "wooden stick" or "branch" and referring to the pieces of wood practitioners, the *Paleros* or *Mayomberos*, use for their magic spells.

Although the origins of the *Mayombero* and *Santero* share similar roots, it is important to note two features that distinguish the rituals and beliefs of these different and individualistic belief systems.

- First, while many *Mayomberos* were first initiated into *Santeria*, very few*Santerians* also practice *Palo Mayombe*. Florida law enforcement officials estimate no more than 10 percent of *Santeria* practitioners in their state are also involved in *Palo*. (Paulhus lecture in Cypress, CA on August 16, 1989.) Indeed, most *Santeria* practitioners fear the *Mayombero*, claiming he practices a sinister form of *Santeria* which they call *brujeria*, black magic or Witchcraft.

- Second, the rituals of*Santeria* most often focus magic on positive actions designed to improve one's personal position or please an *orisha*. *Palo Mayombe*, on the other hand, centers its rituals around the spirit of the dead, often using magic to inflict misfortune or death upon an enemy. In fact, the *Mayombero* does not use the *orishas* but rather invokes the evil spirit of one specific patron who resides in his *nganga*, the cauldron used during most rituals.

Practitioners perform magic by controlling the spirits who mediate good and evil in the natural world. According to Migene Gonzalez-Wippler, a *Santerian* scholar and practitioner, *Mayomberos* are divided into two distinctly different categories: those who practice benevolent or neutral magic, the *Mayomberos Christiano* (Christian Mayomberos); and those who practice malevolent magic, the *Mayomberos Judios* (Jewish Mayomberos.)

"This differentiation is made by the *paleros* because the 'Christian' cauldron in which their secrets are kept is sprinkled with holy water and the 'Jewish' one is not. To the practitioners of *Palo*, who, like the *santeros*, are steeped in Catholic tradition, anyone or anything that is not baptized is evil and does not belong to God. Be-



AF-15

R00540

cause the ceremony of baptism utilizes holy water for the rejection of the devil, everything that is sprinkled with this liquid is considered by the *paleros* to be "baptized" and purified. Evil spirits are believed to be frightened away and "burned" by the touch of holy water.

The *palero* or *mayombero* who is "Christian" works with the forces of God, whom they call *Sambia,* a corruption of the Congo name for the deity *Nsambi.* The "unbaptized" or *paleros judios,* work with *Kadiempembe,* the name given to the devil by the Congos...All *paleros* work with the spirits of nature, such as trees, plants, rain, river water, and animals. "Christian" *paleros* also work with the spirits of the dead, but only with "good" spirits. "Unbaptized" *paleros* work exclusively with the spirits of suicides, criminals, and evil witches (*ndoki*). (Gonzalez-Wippler, 1989:238-239.)

Every *mayombero* must make a *nganga* or sacred cauldron with which he practices his magic. Inside are kept the various symbols of *Palo Mayombe*, including human bones, which are described in Chapter Three. The spirit of the *nganga* obeys its owner's orders which are given in a secret ceremony conducted by the *Mayombero.* The rituals stem from the *Mayombero's* belief in God, or *Sambia* who "made *menga*, blood, to give life to the first man and woman. Then, through their ears, he blew in intelligence so that they could know and understand things. He taught this first couple everything they had to know in order to survive. He also taught them how to prepare an *nganga* to work either good or bad. So, presumably, *Sambia* left this decision of choosing between good and evil to man and woman. But he reserved for himself the right to punish the practice of evil, and this practice he punishes with death, which he created to inflict on mankind for the sin of disobedience." (Gonzalez-Wippler, 1989:240-41.) *Sambia,* then, gives the *Mayombero* both permission and power to punish evil with evil. It is this power that can make *Palo Mayombe* a particularly menacing belief system if used as such by practitioners. It is, however, important to note that although the inherent evil nature of *Palo Mayombe* suggests a causal association between the belief system and crime, such a linkage has never been proven.

### The Basic Foundations of *Santeria*

In *Santeria: An African Religion in America* (1988), Joseph Murphy describes the basic foundations of this belief system.

"The Yoruba call God *Olodumare,* the 'owner of all destinies'. *Olodumare* is the ultimate destiny of all creation; from him all existence comes forth, and to him it all returns...*Olodumare* is incarnated in the world as force, called *ashe. Ashe* is the blood of cosmic life, the power of *Olodumare* toward life, strength, and righteousness. *Ashe* is like a divine current that finds many conductors of greater or lesser receptivity. For the Yoruba, these channels have rhythms that can be learned and used...We can speak of three basic approaches to a highly populated spiritual world: the way of values through honoring ancestors; the way of power through relationships with spritual beings; and the way of order through divination. Values, power, order - the ways of *ashe.*

Values...*Ashe* is present in the human line of continuity with the past. Every generation owes its being to the one before it. Each provides the conditions for the generation to follow. The Yoruba venerate ancestors because they recognize that the community of the present must look to the past for moral example. The experience of the elders provides the precedents and authority for juniors to grow in *ashe.* ...

Power...Alongside the moral *ashe* of the ancestors, the Yoruba find spiritual strength in relationships with a pantheon of spiritual beings called *orishas.* The *orishas* are personifications of *ashe* that can be put at the disposal of human beings who honor them...Priests and priestesses of the *orishas* act as leaders of Yoruba worship. They undergo long and careful training in dance styles, prayer songs, and herbal healing. A priest or priestess grows in *ashe* by his or her growing confidence in the mysteries of the *orishas*....The Yoruba show their deepening relationships with their *orishas* through sacrifice, *ebo.* In gifts of animals and plants, human beings honor the *orishas* and dispose them to offer gifts in return...The *orishas* offer health, children, and wisdom; human beings render sacrifice and praise. Each needs the other...

Order...Perhaps the most reflective of the ways of *ashe* is that of *Ifa,* the path of divination. Through *Ifa* the Yoruba can discern the will of *Olodumare* in the events of the world. *Ifa* reveals that in chaos there is order, in chance destiny. *Ifa* ... requires ten to fifteen years of arduous training to learn, and masters of the art are called *babalawos,* "the fathers of the mystery." They are perhaps the most respected of all Yoruba priests, and the mystery they can reveal is *Olodumare's* destiny for all beings, human and *orisha* ... *Babalawos* are generally senior men whose beaded jewelry and tools mark them as high priests. They sit flat on the ground with legs outstretched, their tools before them. Querents approach, asking the *babalawo* to consult *Ifa* in order to learn the will of *Olodumare* as it touches their particular problem. Any problem great or small may propel Yoruba to a *babalawo:* failures in conception, a lost lover, persistent bad luck, an upcoming journey. Through *Ifa,* the *babalawo* will give the querent a formula for action to meet and resolve the problem in the light of the will of *Olodumare*....

***Brujeria***

*Brujeria*, the practice of Witchcraft that has distinctly Mexican cultural and religious roots, involves the use of magic to appease and control the gods/spirits specific to the *Brujeria* religion. As such, *Brujeria* combines many cultural and ritualistic traditions of ancient Aztec myths, European Witchcraft and Cuban *Santeria* with the religious traditions of the Catholic faith. The roots of this syncretic belief system can be traced to the mid-16th Century when Mexican religious legend asserts the Virgin Mary appeared to an Indian convert and informed him that she wanted a church constructed on the spot. Subsequently, the Shrine of Our Lady of Guadalupe was built.

The Aztecs, who for many centuries had worshipped the Pagan goddess *Tonantzin*, almost immediately disguised their goddess in the safety of Guadalupe, and in the process, took the first step in creating *Brujeria*. When the Spanish priest baptized *Tonantzin* a Roman Catholic and demanded Aztec allegiance, the *padres* were unaware that theyhad helped preserve the very Paganism they had hoped to destroy. "By Christianizing Toantzin, they'd made it safe for nominally Catholic Indians to venerate her, with the provision that they call her *Nuestra Senora de Guadalupe* and attend Mass regularly." Subsequently, the former priestesses of *Tonantzin* went underground, becoming "*brujas* whose native magic lay hidden under a thick veneer of popular Catholicism." (Devine, 1982:2.) *Brujeria* was born. Researcher, Mary Virginia Devine, provides an illustration of how the *brujas* adapted to each culture with which they came into contact:

> "The conversion of the northern tribes to Catholicism not only gave the *brujas* more clients, but also exposed them to the herbal lore of the Yaqui *curanderas*, thus helping revive the almost forgotten Aztec tradition of medicine. Contact with urban *Latinos* added European ceremonial magic...to their system. And when the *brujas* left their homeland to settle in America's inner cities, they found a treasure trove of black folklore, *hoodoo* and *voodoo*, which they promptly incorporated into their teachings. By the nineteen-fifties, *brujeria* had taken root in Chicano communities from Los Angeles to New York and from Tulsa to Detroit." (Devine, 1982:5.)

In contemporary America, *brujas* practice a magico-religious system. Its religious nature centers around Guadalupe; the *bruja* (priestess) is her representative on earth. *Brujas* worship Her as an all-knowing and all-powerful goddess who grants believers every wish when propitiated according to the rituals of *Brujeria*. Such rituals constitute the magical nature of the belief system. The female *bruja*, usually working within the safety and serenity of her own home, conducts the rituals and rites of the faith as she sees fit.

*Brujeria* adherents who wish to use the *brujas'* services approach her with a particular problem and entrust her to create a spell to eradicate the problem. Her spell will involve divination techniques, and in some cases, using the Tarot cards and, increasingly more often in the United States, astrological signs. In essence, the *brujas'* services are enlisted to extinguish the deeds of two spirits: the *elementales* and the *diablera*. The *elementales*, nature spirits who cause problems "because their stupidity leaves them open to exploitation by devils," are of four types: gnomes (earth); undines (water); sylphs (air), and salamanders (fire). (Devine, 1982:81.) The *bruja* evokes a spell to make the particular *elementales* depart or, in the most serious cases when the spirit is working directly for the devil, to kill the *elementales*. The *diablera*, the evil spirit who is directly under Satan's employ, is the *brujas'* primary enemy. *Diableras* encourage promiscuity and homosexuality, inflict disease on people, and cast evil spells on good people. It is the *brujas'* task to cast a spell to undo the *diablera's* hex.

The *brujas'* magical instruments and tools are very basic, originally designed for easy disguise upon a surprise visit from the Catholic priest. The new necessary instruments are the *cuchillo*, a plain knife, and the wand which is most commonly a recently-cut tree branch. The *brujas'* altar usually consists of a dresser upon which a white cloth is spread and several tools are placed: two long white candles and a candle holder; a votive candle; glass for holy water; incense; and a statue of Guadalupe. The *brujas'* spells are kept in a *Libreta*, similar to a *Book of Shadows*, in which all their individual and collective secrets are written. Like Wiccan practitioners, *brujas* do not share their spell books. Most are written in non-academic Colonial Spanish or in a "Tex-Mex dialect which borrows from American English." (Devine, 1982:211.)

Most brujas are solo practitioners; however, many meet for spiritual worship and a few practice together. The organizational structure of such groups, drawing heavily from the Witchcraft tradition, consists of covens or *confradias* of thirteen or less. Wearing white cotton robes tied with white silk ribbon or a cord and a silver metal of Guadalupe, *brujas* gather for several ceremonies during which they pray to Guadalupe that their powers will be great and strong. They usually meet for thirteen New Moon Ceremonies and several of the Wiccan sabbats.

**Cultural Spiritual Resources**

***The following persons have a great deal of expertise about some or all aspects of cultural spiritualism:***

*Randy Cerney, Deputy Sheriff, Stanislaus County Sheriff's Department* and *Nancy Powell, Senior Probation Officer, Stanislaus County* are co-directors of Central Valley Consultants, P.O. Box 128, Modesto, CA 95357 (209) 575-5530. As individuals and as a consulting team, both are familar with the cultural spiritual beliefs most common in California's Central Valley.

*Sgt. Tony Coultress, San Joaquin County Sheriff's Department,* Investigations Division, P.O. Box 201058, Stockton, CA 95201 (209) 944-2581. Sgt. Coultress has investigated several homicides with links to*Santeria.*

*Raphael Martinez, Anthropologist,* Office of Rehabilitative Services, 111 N.W. First Street, Suite 2150, Miami, FL 33128 (305) 375-5750. A trained anthropologist of Cuban-American descent, Mr. Martinez is a particularly good resource for the Spanish-speaking investigator who needs information about *Santeria* and *Palo Mayombe* currently unaccessible to the non-Spanish reading public.

*Detective Patrick Metoyer, Los Angeles Police Department,* Criminal Conspiracy Section, 150 N. Los Angeles Street, Los Angeles, CA 90012 (213) 485-2962. Detective Metoyer is LAPD's resident expert on the criminal manifestations of Afro-Caribbean belief systems within the City of Los Angeles.

*Marc Paulhus, Director, Humane Society of the United States, Southeast Regional Office,* 325 John Knox Road, Building F, Suite 228, Tallahassee, FL 32303 (904) 386-3435. Mr. Paulhus is particularly knowledgeable about animal sacrifice and the religious symbolism contained therein.

*Sgt. Richard Valdemar, Los Angeles Sheriff's Department,* 11515 Colima Road, Whittier, CA 90604 (213) 946-7131. Sgt. Valdemar is one of LASD's most knowledgeable officers about Afro-Caribbean belief systems.

*Charles Wetli, M.D., Deputy Chief Medical Examiner,* Medical Examiner Department, #1 on Bob Hope Road, Miami, Florida 33136-1133 (305) 545-2430. Dr. Wetli has developed a great deal of expertise about *Santeria, Palo Mayombe* and *Voodoo* that is particularly applicable to law enforcement investigative needs.

***The following are among the best written materials for criminal justice practitioners seeking a more detailed knowledge of specific cultural spiritual belief systems:***

"Brujeria: Manifestations of Palo Mayombe in South Florida," *Journal of Florida Medical Association,* by Charles Wetli and Raphael Martinez. (August 1983). This concise, easy-to-read analysis of *Palo Mayombe* and its comparisons with *Santeria* is still the best English-written document available. For a reprint copy, contact Dr. Wetli at the above address.

*Rituals and Spells of Santeria* by Migene Gonzalez-Wippler. New York: Originial Publications, 1984. Gonzalez-Wippler, an accomplished folkloric scholar and practitioner of *Santeria,* provides a description of rituals and spells, many of which have never before been described to those outside the faith. The book is particularly useful to those interested in learning the signs and symbols involved in *Santeria* rituals.

*Santeria: An African Religion in America* by Joseph M. Murphy. Boston: Beacon Press, 1988. This scholarly account of *Santeria* provides a comprehensive picture of its African and Cuban roots as well as its contemporary practice in Cuba and the United States. Murphy's description of the *Santeria* belief system is both complete and easily understood. Chapter Three on *The Botanica* is especially useful for those interested in symbols and tools.

*Santeria: The Religion* by Migene Gonzalez-Wippler. New York: Harmony Books, 1989. The newest of the books on *Santeria,* Gonzalez-Wippler's account is perhaps the most definitive book on the topic. If you can read only one book on *Santeria,* this would be your best choice.

*The Santeria Experience* by Migene Gonzalez-Wippler. Englewood Cliffs, New Jersey. Prentice-Hall, 1982. This book chronicled Gonzalez-Wippler's personal introduction and lifetime experience with *Santeria.* Such a perspective not only makes this book especially easy and enjoyable to read, but it provides a geat deal of essential information about the background, spells, ceremonies and initiation into *Santeria.*

## Satanism

While many people are ignorant about and sometimes fearful of the occult-related activities associated with Paganism, Witchcraft and Cultural Spiritualism, such fear cannot match the horrific images attached to Satanism. The very idea that one can *worship* Satan is diametrically opposed to the Judeo-Christian religious background of most Americans. Such fear makes it all the more important that those in law enforcement understand the belief systems, activities, and symbolism of yesterday's and today's practicing Satanists.

Ironically, the initial use of the words Satan and Devil were not connected with evil. Satan obtained his name from the Hebrew word *satan* meaning "adversary", "obstacle", "opponent", or "one who obstructs". Similarly, the word devil is derived from the Greek *diabolos* meaning "slanderer", "perjuror", or "adversary". Despite the earlier use of both words, the idea of Satan as an evil force in nature did not appear until the Sixth Century B.C. At that time, the teachings of the prophet Zoroaster spread throughout Persia, creating one of the earliest monotheistic religions. Zoroastrianism was the first religion to espouse the absolute principle of evil, teaching that two forces in the universe were in an eternal battle: the Principle of Light, Ahura Mazda, who was the source of all good; and the Principle of Darkness, Angra Mainyu, the source of all evil. Both forces were locked into continual battle, attempting to destroy each other, until the coming of the Judgment when the forces of Light would triumph. Thus, Zoroastrianism became the first of the only four world religions that "have had a real devil." (Russell, 1988:4.)

The ancient Hebrews were the second religion to embrace the modern concept of Satan. After the Hebrews were conquered in 586 B.C., they were expelled from Jerusalem and deported to Babylonia. When Babylonia fell to Cyrus the Great of Persia in 538 B.C., the evolving Hebrew faith was exposed to Zoroastrianism. Previously, Satan had maintained a religious role derivative from the name: Satan was an "accuser" who accused men before God, exposed their infidelity and then helped God bring about their punishment. (Lyons, 1988:22.) God was responsible for both good and evil.

Zoroastrian influences, however, drastically changed the Hebrew faith when "the Jewish Sheol, once a place of eternal

### The Church of Satan

As of this writing, only two known organized Satanic churches with notable memberships exist in the United States. The Church of Satan, with a membership rumored to be somewhere between 1,000 and 2,000, is the most well-known. On May Eve 1966, the Church of Satan's founder, Anton LaVey announced the year 1 S.A. (*anno Satanas.*) During its first years, membership grew rapidly although active members never numbered more than 2,000. By the early 1970s, the Church of Satan had established groups around the United States. In the mid-1970s, disagreements led to many withdrawals and expulsions of leaders, some of whom founded other Satanic groups. As the number of groups associated with the Church of Satan continued to decline in the late 1970s, La Vey became reclusive. He continues to run The Church of Satan from his home in San Francisco where all potential members and charters of other congregations (grottos) are accepted or rejected. The Church does not proselytize, but welcomes inquiries from potential Satanists who are, in turn, carefully screened prior to acceptance.

The Satanist views the self as the highest embodiment of human life. Thus, the Church of Satan promotes the development of strong individuals who seek the greatest gratification from life and practice selfish virtues as long as they harm no other. Worship is based upon the belief that man needs ritual, dogma, fantasy and enchantment. Services consist of magical rituals of three kinds: sexual rituals to fulfill a desire; compassionate rituals to help another person; and destructive rituals used for anger, annoyance or hate. Ritual tools include a black robe, altar, the symbol of Baphomet (Satan), candles, a bell, a chalice, a sword, a model phallus, a gong, parchment and some kind of elixer or drink. The highest holiday is one's own birthday; other holidays include the eight ceremonial days enjoyed by the Pagan religions.

The Church's perspective is summarized in the nine Satanic Statements found in La Vey's first book, *The Satanic Bible:*

1. Satan represents indulgence, instead of abstinence!
2. Satan represents vital existence, instead of spiritual pipe dreams!
3. Satan represents undefiled wisdom, instead of hypocritical self-deceit!
4. Satan represents kindness to those who deserve it, instead of love wasted on ingrates!
5. Satan represents vengeance, instead of turning the other cheek!
6. Satan represents responsibility to the responsible, instead of concern for psychic vampires!
7. Satan represents man as just another animal, sometimes better, more often worse than those that walk on all fours, who because of his divine spiritual and intellectual development has become the most vicious animal of all!
8. Satan represents all of the so-called sins, as they lead to physical or mental gratification!
9. Satan has been the best friend the church has ever had, as he has kept it in business all these years!