# EXHIBIT G

*(N.Y. Daily News Report and State of California Research)*

peace and sleep, was transformed into hell, a place of damnation and punishment for the wicked. The serpent that tempted Eve became Satan in disguise, and the Devil became the originator of all evil, the author of death..." (Lyons, 1988:22.)

For centuries, the Hebrews believed in two personified and conflicting forces of good and evil. Modern Judaism, however, rejects the concept of a "personified being leading the forces of evil" and, instead, teaches evil is the result of the imperfect state of the created world and from "human misuse of free will." (Russell, 1988:51.) In contemporary society, only two world religions still believe in the personified struggle for power between God and Satan: Christianity and Islam.

For approximately the first 800 years of Christianity, Satan served a role similar to that in early Hebrew theology: he was primarily the temptation who led men astray in order to exact their punishment. In essence, because the early Christians were constantly under seige from external forces, they were too busy to worry about any internal threats conveyed by a totally evil Satanic force. Once Christianity gained power and influence throughout Europe and Christians became aware of the vast influence primitive religions played in society, they embarked upon a crusade to convert all non-believers. Despite several centuries of missionary work, the Christians were dismayed to find that many people as well as converts still held onto the beliefs of their nature-oriented, polytheistic religions.

Clearly, something evil was in their midst and that something took on the personage of Satan. Thereafter, the Satan of the New Testament, a creature of God believed to be a fallen angel committed to exacting evil powers, acted as an opposite principle to God. Fear of Satan's power in European communities reached previously unknown heights during the Inquisition with rumors that avowed Satanists, who were then known as Witches, practiced a blasphemous black mass and other activities described in *The Occult Debate, Issue #1.*

Fear of Satan's power subsided for almost 200 years until novelist J.K. Huysmans wrote a fictional account of his attendance at a black mass in Paris during which the congregation met secretly:

> "In a darkened room decorated luridly with black, flickering candles. The canon, who wears the cross tattooed on the soles of his feet so as to tread upon the Savior with every step, feeds consecrated hosts to mice and mixes excrement with the sacrament. While incense smoulders, drugs are handed round, the Devil is invoked, and a hymn to Satan is intoned. A long litany of blasphemies and insults to Christ is read out, with choirboys singing the responses. The drugged congregation howls and rolls on the floor. The priest sexually abuses the host at the altar, and women come forward to eat of it while men violate the choirboys." (As described in Russell, 1988:237.)

And what about Satanism in the New World? Satanic researcher Arthur Lyons emphasizes that Satanism as defined by actual Satanic worship has never been proven to exist in any organized form in early America. Most accounts of Satanism in pre-twentieth century America were "either wild-eyed narratives by writers wishing to make a splash in literary circles, or vicious attacks by terrified, superstitious individuals, seeking a scapegoat for their own personal misfortunes." (Lyons, 1970:101.)

### *Temple of Set*

Founded in 1975 by a dissident member of the Church of Satan, Michael Aquino, the Temple of Set is the second largest of all contemporary organized Satanic churches. The Temple of Set is a religious society dedicated to Set, the ancient Egyptian god believed by some to be the model for the Christian Satan. Aquino's many writings, especially *The Book of Coming Forth by Night*, develops a sophisticated form of Satanism far beyond that of LaVey's Church. Among its teachings is the belief that Judeo-Christian religions have established Satan as a "straw man" to justify their guilt for man's ejection from the Garden of Eden. Not much more is known about Setians as the society is secret and most of its writings are not available to the public at large.

During its first decade, over 500 members throughout the U.S. embraced the Setian belief system. In late 1986, Aquino claimed that about 1,000 members were still involved. Most group activities are irregular, teaching occurs through personal tutoring and correspondence, and almost all magical work is performed in private.

### Aleister Crowley - A Brief Biography

Born in 1875 into a wealthy and religious British family, Aleister Crowley eventually became known as one of the world's most masterful magicians. In 1898, Crowley joined the occult-oriented Order of the Golden Dawn. As one of its prominent members described the Order, its purpose was to study "the intelligent forces behind Nature, the Constitution of man and his relation to God" in order that man "may ultimately regain union with the Divine Man latent in himself." (Mathers, 1887.)

Crowley was expelled from the Order after an unsuccessful attempt to take over the leadership and eventually joined the secret German occult society, Order Templi Orientis (OTO). In 1920 he went to Sicily to create the Sacred Abbey of Thelema where he and his few initiates engaged in controversial rites and orgies that eventually led to his expulsion from Italy in 1923. He spent the rest of his life wandering throughout England and Europe, during which many of his famous magical writings were published.

Indeed, the first several centuries of American history are repleat with accusations but no proof of Satanic involvement. Among the first to be accused were the American Indians whom many frontierspeople and colonists claimed worshipped Satan. American folklore provides abundant stories about Indians and other non-Christians accused of worshipping Satan in 18th and 19th Century America. In the 19th Century, both the newly-emerging Mormon religion and Catholicism were often labeled as dangerous Satanic-inspired groups. Thus, while early America was relatively free of individuals and groups who *actually worshipped* Satan, the growing nation was not free of the *fear* and *perceptions* that devil-worshipping groups existed.

The first well-publicized episode in the history of American Satanism was largely prompted by two books published in the late nineteenth century: *The Devil in the 19th Century* written by the Parisian Dr. Bataille portrayed the rites of Freemasons headquartered in Charleston, South Carolina as diabolical in both theory and practice. His account accused Freemasons of practicing black masses throughout the world and of hooking up a Charleston telephone line to hell in which the leaders spoke directly to Satan; *Memoirs of an ex-Palladist* by avowed "Satanist" Diana Vaughan lent more fuel to the fire when the author described her role as a high priestess for Satan in the Charleston Freemasonry group.

While America's first twentieth century interest in Satanism is often attributed to Aleister Crowley, many others who have studied Crowley's life and beliefs dispute both his interest in and practice of Satanism. In fact, although Crowley referred to himself as "666", he was not responsible for any revived or new interest in organized Satanic activity. It was not until the late 1960s that Satanism as a formal belief system became a well-known element in American society. It was a former circus trainer, Anton Szandor LaVey, not Crowley, who promoted interest in Satan when in 1966 he founded The Church of Satan in San Francisco. LaVey's Church was an innovative, new type of religious movement, and one that historian Jeffrey Russell assures us, has "almost no real historical connection with past groups." (Russell interview, March 17, 1989.) Indeed, although small numbers of Satanic covens had practiced their magic and secretly worshipped the Devil over the past several decades, what LaVey offered was a whole new approach based upon three radical innovations: his followers blasphemously formed an actual "church"; members publicly announced their devotion to Satan and to Satanic rituals; and Satanic believers had a prescribed, written theology to follow when the *Satanic Bible* was published in 1968.

Largely spurred by "the need for pseudo-religions to fill the void created by the disappearance of traditional religions", contemporary Satanists adhere to belief systems and rituals virtually unknown in the past. (Russell, 1988:261.) Speaking broadly, today's *Satanists believe Satan will bring them personal power over oneself, others and the external environment and, in turn, such power will permit them to live by whatever moral and ethical codes one wishes to adopt.* Contrary to popular belief, most Satanists share only one commonality — they worship the Christian Devil in some manner. The actual belief systems and rituals devoted to such worship vary greatly within each Satanic group and often with each individual practitioner. Currently, criminal justice practitioners recognize at least four types of practicing Satanists: religious Satanists, self-styled Satanists, Youth Subculture Satanists, and traditional or cult Satanists.

### *Religious Satanists*

*Religious Satanists belong to organized and legal Satanic churches whose members advocate egotism, indulgence and the acquisition and use of personal and political power.* Members, says Satanic scholar Arthur Lyons, adopt "an unorthodox theological reconstruction of the Devil quite different from that of Christianity. Satan is perceived not as evil, but a a Miltonian symbol of man's carnality and rationality." (Lyons, 1988:12.) Currently, at least two formal Satanic churches provide services to their small congregations: the Church of Satan founded in 1966 by Anton Szandor LaVey and the Temple of Set founded in 1974 by a dissident member of LaVey's flock, Michael Aquino. In the late 1960s and early 1970s, several smaller splinter groups formed, but today most of these are defunct. The majority of groups knowledgable about Satanic activity and many members of the law enforcement community claim religious Satanists are generally law-abiding citizens whose religious preferences rarely bring them to the attention of criminal justice officials.

### *Self-Styled Satanists*

*Self-styled Satanists or dabblers are young adults and adults who are individually involved or belong to small, loosely-organized groups that invoke some type of Satanic rituals.* Their rituals usually involve "some sort of wish fulfillment, such as the acquisition of money, popularity, romance, or sex." (Lyons, 1988:11.) Self-styled Satanists often have but a transitory interest in Satanism which lasts "only as long as it takes this person to realize that Satan is not going to make his or her dreams come true." (Lyons, 1988:12.)

### *Youth Subculture Satanists*

*Youth Subculture Satanists are adolescents who, often because of many emotional, behavioral and/or familial problems, seek power and control over their lives by creating their own rules, values, dress, language and heroes through a Satanic subculture. Like their adult self-styled counterparts, Youth Subculture Satanists act individually or belong to small, loosely-organized groups that use some type of Satanic ritual.* Many law enforcers and therapists currently believe this type of youth is more at-risk for serious criminal involvement than any other occult category discussed in this study. Currently, a great deal of controversy exists within law enforcement and therapeutic circles about the various factors that lead to youthful involvement in Satanic activity. *The Occult Debate, Issue #2* addresses the specifics of that controversy.

### *Traditional or Cult Satanists*

*Traditional Satanists worship Satan as the Evil One described in the New Testament. They are involved in underground ritualistic activity, some of which involves the repeated performance of abusive Satanic rituals primarily on young children.* Such Satanists are involved in deviant as well as criminal acts associated with the practice of their religion, most notably drinking blood, eating feces, witnessing animal and human sacrifice and eating the flesh of sacrificed humans, particularly infants. Because by their very definition, cult Satanists are involved in criminal activity directly related to their belief system, they are discussed in more detail in Chapter 2 which deals specifically with occult crime.

### Reasons for Involvement in Occult Activity

The above clearly demonstrates that the occult is many different things to many different people. Indeed, people of every cultural, religious, ethnic and socio-economic background are involved in a wide variety of contemporary occult activities. Many reasons for involvement have been posited:

1. Traditional religions fail to meet the personal needs of many contemporary Americans. For those who have lost traditional ties to religion, belief in occult phenomenon can provide a new feeling of importance and power as well as an attractive alternative belief system to Christianity; instead of all the "don'ts" in the Christian Bible, alternative beliefs in some occult philosophies give people permission to do whatever they want — to explore limitless pleasures and live by whatever rules they please.

2. Some families have ties to occult belief systems which they pass down from generation to generation. Some children are either born into and/or raised in certain occult belief systems.

3. Occult belief systems often provide feelings of power and control. Many occult belief systems emphasize that followers may experience power over oneself, others and the external environment. Such power can, according to some occult belief systems, provide a license to be involved in actions usually condemned by mainstream society. In other words, it provides a perfect avenue for rebelliousness as well as criminality.

**A Participant-Observer's Look at The Church of Satan**

*In the late 1960s, Edward J. Moody joined The Church of Satan, becoming "an active member of the group, a participant-observer in the anthropological sense of the term, taking part in all aspects of the religion." Following is his account of why some people turn to The Church of Satan and to other occult activity.*

"The various individuals who are members of the Satanic cult exhibit behaviors which are at variance with cultural norms. They suffer aversive consequences as a result of this behavior: rejection, social failure, punishment, etc., and learn to perceive themselves as inadequate and powerless, unable to accomplish what they desire...They are people troubled by a lack of self-esteem, by failure and doubt...As such, the would-be Satanist expresses his problem in terms of lack of power.

His anxiety must be lowered, his maladaptive responses extinguished, and appropriate responses conditioned. This is all accomplished primarily through the ritual of the Satanic Church...The would-be Satanist asks, 'Is there a secret to success?' Anton LaVey, High Priest and sorcerer, responds, 'Of course, magic.' The pre-Satanist asks, 'Will you teach me?' LaVey replies, 'If you are worthy.' When after a series of tests and interviews the pre-Satanist is asked to become a member of the elite Inner Circle, his low opinion of himself is already slightly altered and, with social support of his new friends, his anxiety begins to diminish.

In addition to teaching the novice Satanist magic, his fellow magicians teach him that he is 'evil,' but the definition of evil is changed. In some cases the new Satanist has harbored a nagging belief that he is evil - his deviant behavior is usually at odds with some aspect of the Judeo-Christian tradition in which most of us were raised - but his fears are at last out in the open. He is actively encouraged to speak of his evil (deviant) thoughts and deeds and lauded instead of reviled for them...The Satanists persuade their adherents that the Judeo-Christian value system was a trick perpetrated on our forefathers. It is the position of the Satanic Church that the 'white light magicians' (Christians) made sins of natural human impulses in order to be sure that people would transgress. They then, by making salvation dependent on belief in Christianity, 'hooked' the population and made them dependent on the Christian church for freedom from fear. The Satanists, by contrast, persuade their new members to revel in their own humanity, to give free reign to their natural impulses and indulge their appetites without fear or guilt. Members are constantly reminded that man is a human *animal* and members are encouraged to throw off the shackles of Christianity and rediscover the joy of living. 'Evil' is redefined as human, free, unafraid, and joyful..." *(Edward J. Moody, "Magical Therapy: An Anthropological Investigation of Contemporary Satanism." In Irving I. Zaretsky and Mark P. Leone (eds.), Religious Movements in Contemporary America. Princeton, NJ: Princeton University Press, 1974.)*



AF-22

R00547

4. The production, sales and distribution of occult reading materials and paraphernalia is extremely profitable. *The Satanic Bible* currently remains a best-selling item in many bookstores; *botanicas* annually sell billions of dollars of paraphernalia to practitioners of various Afro-Caribbean belief systems; some practitioners charge handsomely to propitiate the gods or to cast a spell; books on historical and contemporary Paganism and Witchcraft have never been more popular; mail order catalogues advertise abundant and expensive occult paraphernalia; and the entertainment industry continues to make phenomenal profits on motion pictures, videos and music that promote occult themes.

5. Occult groups, usually small and intimate in nature, provide feelings of acceptance, personal empowerment and mysticism. Such camaraderie is very attractive to an individual who has felt rejection from larger society or who has never been appropriately socialized. The accompanying box provides an excellent example of how the Church of Satan strives to provide just that sort of comfort level for its initiates.

6. For young people, alternative Satanic subcultures offering non-traditional belief systems provide the things adolescents most desire: a sense of belonging; a belief that they are "worth something"; and the need to "be somebody." Particularly "at-risk" are youth from middle to upper class families who are intelligent but underachieve; curious beyond normal bounds of curiosity; alienated from family and/or religion; have weak support systems; low self esteem; difficulty relating to peers; and have borderline or sociopathic personalities.

Thus, involvement in occult activity can be motivated by familial, social, psychological, spiritual, or economic factors, or a combination of all five.

## Summary

Currently, at least four types of contemporary American occult ideologies exist, each of which promote very different types of occult activities based upon very different occult-centered philosophies: Neo-Paganism, Witchcraft, Cultural Spiritualism and Satanism.

Neo-Pagans practice a polytheistic nature religion; respect all natural objects as living entities; and participate in rituals that symbolize their understanding of and oneness with the gods and nature.

Witches or Wiccans practice a polytheistic religion known as Witchcraft, Wicca or the Craft which involves worshiping nature deities and encouraging the practice of magic primarily for psychological and environmental purposes.

Cultural spiritual faiths harmoniously blend magic or supernatural rites specific to one particular culture with certain religious traditions specific to another and very different culture.

Santeria, a syncretic belief system that combines the cultural and spiritual beliefs of the Southwestern Nigerian Yoruba tribe with the religious practices of the Catholic faith, involves using magical rituals to propitiate or satisfy a pantheon of gods primarily for positive personal reasons of the practitioner.

Palo Mayombe is a syncretic Afro-Caribbean belief system that combines the cultural and spiritual belief systems of the ancient African Congo tribes with the religious practices of Yoruba slaves and Catholicism. It uses magical rituals that manipulate, captivate and/or control another person most often for the practitioner's malevolent purposes.

Satanists believe Satan will bring them personal power over oneself, others and the external environment and, in turn, such power will permit them to live by whatever moral and ethical codes one wishes to adopt.

While it is unknown how many occultists currently practice their diverse faiths, many assume the number ranges somewhere between one and three million. The two largest occult communities are believed to be Pagans and/or Wiccans with somewhere between 50,000 and 100,000 adherents and practitioners of *Santeria* and *Palo Mayombe* which number as high as 1.5 million. Currently, there are no known or reliable estimates of Satanists.

The diverse activities of occult practitioners preclude much similarity. Indeed, occultists share only two things in common: they all adhere to belief systems that radically differ from the Judeo-Christian tradition of most Americans; and such alternative beliefs often target them for persecution.

In short, *they are different*. And because they are different, it is paramount that law enforcers understand:

- the ideologies and practices that separate occultists from the mainstream; and
- whether such differences specifically target occultists for *protection* or for *prosecution*.

Protection or prosecution, then, is the deciding factor for the law enforcer. Protection enters into the officer's jurisdiction when some group(s) find occult belief systems so frightening, loathsome, irreligious or threatening to their particular belief system and/or lifestyle that they persecute occultists and/or seek to have them stripped of their constitutional rights. Prosecution becomes the officer's goal only when occultists commit *criminal* actions.

As the next chapter indicates, for some criminally inclined individuals and true occult believers, crime can be both the end and the means for occult involvement. These are the people who cross over the line between involvement in *lawful occult activities* with First Amendment protections and involvement in *illegal occult activity*, or occult crime.

## *The Occult Debate*
## *Issue #1: Historical Depictions of Witchcraft and Satanism - Reality or Myth?*

**The historical prevalence of Witchcraft in Europe and America is still debated in many circles. On the one hand, believers in the reality theory assert that in Europe between 1400 and 1700, a highly-organized and widespread type of diabolical Witchcraft was practiced. On the other hand, advocates of the myth theory argue that between 1400 and 1700, many Europeans refused to abandon their nature-oriented primitive religions in favor of Christianity; such persons were falsely labeled and subsequently prosecuted as Satanic Witches.**

***Hypothesis:*** ***A widespread and dangerous kind of Witchcraft was practiced in 14th through 17th Century Europe and in 17th Century New England. At the very time it was eradicated in Europe, a similar form of Witchcraft crept into and infiltrated Colonial America. These practices were eradicated by dedicated, God-fearing Colonists who brought the accused to trial and helped convict them.***

Proponents believe that by the 16th Century, Witches had literally invaded Europe. Such Witches flew to their secret, nocturnal destinations; made a pact with Satan; formally repudiated Christianity; desecrated the Eucharist and crucifix; participated in sexual orgies; sacrificed infants; and practiced cannabalism. These anti-Christian practices threatened the growth and practice of Christianity throughout Europe. Thus, Witches became known as heretics and the practice of Witchcraft became a crime against the Church. Witchcraft subsequently came under the ecclesiastical jurisdiction and authority of the Inquisitors who located Witches, obtained confessions, and secured sentences that eventually rid European society of the Satanic threat.

By the 17th Century, proponents further believe, while heretical Witchcraft had been eradicated by the European ecclesiastical courts, it had become an official, fully public affair in colonial America. In 1636, Plymouth became the first colony to make Witchcraft a capital crime and all the New England colonies followed suit within decades of arrival. Witchcraft accusations were so prevalent in colonial New England that by the end of the 17th Century, 234 "cases" involved indictments and/or filed complaints and 36 "Witches" were executed. When compared on a per capita basis with both the cases and executions occurring in England during the same time period, colonial Americans were at least as active as their English counterparts in finding and prosecuting Witches. Rigorous Colonial prosecution of these offenders helped eradicate Witchcraft and the need for further trials by 1700.

***Hypothesis:*** ***Persons prosecuted and tried for Witchcraft both in Europe and Colonial America were unjustly accused and punished; the vast majority were simply practitioners of primitive religions, subsequently labeled as Pagans by the Christians, who had refused to convert to Christianity.***

Advocates do not refute that the medieval attrocities attributed to European Witches, including devil worship, probably occurred, "but not in any organized form and with no widespread following." (Russell interview, March 17, 1989.) These proponents see the Inquisition's four centuries as a tragic, paranoid fantasy conjured by the Inquisitors who were frustrated with their failure to convert Europeans to Christiantiy and, therefore, came to believe such people represented a real threat to Christianity. (Cohn, 1975: 125.)

A rough composite of the accused New England Witch found similar non-acceptance of early American religious and societal standards. The typical accused Puritan Witch was female, middle aged and married but with few or no children; was frequently involved in trouble and conflict with other family members; was previously accused of committing crimes, especially theft and certain forms of assaultive speech; was more likely than the general population to have professed and practiced a medical vocation on a local and informal basis; was of relatively low social position; was cantankerous and demanding; and was often considered a bad neighbor. In short, she was "abrasive in style, contentious in character - and stubbornly resilient in the face of adversity." (Demos, 1982:93-94.)

Her accusers were frustrated with their inability to forceably integrate such individualistic, aggressive personalities into Colonial society. Puritan accusers were uncomfortable with the assertive, aggressive traits of such a neighbor , fearing "similar tendencies in themselves - their whole assertive side." (Demos, 1982:214.) Similarly, Salem 's accusers were insecure; many were traditional farmers from the *village* of Salem who felt economically, socially and geographically threatened by the modern capitalist world of the accused witches who tended to be connected to the industrial-commerical *town* of Salem. (Boyer and Nissenbaum, 1974.)

In essence, the historical Witches of Europe and Colonial America were often scapegoats for societal ills; they could be and actually were blamed for a good deal of the social trouble and difficulty within their respective societies. Similarly, in both Europe and Colonial America, when there was "less *need* to credit the existence, and malign activity, of witches," the legal proceedings and accusations against Witches disappeared. "Where such belief was once largely functional, it became with the passage of time, simply irrelevant." (Demos, 1982:399.)

## The Occult Debate
## Issue #2: Dabbling in Music, Games and the Occult - Contagion or Adolescent Maturation?

**A great deal of controversy exists about how dabbling in heavy metal music, fantasy role playing games and the occult affects youth. On one hand, contagion theory proponents feel dabbling in any or all three can and often does lead to serious involvement with occult activity and sometimes with occult crime. On the other hand, adolescent maturation theory proponents believe dabbling is a normal, transitional part of growing up.**

***Hypothesis:*** ***Dabbling in heavy metal music, fantasy role playing games and/or the occult lead to serious involvement in occult activity and sometimes with occult crime.*** Proponents feel that dabbling in heavy metal, role playing games and/or the occult can be contagious, leading to more serious, perhaps criminal and life-threatening involvement. While participation doesn't *cause* such behavior, it strongly *contributes* to anti-social and even criminal activity.

Sandi Gallant of the San Francisco Police Department describes an escalation effect whereby some youth dabble for a short time as non-criminal practitioners of Satanism, and other youth gravitate to serious criminal activity on behalf of their Satanic commitment: "Peer attention to the subculture goes from curiosity to entertaining; entertaining to devout interest; devout interest to conversion; and from conversion to entwining supernatural pre-occupation with major personality psychopathologies." (Gallant, 1986.)

Dr. Lawrence Trostle of the Claremont Graduate School conducted a study with 66 adolescent volunteers who live in East Los Angeles; 33 volunteers were self-identified stoners "with a reported preference for heavy metal rock music." His study "does offer support, albeit preliminary, to the suppositional position that a segment of today's youth are being influenced by witchcraft and the occult sciences and that heavy metal rock music is directly correlated with this identification. Further research is needed to establish if this association is widespread or unique to this sample." (Trostle, 1986.)

Paul King, M.D., Director of Adolescent Services at Charter Lakeside Hospital in Memphis treats drug-involved adolescents and has conducted several studies about links between involvement in heavy metal and Satanism. In his 1985 testimony before the U.S. Senate, Dr. King stated, "Heavy metal portrays the power and glory of evil. Adolescents with emotional and/or drug problems which I treat every day, become further involved in delinquent behavior, violence, acts of cruelty and Satan worship...Young people who are seeking power over others through identification with the power of evil find a close identification. The lyrics become a philosophy of life. It becomes a religion." (King, 1985:129, 130.)

Patricia Pulling, Director of Bothered About Dungeons & Dragons (B.A.D.D.) and private investigator, stronging feels that D&D, heavy metal, and movies portraying occult type rituals have contributed to the "growing number of adolescents who have committed murder, suicide and other anti-social behaviors directly related to their involvement in these practices. More surprisingly, many of these youngsters had no evidence of other psychological problems until they began to immerse themselves in the occult and began participating in mock rituals to gain a sense of power." (Pulling, 1989.)

Menconi Ministries Research Analyst, Dave Hart's heavy metal studies have led him to believe that "Music does not hypnotize our children or turn them into zombies. The music does not *make* our kids commit suicide, get pregnant, do drugs, drink booze or become rebellious...Simply stated, the music is not so much a problem as it is a symptom. It is symptomatic of deeper feelings - the hurts and fears that young people experience, often secretly. Rock music relates to those feelings. It identifies the inner turmoil, reinforces the alienation, and offers solutions in rebellion, promiscuous behavior, mindless escapism, violence and even death and suicide." (Hart, n.d.:12.)

### *Supporters of the Contagion Effect*

*Bothered About Dungeons & Dragons, Inc. (BADD)*
*Patricia Pulling, Director*
*P.O. Box 5513*
*Richmond, VA 23220 (804) 264-0403*

BADD educates the public about the harmful effects of entertainment violence by publishing materials, presenting seminars, and providing referral services.

*Dave Hart, Research Analyst*
*Menconi Ministries*
*P.O. Box 969*
*Cardiff by the Sea, CA 92007 (619) 436-8676*

Working from a Christian perspective, Dave Hart's materials and presentations can be tailored for any group needing basic background information on heavy metal groups and involved youth.

*Parents Music Resource Center*
*1500 Arlington Blvd.*
*Arlington, VA*

Provides information and gives Congressional testimony about heavy metal influences, and has produced a video tape entitled, "Rising to the Challenge."

***Hypothesis:* Dabbling in heavy metal music, fantasy role playing games and/or the occult is simply a normal process of adolescent maturation.** Proponents feel that dabbling in heavy metal, fantasy role playing and the occult are in most cases, simply phases adolescents proceed through on the way to maturation. When they actually "grow up", the vast majority of adolescents shed such controversial activities for more acceptable affiliations.

Dr. Joyce Brothers has said that Dungeons & Dragons "provides an especially safe way for young people to meet their needs for excitement and adventure...it's just far enough removed from reality that the violence of the game doesn't promote real-life violence, but rather provides a way of draining off aggression and hostile impulses." (Brothers, 1984.)

An article published by the Game Manufacturer's Association states that in regard to fantasy role playing games, "The accusations regarding satanism are groundless. Roleplaying games no more make their players satan worshipers than Monopoly makes its players slum landlords. A game may be a person's first exposure to the occult but cannot be considered any more a 'doorway into satanism' than the average Steven King novel, encyclopedia, or book store." (Stafford, 1988.)

The Christian-oriented Spiritual Counterfeits Project claims that the concept of fantasy role playing games "is not wrong in and of itself. When carried out within the context of the Christian world view it can be a useful and creative activity. As creatures made in the image of an imaginative God we should consider ourselves obligated to stimulate and exercise as well as protect our precious gift of imagination." (Dokupil, 1982.)

In regard to dabbling in occult belief systems, Aidan A. Kelly of Holy Family College has written, "I think that some rebellion against childish religion is normal and necessary; the emotional bonds of that faith can be deep and stong, so that some struggle will be needed to break free of them. In struggling free of the cocoon, the butterfly strengthens the muscles it needs to fly with. I think this struggle will take an unhealthy form only if the normal growth process is thwarted by parents who, for whatever reason, attempt to infantilize their teenagers. If a young person is not allowed to express his or her real feelings and real thoughts when they occur in early adolescence, and must bottle them up for years, it is hardly surprising that there may be an explosion at around age 18, when that young person is ready to leave home. Furthermore, the worse this explosion is, then the less likely it will be, I suspect, that the person will ever be able to progress to a genuinely adult religion." (Kelly, 1986.)

In a 1986 study of 240 California teenagers, Drs. Jill Rosenbaum and Lorraine Prinsky found that the students questioned heard and understood very little of the musical lyrics that referred to sex, violence, drugs and satanism. Their research led them to conclude that "lyrics are not the primary reason that the young have for listening to popular music but rather the musical beat or overall sound of a recording is of greater interest to teenagers." (Rosenbaum and Prinsky, 1986:12.)

***Organizations Supporting the Maturation Hypothesis***

*Game Manufacturer's Association*
*P.O. Box 867623*
*Plano, TX 75023*

Comprised of professionals who manufacture games, including fantasy role playing games, the Association also publishes materials designed to correct the "misinformation being spread throughout the law enforcement and educational communities about the supposed dangers of roleplaying games."

*Spiritual Counterfeits Project*
*P.O. Box 4308*
*Berkeley, CA 94704 (415) 540-0300*

SCP is dedicated to understanding the "significance of spiritual turmoil and pluralism in our culture." As such, SCP researches broad spiritual trends, individual groups, and movements; authors a journal and newsletter; provides speaker services; and offers a "ACCESS Telephone Ministry" line.

## CHAPTER TWO:
## DEFINING OCCULT CRIME: THE PERPETRATORS, THEIR ACTIONS, AND THE VICTIMS

Defining occult crime, not surprisingly, is as controversial a task as defining occult activity. As *The Occult Debate, Issue #3* suggests, some members of the law enforcement community utilize definitions that place occult and occult-related crime into a new category of criminal behavior specifically called occult crime. Other law enforcers, however, strongly object to placing occult and occult-related criminal activity into a specialized category. To these practitioners, anyone of any belief who commits a crime, whether or not to further their beliefs, has committed a *crime* - not an occult crime, Satanic crime, or for that matter, a Christian crime.

While this study does not advocate a position on this debate, it does recognize many law enforcers, law enforcement agencies and law enforcement trainers *are* specifically defining occult crime. For such professionals, the following definition is suggested:

> *Occult crime encompasses ceremonial actions and/or ritualistic acts, involves occult-related behavior patterns, and is motivated by a belief in some occult ideology.*

Additionally, law enforcers who favor defining occult crime must be careful not to interchangeably and synonymously use the terms occult crime, Satanic crime, and/or ritualistic crime. Satanic crime is a *type* of occult crime; it encompasses only those criminal activities that may be committed by practicing Satanists, not all occultists. Similarly, ritualistic abuse is a *type* of occult crime involving repeated physical, sexual, psychological and/or spiritual abuse which utilizes rituals. The reader will become increasingly aware of these clear and very important distinctions as the chapter proceeds.

In law enforcement circles today, occult crime is a hotly debated topic, not just because such criminal activities involve belief systems diametrically opposed by many Americans and are allegedly heinous in nature, but because few law enforcers agree on the extent of occult crime; the motives of perpetrators; the types of crimes perpetrated by occultists; or the veracity of adults and children who claim they are victims of occult crime, especially ritualistic abuse. This chapter sheds some light on these debates by explaining the various controversies and documenting the arguments of various advocates. In so doing, it does not take sides but rather, seeks to provide an objective forum for continuing such debates and reaching some compromise resolutions that will benefit both the investigators and the victims of occult crime.

### The Perpetrators

Although the vast majority of occultists are law-abiding practitioners, some step over the line between involvement in occult activities and involvement in occult crime. Just where is the dividing line? In the words of occult-crime investigator, Cleo Wilson of the Denver Police Department:

> "Where all these occult religions go bad is when people aren't satisfied to live within the environment they have created. It's not enough to have power over themselves. They want to control the heavens and each other. As the need for more power grows, occult crime increases. It attracts people who aren't satisfied; they want more power. The more powerful you are, the more people you have power over, and the more powerful you become in turn." (Wilson, as quoted in Kahaner, 1988:i.)

Those in search of such power are the ones who usually make the transition from occult activity into the world of occult crime. Because no "hard and fast" typology exists for occult criminals, they are usually described in one of two ways: either by their *method of operation*; or by their *motive.*

The typology that utilizes *methods* to describe occult crime perpetrators identifies two distinct categories: dabbling and ritualism.

> *Dabbling involves people who are intermittently and experimentally involved in occult activities.* While dabbling in supernatural belief systems involves non-criminal activity which stems from a vague, curious interest, some dabbling involves intense preoccupation that culminates in criminal behavior. Such perpetrators most often act alone or in small loosely organized groups. Dabblers usually make up their own belief system based upon some occult ideology and perpetrate criminal activity that conforms to that ideology.

> *Ritualism involves people who commit criminal activities characterized by a series of repeated physical, sexual, and/or psychological assaults combined with a systematic use of symbols, ceremonies and/or machinations.* The need to repeat such acts can be cultural, sexual, economic, psychological, and/or spiritual.

Membership in either group is not mutually exclusive. Indeed, dabblers may commit ritualistic crimes and ritualists may also dabble in the occult.

The typology that utilizes *motives* to describe occult crime perpetrators also identifies two distinct categories: true believers and true criminals.

> *True believers are occult practitioners who commit crimes because such acts fit into and/or are required by their particular belief systems.* These persons are involved in crime primarily because the ideology, rituals and behavior patterns related to their occult beliefs motivate and require them to do so. Because their criminal actions are dependent upon an occult belief system and include some form of spiritual ritual, true believers are often called *spiritual ritualists.* True believers either commit crimes for *theologically evil purposes* or for *theologically good purposes.*



AF-27
R00552

Those who commit crimes for *theologically evil purposes* are occult practitioners who must commit heinous crimes to obey the requirements of their particular belief system. They are usually manipulators who derive personal power from controlling others; their occult spirituality gives them such power.

Those who commit crimes for *theologically good purposes* are occult practitioners whose actions may or may not be criminal based upon cultural and legal standards. For instance, *Santeria* practitioners neither consider animal sacrifice immoral or illegal; yet animal sacrifice for religious reasons is illegal in some states and localities.

*True criminals are persons who use the occult as an excuse to justify or rationalize their criminal behavior.* They act individually or within occult groups which can and do "act as a social binding mechanism for some people to do what they want to do." (Kahaner Interview, April 11, 1989.) True criminals both dabble with the occult and are involved in rituals that fit their particular physical, sexual, psychological, social, economic, and/or spiritual needs; they are committed not to the belief system, but to the criminal action. Some law enforcement agencies call these occult criminals *predatory and psychopathic ritualists.*

*Predatory Ritualists* commit ritualistic crime because they crave power, financial gain and/or sexual gratification. Perpetrators most often prey upon certain victims - especially children - and use them for a wide array of sexual and economic means. An example of a predatory ritualistic criminal is the child sex ring organizer.

*Psychopathic Ritualists* commit ritualistic crime to satisfy their own deluded means. Perpetrators have obsessional or delusional personalities that allow them to twist religious symbolism to meet their specific psychopathic needs. Examples of such personalities are Charles Manson and the "Nightstalker", Richard Ramirez.

Thus, true believers are motivated by their belief system and utilize ritualistic methods to commit their criminal actions. True criminals are motivated by criminal instincts or desires and utilize both dabbling and ritualistic methods. But are these methods and motives applicable primarily to individuals who adopt an individualistic occult theology, or are they applicable to certain occult groups? Technically, any *individual* occultist could be responsible for any type of crime. He or she could be a true believer or a true criminal. In many law enforcement agencies, these lone individuals are considered the most dangerous and perhaps the most crazed.

Certain occult *groups*, however, are rarely, if ever, linked *as a group* to occult crime. In particular, the law enforcement officials contacted for this study stated that very few if any of the Neo-Pagan or Wiccan groups with whom they were familiar were involved in criminal activity directly related to their particular belief systems. The occult groups law enforcers target as most prone to possible criminal involvement are *Santeria, Palo Mayombe* and Satanism. This does not mean these groups actually *are* involved in criminal activity, but rather that some evidence exists to link them to certain activities. In some cases, as will be demonstrated in this and the remaining chapter, clear links have been established.

**Adult and Youth Self-Styled Satanists: Two Prototypes**

*A general profile of the* ***Youth Subculture Satanist*** *has been compiled by San Francisco Police Department's veteran occult investigator, Sandi Gallant.*

Youth Subculture Satanists are primarily male, Caucasian adolescents who exhibit various behavior problems that have gone unnoticed or undiagnosed; are intelligent but who underachieve; are creative and have high levels of curiosity; have low self-esteem; come from middle to upper-middle class families, some of whom may be dysfunctional or detached; have difficulty relating to peers; and who seek power and attention. Their belief system allows them to become involved in crime without having to accept any internal responsibility or guilt for it. (Gallant interview, April 3, 1989.)

*A general profile of the* ***Self-Styled Satanist*** *- the adult counterpart to the Youth Subculture Satanist, has been compiled by Dr. Martin Sanchez Jankowski. Dr. Jankowski was independently approached by three Satanic groups in the San Fernando Valley who asked him to become their informal historian. For two years, he regularly visited each group to observe their rituals and ceremonies. (Members wore masks during all encounters with Dr. Jankowski to protect their identities.) From his preliminary observations of 94 members in all three groups, he created a tentative profile:*

Members were males and females primarily between the ages of 20 and 28. The vast majority were from Caucasian middle to upper class families with traditional Christian backgrounds (as opposed to fundamentalist or "born again" backgrounds.) Most were high school educated and some had college degrees or some postsecondary schooling. The majority held odd jobs and a few had connections with the drug industry. The members referred to themselves as Satanists. Their rituals included flagilating and scarring themselves, especially their genitals; group sex; sacrificing animals such as dogs, cats and chickens; drinking the blood of sacrificed animals; and burning and burying the innards of sacrificed animals. (Jankowski interview, May 10, 1989.)

## The Crimes

Theoretically, any occultist, just like any other individual, could commit a criminal activity. The concern herein, however, is not to discuss how occultists might fit into any criminal profile, but rather to examine the crimes most often linked to the occult. It is important to note at this point that such linkage has not necessarily been proven and, in fact, is sometimes assumed.

Just what are the crimes - both proven and assumed - most often linked to occultists? In general, law enforcers assume that several specific crimes have definite occult linkages: trespassing, vandalism, theft, graffiti, arson, animal sacrifice, and extortion. For the purposes of this study, such actions are referred to as "Generally Agreed Upon Crimes with Assumed Occults Links." There is a second category of crimes whose assumed links to crime are either supported or denied by law enforcers: suicide, kidnapping, murder and human sacrifice, and ritualistic abuse. This study refers to these activities as the "Crimes of Debate."

### Generally-Agreed Upon Crimes

Many law enforcement investigators share a common belief that physical evidence found in the following crimes sometimes indicates an occult motivation: trespassing; vandalism; theft; graffiti; arson; animal mutilation and sacrifice; and extortion.

#### *Trespassing*

Trespassing related to occult activity usually involves occultists entering private areas such as wooded and forested lands, barns and other old or abandoned buildings. The purpose for such trespassing is to worship either in the area as it is naturally arranged, or to make it into an occult worship site with the appropriate altars and symbols. Occult related trespassing of this nature is committed both by true believers and true criminals who seek a private and isolated place to worship.

#### *Vandalism*

Vandalism most often associated with occult crime includes cemetery and church desecrations.

*Cemetery Desecration.* The most common types of cemetery desecration attributed to occult groups are overturning, breaking and/or stealing headstones; digging up graves; grave robbing; and tampering with human corpses or skeletons. The prevalence of cemetery desecration is unknown on either a national or statewide basis; more specifically, the prevalence of occult-related cemetary desecration is unknown. Detective Patrick Metoyer of Los Angeles Police Department's Criminal Conspiracy Section claims that grave robbings are regular occurrences in most of the City's jurisdictions, but he also indicates that the extent to which such activities are occult-related is unknown. (Metoyer interview, May 5, 1989.) Although little evidence exists to absolutely implicate certain occultists in these types of crime, it is commonly believed that *Mayomberos* and self-styled Satanists (especially juvenile dabblers) are most often involved. Further, many law enforcers assume both true believers and true criminals perpetrate such crimes.

True believers, like the *Mayombero*, may be motivated by religious beliefs that require cemetery desecration to fulfill certain rituals. For example, because *Palo*

**Rumor or Reality?**

The following article appeared in the July 28, 1989, issue of The *Pantagraph*, a Pontiac, Illinois local newspaper:

> *Goat Near Pontiac Possibly a Sacrifice* . A mutilated goat found in the Vermilion River near Pontiac was "probably" the victim of satanic activity, Livingston County Sheriff's police said yesterday. The 50-pound male goat was found Wednesday in the Vermilion River...after the county veterinarian received an anonymous tip, police said. The goat, which had been dead for three to four days, was castrated and its horns were cut off, police said, adding that small animal sacrifice is common among devil worshippers. However, no indications of satanic worship were found near the goat, and police said there was no indication the animal was killed in Livingston County ... Although both county and city police have received reports of satanic meetings, rituals and animal sacrifices, little physical evidence has supported those reports...

On July 29th, this follow-up article appeared:

> *Goat Killed in Dog Attack.* German shepherds, not devil worshippers, were responsible for the mutilation of a goat found Wednesday in the Vermilion River near Pontiac, Livingston County Sheriff Don Wall said yesterday. A McLean County resident whom Wall declined to identify, admitted yesterday that he dumped the 50-pound goat in the Vermilion River. Wall said the man contacted police after reading news stories that authorities believed the animal was sacrificed by members of a satanic cult...Police originally believed the goat was castrated and had its horns cut off by satanists, who often sacrifice small animals. However, Wall said the goat was injured when the dogs attacked and its horns had previously been removed...

*Mayombe* rituals require the use of human bones, grave robbings in Miami, New York and Florida are often assumed to have *Palo* linkages. *Mayomberos* are either directly implicated in robbing bones from graves or indirectly implicated for buying skulls and bones from grave diggers who steal them from cemeteries. The actual instances of such crimes are currently unknown in any jurisdiction across the nation.

Youth Subculture Satanists who may be either true believers or true criminals, are sometimes linked to cemetary desecration, especially tombstone vandalism and grave robbing. For example:

> Officer Tim Boyle of the Maryland National Capital Park Police recently investigated a case involving five juveniles who overturned tombstones, dug up a baby's grave and stole the body from a Montgomery County cemetery. Events reconstructed during the subsequent trial were as follows: five juveniles were smoking marijuana when one young man began discussing his involvement in a local Satanic group called "The Knights of Satan's Army." The juveniles spontaneously decided to steal a skull from a cemetery. The ringleader was convicted of grave robbing and sentenced to 18 months in prison. (Boyle interview, April 1989.)

> Detective Pat Metoyer recalled two Los Angeles-based Satanic crimes committed by young dabblers. In the first, cemetery tombstones were stolen and later turned up as altars for a Satanic worship service. The perpetrators were caught and "copped a plea" for vandalizing a cemetery. In the second case, the perpetrator stole a skull and, during the trial, indicated the skull was taken and used as part of a Satanic ritual. He was subsequently convicted of grave robbing in a court trial. (Metoyer interview, May 5, 1989.)

*Church Desecration.* Most often committed by true criminals who use dabbling in the occult as an excuse to commit a crime, church desecration includes the following actions: destroying Bibles; urinating and defecating on Holy objects and furniture; tearing crucifixes off walls; and destroying rosaries and crucifixes. Such vandalism has been reported in many communities across the nation. It is important to note, however, that the motivations behind such vandalism are increasingly linked to hate or bias crime rather than occult crime. For instance, many localities are reporting that synagogues are increasingly the victims of spray-painted swastikas and anti-Semitic graffiti.

### *Theft*

Thefts from Christian churches, Jewish synagogues, hospitals, morgues, medical schools and funeral homes are often linked with occult crime. Items that are most often taken include cadavers, skeletal remains and religious artifacts from churches and synagogues which are considered sacred: crucifixes, communion wafers, wine, chalices, etc. Thefts are committed both by true believers who require actual holy artifacts for their rituals and by true criminals for a variety of reasons.

### *Graffiti*

Graffiti is one of the most common crimes related to the occult. While a small amount of graffiti is probably related to other occult groups, the vast majority is directly related to involvement in Satanic groups. All law enforcement officials contacted in the course of this study reported instances of Satanic-related graffiti, most of which depicted Satanic symbolism. Additionally, all felt that the vast majority of such instances were committed by Youth Subculture Satanists, most of whom were dabbling in the occult.

### *Arson*

Arson is another crime which is almost always attributed to Satanists, especially Youth Subculture Satanists. Among the most common places for occultists to commit arson are churches and synagogues in which particularly holy sections or artifacts are burned, and houses or buildings where damaging evidence could be uncovered by investigators. Additionally, some law enforcement officers have found Satanic graffiti at some arson scenes.

### *Animal Sacrifice*

Although sacrificing animals for religious rites has a long and significant history in many nations, such practices have generally avoided the annals of American history. As the number of recent Latin American arrivals to the United States increases, however, so do the number of believers in Afro-Caribbean religions that practice animal mutilation and sacrifice. These are primarily the actions of true believers, primarily *Santerians,* who sacrifice animals as part of rituals designed to please their gods and to invoke some kind of magic.

During the past several decades, American *santéros* have most often practiced their rituals in secrecy and in safety, while invoking their Constitutional protection to practice their religion of choice. Indeed, the laws have been on the *Santeros'* side; few states have considered outlawing animal sacrifice for religious reasons. Indeed, almost all states have kosher laws allowing animals to be slaughtered for religious purposes if the primary purpose is for practitioners *to consume the animal remains.*

In *Santeria,* however, animals are sacrificed primarily to propitiate the gods, not for human consumption. While the animal remains are sometimes consumed subsequent to most rituals and ceremonies, consumption is not the primary purpose. Consequently, as the number of practicing *santeros* continues to climb and adherents move to urban centers across the nation, and reports of animal sacrifice attributed to self-styled Satanists are increasing, new state

**California: The Status of Crimes Against Animals for Religious Purposes**

California communities, like most others across the nation, currently have no local ordinances specifically prohibiting the animal mutilation and sacrifice for religious purposes. Currently, such cases could be challenged under any of the California Penal Code sections dealing with crimes against animals, some of which are summarized below.

***Crimes Against Animals - Felony or Misdemeanor. (Pen. 597)*** (a) Except as provided in subdivision (c), every person who maliciously and intentionally maims, mutilates, tortures, or wounds a living animal which is the property of the person or which is the property of another, or maliciously and intentionally kills an animal which is the property of the person or which is the property of another, is guilty of an offense punishable by imprisonment in the state prison, or by a fine of not more than $20,000, or by both the fine and imprisonment, or, alternatively, by imprisonment in the county jail for not more than one year, or by a fine of not more than $2,000, or by both the fine and imprisonment.

(b) Except as otherwise provided in subdivision (a) or (c), every person who overdrives, overloads, drives when overloaded, overworks, tortures, torments, deprives of necessary sustenance, drink, or shelter, cruelly beats, mutilates, or cruelly kills any animal, or causes or procures any animal to be so overdriven, overloaded, driven when overloaded, overworked, tortured, tormented, deprived of necessary sustenance, drink, shelter, or to be cruelly beaten, mutilated, or cruelly killed; and whoever, having the charge or custody of any animal, either as owner or otherwise, subjects any animals to needless suffering, or inflicts unnecessary cruelty upon the animal, or in any manner abuses any animal, or fails to provide the animal with proper food, drink, or shelter or protection from the weather...is, for every such offense, guilty of a misdemeanor.

(c) Every person who maliciously and intentionally maims, mutilates, or tortures any mammal, bird, reptile, amphibian, or fish as described in subdivision (d) [endangered and fully protected species] is guilty of an offense punishable by imprisonment in the state prison, or by a fine of not more than $20,000, or by both the fine and imprisonment, or, alternatively, by imprisonment in the county jail for not more than one year, by a fine of not more than $2,000, or by both the fine and imprisonment...

***Permitting Animals to Go Without Care: Abandoned Animals to be Killed. (Pen. 597f)*** Every owner, driver, or possessor of any animal, who shall permit the same to be in any building, enclosure, lane, street, square, or lot, of any city, city and county, or judicial district, without proper care and attention, shall, on conviction, be deemed guilty of a misdemeanor...

***Confinement of Animals. (Pen. 597t.)*** Every person who keeps an animal confined in an enclosed area shall provide it with an adequate exercise area. If the animal is restricted by a leash, rope, or chain, the leash, rope, or chain shall be affixed in such a manner that it will prevent the animal from becoming entangled or injured and permit the animal's access to adequate shelter, food and water. Violation of this section constitutes a misdemeanor.

Efforts to make the Penal Code reflect the new concern for religiously-motivated animal mutilation and sacrifice first gained statewide attention during an April 1989 conference of the California Animal Control Directors Association. At about the same time, the Los Angeles Board of Animal Regulation called for a comprehensive staff report on animal sacrifice for religious purposes. The Board also announced its consideration of the Model Ordinance drafted by the Humane Society of the United States which, in part, recommends:

That animal sacrifice be defined as "injuring or killing of any animal, whether domestic or wild, in any religious or cult ritual or as an offering to a deity wherein the animal has not been killed for the primary purpose of food preparation, regardless of whether the flesh or blood of such animal is subsequently consumed."

That "No person shall own, keep, possess, sacrifice or slaughter any sheep, goat, pig, cow or the young of such species, poultry, rabbit, dog, cat or any other animal intending to use such animal for food purposes or animal sacrifice rituals. This section is applicable to any person, group or cult that engages in animal sacrifice. The presence of any animal carcass or animal parts or blood found in conjunction with any cult ritual shall be *prima facie* evidence of a violation of this ordinance. Nothing in this section shall be construed to prohibit any establishment licensed under the laws of this state and under the rules and regulations promulgated by the (state) Department of Agriculture from lawfully engaging in the slaughter of animals which are specifically raised for food purposes."

Those who violate any such ordinance "shall be fined not less than $100.00 nor more than $1,000 for each offense and/or jailed for not more than six months." (*Model Animal Slaughter/Animal Sacrifice Ordinance*, The Human Society of the United States. For further information, contact Eric Sakach at the Humane Society's West Coast Regional Office, 1713 J Street, Suite 211, Sacramento, CA 95814 916/447-3295.)

legislation and local ordinances are beginning to challenge current laws. Consider the following:

- In California, the laws summarized in the accompanying box are increasingly being targeted for court challenges when animal sacrifices are uncovered. As Field Investigator Eric Sakach of the Humane Society of the United States' West Coast Regional Office recently remarked, "In some cases of animal mutilation or sacrifice we would actively pursue litigation under the existing laws...such as the sacrifice of a stolen animal." (Sakach interview, August 9, 1989.)

- In Los Angeles, the Board of Animal Regulation has announced its possible adoption of the *Model Animal Slaughter/Animal Sacrifice Ordinance* authored by The Humane Society of the United States, as explained in the accompanying box on California laws.

- In Hialeah, Florida, as noted in *Legal Casestudy #1*, the nation's first test of whether sacrificial killing for religious reasons violates the First Amendment is being battled in the federal courts.

### *Extortion*

Although group practice of extortion is not a known activity of any occult group, individual practitioners of some occult belief systems have used their religious involvement as a tool to extort money and information. These true criminals are perfect examples of the predatory ritualist who uses his or her religion as a means to obtain economic or other personal gain.

While individual practitioners of any occult group discussed in this study could be extortionists, the act of extorting has been directly attributed to some members of the *Santeria* community. Detective Pat Metoyer provided an example of spiritually motivated extortion from his Los Angeles City jurisdiction. During a recent investigation, a follower of *Santeria* asked a local *santero* to help punish her husband. To do so, the *santero* asked for a lock of her hair to help him identify her power. After the spell was cast, the *santero* asked for his reward; the client gave him $25, but the *santero* then demanded $500. In an extortion attempt, the *santero* began sending her single strands of hair along with threats unless the full payment was received. (Metoyer interview, May 5, 1989.) Similar extortion attempts have been noticed in Miami, but investigators there note such crimes are especially difficult to prosecute because the victims will not come forward. More often than not, the victims do not perceive themselves as victims. Indeed, they trust the *santero* and believe their economic sacrifices are being used to protect them. (Paulhus interview, August 16, 1989.)

## The Crimes of Debate

Currently, at least four other crimes have been linked to the occult by some criminal justice professionals: suicide; kidnapping; murder and human sacrifice; and ritualistic abuse.

But others disagree with such alleged linkages. Alleged is a key word because although many law enforcement officials believe these crimes are occurring and some people who have left occult groups claim they are common, very little physical evidence exists to substantiate such claims.

The debate is especially complex because the vast majority of law enforcers do not deny the occurrence of such crimes nor do they deny that *individual* spiritual, predatory and/or psychopathic ritualists have actually committed such crimes. Where the debate begins is whether or not such activity is widespread and required by an occult *group* in relation to its spiritual identity. In other words, are they the actions of true believers who work within organized groups that exist to perpetuate criminal activity linked to their belief system; or are they the actions of individual "crazies" who grasp onto the occult identity to rationalize criminal involvement?

### Suicide

Occult-related suicide appears to be the primary domain of Youth Subculture Satanists who are often true believers, but sometimes dabblers. Indeed, Satanic-related teenage suicide is a major concern among many criminal justice practitioners and therapists interviewed for this research. Juvenile Officer Tim Boyle explained why he is so worried, "With some victims, autopsies show there were no drug or alcohol residues. This is because Satanic beliefs have so overcome their lives, they don't need drugs anymore...Satanism glorifies death; it takes the fear of death away. So when kids are suicidal *and* involved in Satanism, they lose their fear of death and are sometimes more likely to take their own life." (Boyle interview, April 13, 1989.)

As an example, Officer Boyle cited a suicide that occurred in Montgomery County on November 12, 1988. Two girls, ages 12 and 13, killed themselves in a pact. Both had a history of emotional problems, drug involvement and an alleged interest in Satanism. The girls allegedly told several school friends they wanted to die so they could "meet Satan." Drugs apparently were not involved; other than a small amount of aspirin, no drugs were detected in either victim. Whether Satanism was the motivation remains unknown.

### *Kidnapping*

Kidnapping people of all ages, but especially children, is thought to be a prevalent crime among some occult practitioners. Especially accused are Traditional/Cult Satanists who are said to kidnap victims needed for ritual sacrifice, self-styled juvenile Satanists whose dabbling has taken them "to the point of no return," and *Mayomberos*, whose rituals require a human skull, often with the brains still attached, to add to their *nganga*.

Perhaps the most infamous recent case of kidnapping was one allegedly perpetrated for the purposes of ritualistic sacrifice. In the April 1989 Matamoros case, a young American University of Texas student, Mark Kilroy, and several Mexican citizens were kidnapped and later ritualistically killed and



AF-32
R00557

**The *Mayombero:* Involvement In Occult Activity and Occult Crime**

Despite what is commonly believed about practitioners of *Palo Mayombe*, not all of their activities are illegal. The vast majority of their magic may be described as black or evil in nature, but that does not necessarily make such activity *criminal*. For example, Migene Gonzalez-Wippler describes a magical ritual typical of that asked of a *Mayombero:*

"Suppose a woman comes to the *mayombero* and asks him to kill her husband, who is throwing away all his money on other women. The *mayombero* agrees, for a price. He then goes to the cemetery, where be 'buys' the life of the man with a silver coin, maybe fifty cents. He pays for the man's life by making a hole in a dark corner of the cemetery and burying the coin inside. This hole becomes the symbolic grave of the man who is to be killed. The mayombero takes some of the earth from this hole and wraps it in a black rag. He takes it home, where he lights a taper that he has previously stolen from a church. He heats a pin, which he used to run through the body of a live centipede that has been tied with a black thread. He then calls the man's name aloud three times and places the earth from the cemetery into the *nganga*, together with a piece of clothing of the victim that has been recently worn by him. He takes the *nganga* and the pin with the centipede to a large tree, where he sticks the still-squirming animal to the tree bark. He again calls the victim's name aloud and commands the *kiyumba* [skull in the *nganga*] to kill the man and make him suffer the same torments as the centipede pinned to the tree. Invariably, a few days after this frightful spell has been cast, the intended victim dies suddenly, usually in a violent way." (Gonzalez-Wippler, 1989:247.)

While the *mayombero's* ultimate purpose was evil, was it illegal? Has he actually killed the victim? The only clearly illegal activity involved theft of a candle. In the next case describing the preparation of a *nganga* for ritual use, criminal activity is more clearly identified.

"The *mayombero* waits until the moon is propitious, and then he goes to a cemetery with an assistant. Once there, he sprinkles rum in the form of a cross over a pre-chosen grave. The grave is opened, and the head, toes, finger, ribs, and tibias of the corpse are removed. The *mayombero* usually knows the identity of the cadaver, which is known as *kiymba*. They are usually recent graves, as the *mayombero* insists on having a head in which the brain is still present, however decayed. He believes that the brain of the *kiyumba* can think and thus 'act' better. The choice *kiyumbas* are those belonging to very violent persons, especially those of criminals and of the insane, for the purposes of the *mayombero* are generally to commit acts of death and destruction...

After the macabre remains are removed from their graves, they are wrapped in a black cloth and the *mayombero* and his helper return to the witch's house. The *mayombero* lies on the floor. His assistant covers him with a sheet and lights four tapers, which are placed on each side of the *mayombero's* body, as if he were dead. On the blade of a knife he places seven small heaps of gunpower, known as *fula*. The body of the mayombero becomes rigid and then goes into convulsions as the spirit of the *kiyumba* takes possession of him. The assistant asks the spirit if it is willing to work for the *mayombero*. If the spirit agrees, all the heaps of gunpower will ignite spontaneously and simultaneously. If the gunpower does not burn, the answer is negative and the body remains must be returned to the cemetery.

Once the spirit accepts the pact, the grisly ceremony is ended. The *mayombero* writes the name of the dead person on a piece of paper and places it at the bottom of a big iron cauldron, together with a few coins, which are the price of the *kiyumba's* help. The body's remains are added to the cauldron, together with some earth from the grave. The *mayombero* then makes an incision on his arm with a knife that must have a white handle, and lets a few drops of blood fall into the cauldron, so that the *kiuymba* may drink and be refreshed...After the human or animal blood has been spinkled on the remains, the mayombero adds to the cauldron the wax from a burnt candle, ashes, a cigar butt, and some lime. Also added to the mixture is a piece of bamboo, sealed at both ends with wax, and filled with sand, sea water, and quicksilver. This gives the *kiyumba* the speed of the quicksilver and the persistence of the sea tide, which never rest and are forever in movement. The body of a small black dog is also added to the cauldron to help the spirit "track down" its victims. Next to the dog, a variety of herbs and tree barks are placed inside the cauldron. The last ingredients to be added are red pepper, chili, garlic, ginger, onions, cinnamon, and rue, together with ants, worms, lizards, termites, bats, frogs, Spanish flies, a tarantula, a centipede, wasp, and a scorpion.

After the *nganga* is ready, it is brought back to the cemetery where it is buried and left for three Fridays. Then it is disinterred and taken to the woods, where it is again buried for another three Fridays, this time by the side of a ceiba, or any other magical tree. At the end of this combined period of forty-two days, the *nganga* is taken home by the *mayombero*, where he again gives it some fresh blood and adds some rum with pepper, dry wine, and water. The *nganga* is finished and ready to work." (Gonzalez-Wippler, 1989:244-45.)

The illegal actions in this ritual include: cemetery desecration, theft of human remains, and animal mutilation.

sacrificed by orders of drug dealer and *Mayombero*, Adolfo de Jesus Costanzos. After the media attention and accusations of Satanism died down, the facts pointed to Costanzos' *individual* and psychopathic involvement in *Palo Mayombe*. In essense, it appears that Costanzos used *Palo Mayombe* and the resulting sacrifice to convince his workers in the drug dealing trade that they would be protected in their illegal endeavors.

Matamoros, many scholars of Afro-Caribbean belief systems assert, was an aberration involving an especially deviant personality who used his involvement with and knowledge of *Palo Mayombe* for his own economic, criminal, and psychological needs. To these scholars, Costanzos was yet another true criminal involved in spiritual ritualism. Others believe that Mark Kilroy was a human sacrifice murdered because Costanzos' true belief in *Palo Mayombe* required his death; for these adherents, what happened in Matamoros could and does happen across the nation.

### *Murder and Human Sacrifice*

Probably the most controversial crime allegedly committed for occult purposes is murder perpetrated for spiritual reasons and sometimes to provide a human sacrifice. Sacrificing a human being and cannibalizing human remains have played a part in some historical and a few contemporary rituals. Historically, early Pagan rites included both animal and human sacrifice; some medieval Witches practiced such rites on a small scale and probably occasional basis (Russell Interview, March 1989); and early Haitian Voodoo practiced the blood sacrifice of the "goat without horns", usually a young boy or girl. (d'Argent, 1970:27).

Contemporarily, both *Palo Mayombe* practitioners and Satanists are often linked to human sacrifice. Such links, however, have rarely been systemically and rigorously examined, much less proven. Except for the recent sociopathic events in Matamoros, human sacrifice has not been absolutely linked to *Mayomberos*. Likewise, such links have not been proven for practicing Satanists except in a few sociopathic cases. It appears that Satanists are especially targeted as practitioners of human sacrifice because *The Satanic Bible* suggests such action is acceptable under two circumstances: "to release the magician's wrath in the throwing of a curse, and more important, to dispose of a totally obnoxious and deserving individual." (LaVey, 1968:88.)

LaVey is, however, careful to add that "under no circumstances would a Satanist sacrifice any animal or baby!...The purest form of carnal existence reposes in the bodies of animals and human children who have not grown old enough to deny themselves their natural desires...Therefore, the Satanist holds these beings in sacred regard, knowing he can learn much from these natural magicians of the world." (LaVey, 1968:89.) Regardless of LaVey's claims, law enforcers are generally consensual in their belief that Religious Satanists affiliated with either the Church of Satan or the Temple of Set are rarely if ever involved in human sacrifice. Where such consensus ends is with the involvement of the other three types of Satanic groups: the self-styled Satanists, Youth Subculture Satanists, and Cult Satanists. Some believe Youth Subculture Satanists who have become true believers commit murder for sacrificial reasons required of their spiritualism. Two recent cases involving self-styled juvenile Satanists who committed murder have been cited in defense of this belief.

> In the Summer of 1983, a troubled 14-year-old named Sean Sellers began dabbling in Satanic theology and ritual. By early 1985, according to later court testimony, he dedicated his life to the powers of darkness by burning incense and writing in his own blood, "I renounce God, I renounce Christ. I will serve only Satan...Hail Satan." On September 8, 1985, Sean and a friend who was also involved in Satanism, stole his grandfather's .357 Magnum and drove to a convenience store where he shot and killed Robert Bower, a clerk who once refused to sell them beer. Several months later, Sean, who still claims he remembers nothing about the incident, shot and killed his mother and stepfather. At his trial, his defense attorneys unsuccessfully argued that being under the control of Satan constitutes insanity.
>
> Throughout 1987, three teenagers living in the small town of Carl Junction, Missouri, were deeply involved in several rebellious trappings of troubled teenagers - especially heavy metal and drugs. Moreover, they had also been dabbling in Satanism for quite some time. By December, they were tired of dabbling with their previous Satanic-related crimes which primarily included scribbling satanic graffiti on abandoned buildings and sacrificing a few animals. On December 6, Jim Hardy, Pete Roland and Ron Clements decided, according to later court testimony, to bludgeon a human being to death, offering a "sacrifice to Satan." During Pete Roland's trial, the accused testified that "I did as I was told." The victim was a socially maladjusted "wanna be", Steve Newberry, who had occasionally been involved in the group's discussions about Satanism. Again, as in the Sellers case, defense attorneys unsuccessfully used the insanity plea.

Detractors of the true believer theory argue that self-styled juvenile Satanists like those above are disturbed young people with histories of familial problems and anti-social and sometimes criminal behavior. Satanism, they assert, is the rationale for commiting these heinous crimes - it is *not* the motive. Further, they often cite evidence of extensive drug use that, rather than Satanic involvement, often encourages such heinous crimes.

### *Ritualistic Abuse*

Cult Satanists are often accused of sacrificing humans, especially infants. Currently, such sacrifices are more commonly known as ritualistic abuse. Beginning in 1980 with the



AF-34
R00559

publication of *Michelle Remembers* by Dr. Lawrence Pazder and Michelle Smith, a new type of occult crime was postulated: ritualistic abuse. In the book, Michelle and her psychiatrist recount how in the course of her continued therapeutic sessions as an adult, she remembered involvement in a Satanic cult in Vancouver, British Columbia when she was five years old. Her account tells how her mother was forced to surrender her for sexual Satanic rituals and how she was forced to participate for an extended period of time during which the group unsuccessfully tried to convert her. Soon thereafter, similar stories began to appear, linking for the first time, traditional accounts of specifically Satanic involvement to ongoing physical, sexual, emotional and spiritual child abuse. The result was the emergence of a particularly heinous type of crime which generally became known as ritualistic abuse or, more specifically, as ritualistic child abuse. The alleged perpetrators of such abuse are most often the Cult Satanists.

In the broadest sense, *ritualistic abuse of children, adolescents, and adults involves repeated physical, sexual, psychological and /or spiritual abuse which utilizes rituals.* Perhaps the most comprehensive description of ritual abuse is that of the Los Angeles Commission on Women's Ritual Abuse Task Force:

> "Ritual abuse rarely consists of a single episode. It usually involves abuse over an extended period of time. The physical abuse is severe, sometimes including torture and killing. The sexual abuse is unusually painful, sadistic, and humiliating, intended as a means of gaining dominance over the victim. The psychological abuse is devastating and involves the use of ritual/ indoctrination, which includes mind control techniques and mind altering drugs, and ritual/intimidation which conveys to the victim a profound terror of the cult members and of the evil spirits they believe the cult members can command. Both during and after the abuse, most victims are in a state of terror, mind control, and dissociation in which disclosure is exceedingly difficult." (Los Angeles Commision on Women, 1989.)

Currently, there is probably no more divisive issue within the criminal justice community than that of ritualistic abuse. While no one disputes the existence or increase of ritualistic abuse, few agree about several other aspects: the extent of ritualistic crime committed specifically by Cult Satanists; the motivations of perpetrators; and the veracity of the victims who claim to have survived ritualistic abuse at the hands of Cult Satanists. Because of the current preeminence of ritualistic abuse in the criminal justice community, each of these major controversies are discussed in the subsequent series of *Occult Debates:*

*The Occult Debate: Issue #4-Perpetrators of Ritualistic Abuse: Actions of True Believers or True Criminals?*

*The Occult Debate: Issue #5- The Extent of Ritualistic Abuse: National Conspiracy or National Hysteria?*

*The Occult Debate: Issue #6- Adult Victims of Ritualistic Abuse: Survivors or Delusionaries?*

*The Occult Debate: Issue #7- Child Victims of Ritualistic Abuse: Abused or Indoctrinated?*

## The Victims

Not surprisingly, even the victims of occult crime are subject to controversy. Such debate is hardly surprising in light of the fact that the types of occult crimes committed *against people* are also the subject of controversy. If the criminal justice community disagrees about the commission of suicide, kidnapping, sacrifice and ritual abuse crimes that are actually linked to occult crime, it is natural to disagree upon whether or not the victims of such crimes actually exist.

If we accept the belief that some number - be it large or small - of occult crime victims exist, then we are faced with a host of other issues: Who are the victims? If the victims survive the criminal action, what sort of symptoms will be evident? And perhaps most importantly, are there well-trained therapists available to provide victims with assistance specifically designed to help them?

### Who Are the Victims?

In general, occult crime victims fall into two categories: those who are actually killed or who kill themselves in the commission of an occult-related crime; and those that have survived the commission of ritualistic crimes. Those who do not survive are generally believed to be the victims of suicide and occult-related rituals requiring kidnapping and sacrifice. Such crimes, as evidenced throughout this chapter, are most often attributed to Self-styled Satanists, Youth Subculture Satanists, and Cult Satanists and occasionally to practitioners of *Santeria* and *Palo Mayombe*. While no proof of any direct correlation currently exists, many law enforcers believe that the following types of people are more susceptible to suicide, kidnapping and sacrificial victimization:

*Suicide*: Adolescents who have histories of family, school, and/or drug problems *and* who begin to dabble in occult, specifically Satanic, belief systems.

*Kidnapping and sacrifice*: Juvenile runaways; children and adolescents of families that do not have the income for a lengthy private investigation needed to find them; adults who have few friends or employment that may take them out of normal contact with family and friends; people who fit a common or average description of many other people.

Law enforcers also believe the following types of persons are more susceptible to ritualistic abuse:

*Ritualistic abuse.* Children who are born into or are acquired by families with an occult-centered belief system; children who attend out-of-home day care and



AF-35

R00560

**_Legal Casestudy #1_**
**_Is Animal Sacrifice a Constitutionally-Protected Religious Ritual? - The Hialeah Case_**

In early 1987, Hialeah, Florida became the site of the nation's first public church devoted to *Santeria*. Ernesto Pichardo, a *Santeria* priest and founder of The Church of the *Lukumi Babalu-aye*, found himself and the new church immediately involved in a heated controversy over the *Santerian* practice of animal sacrifice. On June 9, 1987, the Hialeah City Council unanimously adopted an ordinance prohibiting any religious group from sacrificing an animal in a religious ritual or practice. Pichardo immediately filed a lawsuit against the City, claiming the ordinance violated his freedom of religion rights guaranteed in the First Amendment to the Constitution. City Attorney William Wetzel then turned to Florida's Attorney General, Robert A. Butterworth, for an opinion on two basic questions of law:

First, does Chapter 828 of the Florida Statutes which prohibits persons from "unnecessary or cruelly" killing animals prohibit a religious group from sacrificing an animal in a religious ritual or practice?

Second, does the 1986 Amendment to Chapter 828 which permits the enactment of any ordinance identical to Chapter 828 preempt and prohibit a City from enacting an ordinance making religious animal sacrifice unlawful?

On July 23, 1987, Butterworth delivered his opinions to Wetzel, deciding that:

First, "...in determining whether a duly enacted statute may be applied by a state to prohibit a particular religious practice, the courts must weigh the interests of religious freedom and of the state in the preservation of the health, safety and morals of society. Upon finding that a compelling state interest exists, the court could approve the application of the prohibition against a particular religious practice, such as the sacrificial killing of animals...Unless and until the Legislature modifies the statutes, it is my opinion that Florida law, specifically s. 828.12, F.S., prohibits the sacrificial killing of animals other than for the primary purpose of food consumption."

Second, "It is my opinion that a municipality may adopt an ordinance prohibiting the religious sacrifice of animals within the city pursuant to s. 828.27, F.S. (1986 Supp.)." (Butterworth, 1987:6-9.)

The case then moved to Miami Federal court. Closing arguments were heard in mid-August1989. In early October, the case was decided in favor of the City of Hialeah on the grounds that the *Santerian* practice of sacrificing animals is not in the best health and safety interests of the City. Pichardo has filed an appeal.

**_The Case_**

Pichardo, whose defense is being handled by the American Civil Liberties Union (ACLU), argued that the City ordinance is a prejudicial endeavor aimed at *Santeria* practitioners; that animal sacrifice is an accepted religious practice protected under state statutes allowing for the "ritual slaughter" of animals for consumption; and that the laws and regulations governing animal cruelty and sacrifice are inconsistently enforced, citing in particular the allowance of Kosher slaughter and cock fights.

The City, supported by a series of *amicus curiae* briefs, argued that the public health and safety are threatened by *Santeria* practitioners who throw carcasses into the streets where they rot and are sometimes eaten by the homeless; that the welfare of children is threatened when they are allowed to witness a violent animal sacrifice carried out by a well-respected authority figure; and that animal sacrifice constitutes cruelty to animals.

**_The Implications_**

The City of Hialeah is currently involved in a precedent-setting case. Whatever the decision at the next federal level, both sides have vowed to appeal any decision rendered by the U.S. Court of Appeals for the Fourth District, in Atlanta, directly to the Supreme Court. The ultimate decision will determine how all states must react in regard to allowing or disallowing animal sacrifice as part of a religious ritual. For further information on the case and its outcome, contact the following:
Marc Paulhus, Director
Humane Society of the U.S., Southeast Region
325 John Knox Road, Building F, Suite 228
Tallahassee, FL 32303 (904) 386-3435
(testified for the City)

Charles Wetli, M.D., Deputy Chief Medical Examiner
#1 on Bob Hope Road
Miami, Florida 33136-1133 (305) 545-2430
(Although Dr. Wetli testified for the plaintiff, he initially requested to be a neutral court witness.)



AF-36
R00561

recreational situations where the care and facilities are not routinely examined; children in out-of-home day care and recreational situations who have low self-esteem and/or whose parents have not taught or encouraged them to question adult authority; adolescents and adults who are kidnapped; adolescents or adults who are recruited and converted to an occult belief system.

**What are the Symptoms of Surviving Victims?**

Most people in the therapeutic community are in agreement that ritually abused children and adults often suffer from Multiple Personality Disorder (MPD), a little understood phenomenon. The standard diagnostic tool of American psychiatrists, *The Disagnostic and Statistical Manual of Mental Disorders, Third Edition, Revised 1987* also known as *DSM III-R*, says MPD is "the essential feature" of dissociative disorders which are disturbances or alterations "in the normally integrative functions of identity, memory, or consciousness." The *DSM III-R* further states that MPD sufferers may exhibit as many as 10 personalities and, in some cases, more than 200 in which "the personalities and personality states each have unique memories, behavior patterns, and social relationships." MPD sufferers may also have a belief that they are possessed by another person or entity, a feeling that "may also be a delusion in a psychotic disorder, such as schizophrenia..." (American Psychiatric Association, 1987: 269-270.)

Thus, the debate that surrounds this particular issue does not question the existence of some victims who have been ritually abused and consequently suffer from MPD, but rather whether the very nature of MPD makes the survivor's story credible in a court of law. In other words, can it provide hard evidence? As Robert Hicks, former police officer and currently Criminal Justice Analyst for the Commonwealth of Virginia warns, law enforcers are faced with a series of paradoxes when dealing with MPD victims who are allegedly survivors of occult-related ritualistic abuse:

> On the one hand, police cite the growing number of cult survivor stories and their sameness as evidence of the satanic underground (that is, people who have never met telling identical tales.) Yet most MPD sufferers, usually young women, do not present verifiable stories. None has yielded physical evidence of crime other than physiological symptoms which are part and parcel of MPD. Hypnosis for police purposes produces no results. MPD sufferers can take years to interview to ascertain even a few facts. (Hicks, 1989:19.)

For the law enforcer, then, the question is not "can we *believe* the survivor's story"? Indeed, the controversies discussed in *The Occult Debate: Issue #5* are not of paramount importance to the law enforcement community. Instead, the essential question asks, "can we *corroborate* the survivor's story with hard evidence?" Thus, victims who have survived and are known MPD sufferers will continue to have low credibility as witnesses until the medical community can allay

***Legal Case Study #2***
***Admission of a Defendant's Belief in Satanism - State v. Waterhouse***

At the 1986 trial of Scott Waterhouse for the strangulation killing of a twelve year-old girl, the State introduced a tape recorded conversation between Waterhouse and the police officers. In the tape, Waterhouse described at length Satanic beliefs which involved sexual and destructive rituals and the extent of his involvement with Satanism.

At the trial, the following were introduced into evidence: the above mentioned tape; Waterhouse's testimony that Satanism represented the darker side of humanity and urges indulgence of man's carnal needs rather than abstinence; and a portion of *The Satanic Bible* that emphasized a belief that weaker people should be dominated by those who are stronger. At no time during the trial did Waterhouse object to the admission of any such evidence. Upon conviction and subsequent appeal, Waterhouse argued that the evidence pertaining to Satanism was inadmissible under Maine laws because its potential for unfairly prejudicing the jury outweighed its probative value.

In the August 15, 1986 decision of the Maine Supreme Judicial Court, it was found that evidence of the defendant's belief in Satanism was properly admitted at his trial and the value of such evidence outweighed danger of unfair prejudice. The text of the conclusion read in part:

> "We conclude that the evidence of satanism and the defendant's belief therein is relevant for the permissible purposes of proving the identity of the perpetrator as well as his intent. As to identity, the evidence described above demonstrates that as a believer in satanism, defendant could view commission of the heinous crime involved in this case as a means of achieving 'physical, mental or emotional gratification.' Similarly, he could believe that a demonstration of strength by total domination of a weaker person would bring 'reverence among men' at the expense of one who, being weak, deserved his fate. It was for the jury to decide whether such motivations were actually at work in this case, but the evidence of satanic beliefs is certainly probative of motive and, therefore, of the identity of the perpetrator within the meaning of M.R. Evid. 401. On the issue of intent, which the State has an affirmative burden to prove, the consistency between the circumstances of the crime and satanism's emphasis on sex, destruction and denigration of weakness, makes it more likely that if the defendant killed the victim, he did so intentionally rather than by accident, i.e., through recklessness or criminal negligence. Thus, the evidence of satanism is probative on the issue of intent."

the fears of the law enforcement community that such victims are really psychotics who have in fact been abused, but have imagined such abuse to be occult related.

### Are Trained Therapists Available to Assist Surviving Victims?

The existence of therapists specifically trained to deal with alleged survivors of occult-related abuse is the subject of yet another controversy. While the proponents of the "indocrination" theory discussed in *The Occult Debate, Issue #6* do not question the sincerity of therapists who work with alleged survivors, they do question their training, motives and their methods. Without repeating the controversy at this point, it is important to note that counseling opportunities for survivors have rapidly increased over the past several years.

### Summary

Investigators and therapists confronted with allegations of occult crime must be acquainted with the following issues:

1. Much debate currently exists about whether crimes committed in connection with an occult belief system should comprise a new crime category. Despite the debate, many occult cops and law enforcement agencies are specifically defining occult crime.

2. If law enforcers and law enforcement agencies decide to define occult-related crime, then some clear distinctions should be made. Most importantly, occult crime should not be used interchangeably with the terms Satanic crime and ritualistic abuse which are *types* of occult crime. As such, they are not representative of the broad category of criminal activities presumably associated with the occult.

3. The two most common *methods* of occult crime perpetrators are intermittent and experimental *dabbling* and repeated physical, sexual, psychological, and/or spiritual assaults utilizing *ritualism*. Ritualism is the true believer's tool; he or she does not dabble. Dabbling and ritualism are both used by the true criminal.

4. The two most common *motives* for perpetrating occult crime are those committed by true believers and true criminals: *true believers* commit ritualistic crimes because they are required as part of a spiritual belief system; *true criminals* commit any type of crime to satisfy physical, sexual, psychological, social, and/or economic needs rather than their spiritual beliefs.

5. While there is little evidence to link certain crimes directly to occult belief systems, law enforcers generally assume at least seven crimes may have some relation to the occult: trespassing, vandalism, theft, graffiti, arson, animal mutilation and sacrifice, and extortion. Another four crimes are the subject of debate in criminal justice circles: suicide, kidnapping, murder and human sacrifice, and ritualistic abuse.

6. Law enforcers and therapists are particularly concerned about the level of criminal involvement of the Youth Subculture Satanists. While some disagreement exists about the factors that propel them into Satanic activity and sometimes into Satanic crime, few disagree that these adolescents are most at-risk for dabbling and more serious entanglement in Satanism.

7. Ritualistic abuse, a *type* of occult crime alleged to be the special domain of Cult Satanists, is currently the most divisive issue within criminal justice circles. While few law enforcers debate either its existence or its increase, few agree about the extent of ritualistic crime committed specifically by Cult Satanists; the motivations of perpetrators; and the veracity of adult and child victims who claim to have survived ritualistic abuse at the hands of Cult Satanists.

8. The victimology of occult crime, especially ritualistic abuse, is an understudied and very controversial topic in both law enforcement and therapeutic circles.

Perhaps the most important point of this chapter is that the issue of occult crime is rife with several heated, emotional controversies. The major debates have been examined and the various "sides" have been explained. The investigator and therapist who deals with an alleged occult crime must, in essence, be an informed skeptic; that is, skeptical in the positive sense of the word. He or she must apply a healthy dose of skepticism when trying to unravel the controversies associated with occult crime. Indeed, to *always* take one approach over the other - to *always* believe an alleged occult crime is or is not part of a nationwide conspiracy; to *always* believe the perpetrator acted because of a commitment to an occult belief system *or* because he or she is truly a criminal; to *always* believe the victim is or is not telling the truth - gives the occult criminal the edge, ultimately hurts the victim, and undermines the investigative integrity of law enforcers.

**Crimes Against Animals:**
**Where to Go for Help in California**

For assistance with a suspected case of animal mutilation or sacrifice, contact any of the following:

California Association of Animal Control Officers
Post Office Box 804
Bellflower, CA 90706

Humane Society of the United States
Eric Sakach, Field Investigator, West Coast Regional Office
1713 J Street, Suite 211
Sacramento, CA 95814 (916) 447-3295

Long Beach, Department of Health and Human Services
Wayne M. Besenty, Senior Animal Control Officer
3001 E. Willow Street
Long Beach, CA 90806 (213) 595-5449

Los Angeles Society for the Prevention of
Cruelty to Animals
Toll-Free Hot Line (800) 540-SPCA

## ***The Occult Debate: Issue #3***
## ***Definitions of Occult Crime - Necessary or Superfluous Categories?***

**Some law enforcers have recommended the creation of a new criminal category specifically called "occult crime," arguing that such a category is necessary to measure the actual extent of crime related to the occult. Other law enforcers have adamantly argued against the creation of such a category, claiming that an "occult crime" category would not only be superfluous, but that no precedent exists - nor should there be one - for creating a crime category based upon a specific belief system.**

---

***Hypothesis:*** ***In order to understand the extent and nature of occult criminal activity throughout the nation, law enforcement agencies should adopt a new criminal category specifically called "occult crime."*** Advocates argue that such a category will provide a greater understanding about occult crime, and many suggest that the FBI should create a new Uniform Crime Report category entitled "occult crime." Among the definitions suggested by advocates include:

"Occult crime involves a crime that is occult-motivated, involved with secret knowledge of an occult group and uses certain rituals to change physical science." Sergeant Richard Valdemar, Los Angeles Sheriff's Department (Valdemar interview , May 23, 1989).

"Occult crime is in some way motivated by a person's belief either in religion or in theory." Officer Kurt Jackson, Beaumont, California Police Department (Jackson interview, May 16, 1989).

"Occult crime is motivated by nontraditional or occult beliefs. It is commited to further an occult belief system." Lt. Larry Jones, Boise, Idaho Police Department and Director of Cult Crime Impact Network. (Jones interview, May 8, 1989.)

"Occult crime is any illegal activity in which the trappings of the occult are present." Journalist Larry Kahaner (Kahaner interview, April 11, 1989).

---

***Hypothesis:*** ***Creating a new criminal category of "occult crime" is a superfluous and, perhaps, a dangerous precedent as it labels crimes with the name of the perpetrator's religion.*** Proponents argue that other crimes committed for professed religious reasons are not and should not be specifically labeled, nor should occult crime be so-labeled. Further, some proponents question the actual existence of occult crime as defined by the very law enforcers who wish to adopt a definition. Among the proponents of this viewpoint are:

Kenneth Lanning, Supervisory Special Agent for the FBI argues, "If a crime is committed as part of a spiritual belief system, it should make no difference which belief system it is. The crime is the same whether a child is abused or murdered as part of a Christian, Hare Krishna, Moslem, or any other belief system. We generally don't label crimes with the name of the perpetrator's religion. Why then are the crimes of child molesters, rapists, sadists, and murderers who happen to be involved in Satanism and the occult labeled as Satanic or occult crimes? If criminals use a spiritual belief system to justify or to further their criminal behavior, should the focus of law enforcement be on the belief system or the criminal activity?... The author would like to define a satanic murder as one committed by two or more individuals who rationally plan the crime and whose PRIMARY motivation is to fulfill a prescribed satanic ritual calling for the murder. By this definition, the author has been unable to identify even one documented satanic murder in the United States. Although such murders may have and can occur, they appear to be few in number." (Lanning, 1989:23-24.)

Robert Hicks, Criminal Justice Analyst for the Commonwealth of Virginia's Department of Criminal Justice Services, points out that "One doesn't condemn Christianity because Jim Jones and his group - all Christians - committed mass suicide or because the Pope spurred a murderous crusade in the Middle East some centuries ago. Whether or not people can get criminal ideas from belief systems - whether from Buddhism, Christianity, voodoo, Islam, or anything else - has little to do with the belief system but rather with a person's own psychological makeup. And in this realm the police have no jurisdiction. It is not a law enforcement responsibility to guess at what might prompt a citizen to commit a crime. Police arrest people who commit crimes under the influence of alcohol, but we don't blame the alcohol." (Hicks, 1989:11.)

***The Occult Debate: Issue #4***
***Perpetrators of Ritualistic Abuse: Actions of True Believers or True Criminals?***

**While most law enforcers, therapists and actual victims of ritual abuse can agree upon a description of ritualistic abuse, many do not agree upon the perpetrator's motive. On the one hand, perpetrators are clearly perceived as true believers whose spiritual beliefs require them to commit such crimes. On the other hand, perpetrators are described as true criminals who ritually abuse primarily for sexual, economic, psychological, and/or social reasons, not necessarily for spiritual reasons; their so-called commitment to any *occult or cult* belief system is used to rationalize their ritualistic criminal involvement.**

***Hypothesis:* *Perpetrators are true believers.***

These advocates define ritualistic abuse as repetitive sexual, physical and psychological actions perpetrated against children and/or adults *because they are Satanists and are preforming the crime as part of a Satanic ritual.* In other words, the motivation is one directly tied to the perpetrator's belief in Satanic theology. For example:

Dr. Lawrence Pazder defines ritualistic abuse *of children* as "repeated physical, emotional, mental, and spiritual assaults combined with a systematic use of symbols and secret ceremonies designed to turn a child against itself, family, society, and God...The sexual assault has ritualistic meaning and is not for sexual gratification." (Pazder, 1980.)

Susan J. Kelley, Ph.D. from the Boston College School of Nursing calls ritualistic abuse "repetitive and systematic sexual, physical, and psychological abuse of children by adults as part of cult or satanic worship." (Kelley, 1988:228.)

***Hypothesis:* *Perpetrators are True Criminals.***

Proponents of the true criminal theory feel that the vast majority of people who actually do commit crimes related to the occult do so for certain social, economic, sexual, physical and psychological reasons. They use their so-called commitment to the occult, especially Satanism, as a way to justify or rationalize their criminal behavior. For example:

Kenneth Lanning, a Special Agent with the FBI, feels the term ritualistic abuse is "confusing, misleading, and counterproductive" for law enforcement purposes. He states that "not all spiritually motivated ritualistic activity is satanic... In fact, most spiritually or religiously-based abuse of children has nothing to do with satanism. Most child abuse that could be termed ritualistic by various definitions is more likely to be physical and psychological rather than sexual in nature." (Lanning, 1989:11-13.)

Shawn Carlson, a physicist at the UC Berkeley Lawrence Laboratory and director of a two-year study conducted by the Committee for the Scientific Examination of Religion found that perpetrators of Satanic crimes committed over the past five years were largely mentally ill. Their spiritual motivations, in most cases, had very little to do with the commission of crime. (Carlson interview, October 1989.)

Inspector Earl Sanders of the San Francisco Police Department notes that SFPD's homicide division is seeing more occult-related crime, "but most of the perpetrators are really 'crazies' who also practice Satanism. We can't really tell how committed they are because of their psychopathic behavior." (Sanders Interview, May 10, 1989.)

## *The Occult Debate: Issue #5*
## *The Extent of Ritualistic Abuse - National Conspiracy or National Hysteria?*

**Of all the controversies surrounding this issue, the actual extent of ritualistic abuse is perhaps the most heatedly debated. On the one hand are advocates of the national conspiracy theory who contend members of an organized network which is possibly national in character, regularly commit kidnappings, rape and ritual sacrifices (especially of children) in the name of Satan. On the other hand are supporters of the national hysteria theory who argue that because many people need to believe a Satanic conspiracy poses a real threat to America, they pass on unsubstantiated and undocumented information about alleged Satanists in the hope of saving the nation.**

***Hypothesis:* *Ritualistic abuse is a widespread problem which may even involve a national conspiracy.***

Advocates believe ritualistic abuse, especially committed against children is, at the very least, a common occurrence in communities across the nation and, at the very worst, a national conspiracy of epidemic proportions. During a professional meeting in the mid-1980s, the conspiracy theory gained credence when Dr. Al Carlisle of the Utah State Prison system estimated between 50,000 and 60,000 human sacrifices were committed annually in the United States. Proponents believe such crimes continue to occur because Satanists are often well-respected politicians, doctors, attorneys, priests, ministers, daycare providers and law enforcers who hide their heretical and criminal deeds behind a facade of professional respectability. Among the most heinous crimes they cite are rituals in which infants or small children are sacrificed, and cannabalistic, sexual and psychological rituals in which children are forced to participate. Proponents say physical evidence of such crimes are absent because the Satanists eat much of the flesh and have access to advanced disposal methods. The experiences related by adult and child victims provide enough evidence of ritualistic abuse to validate its widespread and conspiratorial dimensions.

---

Adult and child survivors of ritualistic abuse and many members of the law enforcement, therapeutic and/or Fundamentalist Christian communities support this viewpoint. For example:

Dr. Bennett Braun has personally worked with over 70 adults in 22 states with Multiple Personality Disorder (MPD) and has conducted two recent studies on data collected from 40 states. He estimates that of the approximate 200,000 Americans who suffer from MPD, up to one-fourth, or 50,000, could be victims of Satanic Ritual Abuse. (Braun and Sachs, 1988.)

Psychiatrist Roland Summit, whose subspecialty is child sexual abuse, calls ritual abuse of children "the most serious threat to children and to society that we must face in our lifetime." Dr. Summit's experiences point to "no less than 1,000 children who have stated their involvment in ritualistic systems." (Summit, October 26, 1988.)

Dr. Lawrence Pazder, psychiatrist, describes the motives and pervasiveness of ritualized abusers who are "normal-looking and carry on normal lives. They are members of every strata of society which they have carefully infiltrated. Any position of societal power or influence should be seen as a target for infiltration. The perpetrators have masses of money available. Many have impeccable credentials - doctors, ministers, professionals of every kind. " (Pazder, 1980.)

Mike Warnke, reformed Satanist and Director of Warnke Ministries, says "Satanists have infiltrated the system - government, law enforcement, the courts - and are responsible for creating and nourishing a nationwide and international network." (Warnke, as quoted in the videotape *America's Best Kept Secret,* 1986.)

Jaimee Karroll, author of an anthology of survivor experiences, helped conduct a survey of ritual abuse survivors in Canada and the U.S. By late 1988, the sponsoring agency, Healing Hearts, had received 85 responses from survivors. Additionally, throughout 1988 while working on the book, 108 survivors and 303 professionals contacted the agency; since 1988, she estimates that 10 professionals and 2-4 survivors continue to contact her each month. (Karroll, 1988.)

Survivor Joan Christianson has related her experiences to groups across the country. She "averages about 140 phone calls a month mostly from survivors. That means that in one year, I have received 1,680 phone calls and in the seven years that I have been doing this I have gotten 10,760 phone calls." (Christianson, 1988.)



AF-41
R00566

***Hypothesis:* Ritualistic abuse is not a widespread problem of conspiratorial dimensions; rather, such rumors have been fueled by a national hysteria perpetrated for a wide variety of social and religious reasons.**

Advocates of the national hysteria theory do not deny the existence of ritual abuse, but feel its dimensions and links to the occult have been blown out of proportion. Some advocates go a step futher, believing conspiracy advocates are victims of an "urban legend", a tale that spreads rapidly across the country with few changes in detail but which is almost impossible to trace to any actual event. Chief among their arguments are the following: If such crimes are widespread, where are the bodies; where is the physical evidence? Even if the bodies can be found, can the crimes be directly linked to the Satanic theology of true believers or are they really committed by psychopathic true criminals who use the occult for their own deviant purposes? Among the proponents are members of the criminal justice and academic communities (especially anthropologists and sociologists.) For example:

Sandi Gallant, veteran occult crime investigator from the San Francisco Police Department, submitted a report to the California Attorney General concluding, "While only a limited number of cases involving true ritual aspects have emerged, misunderstanding and misinterpretation of case indicators combined with cross-contamination and a hysterical response have allowed the issue to appear much more wide spread than it truly is. This has occurred not only within the State of California, but throughout the nation." (Gallant, 1988.)

Detective Michael O'Connor of the San Diego County Sheriff's Department has conducted hundreds of occult-related investigations, concluding that the "hard core Satanists" are usually members of small, closed groups opposed to networking. In fact, "networking among hard-core Satanists is very, very rare as Satanists make it clear they do not want everybody involved in their religion." (O'Connor Seminar, August 16, 1989.)

Kenneth Lanning, Supervisory Special Agent at the FBI Academy, contributes a cautionary warning, "Until hard evidence is obtained and corroborated, the American people should not be frightened into believing that babies are being eaten, that 50,000 missing children are being murdered in human sacrifices, or that satanists are taking over America's day care centers. No one can prove with absolute certainty that such activity has NOT occurred. The burden of proof, however, as it would be in a criminal prosecution, is on those who claim that it has occurred. As law enforcement agencies evaluate and decide what they can or should do about satanic and occult activity in their communities, they might also consider how to deal with the type and hysteria of the 'anti-satanists.' The overreaction to the problem can clearly be worse than the problem. An unjustified crusade against those perceived as satanists could result in wasted resources, unwarranted damage to reputations, and disruption of civil liberties." (Lanning, 1989:30-31.)

Anthropologist and Minister J. Gordon Melton feels much of the current hysteria is due to the "intense crisis within evangelical churches. Evangelical leaders need the devil as part of their authority structure. Without the devil, they don't have anybody to fight." Thus, many fundamentalist Christians have a stake in perpetuating a belief in a dangerous, national network of Satanists who threaten the religious underpinnings of American society. (Melton interview, March 1989.)

Sociologist Jeffrey Victor's extensive study of a Satanic cult said to be operating in Western New York found the so-called cult had never existed and instead, was the result of a rumor-panic and economic self-aggrandizement. Rumor panics, he concludes, occur in small towns and rural areas due to "collective anxieties caused by economic stress and family deterioration, affecting particularly young blue-collar families. The metaphorical language of the rumors tells the story of families whose world is falling apart and whose ideals are being threatened by evil forces. These underlying sources of stress are being inflamed by vested interests, which gain income, members or audiences by exaggerating fears about satanic group activities." (Victor, 1989:45-46.)

Executive Director of the Family Service Agency of San Francisco, Ira Okun, recently wrote, "In 1987, our agency served over 7,000 family members where one or more children were at risk of child abuse and neglect...An inventory of the caseload revealed not one verified case of satanic or suspected satanic abuse. Also, no staff could recall any cases from past years...I feel that ritualistic abuse is a popular media subject and I do not deny that it may exist, but the hunt for witches is diverting the state's attention from the more massive, problem of child abuse." (Okun, January 9, 1989.)