# EXHIBIT H

*(Reasonable Accommodation and Miscellaneous Communication)*

Gmail

**Demia Wilburn** [redacted]

## Reasonable Accommodation - URGENT REQUEST
7 messages

---

**Demia Wilburn** <[redacted] Thu, Apr 20, 2023 at 11:13 AM
To: reasonableaccommodation.request@nypd.org
Cc: erik.worobey@nypd.org

Good Morning:

I hope all is well.  I am currently assigned to the Office of the Chief of Transportation. I have experienced varying levels of hardship and would like to request the option to work from home effective tomorrow.  I discussed the matter with my CO (copied on this email), and he expressed his support. I am reserving noting further details. I currently do not have access to my work email, so I am using a personal account. Thank you for your help.

Best,
ASA Demia (Wilburn) Shymansky

---

**Demia Wilburn** <[redacted]> Thu, Apr 20, 2023 at 11:13 AM
To: "WILBURN, WYNEIKA" <wyneika.wilburn@nypd.org>

---------- Forwarded message ---------
From: **Demia Wilburn** [redacted]>
Date: Thu, Apr 20, 2023 at 11:13 AM
Subject: Reasonable Accommodation - URGENT REQUEST
To: <reasonableaccommodation.request@nypd.org>
CC: <erik.worobey@nypd.org>

Good Morning:

I hope all is well.  I am currently assigned to the Office of the Chief of Transportation. I have experienced varying levels of hardship and would like to request the option to work from home effective tomorrow.  I discussed the matter with my CO (copied on this email), and he expressed his support. I am reserving noting further details. I currently do not have access to my work email, so I am using a personal account. Thank you for your help.

Best,
ASA Demia (Wilburn) Shymansky

---

**Demia Wilburn** <demia.wilburn@gmail.com> Thu, Apr 20, 2023 at 1:08 PM
To: michael.cascone@nypd.org

Hello Sgt.:

As per our conversation, I am sending the request to you directly. Thank you in advance for your help.

Best,
Demia

---------- Forwarded message ---------
From: **Demia Wilburn** <[redacted]>
Date: Thu, Apr 20, 2023 at 11:13 AM
Subject: Reasonable Accommodation - URGENT REQUEST
To: <reasonableaccommodation.request@nypd.org>

CC: <erik.worobey@nypd.org>

Good Morning:

I hope all is well. I am currently assigned to the Office of the Chief of Transportation. I have experienced varying levels of hardship and would like to request the option to work from home effective tomorrow. I discussed the matter with my CO (copied on this email), and he expressed his support. I am reserving noting further details. I currently do not have access to my work email, so I am using a personal account. Thank you for your help.

Best,
ASA Demia (Wilburn) Shymansky

---

**CASCONE, MICHAEL** <MICHAEL.CASCONE@nypd.org> Thu, Apr 20, 2023 at 1:18 PM
To: Demia Wilburn <[redacted]>

Dear ASA Shymansky,

I hope this letter finds you well. I am writing to you today to request that you fill out the enclosed application as soon as possible.

As you may already know, the application is an important document that must be completed for the Reasonable Accommodation process. This application requires important information that we need to process the request for accommodation as quickly and efficiently as possible.

Please take the time to carefully review the application and provide accurate information. This will help to ensure that the process moves smoothly and that there are no delays or errors.

If you have any questions about the application or need assistance in completing it, please do not hesitate to contact the Reasonable Accommodation Unit. The Reasonable Accommodation Unit is here to help and support you through this process. When you have completed the application, please return it to the email address of RA@nypd.org

Thank you for your time and attention to this matter. I look forward to receiving your completed application soon.

Respectfully,

**Michael Cascone**
Sergeant
Equal Employment Opportunity Division
Phone: (646) 610-5330
Email: Michael.Cascone@nypd.org

NYPD

**Confidentiality Notice**: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic

Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

---

**From:** Demia Wilburn <[redacted]>
**Sent:** Thursday, April 20, 2023 1:08 PM
**To:** CASCONE, MICHAEL <MICHAEL.CASCONE@nypd.org>
**Subject:** Fwd: Reasonable Accommodation - URGENT REQUEST

You don't often get email from demia.wilburn@gmail.com. Learn why this is important

**CAUTION! EXTERNAL SENDER**

**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org

Hello Sgt.:

As per our conversation, I am sending the request to you directly. Thank you in advance for your help.

Best,
Demia

---------- Forwarded message ---------
From: **Demia Wilburn** <[redacted]>
Date: Thu, Apr 20, 2023 at 11:13 AM
Subject: Reasonable Accommodation - URGENT REQUEST
To: <reasonableaccommodation.request@nypd.org>
CC: <erik.worobey@nypd.org>

Good Morning:

I hope all is well. I am currently assigned to the Office of the Chief of Transportation. I have experienced varying levels of hardship and would like to request the option to work from home effective tomorrow. I discussed the matter with my CO (copied on this email), and he expressed his support. I am reserving noting further details. I currently do not have access to my work email, so I am using a personal account. Thank you for your help.

Best,
ASA Demia (Wilburn) Shymansky

---

**Reasonable Accommodation Request Form.pdf**
179K

---

**Demia Wilburn** <[redacted]> Thu, Apr 20, 2023 at 1:31 PM
To: "CASCONE, MICHAEL" <MICHAEL.CASCONE@nypd.org>

Thank you for sending the application to me.

Best,
Demia

On Thu, Apr 20, 2023 at 1:18 PM CASCONE, MICHAEL <MICHAEL.CASCONE@nypd.org> wrote:

> Dear ASA Shymansky,

I hope this letter finds you well. I am writing to you today to request that you fill out the enclosed application as soon as possible.

As you may already know, the application is an important document that must be completed for the Reasonable Accommodation process. This application requires important information that we need to process the request for accommodation as quickly and efficiently as possible.

Please take the time to carefully review the application and provide accurate information. This will help to ensure that the process moves smoothly and that there are no delays or errors.

If you have any questions about the application or need assistance in completing it, please do not hesitate to contact the Reasonable Accommodation Unit. The Reasonable Accommodation Unit is here to help and support you through this process. When you have completed the application, please return it to the email address of RA@nypd.org

Thank you for your time and attention to this matter. I look forward to receiving your completed application soon.

Respectfully,

**Michael Cascone**
Sergeant
Equal Employment Opportunity Division
Phone: (646) 610-5330
Email: Michael.Cascone@nypd.org

**Confidentiality Notice**: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

---

**From:** Demia Wilburn [redacted]
**Sent:** Thursday, April 20, 2023 1:08 PM
**To:** CASCONE, MICHAEL <MICHAEL.CASCONE@nypd.org>
**Subject:** Fwd: Reasonable Accommodation - URGENT REQUEST

You don't often get email from [redacted] Learn why this is important

**CAUTION! EXTERNAL SENDER**

**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org

Hello Sgt.:

As per our conversation, I am sending the request to you directly. Thank you in advance for your help.

Best,
Demia

---------- Forwarded message ---------
From: **Demia Wilburn** [redacted]
Date: Thu, Apr 20, 2023 at 11:13 AM
Subject: Reasonable Accommodation - URGENT REQUEST
To: <reasonableaccommodation.request@nypd.org>
CC: <erik.worobey@nypd.org>

Good Morning:

I hope all is well. I am currently assigned to the Office of the Chief of Transportation. I have experienced varying levels of hardship and would like to request the option to work from home effective tomorrow. I discussed the matter with my CO (copied on this email), and he expressed his support. I am reserving noting further details. I currently do not have access to my work email, so I am using a personal account. Thank you for your help.

Best,
ASA Demia (Wilburn) Shymansky

---

**Accommodation Request, Reasonable** <ReasonableAccommodation.Request@nypd.org> — Fri, Apr 21, 2023 at 6:51 AM
To: Demia Wilburn [redacted]

Please complete application and return with any supporting documentation to RA@nypd.org, a RA Specialist will reach out within 7-10 days to review application please be patient for we have other applications before you but will get to you as soon as we can.

thank you

---

**From:** Demia Wilburn [redacted]
**Sent:** Thursday, April 20, 2023 11:13 AM
**To:** Accommodation Request, Reasonable <ReasonableAccommodation.Request@nypd.org>
**Cc:** WOROBEY, ERIK <ERIK.WOROBEY@nypd.org>
**Subject:** Reasonable Accommodation - URGENT REQUEST

Some people who received this message don't often get email from demia.wilburn@gmail.com. Learn why this is important

**CAUTION! EXTERNAL SENDER**

**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org

Good Morning:

I hope all is well. I am currently assigned to the Office of the Chief of Transportation. I have experienced varying levels of hardship and would like to request the option to work from home effective tomorrow. I discussed the matter with my CO (copied on this email), and he expressed his support. I am reserving noting further details. I currently do not have access to my work email, so I am using a personal account. Thank you for your help.

Best,
ASA Demia (Wilburn) Shymansky

**ORGINAL RA FORM #1.pdf**
86K

---

**Demia Wilburn** [redacted] Tue, Apr 25, 2023 at 8:13 AM
To: "CASCONE, MICHAEL" <MICHAEL.CASCONE@nypd.org>

Good Morning:

Hope all is well. I submitted the application to the RA address yesterday. Please let me know if you do not have it. Thank you for your help and hope to hear something soon.

Best,
Demia

On Thu, Apr 20, 2023 at 1:18 PM CASCONE, MICHAEL <MICHAEL.CASCONE@nypd.org> wrote:

> Dear ASA Shymansky,
>
> I hope this letter finds you well. I am writing to you today to request that you fill out the enclosed application as soon as possible.
>
> As you may already know, the application is an important document that must be completed for the Reasonable Accommodation process. This application requires important information that we need to process the request for accommodation as quickly and efficiently as possible.
>
> Please take the time to carefully review the application and provide accurate information. This will help to ensure that the process moves smoothly and that there are no delays or errors.
>
> If you have any questions about the application or need assistance in completing it, please do not hesitate to contact the Reasonable Accommodation Unit. The Reasonable Accommodation Unit is here to help and support you through this process. When you have completed the application, please return it to the email address of RA@nypd.org
>
> Thank you for your time and attention to this matter. I look forward to receiving your completed application soon.
>
> Respectfully,

**Michael Cascone**
Sergeant
Equal Employment Opportunity Division
Phone: (646) 610-5330
Email: Michael.Cascone@nypd.org

**Confidentiality Notice**: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

---

**From:** Demia Wilburn <[redacted]
**Sent:** Thursday, April 20, 2023 1:08 PM
**To:** CASCONE, MICHAEL <MICHAEL.CASCONE@nypd.org>
**Subject:** Fwd: Reasonable Accommodation - URGENT REQUEST

You don't often get email from [redacted] Learn why this is important

**CAUTION! EXTERNAL SENDER**

**STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: reportphishing@nypd.org

Hello Sgt.:

As per our conversation, I am sending the request to you directly. Thank you in advance for your help.

Best,
Demia

---------- Forwarded message ---------
From: **Demia Wilburn** <[redacted]
Date: Thu, Apr 20, 2023 at 11:13 AM
Subject: Reasonable Accommodation - URGENT REQUEST
To: <reasonableaccommodation.request@nypd.org>
CC: <erik.worobey@nypd.org>

Good Morning:

I hope all is well.  I am currently assigned to the Office of the Chief of Transportation. I have experienced varying levels of hardship and would like to request the option to work from home effective tomorrow.  I discussed the matter with my CO (copied on this email), and he expressed his support. I am reserving noting further details. I currently do not have access to my work email, so I am using a personal account. Thank you for your help.

Best,
ASA Demia (Wilburn) Shymansky

Gmail

Demia Wilburn <[redacted]>

# Re: Reasonable Accommodation Request Administratively Closed

3 messages

**SHYMANSKY, DEMIA** <DEMIA.SHYMANSKY@nypd.org> Tue, Jun 27, 2023 at 2:03 PM
To: "PERRONE, EUGENE" <EUGENE.PERRONE@nypd.org>

Hi:

I just want to ask in regards to this letter - are you considering that our last communication was on or around 6/22 c. 12:31 PM? It was my understanding that a religious accommodation of working from home could not be accommodated for religious reasons but rather medical reasons. While I can appreciate the concern about accommodating my religious practices, it has become a grave concern even until this morning. Please ensure that your records reflect our last conversation.

Also, I have had a hard time finding the address to file an EEO complaint. Could you provide that to me?

Best,

**ASA Demia (Wilburn) Shymansky, Esq.**

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/ FOR OFFICIAL USE ONLY.*

---

**From:** SHYMANSKY, DEMIA
**Sent:** Tuesday, June 27, 2023 12:42 PM
**To:** PERRONE, EUGENE <EUGENE.PERRONE@nypd.org>
**Subject:** Re: Reasonable Accommodation Request Administratively Closed

Thank you for this response. It is quite helpful in my moving forward. Please also include in my file that my deeply held religious belief is Deuteronomy 18:9-13. I would also cite Exodus 20:15 and 17. I appreciate your help.

Best,

**ASA Demia (Wilburn) Shymansky, Esq.**

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT*

*SENSITIVE/FOR OFFICIAL USE ONLY.*

On Jun 26, 2023, at 3:35 PM, PERRONE, EUGENE <EUGENE.PERRONE@nypd.org> wrote:

Hello ASA Shymansky,

I'm emailing you to notify you that after numerous unsuccessful attempts to communicate with you in regards to your accommodation request options, your request is being administratively closed.

If you still wish to request the accommodation that was previously discussed, please re-submit your reasonable accommodation request application again. If you have any questions, please contact me at 646-610-7386. Thank you.

Respectfully,

*Police Officer Eugene Perrone*
*Equal Employment Opportunity Division*
*375 Pearl Street, 15th Floor, Suite 4*
*New York, NY 10038*
*Main: 646-610-7386*
*Cell: 929-215-7079*
*Email: Eugene.Perrone@nypd.org*

<Outlook-e02ig4cb.png>

***CONFIDENTIALITY NOTICE****: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.*
*Please treat this and all other communications from the New York City Police Department as **LAW ENFORCEMENT SENSITIVE / FOR OFFICIAL USE ONLY**.*
***NO REPORT OR SEGMENT THEREOF MAY BE RELEASED TO ANY MEDIA SOURCES**.*

<Admin Close - Letter to Petitioner - 2023-705 - Signed.pdf>

---

**Demia Wilburn** <[redacted] Wed, Aug 23, 2023 at 1:29 AM
Draft To: "SHYMANSKY, DEMIA" <demia.shymansky@nypd.org>

On Tue, Jun 27, 2023 at 2:03 PM SHYMANSKY, DEMIA <DEMIA.SHYMANSKY@nypd.org> wrote:

> Hi:
>
> I just want to ask in regards to this letter - are you considering that our last communication was on or

around 6/22 c. 12:31 PM? It was my understanding that a religious accommodation of working from home could not be accommodated for religious reasons but rather medical reasons. While I can appreciate the concern about accommodating my religious practices, it has become a grave concern even until this morning. Please ensure that your records reflect our last conversation.

Also, I have had a hard time finding the address to file an EEO complaint. Could you provide that to me?

Best,

**ASA Demia (Wilburn) Shymansky, Esq.**

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/FOR OFFICIAL USE ONLY.*

---

**From:** SHYMANSKY, DEMIA
**Sent:** Tuesday, June 27, 2023 12:42 PM
**To:** PERRONE, EUGENE <EUGENE.PERRONE@nypd.org>
**Subject:** Re: Reasonable Accommodation Request Administratively Closed

Thank you for this response. It is quite helpful in my moving forward. Please also include in my file that my deeply held religious belief is Deuteronomy 18:9-13. I would also cite Exodus 20:15 and 17. I appreciate your help.

Best,

**ASA Demia (Wilburn) Shymansky, Esq.**

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/FOR OFFICIAL USE ONLY.*

On Jun 26, 2023, at 3:35 PM, PERRONE, EUGENE <EUGENE.PERRONE@nypd.org> wrote:

Hello ASA Shymansky,

I'm emailing you to notify you that after numerous unsuccessful attempts to communicate with you in regards to your accommodation request options, your request is being administratively closed.

If you still wish to request the accommodation that was previously discussed, please re-submit your reasonable accommodation request application again. If you have any questions, please contact me at 646-610-7386. Thank you.

Respectfully,

*Police Officer Eugene Perrone*
*Equal Employment Opportunity Division*
*375 Pearl Street, 15th Floor, Suite 4*
*New York, NY 10038*
*Main: 646-610-7386*
*Cell: 929-215-7079*
*Email: Eugene.Perrone@nypd.org*

<Outlook-e02ig4cb.png>

***CONFIDENTIALITY NOTICE****: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.*
*Please treat this and all other communications from the New York City Police Department as* ***LAW ENFORCEMENT SENSITIVE / FOR OFFICIAL USE ONLY****.*
***NO REPORT OR SEGMENT THEREOF MAY BE RELEASED TO ANY MEDIA SOURCES****.*

<Admin Close - Letter to Petitioner - 2023-705 - Signed.pdf>

---

**Demia Wilburn** <[redacted]> Wed, Aug 23, 2023 at 1:29 AM
To: [redacted]

---------- Forwarded message ---------
From: **SHYMANSKY, DEMIA** <DEMIA.SHYMANSKY@nypd.org>
Date: Tue, Jun 27, 2023 at 2:03 PM
Subject: Re: Reasonable Accommodation Request Administratively Closed
To: PERRONE, EUGENE <EUGENE.PERRONE@nypd.org>

Hi:

I just want to ask in regards to this letter - are you considering that our last communication was on or around 6/22 c. 12:31 PM? It was my understanding that a religious accommodation of working from home could not be accommodated for religious reasons but rather medical reasons. While I can appreciate the concern about accommodating my religious practices, it has become a grave concern even until this morning. Please ensure that your records reflect our last conversation.

Also, I have had a hard time finding the address to file an EEO complaint. Could you provide that to me?

Best,

**ASA Demia (Wilburn) Shymansky, Esq.**

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/ FOR OFFICIAL USE ONLY.*

---

**From:** SHYMANSKY, DEMIA
**Sent:** Tuesday, June 27, 2023 12:42 PM
**To:** PERRONE, EUGENE <EUGENE.PERRONE@nypd.org>
**Subject:** Re: Reasonable Accommodation Request Administratively Closed

Thank you for this response. It is quite helpful in my moving forward. Please also include in my file that my deeply held religious belief is Deuteronomy 18:9-13. I would also cite Exodus 20:15 and 17. I appreciate your help.

Best,

**ASA Demia (Wilburn) Shymansky, Esq.**

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/FOR OFFICIAL USE ONLY.*

On Jun 26, 2023, at 3:35 PM, PERRONE, EUGENE <EUGENE.PERRONE@nypd.org> wrote:

Hello ASA Shymansky,

I'm emailing you to notify you that after numerous unsuccessful attempts to communicate with you in regards to your accommodation request options, your request is being administratively closed.

If you still wish to request the accommodation that was previously discussed, please re-submit your reasonable accommodation request application again. If you have any questions, please contact me at 646-610-7386. Thank you.

Respectfully,

*Police Officer Eugene Perrone*
*Equal Employment Opportunity Division*
*375 Pearl Street, 15th Floor, Suite 4*
*New York, NY 10038*
*Main: 646-610-7386*
*Cell: 929-215-7079*
*Email: Eugene.Perrone@nypd.org*

<Outlook-e02ig4cb.png>

***CONFIDENTIALITY NOTICE****: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.*
*Please treat this and all other communications from the New York City Police Department as* ***LAW ENFORCEMENT SENSITIVE / FOR OFFICIAL USE ONLY****.*
***NO REPORT OR SEGMENT THEREOF MAY BE RELEASED TO ANY MEDIA SOURCES****.*

<Admin Close - Letter to Petitioner - 2023-705 - Signed.pdf>

Gmail Demia Wilburn [redacted]

## Reasonable Accommodation

1 message

**SHYMANSKY, DEMIA** <DEMIA.SHYMANSKY@nypd.org> Mon, Apr 24, 2023 at 9:45 AM
To: RA <RA@nypd.org>

Good Morning:

Attached please find my request for reasonable accommodation. Please let me know if I need to provide any additional information.

Best,

**ASA Demia (Wilburn) Shymansky, Esq.**
Project Manager | Office of Chief of Transportation
New York City Police Department
Email: wyneika.wilburn@nypd.org
Direct: (646) 610-4661
Office: (646) 610-5500

**Chief of Transportation**

Join New York's Finest nyc.gov/nypd

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/ FOR OFFICIAL USE ONLY.*

**img-424093451-0001.pdf**
89K

**REASONABLE ACCOMMODATION REQUEST FOR EMPLOYEES**
PD 407-015A (Rev. 08-21)

| FOR EEOD USE ONLY |
|---|
| RA No. |
| Date Request Received: |

# CONFIDENTIAL

The New York City Police Department will make reasonable accommodations to qualified employees with disabilities, religious beliefs/practices/observances, those who are pregnant and/or recovering from childbirth or a related medical condition, and victims of domestic violence, sex offenses, or stalking unless providing such accommodations would impose undue hardship.

**SECTION I** – Employee must complete each caption legibly and accurately.

| Rank/Title | Name | |
|---|---|---|
| ASA | Demia Shymansky | |
| Command *(no abbreviations)* | | Tax Number |
| | | [redacted] |
| Address | | |
| | | |
| Home Phone No. | Cell Phone No. | |
| [redacted] | Same as Home | |
| Best E-mail Address | | |
| demia.shymansky@nypd.org | | |

Basis of reasonable accommodation request:

☐ Disability

☒ Religious

Describe your religious belief/practice/observances and identify the accommodation(s) you request:

Due to my religious beliefs, I require time to meet with a clergyman on a regular basis, specifically at least twice per week before 1600 hrs (4 PM). My alternative is to work from home.

☐ Status as Victim of Domestic Violence, Sex Offenses or Stalking

☐ Pregnancy, Childbirth, or a Related Medical Condition

Identify the situation which requires accommodation:
**<u>Please be specific</u>. Attach additional sheets of paper, if necessary**

N/A (unstated)

Is the condition for which you are requesting an accommodation:

☐ Permanent ☐ Temporary ☒ Unknown

If temporary, anticipated date accommodation(s) no longer needed: ______________

Describe the nature of reasonable accommodation requested and how the accommodation will assist you to perform the essential functions of the position held or desired, or to enjoy the benefits and privileges of employment. Please be specific. (Attach additional sheets and present supporting documentation as appropriate).

Extended Meal - By extending my meal time, I can meet with the clergy. I can make up lost time by extending my tour by the amount of time taken.

Work from Home (Hybrid): Because my primary job functions are performed on the computer, I should be able to continue working on a department-supplied computer in a secure environment outside of the office.

If equipment is requested, please specify brand, model number, and vendor, if known.

Equipment is already supplied.

**WE ARE AN EQUAL OPPORTUNITY EMPLOYER**

**For Reasonable Accommodations based on Disability, you may be required to provide verification by a health professional or a disability service provider (e.g., ACCESS-VR, NYS Commission for the Blind and Visually Impaired, etc.)**

**<u>This CONFIDENTIAL documentation must be provided to the Equal Employment Opportunity Division</u>**

**Documentation <u>must</u>:**

- **Be written on official letterhead of the qualified health professional or health professional's organization.**
- **Identify the health professional's credentials (e.g., M.D., D.O., etc.).**
- **Be dated and signed by the health professional.**
- **Describe the severity of the disability and its limitations, in detail, as they currently exist and only in relationship to the job.**
- **State whether the duration of disability is permanent or temporary or unknown.**
    - **If temporary, specify the date the disability is expected to no longer require accommodation.**
- **Indicate the extent to which the accommodation will permit you to perform the essential functions of the job or to enjoy the benefits and privileges of employment.**

**I certify that I have read and understood the information provided in this request, and that it is true to the best of my knowledge, information, and belief.**

Requesting Employee's Signature: [signature] Date: 4/24/23

**Upon completion of SECTION I, submit this form to your IMMEDIATE SUPERVISOR**

**WE ARE AN EQUAL OPPORTUNITY EMPLOYER**

# CONFIDENTIAL

**SECTION II** – To be completed by **immediate supervisor of the employee** requesting accommodation **AFTER** a phone consultation with a member from the Deputy Commissioner, Office of Equity and Inclusion, Equal Employment Opportunity Division at (646) 610-5330. The immediate supervisor must complete and submit form to the Equal Employment Opportunity Division **within three (3) working days of receipt.**

| Supervisor's Rank/Title | Name | |
|---|---|---|
| Command | | Tax Number |
| Supervisor Telephone No. | Cell Phone No. | |
| Best E-mail Address | | Date Request Received |

Check your recommendation below:

☐ **Recommend APPROVAL** ☐ **Recommend DISAPPROVAL**

Comments/Reason:

☐ **Supporting Documentation Included** ☐ **Supporting Documentation Not Included**

Supervisor's Signature: ______________________________ Date:______________

*******************************************************************************

After completing this section, the **immediate supervisor of the employee** must:

- Provide a copy of this form to the employee.
- Fax or email a copy to the Reasonable Accommodation Unit at (646) 610-5898 or RA@nypd.org.
- Ensure that confidentiality is maintained and take necessary action as required by Administrative Guide procedure 320-47.
- Forward original request and any supporting documentation to the:

**DEPUTY COMMISSIONER, OFFICE OF EQUITY AND INCLUSION**
**EQUAL EMPLOYMENT OPPORTUNITY DIVISION**
**375 PEARL STREET, 15TH FLOOR, SUITE 4**
**NEW YORK, NEW YORK 10038**
**ATTN: REASONABLE ACCOMMODATION UNIT**

**WE ARE AN EQUAL OPPORTUNITY EMPLOYER**

Phone call w/ Emily

wanted to know if more reports.

Told her ongoing FFDE

Asked timeline?

I said depends. Once a month.

Said would get updates from job.

Rec for counseling.

Said rec multiple x & psychiatric eval

wants to know if we could provide a letter that we recommended it.

Said we check w/ Bloom

Bloom: after we see her again, yeah can provide a letter. FU & send her email.

Let Collins know

NYPD
New York City Police Department

Janelle Rondeau, Psy.D.
Psychologist

Emily Collins 4/24/23

End of August on 8th floor, compstat
Emailed asking to go to compstat meeting
Said Ø go, said next one please.
Cap looked her up. She showed up still to
meeting. Goes around back to get in.
Assigned seating, comes back out. Sees
Chief Coney, told wants to go in meeting, he
said OK, she goes up to 1st cap & said Chief
said could go. Said no. Pinballing around &
disobeying orders to get into meeting. Tries
to get in again @ break. To get in back, go
thru ITB office. Told not to be making people
uncomfortable doing sign of cross.

MOS was recommended to do counseling. But
can't mandate.
Command needs to start documenting. Got
meets standards in Feb 2023.
On CPR - internal investigation } 12/16/2022
Rec is charges & specs.

Gmail **Demia Wilburn** [redacted]

# FW: Chat

2 messages

**SHYMANSKY, DEMIA** <DEMIA.SHYMANSKY@nypd.org> Wed, Aug 24, 2022 at 11:16 AM
To: "demia.wilburn@gmail.com" [redacted]

**ASA Demia Shymansky, Esq.**

Project Manager | Project Management Office

Deputy Commissioner Strategic Initiatives

New York City Police Department

Email: wyneika.wilburn@nypd.org

Direct: (646) 610-8462

Office: (646) 610-6950

NYPD PROJECT MANAGEMENT OFFICE

Join New York's Finest nyc.gov/nypd

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/FOR OFFICIAL USE ONLY.*

---

**From:** SHYMANSKY, DEMIA
**Sent:** Wednesday, August 24, 2022 11:14 AM
**To:** PIEKUT, EWELINA <EWELINA.PIEKUT@nypd.org>
**Subject:** RE: Chat

Thank you for getting back to me. A supervisor is fine. I would have preferred a 1 on 1, but if it makes you comfortable then I would like to be accommodating. Is there a particular supervisor that you would like to be there? It cannot be Annie. As long as we can agree on who should be present, then please let me know.

Best,

**ASA Demia Shymansky, Esq.**

Project Manager | Project Management Office

Deputy Commissioner Strategic Initiatives

New York City Police Department

Email: wyneika.wilburn@nypd.org

Direct: (646) 610-8462

Office: (646) 610-6950

PMO NYPD PROJECT MANAGEMENT OFFICE

Join New York's Finest nyc.gov/nypd

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/FOR OFFICIAL USE ONLY.*

---

**From:** PIEKUT, EWELINA <EWELINA.PIEKUT@nypd.org>
**Sent:** Wednesday, August 24, 2022 11:09 AM
**To:** SHYMANSKY, DEMIA <DEMIA.SHYMANSKY@nypd.org>
**Subject:** RE: Chat

Good Morning,

Sure, if you would like to speak, I would prefer to have a supervisor present.

Best,

Ewelina

---

**From:** SHYMANSKY, DEMIA <DEMIA.SHYMANSKY@nypd.org>

**Sent:** Wednesday, August 24, 2022 7:50 AM
**To:** PIEKUT, EWELINA <EWELINA.PIEKUT@nypd.org>
**Subject:** Chat

Good Morning:

When you get a chance, I would like to have a private chat with you. Please let me know when you are free.

Best,

**ASA Demia Shymansky, Esq.**

Project Manager | Project Management Office

Deputy Commissioner Strategic Initiatives

New York City Police Department

Email: wyneika.wilburn@nypd.org

Direct: (646) 610-8462

Office: (646) 610-6950

PMO NYPD PROJECT MANAGEMENT OFFICE

Join New York's Finest nyc.gov/nypd

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/FOR OFFICIAL USE ONLY.*

---

**SHYMANSKY, DEMIA** <DEMIA.SHYMANSKY@nypd.org> Wed, Aug 24, 2022 at 1:48 PM
To: "PIEKUT, EWELINA" <EWELINA.PIEKUT@nypd.org>

Ewelina:

I actually didn't say what the subject was. But your response is very telling. We don't communicate outside of work, so any connection I have with you is from work. Inconvenient is an understatement. Based on this exchange, it is

clear that the issue that we need to discuss must be escalated. I'll be in touch.

Best,

**ASA Demia Shymansky, Esq.**

Project Manager | Project Management Office

Deputy Commissioner Strategic Initiatives

New York City Police Department

Email: wyneika.wilburn@nypd.org

Direct: (646) 610-8462

Office: (646) 610-6950

NYPD PROJECT MANAGEMENT OFFICE

Join New York's Finest nyc.gov/nypd

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/FOR OFFICIAL USE ONLY.*

---

**From:** PIEKUT, EWELINA <EWELINA.PIEKUT@nypd.org>
**Sent:** Wednesday, August 24, 2022 11:44 AM
**To:** SHYMANSKY, DEMIA <DEMIA.SHYMANSKY@nypd.org>
**Subject:** RE: Chat

As Annie is my direct supervisor, that is the supervisor I would choose; I apologize that this is inconvenient for you. Considering this is not project/work related, I am not in the right mindset for personal discussions.

Best,

Ewelina

---

**From:** SHYMANSKY, DEMIA <DEMIA.SHYMANSKY@nypd.org>
**Sent:** Wednesday, August 24, 2022 11:14 AM

**To:** PIEKUT, EWELINA <EWELINA.PIEKUT@nypd.org>
**Subject:** RE: Chat

Thank you for getting back to me. A supervisor is fine. I would have preferred a 1 on 1, but if it makes you comfortable then I would like to be accommodating. Is there a particular supervisor that you would like to be there? It cannot be Annie. As long as we can agree on who should be present, then please let me know.

Best,

**ASA Demia Shymansky, Esq.**

Project Manager | Project Management Office

Deputy Commissioner Strategic Initiatives

New York City Police Department

Email: wyneika.wilburn@nypd.org

Direct: (646) 610-8462

Office: (646) 610-6950

PMO NYPD PROJECT MANAGEMENT OFFICE

Join New York's Finest nyc.gov/nypd

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/FOR OFFICIAL USE ONLY.*

---

**From:** PIEKUT, EWELINA <EWELINA.PIEKUT@nypd.org>
**Sent:** Wednesday, August 24, 2022 11:09 AM
**To:** SHYMANSKY, DEMIA <DEMIA.SHYMANSKY@nypd.org>
**Subject:** RE: Chat

Good Morning,

Sure, if you would like to speak, I would prefer to have a supervisor present.

Best,

Ewelina

---

**From:** SHYMANSKY, DEMIA <DEMIA.SHYMANSKY@nypd.org>
**Sent:** Wednesday, August 24, 2022 7:50 AM
**To:** PIEKUT, EWELINA <EWELINA.PIEKUT@nypd.org>
**Subject:** Chat

Good Morning:

When you get a chance, I would like to have a private chat with you. Please let me know when you are free.

Best,

**ASA Demia Shymansky, Esq.**

Project Manager | Project Management Office

Deputy Commissioner Strategic Initiatives

New York City Police Department

Email: wyneika.wilburn@nypd.org

Direct: (646) 610-8462

Office: (646) 610-6950

PMO NYPD PROJECT MANAGEMENT OFFICE

Join New York's Finest nyc.gov/nypd

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/FOR OFFICIAL USE ONLY.*

EX. G

[redacted]

, KEISHA <KEISHA.RIVERS@nypd.org>
/20 3 11:18 AM
STINO, BARBARA <BARBARA.AGOSTINO@nypd.org>
RELL, TRAVIS <TRAVIS.MURRELL@nypd.org>;JOHNSON, DENISE <DENISE.JOHNSON@nypd.org>
morning,

[redacted] was reporting directly to the ICO Gasser Antonioboctor.

regards,

*Rivers, Admin Staff Analyst II*
Supervisor, Member Support Unit/Health Insurance Section
NYPD – Personnel Bureau
One Police Plaza
New York, NY 10038

646-610-7995
Keisha.Rivers@nypd.org

Keisha
↓
Inspector Rasi gave cell phone number to Lt Antonio-Bictor
Ms Cone to clean out her desk.
SPAA Rivers - is not ID turned it

Gmail

Demia Wilburn [redacted]

## Re: Could you please help me?

2 messages

**SHYMANSKY, DEMIA** <DEMIA.SHYMANSKY@nypd.org> Thu, Jul 6, 2023 at 7:53 AM
To: "KUKIQI, TAHIR" <TAHIR.KUKIQI@nypd.org>

Thank you, Imam. It is very controlling, and I am a very intelligent person who has been blessed. But I should not be held back. I'm running into work now. I will follow up when I get into the office.

Best,

**ASA Demia (Wilburn) Shymansky, Esq.**

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/FOR OFFICIAL USE ONLY.*

> On Jul 6, 2023, at 1:05 AM, KUKIQI, TAHIR <TAHIR.KUKIQI@nypd.org> wrote:
>
> Good morning Shaymansky
> I would love to help you with your request, I don't believe in black magic, those Muslim friends of yours are wrong about it. The Holy Qur'an doesn't speak about the black magic. The Holy Qur'an talks about magic as a trick that amazes the eyes of people not as tool to control people's lives. I certainly can sit and talk with you about it.
> Let me know what command you serve so we can meet.
> Imam Tahir
>
> Sent from my iPhone
>
>> On Jul 5, 2023, at 09:02, SHYMANSKY, DEMIA <DEMIA.SHYMANSKY@nypd.org> wrote:
>>
>> Good Morning Imam Kukiqi:
>>
>> I am reaching out to you to ask for your assistance. I do not share your faith, so please forgive me if I addressed you incorrectly. I was wondering if you could teach me prayers against black magic that might be helpful. If you need to sit down and meet with me to do so, then please let me know. I have asked friends of mine who are Muslim about prayers, but it has been hard to reach them. Would you be able to teach me some prayers? I appreciate your help.
>>
>> Best,
>>
>> **ASA Demia (Wilburn) Shymansky, Esq.**

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/FOR OFFICIAL USE ONLY.*

---

**Demia Wilburn** [redacted] Tue, Aug 29, 2023 at 12:28 PM
To: TAHIR.KUKIQI@nypd.org

Good Afternoon Imam:

My apologies for not not having reached out to you. I have been placed on leave because the situation is so volatile. I am not certain of its truth, but I heard Mohamed Quhshi wants a job that I wanted and has been giving people a hard time about the opportunity. I understand that it is to amaze the eyes, but since this opportunity has been presented, it has caused me pain and financial strain. I have since tried to explore my options outside of the City service.

I have leaned greatly on my faith to counter his actions, but if you know of any special prayer that is used in your faith to fight black magic, I would love to learn about it. In the meantime, stay blessed and thank you.

Best,
Demia (Wilburn) SHYMANSKY

On Thu, Jul 6, 2023 at 7:54 AM SHYMANSKY, DEMIA <DEMIA.SHYMANSKY@nypd.org> wrote:

> Thank you, Imam. It is very controlling, and I am a very intelligent person who has been blessed. But I should not be held back. I'm running into work now. I will follow up when I get into the office.
>
> Best,
>
> **ASA Demia (Wilburn) Shymansky, Esq.**
>
> *CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*
>
> *Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/FOR OFFICIAL USE ONLY.*
>
> On Jul 6, 2023, at 1:05 AM, KUKIQI, TAHIR <TAHIR.KUKIQI@nypd.org> wrote:
>
> Good morning Shaymansky
> I would love to help you with your request, I don't believe in black magic, those Muslim friends of yours are wrong about it. The Holy Qur'an doesn't speak about the black magic. The Holy Qur'an talks about magic as a trick that amazes the eyes of people not as tool to control people's lives. I certainly can sit and talk with you about it.
> Let me know what command you serve so we can meet.
> Imam Tahir
>
> Sent from my iPhone

On Jul 5, 2023, at 09:02, SHYMANSKY, DEMIA <DEMIA.SHYMANSKY@nypd.org> wrote:

Good Morning Imam Kukiqi:

I am reaching out to you to ask for your assistance. I do not share your faith, so please forgive me if I addressed you incorrectly. I was wondering if you could teach me prayers against black magic that might be helpful. If you need to sit down and meet with me to do so, then please let me know. I have asked friends of mine who are Muslim about prayers, but it has been hard to reach them. Would you be able to teach me some prayers? I appreciate your help.

Best,

**ASA Demia (Wilburn) Shymansky, Esq.**

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/FOR OFFICIAL USE ONLY.*

**Delivered: EEO Complaint**

Microsoft Outlook
<MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@nypdonline.onmicrosoft.com>
Fri 7/7/2023 11:55 AM
To:RAUL.ROLON@nypd.org <RAUL.ROLON@nypd.org>

1 attachments (205 KB)
EEO Complaint;

**Your message has been delivered to the following recipients:**

RAUL.ROLON@nypd.org

Subject: EEO Complaint

**Delivered: EEO Complaint**

Microsoft Outlook
<MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@nypdonline.onmicrosoft.com>
Fri 7/7/2023 11:55 AM
To:MICHAEL.MELOCOWSKY@nypd.org <MICHAEL.MELOCOWSKY@nypd.org>

1 attachments (205 KB)
EEO Complaint;

**Your message has been delivered to the following recipients:**

MICHAEL.MELOCOWSKY@nypd.org

Subject: EEO Complaint

# COMPLAINT OF EMPLOYMENT DISCRIMINATION

PD 413-151 (04-19)

| Type | Number |
|---|---|
| ☐ CASE ☐ INQUIRY | |
| How Received: 1 ☐ Person 2 ☐ Phone 3 ☐ Mail 4 ☐ E-Mail 5 ☐ Fax | |

DO NOT WRITE IN SHADED AREAS

| Date Received | Time Received | Person Who Received Complaint | Tax Registry No. |
|---|---|---|---|
| | | | |

## COMPLAINANT INFORMATION

| Name | Rank/Title | Tax Registry No. | Date Appointed |
|---|---|---|---|
| Demia Shymansky | ASA | [redacted] | 04/01/19 |

| Home Address | Home Phone No. |
|---|---|
| 1 Police Plaza | 646-250-6556 |

| Cell Phone No. | E-mail Address |
|---|---|
| Same | demia.shymansky@nypd.com |

| Assigned Command | Platoon | Squad/Tour |
|---|---|---|
| PB | N/A | N/A |

What is the Alleged Basis of Discrimination?

☑ Age ☐ Alienage/Citizenship ☐ Arrest/Conviction Record ☑ Caregiver Status ☐ Color ☐ Credit History ☐ Disability ☑ Familial Status
☑ Gender ☐ Gender Identity ☐ Pregnancy ☐ Predisposing Genetic Characteristic ☑ Marital Status ☐ National Origin ☐ Partnership Status
☑ Race ☑ Religion/Creed ☑ Sexual Harassment ☐ Sexual Orientation ☑ Sexual/Reproductive Health Decisions ☐ Unemployment Status
☐ Victim of Domestic Violence, Sex Offense or Stalking ☑ Retaliation for Filing a Complaint or Assisting in the Investigation of an EEO Complaint

| When did the Alleged Discrimination Occur? | Where did the Alleged Discrimination Occur? |
|---|---|
| Date: 07/06/23 Time: | Various |

| | | |
|---|---|---|
| Were There Witnesses to the Alleged Discrimination? | ☑ Yes ☐ No | If Yes, Please Give Rank/Title and Name |
| Did You Report This To Anyone Else? | ☐ Yes ☐ No | If Yes, Please Give Rank/Title and Name |
| Have You Filed a Complaint About the Alleged Discrimination with Any of the Following Agencies? | ☐ NYC CHR ☐ NYS DHR ☐ US EEOC ☐ US DOL ☐ US DOJ | If So, Please State the Date and the Complaint Number<br>Complaint No. ________<br>Date Filed ________<br>What Corrective Action Do You Want Taken? |

## RESPONDENT INFORMATION

| 1. Respondent's Name | Rank/Title | Command |
|---|---|---|
| Lester Paverman, et al. | Attorney at Law | Legal |
| 2. Respondent's Name | Rank/Title | Command |
| | | |

## COMPLAINT OF DISCRIMINATION *(Description of Alleged Unlawful Behavior)*

In the space below, please describe what happened to you, what you believe is unlawful discrimination, and/or how other persons were treated differently. If others were treated differently, identify them. This statement may be amended to correct mistakes or omissions. In addition, indicate what corrective action you want taken. You may continue on the reverse side of this form and/or use extra sheets of paper, if necessary.

Please see attached paper listing bases for EEO

DS 8/7/23
1 of 6

**COMPLAINT OF DISCRIMINATION** ***(Description of Alleged Unlawful Behavior) (Continued)***

DS 7/12/23
2086

## RETALIATION

It is unlawful to retaliate against or harass any person for filing an EEO complaint, participating in an EEO investigation or proceeding, or opposing or reporting any policies, practices or action which he/she believes to be discriminatory. Retaliation is also prohibited against any person requesting a reasonable accommodation. Any member of the service who engages in such retaliation or harassment will be subject to disciplinary action regardless of the findings of the initial EEO investigation or proceeding.

Retaliatory behaviors include, but are not limited to, threats, reprimands, negative evaluations, harassment, denial of promotion or job benefits, demotion, suspension, discharge, negative references to prospective employers, other actions affecting the terms, conditions, or privileges of employment, and any other conduct that would discourage a reasonable person from exercising their rights under the EEO Policy and anti-discrimination laws. Persons filing a charge of employment discrimination may notify the Equal Employment Opportunity Division (EEOD), if subjected to retaliatory behavior.

Discrimination complaints filed with EEOD must be made within **ONE YEAR** of the incident that you are complaining about.

I certify that I have read the charge attached to this document, including any attachments, and that it is true to the best of my knowledge, information, and belief.

| Complainant's Signature | Date |
| --- | --- |
| D Szymanski | 7/7/23 |

# NOTICE

## YOUR RIGHTS TO FILE A COMPLAINT WITH CIVIL RIGHTS ENFORCEMENT AGENCIES

Any employee or applicant for employment who believes that they have experienced unlawful discrimination has a right to file a formal complaint with the federal, state or local agencies listed below. A person does not give up this right when they file a complaint with EEOD, his/her commanding officer, supervisor, supervisory head, or EEO Liaison. The following federal, state or city agencies enforce laws against discrimination:

### NEW YORK CITY COMMISSION ON HUMAN RIGHTS

***Manhattan***
22 Reade Street – First Floor
New York, NY 10007
(212) 306-7450
Website: http://www1.nyc.gov/site/cchr/index.page

***Bronx***
1932 Arthur Avenue, Room 203A
Bronx, NY 10457
(718) 579-6900

***Brooklyn***
25 Chapel Street, Suite 1001
Brooklyn, NY 11201
(718) 722-3130

***Queens***
153-01 Jamaica Avenue, Room 2003
Jamaica, NY 11432
(718) 657-2465

***Staten Island***
60 Bay Street, 7th Floor
Staten Island, NY 10301
(718) 390-8506

### NEW YORK STATE COMMISSION OF HUMAN RIGHTS

***Central Headquarters***
One Fordham Plaza, 4th Floor
Bronx, NY 10458
Toll-free number: 1-888-392-3644
TDD/TTY: (718) 741-8300
Fax a complaint: (718) 741-8322
For general inquiries:
info@dhr.ny.gov
Email a complaint:
complaints@dhr.ny.gov

***Brooklyn***
55 Hanson Place, Room 1084
Brooklyn, NY 11217
(718) 722-2385
eFax: (718) 722-2078
InfoBrooklyn@dhr. ny.gov

***Manhattan***
Adam Clayton Powell State Office Bldg
163 West 125th Street, 4th Floor
New York, NY 10027
(212) 961-8650
eFax: (212) 961-4312
InfoUpperManhattan@dhr.ny.gov

***Bronx***
One Fordham Plaza, 4th Floor
Bronx, NY 10458
(718) 741-8400
eFax: (718) 741-8318
InfoBronx@dhr.ny.gov

***Office of Sexual Harassment I Queens***
55 Hanson Place, Room 900
Brooklyn, NY 11217
(718) 722-2060
eFax: (718) 722-2039
InfoOSHIQns@dhr.ny.gov

### UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

***New York District Office***
33 Whitehall Street, 5th Floor
New York, NY 10004
(800) 669-4000, (800) 669-6820 (TTY)
Fax: (212) 336-3790
To submit inquiry and schedule appointment:
https://publicportal.eeoc.gov/portal
Website: www.eeoc.gov

3of6

## YOUR RIGHTS TO FILE A COMPLAINT WITH CIVIL RIGHTS ENFORCEMENT AGENCIES *(Continued)*

In addition to filing with the aforementioned agencies, a person with a complaint alleging discrimination based on disability may file with:

**UNITED STATES DEPARTMENT OF JUSTICE CIVIL RIGHTS DIVISION**

***Disability Rights Section 1425 NYAV***
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 307-1197 (voice and TTY) Fax: (202) 307-1197
You may file a complaint online at www.ada.gov/complaint/
If you have questions about filing an ADA complaint, please call: ADA Information Line: (800) 514-0301 (voice) or (800) 514-0383 (TTY).

A person with a complaint alleging discrimination based on citizenship or immigration status may file with:

**UNITED STATES DEPARTMENT OF JUSTICE CIVIL RIGHTS DIVISION**

***Immigrant and Employee Rights Section***
950 Pennsylvania Avenue, N.W. (NYA)
Washington, D.C. 20530
Direct Office Line: (202) 616-5594 (voice) or (202) 616-5525 (TTY) Fax: (202) 616-5509
Worker Hotline: (800) 255-7688 (voice) or (800) 237-2515 (TTY)
Employer Hotline: (800) 255-8155 (voice) or (800) 237-2515 (TTY)
Email: ier@usdoj.gov

A person who has been discriminated against by a recipient of financial assistance from the U.S. Department of Labor may file a complaint, either with the recipient or with the Civil Rights Center (CRC). Those who wish to file complaints with CRC, may file with:

**UNITED STATES DEPARTMENT OF LABOR**

***Director, Civil Rights Center***
Director, Civil Rights Center
Frances Perkins Building, Room N-4123
200 Constitution Avenue N.W.
Washington, D.C. 20210
(202) 693-6500 (voice)
Federal Relay Service: (800) 877-8339 (TTY/TDD) Fax: (202) 693-6505
Video Relay: (877) 709-5797
Main Email: CivilRightsCenter@dol.gov External: crcexternalcomplaints@dol.gov
Website: http://www.dol.gov/oasam/programs/crc/index.htm

**PLEASE NOTE:** There are statutory deadlines for filing complaints within each of these agencies. The deadline in some instances is as short as 180 days. If you wish to file a complaint with an external administrative agency, you should promptly contact any of these agencies directly or a private attorney for information about how to file a complaint, time limits, and how to preserve your rights.

Discrimination complaints filed with EEOD must be made within **ONE YEAR** of the incident that you are complaining about.

I certify that I have received and read this notice concerning my rights to file a complaint with federal, state, and local civil rights enforcement agencies.

| Signature | Date |
|---|---|
| [signature] 486 | 7/7/23 |

The following statements are made upon information and belief:

It has come to my attention that the department, along with other agencies, especially Sanitation, employ dark arts as a form of intelligence gathering. However, these methods have been perverted by certain individuals as a means of control and manipulation. They invade persons' privacy and commit grand larceny, home invasion as well as other violations. When these methods are employed, the experience is so grueling that a reasonable person would not be willing to endure it and would be forced to leave the job, foregoing salary and pension, thereby imposing liability on the department.

I was recently skipped on the Administrative Staff Analyst list. The basis for skipping me was for charges and specifications issued by the Advocate's Office. When I spoke to a sergeant in that office, I was told that an Executive Agency Counsel drafted the charges. She happens to be white female, and I am not. The problem with the charges as they are drafted is any attorney with basic legal acumen would attempt to establish a prima facie case, but she clearly failed to do so. The facts as they are drafted makes it impossible to be true. And these charges are holding up my moving forward. Her actions would be consistent with other allegations made by attorneys from that command who fall into underrepresented groups and, more importantly, protected classes.

Below are EEO causes of action:

**Hostile Work Environment and Workplace Violence**: By and through the aforementioned methods, I endured acts of aggression towards me that made my work setting uncomfortable. When some events were expressed to a supervisor, they refused to remedy the situation. In one particular instance, I was told that I was being transferred at the end of my tour to another bureau. I contacted the union and was given the run around within the department.

**Age, Hair, Race**: By and through the aforementioned methods, comments were made about how I wear my hair, including it being wrapped, which is permissible for widows from a religious perspective and common in afro cultures. Other comments were made about my age and younger persons being preferred for certain opportunities.

**Religion**: A specific comment was made about my marital last name and it being a basis for lack of opportunities. Additionally, because my religion prohibits the aforementioned activity, I cannot participate in job considerations in the same way as others, which is another reason the civil service list is important.

**Familial/Marital Status/Reproductive Decisions**: Using the aforementioned methods, the attacks by co-workers became quite egregious after my husband passed. Additionally, I was asked if I wanted kids, which would dictate possible job opportunities.

**Caregiver Status**: By and through the aforementioned methods, comments were made that I would not be available to perform certain jobs because my husband was disabled at the time. However, I used FMLA only a few times since I joined the department.

**Retaliation**: I filed a grievance on or around April 6, 2023 for the filing of baseless charges and specifications. I escalated the filing to Step II due to no response on or around April 21. I also filed complaints with IAB. I, again, was transferred abruptly on or around April 21 to another bureau. Please see the instance mentioned under Hostile Work Environment and Workplace Violence. Prior to that transfer, I asked that the supervisor tell the employee with whom I was

DS 7/7/23

5of6

having issues to hold conversations near her workstation instead of across from mine. The supervisor refused, and I was later transferred.

Additionally, attacks were more egregious after I pointed out that an employee was using department assets for personal reasons. The response was that it was a family vendetta. At the time, it did not make sense. But I later learned that someone accused me of attacking his/her child, which was not true.

These events have occurred over a significant time period and have been ongoing and continuous.

[INTENTIONALLY LEFT BLANK]

7/7/23

Gmail **Demia Wilburn <[redacted]**

## Document Added to EEOC Charge 520-2023-07156 / Documento Agregado a la Queja/Querella 520-2023-07156

2 messages

---

**EEOC** <no-reply@service.eeoc.gov> Mon, Feb 12, 2024 at 1:36 PM
To: Demia Wilburn Shymansky [redacted]

**U.S. Equal Employment Opportunity Commission**

A new document was added to EEOC Charge No. 520-2023-07156, Demia Wilburn Shymansky v. NEW YORK POLICE DEPARTMENT (NYPD). To view it, sign-in to the EEOC Public Portal.

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact info@eeoc.gov and destroy all copies of the original message and attachments.*

Se ha agregado un nuevo documento a la queja/querella de la EEOC, número 520-2023-07156, Demia Wilburn Shymansky v. NEW YORK POLICE DEPARTMENT (NYPD). Para verlo, inicie sesión en el Portal Público de la EEOC.

Este correo electrónico es una notificación oficial de la Comisión para la Igualdad de Oportunidades en el Empleo (EEOC, por sus siglas en inglés) con respecto a la queja/querella 520-2023-07156. Por favor, no responda a este correo electrónico.

*Aviso de confidencialidad: La información contenida en este correo electrónico puede contener información privilegiada y confidencial, incluida información protegida por las leyes de privacidad federales y estatales. Está destinada únicamente al uso de la(s) persona(s) nombrada(s) anteriormente. Si usted no es el(la) destinatario(a) previsto(a), se le notifica que cualquier revisión, difusión, distribución o duplicación de esta comunicación está estrictamente prohibida y puede ser ilegal. Si usted no es el(la) destinatario(a) previsto(a), póngase en contacto con nosotros en info@eeoc.gov y destruya todas las copias del mensaje original y los archivos adjuntos.*

---

**Demia Wilburn** <[redacted] Tue, Feb 13, 2024 at 10:43 AM
To: ANDREA REDDY <andrea.reddy@eeoc.gov>
Cc: DARLAN BASTIDAS <DARLAN.BASTIDAS@eeoc.gov>
[redacted]

Good Morning:

Thank you for your assistance with this matter. Unfortunately, I was unable to download the document that was added. If it is the Right to Sue, can you send me the PDF? Thank you again.

Best,
Demia

On Mon, Feb 12, 2024 at 1:36 PM EEOC <no-reply@service.eeoc.gov> wrote:

**U.S. Equal Employment Opportunity Commission**

A new document was added to EEOC Charge No. 520-2023-07156, Demia Wilburn Shymansky v. NEW YORK POLICE DEPARTMENT (NYPD). To view it, sign-in to the EEOC Public Portal.

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact info@eeoc.gov and destroy all copies of the original message and attachments.*

Se ha agregado un nuevo documento a la queja/querella de la EEOC, número 520-2023-07156, Demia Wilburn Shymansky v. NEW YORK POLICE DEPARTMENT (NYPD). Para verlo, inicie sesión en el Portal Público de la EEOC.

Este correo electrónico es una notificación oficial de la Comisión para la Igualdad de Oportunidades en el Empleo (EEOC, por sus siglas en inglés) con respecto a la queja/querella 520-2023-07156. Por favor, no responda a este correo electrónico.

*Aviso de confidencialidad: La información contenida en este correo electrónico puede contener información privilegiada y confidencial, incluida información protegida por las leyes de privacidad federales y estatales. Está destinada únicamente al uso de la(s) persona(s) nombrada(s) anteriormente. Si usted no es el(la) destinatario(a) previsto(a), se le notifica que cualquier revisión, difusión, distribución o duplicación de esta comunicación está estrictamente prohibida y puede ser ilegal. Si usted no es el(la) destinatario(a) previsto(a), póngase en contacto con nosotros en info@eeoc.gov y destruya todas las copias del mensaje original y los archivos adjuntos.*