# EXHIBIT J

*(Emails Regarding Hacking and Interference with Application)*

AH

Gmail

Demia Wilburn [redacted]

## Hacking

1 message

Demia Wilburn [redacted]
To: IABCMDCNTR@nypd.org
Cc: iab@nypd.org
[redacted]

Fri, May 17, 2024 at 8:00 AM

Good Morning:

Who is hacking? I have work to do. I never asked to participate in some process. But you are not going to drag me into it just to cheat. I never asked for this nonsense, but if you're forcing me into it, then stop showing up halfway (I prefer a choice word there). I don't have a choice. You should have ended this nonsense a long time ago. Tell them to stay off of my computer. Lion or jackal? Pick one. Thank you for your help.

Best,
Demia [redacted]






Date and Time: 5/18/24 at 10:01 PM

Gmail Demia Wilburn [redacted]

## Agency Atty Level II 563943

Demia Wilburn [redacted] Fri, Aug 11, 2023 at 11:53 PM
To: nycapscentral@dcas.nyc.gov
[redacted]

Good Evening:

I logged into my ESS account and was able to view my personal information on the screen. However, as soon as I tried to apply for Job ID 563943, I was kicked out and received an error message. I even tried using my personal email address but could not log in that way either. Please advise how I can proceed to submit an application before it closes. I appreciate your help.

| | |
|---|---|
| Job ID | 563943 |
| Business Title | Agency Attorney, Level II |
| Civil Service Title | AGENCY ATTORNEY |
| Title Classification | Non-Competitive |
| Job Category | Legal Affairs |
| Career Level | Experienced (non-manager) |
| Work Location | 1 Police Plaza, N.Y. |
| Division/Work Unit | Deputy Comm Mgt & Budget Civ |

Best,
Demia

AI

MOT F - 001



R00609

Gmail Demia Wilburn [redacted]

## NYCAPS Central Case: CASE-0754760 [[EXTERNAL] Agency Atty Level II 563943]

**Demia Wilburn** [redacted] Sat, Aug 12, 2023 at 11:39 PM
To: "NYCAPS Central (DCAS)" <nycapscentral@dcas.nyc.gov>
[redacted]

Good Evening:

As I was submitting my application for the above-referenced position, my screen went blank. It only occurs with this position. I appreciate your help.



Best,
Demia
[Quoted text hidden]

Gmail Demia Wilburn [redacted]

## NYCAPS Central Case: CASE-0754760 [[EXTERNAL] Agency Atty Level II 563943]

**Demia Wilburn** [redacted]> Sat, Aug 12, 2023 at 11:42 PM
To: nycapscentral@dcas.nyc.gov

**We are unable to process your request at this time. Please try again later**

**If you still have trouble accessing this site, please report your problem at http://www.nyc.gov/careers and mention the error code 001-15**

[Quoted text hidden]

MOT F - 000 R00611

Gmail Demia Wilburn [redacted]

## Applicants for Job ID 563943 NYPD Agency Atty II

Alan Deutsch (DCAS) <adeutsch@dcas.nyc.gov> Thu, Aug 31, 2023 at 12:13 PM
To: Demia Wilburn [redacted]>

Ms. Wilburn,

[redacted]

Please be advised that nine persons applied for the subject job opening.

With respect to race/ethnicity identification, seven applicants identified as "white" and two applicants did not specify a race/ethnicity. With respect to gender identification, six applicants identified as "male" and three applicants identified as "female".

[redacted]

With respect to your request concerning outages of the NYCAPS system on or around 8/11/23 and 8/12/23, I can advise you that our records do not reflect any outages during that time period.

[redacted]

Sincerely,

Alan Deutsch

**Alan Deutsch**

**Senior Counsel/Records Access Officer**

**NYC Department of Citywide Administrative Services (DCAS)**

[redacted] | adeutsch@dcas.nyc.gov

MOT F - 004 R00612

[Quoted text hidden]

---

Sent from the Department of Citywide Administrative Services. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This footnote also confirms that this email message has been swept for the presence of computer viruses.

Gmail

EX. S

[redacted]

## Agency Attorney II - CPO

**Demia Wilburn** [redacted]
To: kristine.ryan@nypd.org
Cc: "SHYMANSKY, DEMIA" <demia.shymansky@nypd.org>

Sat, Aug 12, 2023 at 9:50 AM

Good Morning Commissioner:

My apologies for the direct communication. As you may be aware, your bureau is currently hiring for an attorney and Project Manager in the Capital Planning and Oversight Division. I am interested in being considered for the Agency Attorney Level II position (Job ID 563943, flyer attached hereto). Unfortunately, I am unable to submit my resume through ESS. I reached out to its Help Desk yesterday and hope to have the issue resolved so that I can make a timely submission. In the event that I do not hear back from that team, I am forwarding my resume to you so that I can be considered alongside the other applicants. Again, my apologies for any intrusion. Thank you for your time and consideration.

**This page isn't working**

**a127-ess.nyc.gov** didn't send any data.

ERR_EMPTY_RESPONSE

Best,
Demia

**2 attachments**

**Shymansky 2023 v2.pdf**
161K

**Agency Atty II.pdf**
136K

EX. T

Apply for Job

POLICE DEPARTMENT

Job Posting Notice

| | | | |
|---|---|---|---|
| Job ID | 563943 | # of Positions | 1 |
| Business Title | Agency Attorney, Level II | Title Code No | 30087 Level 02 |
| Civil Service Title | AGENCY ATTORNEY | Proposed Salary Range | $ 71,423.00 - $107,032.00 (Annual) |
| Title Classification | Non-Competitive | | |
| Job Category | Legal Affairs | | |
| Career Level | Experienced (non-manager) | | |
| Work Location | 1 Police Plaza, N.Y. | | |
| Division/Work Unit | Deputy Comm Mgt & Budget Civ | | |

Email this Job

## Job Description

The mission of the New York City Police Department is to enhance the quality of life in New York City by working in partnership with the community to enforce the law, preserve peace, protect the people, reduce fear, and maintain order. The NYPD strives to foster a safe and fair city by incorporating Neighborhood Policing into all facets of Department operations, and solve the problems that create crime and disorder through an interdependent relationship between the people and its police, and by pioneering strategic innovation.

The Capital Planning and Oversight Office (CPO) manages the DCMB strategic plan and reviews and creates DCMB policies as needed. It also ensures quality service through oversight and analysis of all DCMB functions, including oversight of the Asset Management System and Contract Management Database. CPO coordinates all DCMB projects and conducts financial audits of confidential expenditures, as well as other audits, as directed. The office also supervises the use of all capital funds allocated for Department facilities. CPO exercises managerial control and coordinates the functions of the Fiscal Accountability Unit, the Asset Management Unit, and the Quality Assurance Unit. The office also coordinates all external fiscal and management audits, responds to audit reports and prepares audit implementation plans.

Responsibilities include, but are not limited to:

Carries out the duties of Assignment Level I and II with respect to difficult and complex legal issues and/or cases involving intricate determinations of law department officials.

Prepares and presents presentations and briefs to executive level department officials.

Manages complex, inter- and intra-Bureau projects to improve efficiencies, comply with local, state and federal regulations, etc.

Conducts difficult and involved negotiations on behalf of the agency.



T-01
R00442

Prepares legal opinions on matters of major importance to the City.

Negotiates and/or drafts intricate or significant contracts. Reviews, revises and approves agreements prepared by other attorneys.

### Minimum Qual Requirements

1. Admission to the New York State Bar; and either "2" or "3" below.
2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or
3. Six months of satisfactory service as an Agency Attorney Interne (30086).

Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment.
In addition to meeting the minimum Qualification Requirements:
To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment.

### Preferred Skills

A strong analytical aptitude and organization skills. The ability to evaluate and handle multiple tasks and priorities. Excellent written, oral and interpersonal communication skills are needed for the position of "Agency Attorney II" within the Capital Planning and Oversight Office

### Additional Information

Candidates with diverse experiences and who have knowledge of multiple languages are encouraged to apply.

In compliance with Federal Law, all persons hired will be required to verify identity and eligibility to work in the United States and to complete the required employment eligibility verification document form upon hire.

The City of New York offers a comprehensive benefits package including health insurance for the employee and his or her spouse or domestic partner and unemancipated children under age 26, union benefits such as dental and vision coverage, paid annual leave and sick leave, paid holidays, a pension, and optional savings and pre-tax programs such as Deferred Compensation, IRA, and a flexible spending account.

The City of New York is an inclusive equal opportunity employer committed to recruiting and retaining a diverse workforce and providing a work environment that is free from discrimination and harassment based upon any legally protected status or protected characteristic, including but not limited to an individual's sex, race, color, ethnicity, national origin, age, religion, disability, sexual orientation, veteran status, gender identity, or pregnancy.

### To Apply

Please click "Apply Now"

### Hours/Shift

Monday - Friday 8 am to 4 pm

### Work Location

1 Police Plaza, New York, NY

### Residency Requirement

New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

**POSTING DATE** 02/14/2023 **POST UNTIL** 08/12/2023

The City of New York is an inclusive equal opportunity employer committed to recruiting and retaining a diverse workforce and providing a work environment that is free from discrimination and harassment based upon any legally protected status or protected characteristic, including but not limited to an individual's sex, race, color, ethnicity, national origin, age, religion, disability, sexual orientation, veteran status, gender identity, or pregnancy.