# EXHIBIT L

*(Notices of Claim)*

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

FormVersion: NYC-COMPT-BLA-LE-C4

# City Employment Claim Form

For most claims, electronically filed claims must be filed within 90 days of the occurrence using the Office of the NYC Comptroller's website. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

**I am filing:** ■ On behalf of myself.

☐ On behalf of someone else. If on someone else's behalf, please provide the following information:

| | |
|---|---|
| Last Name: | SHYMANSKY |
| First Name: | DEMIA |
| Relationship to the claimant: | SELF |

☐ Attorney is filing.

**Attorney Information (if represented by attorney)**

| | |
|---|---|
| +Firm or Last Name: | N/A |
| +Firm or First Name: | N/A |
| +Address: | N/A |
| Address 2: | |
| +City: | N/A |
| +State: | |
| +Zip Code: | |
| Tax Id: | |
| +Phone: | |
| +Email Address: | |
| +Retype Email: | |

**Claimant Information**

| | |
|---|---|
| *Last Name: | SHYMANSKY |
| *First Name: | DEMIA |
| *Address: | [redacted] |
| Address 2: | |
| *City: | [redacted] |
| *State: | NEW YORK |
| *Zip Code: | [redacted] |
| *Country: | USA |
| Date of Birth: | *Format: MM/DD/YYYY* |
| Soc. Sec #: | |
| *Phone: | [redacted] |
| *Email Address: | [redacted] |
| *Retype Email: | [redacted] |
| Occupation: | |

Current City Employee? ■ Yes ☐ No ☐ NA

Current Agency: POLICE DEPARTMENT

Gender: ☐ Male ☐ Female ☐ Other

**The time and place where the claim arose**

| | |
|---|---|
| *Incident Date from: | *Format: MM/DD/YYYY* |
| *Incident Date to: | *Format: MM/DD/YYYY* |
| *Incident Location: | NEW YORK, NY |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Borough: | |

2023 OCT 26 P 3:05

CENTRAL IMAGING FACILITY
2023 OCT 26 P 3:01
INTEROFFICE TRANSMISSION

2023 OCT 26 A 11:09

* Denotes required fields. Either a claimant or attorney email address is required.
+ Denotes field that is required if Attorney is filing.

1 of 3

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion: NYC-COMPT-BLA-LE-C4

***Nature of Claim/Description of Claim**

UPON INFORMATION AND BELIEF, CERTAIN MEMBERS OF THE POLICE DEPARTMENT HAVE ABUSED THEIR AUTHORITY IN THE DEPARTMENT. IN DOING SO, THEY HAVE DISCRIMINATED AGAINST ME IN CONNECTION WITH THE PROMOTION FROM A CIVIL SERVICE LIST (ADSA). IN ADDITION, IT IS MY BELIEF THAT THOSE SAME MEMBERS HAVE ACTED IN CONCERT WITH OTHER CITY EMPLOYEES AND/OR RESPECTIVE ORGANIZATIONS, INCLUDING BUT NOT LIMITED TO SANITATION, TO PREVENT MY ADVANCEMENT WITHIN THE CITY. SPECIFICALLY, I WAS PLACED ON INVOLUNTARY LEAVE WITHOUT PAY AFTER HAVING FILED A GRIEVANCE FOR BEING SKIPPED ON THE PROMOTION LIST. I ALSO FILED AN EEO. ADDITIONALLY, I ATTEMPTED TO APPLY FOR ANOTHER POSITION IN THE DEPARTMENT BUT WAS UNABLE TO DO SO AS A RESULT OF A SYSTEM ERROR. ON DAYS THAT I ATTEMPTED TO SUBMIT MY APPLICATION, THERE WERE SUPPOSEDLY SYSTEM ERRORS PREVENTING MY ABILITY TO SUBMIT THE APPLICATION DIRECTLY THROUGH THE SYSTEM. HOWEVER, I REACHED OUT TO THE AGENCY CHARGED WITH OVERSEEING THE SYSTEM, AND THERE WERE NO ERRORS ON THOSE DAYS. BECAUSE OF A PATTERN OF SUCH INCIDENTS, IT SUPPORTS MY COMPLAINTS TO THE DEPARTMENT ABOUT MY COMPUTERS BEING HACKED.

THE HACKING EXPLAINS OTHER ISSUES THAT I HAVE EXPERIENCED WITH MY EMAIIL ACCOUNTS AND CALENDAR CONFIRMATIONS. IT ALSO HAS AFFECTED MY ABILITY TO PURSUE OTHER EMPLOYMENT. I COMPLAINED TO THE DEPARTMENT ABOUT THE HACKING, AND BASED ON INFORMATION THAT I RECEIVED, THE PERSON IS EMPLOYED BY THE DEPARTMENT.

IN ADDITION TO THE DEPARTMENT NOT PAYING ME, ANOTHER AGENCY REFUSES TO PAY ME EVEN AFTER ADMITTING THAT IT OWES THE MONEY. ESSENTIALLY, THE DEPARTMENT'S INABILITY (OR UNWILLINGNESS) TO DISCIPLINE AND PREVENT THIS PERSON(S) FROM ABUSING THEIR AUTHORITY MAKES THE DEPARTMENT (AND OTHER PARTICIPATING CITY AGENCIES) COMPLICIT IN THE DISCRIMINATION AND PERPETUATION OF A HOSTILE ENVIRONMENT.

THE DEPARTMENT HAS TAKEN EXTENSIVE AND BASELESS MEASURES TO BLOCK MY PROMOTION. IT CURRENTLY OWES ME BACK PAY FOR THE TIME THAT I HAVE BEEN ON LEAVE AS WELL AS PUNITIVE DAMAGES FOR THE DISCRIMINATION AND OTHER CONSTITUTIONAL VIOLATIONS. TO THE EXTENT THAT OTHER AGENCIES CAN BE READILY IDENTIFIED, THEN THEY SHOULD SHARE IN THE LIABILITY.

10/21/23

*If you need additional room, attach your description as an additional document.*

**What agency/employer are you making this claim against?**

| | |
|---|---|
| *Agency: | POLICE DEPARTMENT |
| Address: | 1 POLICE PLAZA |
| Address 2: | |
| City: | NEW YORK |
| State: | NEW YORK |
| Zip Code: | 10038 |

| | |
|---|---|
| Work days lost: | TBD |
| Amount Earned Weekly: | TBD |
| Amount Earned Yearly: | TBD |

Were you employed by a City Contractor at the time of claimed occurrence? ☐ Yes ☐ No

++Contractor Name:

**Denotes required field*
*++Denotes field that is required if you were employed by a City Contractor.*

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007
FormVersion: NYC-COMPT-BLA-LE-C4

**Salary/Benefit Claimed Damages**

| | Date From: | Date To: | Amount: |
|---|---|---|---|
| Overtime: | TBD | | — |
| Compensatory time: | | | |
| Differential: | | | |
| Annual Leave/Vacation: | TBD | | — |
| Sick Leave: | | | |
| Salary: | | | |
| | | **Total:** | 0.00 |

**Additional Claimed Damages**

| | | Amount: |
|---|---|---|
| Specify: | 1, 4, 13, AND 14 AMENDMENT VIOLATIONS + UNJUST ENRICHMENT CLAIMS + TBD | ← |
| Specify: | | |
| Specify: | | |
| Specify: | | |
| Specify: | | |
| | **Total:** | 0.00 |

****Total Claimed Amount:** TBD

**I certify that all information contained in this notice is true, and correct to the best of my knowledge, and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties, and civil liabilities.**

[signature] 10/21/23

[signature] 10/21/23

KAREN L JOY
Notary Public, State of New Jersey
My Commission Expires Feb 29, 2028

**Denotes field that is required.*
***Total Claimed Amount will be automatically calculated after all required fields are entered.*

3 of 5

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version: NYC-COMPT-BLA-PD1-E

NYC COMPTROLLER
LAW AND ADJUSTMENT
RECEIVED

# Property Damage or Loss Claim Form + PERSONAL INJURY

Electronically filed claims must be filed within 90 days of the occurrence using the Office of the NYC Comptroller's website. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

**I am filing:** ◯ On behalf of myself.

◯ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Relationship to the claimant: | |

◯ Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| +Firm or Last Name: | |
| +Firm or First Name: | |
| +Address: | |
| Address 2: | |
| +City: | |
| +State: | |
| +Zip Code: | |
| Tax ID: | |
| Phone #: | |
| +Email Address: | |
| +Retype Email Address: | |

**Claimant Information**

| | |
|---|---|
| *Last Name: | SHYMANSKY |
| *First Name: | DEMIA |
| *Address: | [redacted] |
| Address 2: | |
| *City: | [redacted] |
| *State: | NEW YORK |
| *Zip Code: | [redacted] |
| *Country: | USA |
| Date of Birth: | Format: MM/DD/YYYY |
| Soc. Sec. # | |
| HICN: (Medicare #) | |
| Date of Death: | Format: MM/DD/YYYY |
| Phone: | |
| *Email Address: | [redacted] |
| *Retype Email Address: | [redacted] |
| Occupation: | |
| City Employee? | ◯ Yes ◯ No ◯ NA |
| Gender | ◯ Male ◯ Female ◯ Other |

**The time and place where the claim arose**

| | |
|---|---|
| *Date of Incident: | 10/08/2024 Format: MM/DD/YYYY |
| Time of Incident: | Format: HH:MM AM/PM |
| *Location of Incident: | NEW YORK, CONNECTICUT, AND NEW JERSEY |
| Address: | |
| Address 2: | |
| City: | |
| *State: | NEW YORK |
| Borough: | |
| Property Clerk Voucher Number: | |
| District Attorney Release Number: | |

INTEROFFICE TRANSMISSION
CENTRAL IMAGING FACILITY
2023 OCT 17 A 11:08

** Denotes required fields.*
*+Denotes field that is required if attorney is filing.*
*A Claimant OR an Attorney Email Address is required.*

1 of 7 DS.

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

New York City Comptroller
Brad Lander

***Manner in which claim arose:**

I WAS EMPLOYED WITH THE CITY OF NEW YORK FROM 2017 – 2024. IN 2023, I WAS PLACED ON INVOLUNTARY LEAVE, AND MY REQUEST FOR REINSTATEMENT SUBMITTED BY AND THROUGH MY UNION ATTORNEY WAS DENIED. AND EACH ATTEMPT TO SETTLE ANY AND ALL ISSUES WITH THE CITY WAS DENIED THROUGHOUT THE PAST YEAR, AND IT WAS MADE CLEAR TO ME THAT THE CITY WAS NOT INTERESTED IN SETTLING. INSTEAD OF ENGAGING IN A CIVIL NEGOTIATION, PERSONS EMPLOYED BY THE CITY ALONG WITH AFFILIATES VIA FRATERNAL ORGANIZATIONS, UNIONS, AND OTHER LOCAL GOVERNMENTS (SPECIFICALLY, TOWN AND COUNTY GOVERNING ENTITIES) EMPLOYED INTELLIGENCE RESOURCES TO FACILITATE AND/OR PERPETUATE THE FOLLOWING CAUSES OF ACTION:

FEDERAL

- BANK FRAUD/THEFT BY USING MONIES MAINTAINED IN MY BANK ACCOUNT WITHOUT MY CONSENT OR PERMISSION THEN LATER CHANGING MY BANKING INFORMATION TO CONCEAL THE ILLEGALITY
- MAIL FRAUD BY SENDING STATEMENTS FROM TAXING AUTHORITIES, BANKS (INCL CREDIT CARDS), UTILITY COMPANY, CABLE COMPANY, AND MORTGAGE COMPANY WHICH THEY KNOW TO BE FALSE IN NATURE IN ORDER TO COLLECT MONIES FOR PERSONAL GAIN
- INSURANCE FRAUD BY INTENTIONALLY DESTROYING CERTAIN PROPERTY (INCL MY VEHICLE) WITH THE EXPECTATION THAT A CLAIM WOULD BE FILED AND A COMPANY WOULD BE ABLE TO COLLECT PAYMENT FOR THE WORK
- HARASSMENT (VARYING DEGREES INCL STALKING) BY CONTINUOUSLY OBSERVING, MONITORING, AND/OR TRACKING ME AS WELL AS DIRECTLY INTERFERING WITH MY DAILY ACTIVITIES TO STEAL MONIES, GET PASSWORDS, AND OTHER SENSITIVE INFORMATION
- COMPUTER FRAUD/ABUSE AND INTERCEPTION OF WIRE/ELECTRONIC/ORAL COMMUNICATIONS BY INTERCEPTING MY TELEPHONE CONVERSATIONS, EMAILS, AND TEXTS, THEREBY PREVENTING MY COMMUNICATION WITH FAMILY, FRIENDS, AND OTHER PARTIES AS WELL AS CHANGING THE STATUTORY LANGUAGE OF CERTAIN PROVISIONS THAT SUPPORTED MY LEGAL RIGHT TO DEMAND CERTAIN FUNDS
- PUBLIC CORRUPTION BY SHARING DEPARTMENT RESOURCES, SUCH AS SIGNAL BLOCKERS AND SURVEILLANCE EQUIPMENT, WITH CIVILIANS IN ORDER TO ILLEGALLY SPY ON ME, INVADE MY PRIVACY, AND INTERFERE WITH MY ABILITY TO COMMUNICATE, AND THESE PERSONS, ALONG WITH OTHER PERSONS EMPLOYED BY THE CITY (AS WELL AS OTHER LOCAL GOVTS), COMMITTED CRIMINAL ACTS, SUCH AS VANDALISM, TERRORISM (IN FURTHERANCE OF HATE CRIMES), TREASON, AND/OR THEFT. NO LEGITIMATE INVESTIGATION WAS BEING CONDUCTED DURING THIS TIME AND A WARRANT WAS NOT PROVIDED WHEN REQUESTED. THE THEFT INCLUDED MY PERSONAL PROPERTY, INCLUDING JEWELRY, MONEY, BANK CARDS, USBS WITH PERSONAL DATA, AND MY ID, AS WELL AS DOCUMENTS THAT SUPPORTED THE CAUSES OF ACTION THAT I HAD PROVING INSURANCE FRAUD AND DISCRIMINATION BY A CITY AGENCY.
- EMBEZZLEMENT BY STEALING MONIES ALLOCATED TO ME AND OTHER CITY EMPLOYEES THAT WERE HELD IN TRUST IN A PENSION FUND AS WELL AS MONIES THAT WOULD BE DISTRIBUTED THROUGH PAYROLL
- SLAVERY/PEONAGE/HUMAN TRAFFICKING (AS DEFINED AND INTERPRETED BY US COURTS) BY ENSLAVING ME THROUGH THE COMMISSION OF THE CRIMES REFERENCED HEREIN
- RICO (PRIVATE ACTION) BY EMPLOYING AN ENTERPRISE OR NETWORK OF AFFILIATES THROUGH FRATERNAL ORGANIZATIONS TO COMMIT THE FELONIOUS ACTS REFERENCED HEREIN
- CONSTITUTIONAL VIOLATIONS BY (I) IMPOSING CERTAIN UNDESIRED RELIGIOUS PRACTICES, (II) IMPOSING CRUEL AND UNUSUAL PUNISHMENT WITHOUT DUE PROCESS, (III) INVADING MY PRIVACY BY DENYING MY RIGHT TO BE SECURE IN MY PERSON, PAPERS, AND PERSONAL EFFECTS, (IV) ENSLAVING ME, (V) DENYING MY RIGHT TO DUE PROCESS, (vi) denying equal protection [initials]

STATE

- TORTIOUS INTERFERENCE BY INTERFERING WITH MY BUSINESS RELATIONSHIPS DURING MY PURSUIT OF EMPLOYMENT BY HACKING MY COMPUTER (BOTH WORK AND PERSONAL) TO CREATE ERRORS IN MY COVER LETTERS, RESUMES, AND LEGAL WRITINGS PRIOR TO FILING AS WELL AS BLOCKING MY PHONE SIGNALS TO PREVENT MY DIRECT COMMUNICATION WITH EMPLOYERS. I ALSO WAS THREATENED VIA THE INTELLIGENCE RESOURCES THAT IF I DID NOT RETURN TO DSNY, THEN I COULD NOT WORK FOR THE CITY. AFTER BEING SKIPPED FOR PROMOTION AT MY AGENCY, I ACCEPTED A PROMOTIONAL OPPORTUNITY WITH ANOTHER AGENCY, BUT MY ID WAS STOLEN SO THAT I COULD NOT BE PROCESSED.
- OTHER CRIMES INCLUDE NUMEROUS COUNTS OF BURGLARY IN THE FIRST DEGREE, BURGLARY, ARSON, THEFT, COERCION, TRESPASS, CRIMINAL TRESPASS, COMPUTER TRESPASS, MULTIPLE COUNTS OF AGGRAVATED ASSAULT, ASSAULT, ATTEMPTED MANSLAUGHTER (USING INTELLIGENCE RESOURCES TO INTENTIONALLY DISABLE A VEHICLE WHILE DRIVING IN THE MIDDLE OF A HIGHWAY), INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, AND VIOLATION OF THE CIVIL SERVICE LAW (I SUSPECT THAT A DECISION HAS NOT BEEN ISSUED IN MY COMPETENCY CASE IN ORDER TO UNDERMINE ANY SUBSEQUENT STATEMENT THAT I MAKE, BUT THE CITY FAILED TO ESTABLISH A

** Denotes required field.*

2 of 7 [initials].

**The items of damage claimed are (include dollar amounts):**

ESTABLISH A LEGITIMATE CAUSE OF ACTION), AND MOST IMPORTANTLY, MULTIPLE COUNTS OF AGGRAVATED ANIMAL CRUELTY + ~~Reckless~~ Endangerment (multiple degrees) [initials] Reckless + Evidence tampering [initials]. + Extortion [initials]

VALUE OF PROPERTY DAMAGE AND PERSONAL INJURY IS TBD (PERMANENT BODILY INJURY EXCEEDS $15,000, OTHER DAMAGES MUST BE ASSESSED)

NOTATION REGARDING INSURANCE IS BASED ON THE INFORMATION THAT WAS TRUE AS THE TIME THAT THE VEHICLES WERE DAMAGED

PLEASE NOTE THAT THIS MATTER HAS BEEN ONGOING AND CONTINUOUS SINCE AT LEAST 2021 AND PERSISTS TODAY.

This claim was drafted between 10:35 AM and 11:49 AM, on ~~the~~ 10/08/24, which was the last time modified as evidenced by page 6 of 7. Page 7 shows that during the time that I prepared this claim, the PC was hacked and I was prevented from uploading it to be efiled. Around 4:49 pm on 10/8/24, I received a recommendation from OATH in favor of the petitioner. I note these times to memorialize the probability of interference and malice. The baselessness of the recommendation can be determined later. [initials]

3 of 7 [initials]

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Witness 1 Information**

| | |
|---|---|
| Last Name: | WITHHELD |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone #: |

**Witness 2 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone #: |

**Witness 3 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone #: |

**Witness 4 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone #: |

**Witness 5 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone #: |

**Witness 6 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone #: |

**Police Information**

| | |
|---|---|
| Police Officer Last Name: | |
| Police Officer First Name: | |
| Shield Number: | |
| Precinct: | |
| Report Number: | |

**Please indicate which of the following reports you have**

- ☐ Accident Report
- ☐ Aided Report
- ☐ Complaint Report

4 of 7

New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Insurance Information**

| | |
|---|---|
| Do you have insurance? | (•) Yes ( ) No |
| Did you report your accident to your insurance company? | ( ) Yes (•) No |
| Were you paid by your insurance company? | ( ) Yes (•) No |
| Is payment pending? | ( ) Yes (•) No |
| Deductible Amount: | $0.00 |
| Insurance Company Name: | N/A |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Policy #: | |
| Phone #: | |
| Agent Name: | |

**City vehicle information**

| | |
|---|---|
| Plate #: | |
| City Driver Last Name: | |
| City Driver First Name: | |
| **Total Amount Claimed:** | 100,000,000— OR TBD |

*Format: Do not include "$" or ",".*

*The **Total Amount Claimed** can only be entered once the following required fields are entered:*

*Claimant Last Name*
*Claimant First Name*
*Claimant Address, City, State, Zip code, Country*
*Claimant Email or Attorney Email*
*Date of Incident*
*Location of Incident*
*Manner in which claim arose*
*Attorney Last Name, First Name, Address, City, State, Zip Code, and Email if attorney is filing.*

*I certify that all information contained in this notice is true and correct to the best of my knowledge and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties and civil liabilities.*

D Shymanskey 10/9/24

on this 9th day of October, 2024 Before me personally came Denise Shymanskey only.

Diane L Braun

5 of 7

DLB

DIANE L. BRAUN
Notary Public, State of New York
Residing in County of Orange
No. 4884935
Commission Expires February 9, 2027

6 of 7

| | | | |
|---|---|---|---|
| ...ts... | 8/16/2024 1:01 PM | Adobe Acrobat D... | 10,636 KB |
| | 10/8/2024 11:49 AM | Adobe Acrobat D... | 0 KB |
| | 8/26/2024 7:21 PM | Microsoft Word D... | 75 KB |
| ...view | 8/12/2024 1:34 PM | Adobe Acrobat D... | 72 KB |

New York City Comptroller
Brad Lander

New York, NY

*Manner in which claim arose:

I WAS EMPLOYED WITH THE CITY OF NEW YORK FROM 2017 – 2024. IN 2023, I WAS PLACED ON INVOLUNTARY AND MY REQUEST FOR REINSTATEMENT SUBMITTED BY AND THROUGH MY UNION ATTORNEY WAS DENIED. A EACH ATTEMPT TO SETTLE ANY AND ALL ISSUES WITH THE CITY WAS DENIED THROUGHOUT THE PAST YEAR, A WAS MADE CLEAR TO ME THAT THE CITY WAS NOT INTERESTED IN SETTLING. INSTEAD OF ENGAGING IN A CIVI NEGOTIATION, PERSONS EMPLOYED BY THE CITY ALONG WITH AFFILIATES VIA FRATERNAL ORGANIZATIONS, UNIONS, AND OTHER LOCAL GOVERNMENTS (SPECIFICALLY, TOWN AND COUNTY GOVERNING ENTITIES) EMPL INTELLIGENCE RESOURCES TO FACILITATE AND/OR PERPETUATE THE FOLLOWING CAUSES OF ACTION:

FEDERAL

- BANK FRAUD/THEFT BY USING MONIES MAINTAINED IN MY BANK ACCOUNT WITHOUT MY CONSENT OR PERMISSION THEN LATER CHANGING MY BANKING INFORMATION TO CONCEAL THE ILLEGALITY
- MAIL FRAUD BY SENDING STATEMENTS FROM TAXING AUTHORITIES, BANKS (INCL CREDIT CARDS), UTILITY COMPANY, CABLE COMPANY, AND MORTGAGE COMPANY WHICH THEY KNOW TO BE FALSE IN NATURE IN ORD

Adobe Acrobat

The volume for a file has been externally altered so that the opened file is no longer valid.

OK

OPERTY (INCL MY VEHICLE) WITH THE
VOULD BE ABLE TO COLLECT PAYMENT FOR

USLY OBSERVING, MONITORING, AND/OR
ACTIVITIES TO STEAL MONIES, GET PASSWO

NIC/ORAL COMMUNICATIONS BY INTERCEP
REVENTING MY COMMUNICATION WITH FAM

FRIENDS, AND OTHER PARTIES AS WELL AS CHANGING THE STATUTORY LANGUAGE OF CERTAIN PROVISIONS T SUPPORTED MY LEGAL RIGHT TO DEMAND CERTAIN FUNDS

- PUBLIC CORRUPTION BY SHARING DEPARTMENT RESOURCES, SUCH AS SIGNAL BLOCKERS AND SURVEILLANC EQUIPMENT, WITH CIVILIANS IN ORDER TO ILLEGALLY SPY ON ME, INVADE MY PRIVACY, AND INTERFERE WITH ABILITY TO COMMUNICATE, AND THESE PERSONS, ALONG WITH OTHER PERSONS EMPLOYED BY THE CITY (AS AS OTHER LOCAL GOVTS), COMMITTED CRIMINAL ACTS, SUCH AS VANDALISM, TERRORISM (IN FURTHERANCE HATE CRIMES), TREASON, AND/OR THEFT. NO LEGITIMATE INVESTIGATION WAS BEING CONDUCTED DURING T TIME AND A WARRANT WAS NOT PROVIDED WHEN REQUESTED. THE THEFT INCLUDED MY PERSONAL PROPERT INCLUDING JEWELRY, MONEY, BANK CARDS, USBS WITH PERSONAL DATA, AND MY ID, AS WELL AS DOCUMEN THAT SUPPORTED THE CAUSES OF ACTION THAT I HAD PROVING INSURANCE FRAUD AND DISCRIMINATION BY CITY AGENCY.
- EMBEZZLEMENT BY STEALING MONIES ALLOCATED TO ME AND OTHER CITY EMPLOYEES THAT WERE HELD IN IN A PENSION FUND AS WELL AS MONIES THAT WOULD BE DISTRIBUTED THROUGH PAYROLL
- SLAVERY/PEONAGE/HUMAN TRAFFICKING (AS DEFINED AND INTERPRETED BY US COURTS) BY ENSLAVING ME THROUGH THE COMMISSION OF THE CRIMES REFERENCED HEREIN
- RICO (PRIVATE ACTION) BY EMPLOYING AN ENTERPRISE OR NETWORK OF AFFILIATES THROUGH FRATERNAL ORGANIZATIONS TO COMMIT THE FELONIOUS ACTS REFERENCED HEREIN
- CONSTITUTIONAL VIOLATIONS BY (I) IMPOSING CERTAIN UNDESIRED RELIGIOUS PRACTICES, (II) IMPOSING CR AND UNUSUAL PUNISHMENT WITHOUT DUE PROCESS, (III) INVADING MY PRIVACY BY DENYING MY RIGHT TO B SECURE IN MY PERSON, PAPERS, AND PERSONAL EFFECTS, (IV) ENSLAVING ME, (V) DENYING MY RIGHT TO DUE PROCESS

STATE