
5:58
November 6, 2022
Tweet
Eric Bowie - Smart Money Bro
@smartmoneybro1
You shouldn't be BROKE and on VACATION at the same time.
That doesn't add up.
Like
Comment
Send
UJA-Federation of New York

---------- Forwarded message ---------
From: **SHYMANSKY, DEMIA** <DEMIA.SHYMANSKY@nypd.org>
Date: Sun, Jul 23, 2023 at 8:50 PM
Subject: FOR YOUR CONSIDERATION
To: GERBER, MICHAEL <MICHAEL.GERBER@nypd.org>

Commr Gerber:

Good Evening. It is my understanding that Legal Bureau has some control over the department's intelligence gathering program that relies on dark arts in order to "connect" to or access persons. It is designed to find missing persons or solve other crimes, but it has been perverted into violating employees' 1st, 4th, 13th, and 14th Amendment rights. The control, manipulation, and mining for secrets for the purpose of blackmail are unconscionable. No reasonable person would subject him- or herself to such an overstep. And access has been shared with other city agencies, including Sanitation which has been hostile towards me. I find that deeply problematic.

While I can appreciate that this information that was shared with me has the potential of being erroneous, I must inform you that to the extent that it is true, I do not practice any form of witchcraft or consent to anyone "connecting" to my person. See Deuteronomy 18:9-13 (KJV). I asked for a warrant some time ago, but it has not been provided. Additionally, one executive said that people just want to get to know me. If that is true, I am sorry but I value privacy, and much of this intel is no one's business or relates to work in any way. Please let your teams (others in the department and anyone to whom access has been given) know that I am not their concern. I appreciate your attention to this matter. Be well.

Best,

**ASA Demia (Wilburn) Shymansky, Esq.**

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.*

*Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE/FOR OFFICIAL USE ONLY.*

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Albany, NY 12224

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)

- Return Receipt (hardcopy) $ $0.00
- Return Receipt (electronic) $ $0.00
- Certified Mail Restricted Delivery $ $0.00
- Adult Signature Required $ $0.00

GRAND CENTRAL POST OFFICE — JUL -3 2025

Postmark Here

… Certified Mail

Joshua Vinciguerra
Deputy Commissioner and General Counsel
New York State DMV Central Office
Empire State Plaza
263 Madison Avenue
Albany, New York 12210

Hon. Letitia James
New York State Attorney General
Managing Attorney's Office
Empire State Plaza
Justice Building, 2nd FL
Albany, New York 12224

Re: Notice of Intent and Request for Immediate Remedy

Dear Mr. Vinciguerra and Attorney General James:

I am a resident of the State of New York (the "State") and, until recently, licensed to drive within the State. The purpose of this letter is to address the terms under which multiple suspension orders were issued by the New York State Department of Motor Vehicles (the "DMV") and further highlight the State's participation and/or liability in the creation of such conditions. I received three (3) suspension orders dated May 23, 2025 (the "Orders"). These orders suspended my vehicle plates, vehicle registration, and driver's license. The order suspending my license to drive cited failure to comply with Vehicle Traffic Law Section 318.1, which, according to the order, requires a driver to maintain automobile insurance prior to registration irrespective of that party's operation of the subject vehicle (the "License Order"). The License Order is dated May 23, 2025 but became effective March 20, 2025. It is important to note that my research revealed different iterations of that provision. One iteration exempted a vehicle not being operated, and another iteration did not. All versions excluded application of this provision for motorcycles.

Pursuant to the Orders, I am required to respond within 60 days of the letter with payment of $50 if I am requesting to terminate the suspensions. However, the Orders fail to provide an address to appeal the DMV's decision, and thus fails to give notice and opportunity for the matter to be adjudicated fairly prior to the imposition of a penalty. The Orders are not the first

instance in which the DMV suspended any rights with respect to my operation of a vehicle. At this juncture, I will not address those incidents, but I note them for the purpose of establishing a pattern with the State's targeting me. As both of you are members of the bar, I am sure that you can appreciate the *ex post facto* nature of the License Order. And while not directly imposing a criminal penalty, the suspension effectively limits travel, access to benefits and financial accounts, and other aspects of life requiring a person to identify him- or herself.

The State's actions against me and my family members within the past several years have formed a pattern of harassment and fraud. I and my marital family fall into a number of protected classes and have broached this issue with the State in or around August 2024. However, the egregiousness of the actions continues to escalate past the point of harassment and would classify as retaliation. Additionally, the State demands money to which it is not legally entitled in order to cease the harassment.

I have not had possession of the vehicle for several months and refused to insure it due to it being out of my control. I even filed a theft claim with the insurance company. The party possessing the vehicle (also demanding money) removed the plates and refused to release them to me. In or around December 2024, I attempted to file a police report in connection with the plates and the vehicle, but I was denied. The party possessing the plates claimed that they were delivered to the State Troopers near their location. However, when I contacted the State Trooper's barracks, I was told that they did not have them if I were considering the plates stolen. Considering all factors, the State has had possession of the plates for the vehicle, even if it were not the DMV. Additionally, it has been impossible for me to operate the subject vehicle.

I would appreciate the State's position of not having knowledge of the situation if it were not for my having visited a DMV location on or around April 11, 2025 to address outstanding issues. I respectfully request that your offices review this matter, terminate the Orders, and reinstate my license without any penalty on my driving record. If I do not receive communication confirming resolution from your offices by July 21, 2025, then I presume that you declined to take remedial action.

Thank you in advance for your prompt attention to this matter.

Regards,

[signature]

Demia Shymansky

NEW YORK STATE | Department of Motor Vehicles

# SUSPENSION ORDER

dmv.ny.gov

SHYMANSKY,DEMIA

DATE ISSUED: 05/23/2025

POSTAL ID: 143196396

| Identification No. | Date of Birth | Driver License No. | Reg. Order No. | Lic. Order No. | Effective Date |
|---|---|---|---|---|---|
| S08922 44260 ‹ | | 747 | C502031 | C2503070000 | 03/20/2025 |

Your New York State Driver License will be suspended for 152 days effective 03/20/2025.

CAUSE: FAILURE TO MAINTAIN CONTINUOUS VEHICLE LIABILITY INSURANCE COVERAGE.

Section 318.1 of New York State Vehicle and Traffic Law requires that all registered vehicles have liability insurance at all times, even if not driven. We have not received electronic confirmation of new or reinstated coverage from an insurance company for the vehicle registered in your name described on the tearstrip below. This suspension is issued because your plates were not surrendered to DMV before your insurance was cancelled. The length of the suspension equals the number of days your vehicle was registered and uninsured. PLEASE FOLLOW THE INSTRUCTIONS BELOW.

You must IMMEDIATELY turn in your NYS Driver License (including any duplicates) to the DMV office listed below. The time period you must wait before you can drive again will not begin until you have turned in the items listed or have notified the Department that you are unable to do so. You are eligible for a restricted use license. Contact the nearest NYS DMV office. The fee for a restricted use License is $75.00. There may be additional fees. To clear this suspension, you must pay a $50 suspension termination fee. You can pay by credit card on the NYS DMV website (www.dmv.ny.gov), or in person by cash, check, money order, or credit card, at the DMV office listed below.

DEPARTMENT OF MOTOR VEHICLES, 12 KING STREET, MIDDLETOWN, NY 10940

If you had other insurance after the date below or you have other proof (refer to the instructions on the enclosed card), mail it, with the bottom portion of this page, to NYS DEPARTMENT OF MOTOR VEHICLES, FINANCIAL SECURITY BUREAU, BOX 2725, EMPIRE STATE PLAZA, ALBANY, NY 12220-0725. If you prefer, you may mail or bring your proof and the bottom portion of this page to any DMV office.

**********************************************************************************************

Tear off and return this tearstrip (do not send a copy). Please remember to include acceptable proof. If you receive more than one suspension, return the tearstrip from each with appropriate proof. PLEASE DO NOT WRITE OR USE STAPLES IN THIS AREA.

**********************************************************************************************

REGISTRANT: SHYMANSKY,DEMIA

INSURANCE CO: 148 - GOVERNMENT EMPLOY IN
CANCELLATION DATE: 12/21/2024
PLATE NO. & TYPE: 792 - 16 - PAS
VIN: 4182
YEAR & MAKE: 2020 KIA

LIC SUSP DEF ORDER: C2503070000
DOCUMENT NO: 0119160759

REG ORDER NO: C502031
PLATES EXPIRED: 05/22/2025
LAPSE: 152 days
CLIENT ID: 928803747

FS-70 EE (1/22)

ORK STATE
DEPARTMENT OF MOTOR VEHICLES
INSURANCE SERVICES BUREAU
PO BOX 2725
ALBANY NY 12220


INSURANCE SERVICES

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
ALBANY NY
PERMIT NO 337

**IMMEDIATE RESPONSE REQUIRED**

**REAL ID License or Non Driver**

**Visit a DMV Office with:**

- U.S. Birth Certificate, U.S. Passport or Foreign Passp
  with Proof of Lawful Status in the U.S.
- Social Security Card or Other Proof of SSN
- Two Proofs of NYS Residency

040 DAM5AP1 10918

opened 6/3/25
c. 1:30 AM

Avoid Suspension of Your License or Registration.
Immediately turn in your license plates if you drop insurance coverage.
Visit us at: dmv.ny.gov
Become an organ donor! Visit donatelife.ny.gov

Printed On Recycled Paper

NEW YORK STATE | Department of Motor Vehicles

# SUSPENSION ORDER

dmv.ny.gov

SHYMANSKY,DEMIA

DATE ISSUED: 05/23/2025

POSTAL ID: 143196396

| Identification No. | Date of Birth | Driver License No. | Reg. Order No. | Lic. Order No. | Effective Date |
|---|---|---|---|---|---|
| S08922 44260 ( | | 747 | C502031 | C2503070000 | 03/20/2025 |

Your New York State Driver License will be suspended for 152 days effective 03/20/2025.

CAUSE: FAILURE TO MAINTAIN CONTINUOUS VEHICLE LIABILITY INSURANCE COVERAGE.

Section 318.1 of New York State Vehicle and Traffic Law requires that all registered vehicles have liability insurance at all times, even if not driven. We have not received electronic confirmation of new or reinstated coverage from an insurance company for the vehicle registered in your name described on the tearstrip below. This suspension is issued because your plates were not surrendered to DMV before your insurance was cancelled. The length of the suspension equals the number of days your vehicle was registered and uninsured. PLEASE FOLLOW THE INSTRUCTIONS BELOW.

You must IMMEDIATELY turn in your NYS Driver License (including any duplicates) to the DMV office listed below. The time period you must wait before you can drive again will not begin until you have turned in the items listed or have notified the Department that you are unable to do so. You are eligible for a restricted use license. Contact the nearest NYS DMV office. The fee for a restricted use License is $75.00. There may be additional fees. To clear this suspension, you must pay a $50 suspension termination fee. You can pay by credit card on the NYS DMV website (www.dmv.ny.gov), or in person by cash, check, money order, or credit card, at the DMV office listed below.

DEPARTMENT OF MOTOR VEHICLES, 12 KING STREET, MIDDLETOWN, NY 10940

If you had other insurance after the date below or you have other proof (refer to the instructions on the enclosed card), mail it, with the bottom portion of this page, to NYS DEPARTMENT OF MOTOR VEHICLES, FINANCIAL SECURITY BUREAU, BOX 2725, EMPIRE STATE PLAZA, ALBANY, NY 12220-0725. If you prefer, you may mail or bring your proof and the bottom portion of this page to any DMV office.

*****************************************************************************************
Tear off and return this tearstrip (do not send a copy). Please remember to include acceptable proof. If you receive more than one suspension, return the tearstrip from each with appropriate proof. PLEASE DO NOT WRITE OR USE STAPLES IN THIS AREA.
*****************************************************************************************

REGISTRANT: SHYMANSKY,DEMIA

INSURANCE CO: 148 - GOVERNMENT EMPLOY IN
CANCELLATION DATE: 12/21/2024
PLATE NO. & TYPE: 792 - 16 - PAS
VIN: 4182
YEAR & MAKE: 2020 KIA

REG ORDER NO: C502031
PLATES EXPIRED: 05/22/2025
LAPSE: 152 days
CLIENT ID: 928803747

LIC SUSP DEF ORDER: C2503070000
DOCUMENT NO: 0119160759

FS-70 EE (1/22)

ORK STATE
DEPARTMENT OF MOTOR VEHICLES
INSURANCE SERVICES BUREAU
PO BOX 2725
ALBANY NY 12220

INSURANCE
SERVICES

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
ALBANY NY
PERMIT NO 337

# IMMEDIATE RESPONSE REQUIRED

**REAL ID License or Non Driver**

**Visit a DMV Office with:**

- U.S. Birth Certificate, U.S. Passport or Foreign Passp with Proof of Lawful Status in the U.S.
- Social Security Card or Other Proof of SSN
- Two Proofs of NYS Residency

040 DAMSAP1 10918

opened 6/13/25
c. 1:30 AM

**Avoid Suspension of Your License or Registration.**

**Immediately turn in your license plates if you drop insurance coverage.**

**Visit us at: dmv.ny.gov**

**Become an organ donor! Visit donatelife.ny.gov**

Printed On Recycled Paper

NEW YORK STATE | Department of Motor Vehicles

# SUSPENSION ORDER

dmv.ny.gov

05/23/2025

SHYMANSKY,DEMIA

| Identification No. | Date of Birth | Plate No. & Type | Exp. Date | Order No. | Effective Date |
|---|---|---|---|---|---|
| S08922 442 | | 792 -16-PAS | 05/22/2025 | C410121 | 10/26/2024 |

**Your New York State registration and license plates are suspended for 62 days effective 10/26/2024 due to the failure to maintain continuous liability insurance coverage. A suspended vehicle cannot be driven.**

No further action is required on your part. This suspension will end on 07/24/2025.

**IF THE VEHICLE IS INSURED - PROVIDE PROOF:**
The quickest and easiest way to resolve this matter is to provide proof of insurance online at **dmv.ny.gov/insuranceproof**. If this option is not available to you, please mail the bottom portion of this letter along with a NYS Insurance ID card, in your name, for this vehicle, to: NYS DEPARTMENT OF MOTOR VEHICLES, FINANCIAL SECURITY BUREAU, BOX 2725, EMPIRE STATE PLAZA, ALBANY, NY 12220-0725. There is no need to visit a DMV office. DMV will confirm the validity of any proof of insurance provided by you.

The enclosure provided with this letter contains information and instructions for use when proof other than a NYS Insurance ID card is acceptable. Mail your proof with the bottom portion of this letter to: **NYS DEPARTMENT OF MOTOR VEHICLES, FINANCIAL SECURITY BUREAU, BOX 2725, EMPIRE STATE PLAZA, ALBANY, NY 12220-0725** You do not need to visit a DMV office.

After we receive updated information, DMV will update the status of your records and will inform you of the options available to you. If you require additional assistance in resolving this matter, please refer to the enclosed card for more information.

Section 318 of the New York State Vehicle & Traffic Law requires that all registered vehicles have liability insurance coverage throughout the registration period, even if the vehicle is not being operated. Your registration has expired, however there was a lapse of coverage (see dates below). As a result DMV has suspended your vehicle's registration. The length of the lapse is equal to the number of days your vehicle was registered, but uninsured.

*************************************************************************************************

**RETURN PORTION:** If you cannot resolve this matter through our website, mail this portion with your proof . If you receive more than one suspension order, it is important that you respond to each letter and enclose the appropriate contents.

*************************************************************************************************

REGISTRANT: SHYMANSKY,DEMIA

| | | | |
|---|---|---|---|
| INSURANCE CO: | 148-GOVERNMENT EMPLOY INS CO | | |
| CANCELLATION DATE: | 08/29/2024 | PLATES EXPIRED: | 05/22/2025 |
| PLATE NO. & TYPE: | 792 -16-PAS | LAPSE: | 62 DAYS |
| VIN: | 034182 | SUSPENSION ENDS: | 07/24/2025 |
| YEAR & MAKE: | 2020 KIA | | |

REG SUSP DEF ORDER NO: C410121
DOCUMENT NO: 0119160760

FS-70R (2/22)

NEW YORK STATE | Department of Motor Vehicles

# INDEFINITE SUSPENSION ORDER

dmv.ny.gov

02/04/2025

SHYMANSKY,DEMIA

***THIS LETTER REQUIRES YOU TO TAKE ACTION***

| Identification No. | Date of Birth | Plate No. & Type | Exp. Date | Order No. | Effective Date |
|---|---|---|---|---|---|
| S08922 442 | | LCL8792 -16-PAS | 05/22/2025 | C502031 | 02/17/2025 |

Your New York State registration and license plates are suspended indefinitely beginning 02/17/2025 due to your failure to maintain continuous liability insurance coverage. A suspended vehicle cannot be driven.

**A lapse in insurance coverage on a registered vehicle requires DMV to suspend your registration and potentially your driver license, depending on the length of the insurance lapse, and even if your vehicle is currently insured.**

For DMV to determine the length of the lapse and the resulting suspension or civil penalty, you must IMMEDIATELY address this issue. You must:

(1) **IF THE VEHICLE IS INSURED - CONTACT YOUR INSURANCE COMPANY IMMEDIATELY**
Your insurance company **must** electronically provide DMV with proof of continuous coverage. Contact your insurance company and advise them that DMV has not received a response to our request for insurance verification. Depending on the length of the insurance lapse, you may also need to surrender your registration and license plates for the number of days the vehicle was uninsured.

(2) **IF THE VEHICLE IS NOT INSURED - SURRENDER YOUR REGISTRATION & LICENSE PLATES**
An uninsured vehicle cannot be driven. You can turn in your registration and license plates by mail along with the bottom portion of this letter to: **NYS DEPARTMENT OF MOTOR VEHICLES, 6 EMPIRE STATE PLAZA, ROOM B240, ALBANY, NY 12228.** You may also surrender these items, in person, to any DMV office. You will receive a receipt as proof of the surrender of your license plates.

The term of your suspension is indefinite, and penalties will accrue **until you take action.**

After DMV receives verification of insurance information or if you surrender the registration and license plates, DMV will update the status of your records and inform you of the options that are available to you and any civil penalties or suspensions due to the insurance lapse. If you need assistance to resolve this matter, refer to the enclosed card for more information.

> Section 318.1 of the New York State Vehicle & Traffic Law requires all registered vehicles to have liability insurance coverage throughout the registration period, even if the vehicle is not being operated. DMV has not received verification of coverage from your insurance company. As a result, DMV has suspended your vehicle's registration. Failure to follow the above instructions may also result in the suspension of your driver license or your privilege to obtain one.

*****************************************************************************************

**RETURN PORTION:** If you cannot resolve this matter through our website, mail this portion with your proof. If you receive more than one letter, it is important that you respond to each letter and enclose the appropriate contents. You must act immediately to address this issue.

*****************************************************************************************

REGISTRANT: SHYMANSKY,DEMIA

INSURANCE CO: 148-GOVERNMENT EMPLOY INS CO
CANCELLATION DATE: 12/21/2024
PLATE NO. & TYPE: 792 -16-PAS
VIN: :182
YEAR & MAKE: 2020 KIA

REG SUSP IND ORDER NO: C502031
DOCUMENT NO: 0117407374

FS-70Q (10/23)

FS-45 (7/23)
NEW YORK STATE
DEPARTMENT OF MOTOR VEHICLES
INSURANCE SERVICES BUREAU
PO BOX 2725
ALBANY NY 12220

INSURANCE
SERVICES

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
ALBANY NY
PERMIT NO 337

# IMMEDIATE RESPONSE REQUIRED

READ THIS
OP Important Insurance
NEW YO
DEPARTMENT OF
u can use the DMV's o
S. Postal Service to save
ck your insurance stat
nv.ny.gov/check-insurar
vide proof of insuranc
nv.ny.gov/insurance/pro
n in your vehicle plate
'S Department of Motor
Empire State Plaza, Roo
bany, NY 12228
Insurance Lapse Civi
nv.ny.gov/pay-lapse
License Suspension T
nv.ny.gov/pay-suspensi
did you receive this
r insurance company
vehicle was not insur
your vehicle is registe
e a suspension or revoca
driver license. For m

040 AAM5AP1 10918

opened 10/18/25
c. 2 12 pm
contradictory to
previous notification

**<u>Avoid Suspension of Your License or Registration.</u>**
**Immediately turn in your license plates if you drop insurance coverage.**
**Visit us at: dmv.ny.gov**

**Become an organ donor! Visit donatelife.ny.gov**

Printed On Recycled Paper

NEW YORK STATE | Department of Motor Vehicles

# SUSPENSION ORDER

dmv.ny.gov

05/23/2025

SHYMANSKY,DEMIA

| Identification No. | Date of Birth | Plate No. & Type | Exp. Date | Order No. | Effective Date |
|---|---|---|---|---|---|
| S0892 | | 792 -16-PAS | 05/22/2025 | C502031 | 02/17/2025 |

**Your New York State registration and license plates are suspended for 152 days effective 02/17/2025 due to the failure to maintain continuous liability insurance coverage. A suspended vehicle cannot be driven.**

No further action is required on your part. This suspension will end on 10/22/2025.

**IF THE VEHICLE IS INSURED - PROVIDE PROOF:**
The quickest and easiest way to resolve this matter is to provide proof of insurance online at **dmv.ny.gov/insuranceproof**. If this option is not available to you, please mail the bottom portion of this letter along with a NYS Insurance ID card, in your name, for this vehicle, to: NYS DEPARTMENT OF MOTOR VEHICLES, FINANCIAL SECURITY BUREAU, BOX 2725, EMPIRE STATE PLAZA, ALBANY, NY 12220-0725. There is no need to visit a DMV office. DMV will confirm the validity of any proof of insurance provided by you.

The enclosure provided with this letter contains information and instructions for use when proof other than a NYS Insurance ID card is acceptable. Mail your proof with the bottom portion of this letter to: **NYS DEPARTMENT OF MOTOR VEHICLES, FINANCIAL SECURITY BUREAU, BOX 2725, EMPIRE STATE PLAZA, ALBANY, NY 12220-0725** You do not need to visit a DMV office.

After we receive updated information, DMV will update the status of your records and will inform you of the options available to you. If you require additional assistance in resolving this matter, please refer to the enclosed card for more information.

Section 318 of the New York State Vehicle & Traffic Law requires that all registered vehicles have liability insurance coverage throughout the registration period, even if the vehicle is not being operated. Your registration has expired, however there was a lapse of coverage (see dates below). As a result DMV has suspended your vehicle's registration. The length of the lapse is equal to the number of days your vehicle was registered, but uninsured.

************************************************************************************************

**RETURN PORTION:** If you cannot resolve this matter through our website, mail this portion with your proof . If you receive more than one suspension order, it is important that you respond to each letter and enclose the appropriate contents.

************************************************************************************************

REGISTRANT: SHYMANSKY,DEMIA

INSURANCE CO: 148-GOVERNMENT EMPLOY INS CO
CANCELLATION DATE: 12/21/2024
PLATE NO. & TYPE: 792 -16-PAS
VIN: 4182
YEAR & MAKE: 2020 KIA

PLATES EXPIRED: 05/22/2025
LAPSE: 152 DAYS
SUSPENSION ENDS: 10/22/2025

REG SUSP DEF ORDER NO: C502031
DOCUMENT NO: 0119160758

FS-70R (2/22)