UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

                                    Plaintiff,

                    -against-

    STATE OF NEW YORK, et al.,

                                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____7/2/2026_____

**ORDER**

**25-CV-10850 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's First Amended Complaint and Emergency Amended Complaint at ECF Nos. 106 and 105.  The Court construes both documents as Plaintiff's First Amended Complaint.  In accordance with the Court's June 2, 2026 Order, Defendants shall, by **July 13, 2026**, (1) file an answer, (2) file a new motion to dismiss, or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

Dated: New York, New York
         July 2, 2026

                            **SO ORDERED**.

                            KATHARINE H. PARKER
                            United States Magistrate Judge

---

[1] If defendants file a new motion to dismiss or rely on their previous motions, Plaintiff's Opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.