UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMIA SHYMANSKY,<br><br>Plaintiff,<br><br>-v-<br><br>STATE OF NEW YORK *et al.*,<br><br>Defendants. | 25 Civ. 10850 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On July 13, 2026, defendants the State of New York, the New York State Department of Motor Vehicles, Joshua Vinciguerra, the New York State Unified Court System, and Sarenity Gibbs (the "state defendants") filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by August 3, 2026. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by August 24, 2026, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by August 3, 2026. Defendants' reply, if any, shall be served by August 10, 2026.

---

[1] If defendants file a new motion to dismiss or relies on its previous motion, plaintiff's opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 16, 2026
New York, New York