UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMIA SHYMANSKY,<br><br>Plaintiff,<br><br>-v-<br><br>STATE OF NEW YORK *et al.*,<br><br>Defendants. | 25 Civ. 10850 (PAE) (KHP)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On July 13, 2026, defendants the State of New York, the New York State Department of Motor Vehicles, Joshua Vinciguerra, the New York State Unified Court System, and Sarenity Gibbs (the "state defendants") moved to dismiss the First Amended Complaint ("FAC") under Rule 12 of the Federal Rules of Civil Procedure. On July 16, 2026, the Court issued an amend-or-oppose order, directing plaintiff Demia Shymansky to file any amended complaint by August 3, 2026, or serve any opposition to the motion to dismiss by the same date. Dkt. 121. On July 17, 2026, the state defendants filed a letter requesting that the Court consider the motion to dismiss without further leave to amend because Shymansky has already amended the Complaint as a matter of course, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Dkt. 122.

The Court grants the state defendants' request. Because Shymansky has had an opportunity to amend in response to two motions to dismiss filed by separate groups of defendants—which raise many of the same issues as the state defendants' motion—the Court finds that justice does not require a further opportunity to amend. *See* Fed. R. Civ. P. 15(a)(3) ("The court should freely give leave [to amend] when justice so requires."). The Court will,

however, *sua sponte* extend the deadline for Shymansky to respond to the state defendants' motion.

Accordingly, the Court directs Shymansky to serve any opposition to the motion to dismiss by **August 10, 2026**. The state defendants' reply, if any, shall be served by **August 17, 2026**.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 122.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 20, 2026
New York, New York