USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

Plaintiff,

-against-

STATE OF NEW YORK, et al.,

Defendants.

**ORDER**

**25-CV-10850 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letters requesting leave to file what would be her Second Amended Complaint and Defendants' letters opposing such leave. ECF Nos. 133, 134, 136. The Court appreciates the confusion that may have been caused by its prior orders. Accordingly, Plaintiff's request is GRANTED, and the amended complaint filed at ECF No. 126 on August 3rd, will be treated as the operative pleading, and Plaintiff is directed to re-file that document but label it Second Amended Complaint (noting that it is being filed with permission of the Court). No further amendments to the pleading will be permitted absent a showing of good cause and after the Court has decided the anticipated motions to dismiss. In light of the decision of the Court accepting the pleading at ECF No. 126 as the operative pleading, Defendants' time to file motions to dismiss are extended.

Motions to dismiss due **September 4, 2026**. Opposition due **September 18, 2026.** Reply due **September 25, 2026**. To the extent any defendant has already filed a motion to dismiss, such a motion will be deemed moot in light of the Amended Pleading.

**The Clerk of Court is directed to terminate the pending motion at ECF No. 128 and Defendants' pending motions to dismiss at ECF Nos. 86, 89, and 113 as the motions are now moot in light of Plaintiff's anticipated amended complaint.**

Dated: New York, New York
August 10, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge