USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

Plaintiff,

-against-

STATE OF NEW YORK, et al.,

Defendants.

**ORDER**

**25-CV-10850 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's amended complaint filed August 17, 2026; however, Plaintiff has not complied with the Court's order entered on August 11, 2026. Therefore, the Court strikes the pleading filed at ECF Nos. 139 and 140.

At Plaintiff's request, and over the objection of at least one defendant, the Court accepted Plaintiff's amended pleading filed at ECF No. 126, which Plaintiff purported to file pursuant to the Court's order at ECF Nos. 139 and 140. To ensure the operative pleadings are correctly labeled, the Court directed Plaintiff to re-file the document at ECF No. 126 and label it Second Amended Complaint. See ECF No. 138. As this Court previously ordered, no further amendments to the pleadings will be permitted absent a showing of good cause and <u>after</u> the Court has decided the anticipated motions to dismiss. Therefore, Plaintiff did not have permission to file yet another amended pleading with new or changed facts.

The motions to dismiss should be directed at the allegations in the amended pleading filed at ECF No. 126, which the Court accepted as the operative pleading in this case. Insofar as Plaintiff is unwilling to comply with the Court's August 11, 2026 Order, the Clerk of the Court is

directed to reinstate the pleading at ECF No. 126. To be clear, this document is technically the Second Amended Complaint and the operative pleading in this matter.

This Order does not change the briefing schedule previously set by this Court. Defendants' motions to dismiss are due **September 4, 2026**, Plaintiff's opposition to the motions to dismiss is due **September 18, 2026.** Defendants' reply briefs are due **September 25, 2026**.

**The Clerk of Court is directed to strike the pleading filed at ECF Nos. 139 and 140.**

Dated: New York, New York
August 18, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge