USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

Plaintiff,

-against-

STATE OF NEW YORK, et al.,

Defendants.

**ORDER**

**25-CV-10850 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter filed August 19, 2026 and exhibits filed August 20, 2026. As this Court previously ordered, no further amendments to the pleadings will be permitted absent a showing of good cause and after the Court has decided the anticipated motions to dismiss. Further, ECF No. 126 is the operative complaint in this matter. Therefore, Plaintiff's request to file yet another amended complaint is denied without prejudice.

Dated: New York, New York
August 21, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge