USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

Plaintiff,

-against-

STATE OF NEW YORK, et al.,

Defendants.

**ORDER**

**25-CV-10850 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter requesting an Order of Service for her Second Amended Complaint at ECF No. 126 and an extension to serve the following Defendants: Stephen Parker, Leonard Shrier, the State Defendants, Michael Gerber, Dr. Christina Gille, Dr. Adam Bloom, Dr. Lokesh Reddy, Kevin Andrade, Tiffany Hamilton, the New York City Office of Labor Relations, Cheryl Griffin, Javier Lojan, and Department of Sanitation of New York.

**1. Order of Service**

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP). To allow Plaintiff to effect service on Defendants, Stephen Parker, Leonard Shrier; the State Defendants (the State of New York (the "State"), the New York State Department of Motor Vehicles (the "DMV"), Joshua Vinciguerra, the New York State Unified Court System ("UCS"), and Sarenity Gibbs); Michael Gerber; Dr.

Christina Gille; Dr. Adam Bloom; Dr. Lokesh Reddy; Kevin Andrade; Tiffany Hamilton; the New York City Office of Labor Relations; Cheryl Griffin; Javier Lojan; Department of Sanitation of New York, through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these defendants upon Plaintiff's filing of her anticipated amended complaint. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants. If the amended complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**2. <u>Plaintiff's Extension Request</u>**

Insofar as Plaintiff requests an extension to serve the Defendants enumerated above, the Court grants an extension to December 16, 2026, in accordance with the Order of Service outlined above.

**<u>The Clerk of the Court is directed to terminate the motion at ECF No. 181.</u>**

Dated: New York, New York
September 22, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge