USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

Plaintiff,

-against-

STATE OF NEW YORK, et al.,

Defendants.

**ORDER**

**25-CV-10850 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Defendants Shrier and Parker's letter requesting that Court direct the Clerk of the Court to not issue a summons for service upon them as they executed the Waiver of the Service of Summons on September 17, 2026. In light of the executed waiver, the Court GRANTS Defendants Shrier and Parker's request. **The Clerk of the Court is respectfully directed to exclude Defendants Leonard Shrier and Stephen Parker from their summons to the Marshals Service.**

Dated: New York, New York
September 25, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge