USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMIA SHYMANSKY,

Plaintiff,

-against-

STATE OF NEW YORK, et al.,

Defendants.

**ORDER**

**25-CV-10850 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter dated September 28, 2026 and Defendants, the Organization of Staff Analysts, Leonard Shrier, and Stephen Parker's letter dated September 30, 2026.

**I. Clarification of the Court's Order of Service**

The Court takes this opportunity to clarify its Order of Service dated September 22, 2026. The September 22, 2026 Order was an Order of Service directing the Marshalls to effectuate service of the amended pleading at ECF No. 126, in accordance with the Courts Order at ECF No. 145. The Order did **not** grant Plaintiff further leave to amend. As the Court has stated previously, no further amendments to the pleadings will be permitted until after the Court has decided the pending and anticipated motions to dismiss.

**II. Plaintiff's Request to File a Sur-reply**

Plaintiff also requested permission to file a sur-reply in response to the State Defendants' and OSA Defendants' Replies in support of their respective motions to dismiss.

This request is denied because it is not premised on a need to respond to new arguments or legal theories that were not able to be addressed by Plaintiff in her opposition to the motion.

**The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 198.**

Dated: New York, New York
September 30, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge