USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMIA SHYMANSKY,<br><br>Plaintiff,<br><br>-against-<br><br>STATE OF NEW YORK, et al.,<br><br>Defendants. | ***VALENTIN* ORDER**<br><br>**25-CV-10850 (PAE) (KHP)** |

**KATHARINE H. PARKER, United States Magistrate Judge.**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the operative amended complaint at ECF No. 126, Plaintiff supplies sufficient information to permit the New York State Department of Motor Vehicles and the New York State Unified Court System to identify Joshua Vinciguerra and Sarenity Gibbs, respectively. Accordingly, the Court directs the New York State Attorney General, who is the attorney for and agent of both the New York State Department of Motor Vehicles and the New York State Unified Court System, to provide Plaintiff and the Court with an address where these two defendants may be served. The government attorney must provide this information to Plaintiff and the Court within 30 days of the date of this order. Alternatively, the Attorney General may accept service of the complaint on their behalf.

Plaintiff also supplies sufficient information to permit the Office of Corporation Counsel to identify the addresses where the following defendants may be served: New York City Office of Labor Relations, Department of Citywide Administrative Services, Department of Sanitation of New York, Tiffany Hamilton, Cheryl Griffin, and Javier Lojan. Therefore, the Court directs

Corporation Counsel, who is the attorney for and agent of the employers for these individuals, to ascertain the addresses where these defendants may be served. The Corporation Counsel must provide this information to Plaintiff and the Court within 30 days of the date of this order. Alternatively, Corporation Counsel may accept service of the complaint on their behalf.

**CONCLUSION**

Insofar as Defendants Michael Gerber, Dr. Christina Gille, Dr. Adam Bloom, Dr. Lokesh Reddy, and Kevin Andrade are identified in Plaintiff's Complaint as employees of New York City Police Department, the Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that Defendants Michael Gerber, Dr. Christina Gille, Dr. Adam Bloom, Dr. Lokesh Reddy, and Kevin Andrade waive service of summonses and that the New York City Law Department respond as directed in this *Valentin* order.

The Clerk of the Court is respectfully directed to email the order to MAO.Mailbox@ag.ny.gov and mail this order to the New York City Law Department at 100 Church Street, New York, NY, 10007 and the Office of the New York State Attorney General, Managing Attorney's Office, 16th Floor, at 28 Liberty Street, New York, NY, 10005

Dated: New York, New York
September 30, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge